KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. |
| ) | |
| v. ) | |
| ) | **COMPLAINT TO REDUCE FEDERAL** |
| L. RICHARD SHEARER, ) | **TAX ASSESSMENTS TO** |
| DIANE SHEARER, ) | **JUDGMENT** |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, the United States of America, by its undersigned counsel, and complains and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action brought by the United States of America to reduce to judgment federal tax assessments against L. Richard Shearer and Diane Shearer ("taxpayers"), husband and wife.

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and 1345, and

pursuant to §§ 7401 and 7402 of the Internal Revenue Code (26 U.S.C.).

4. Venue is proper in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax assessments against the taxpayers at issue accrued within this judicial district and the taxpayers reside within this judicial district.

**FIRST CLAIM FOR RELIEF: TO REDUCE TO JUDGMENT JOINT FEDERAL TAX ASSESSMENTS AGAINST L. RICHARD SHEARER AND DIANE SHEARER**

5. The United States incorporates by reference the allegations contained in paragraphs 1 through 4, above, as if fully set forth here.

6. On dates and for the amounts listed below, a duly authorized delegate of the Secretary of the Treasury made timely joint assessments against L. Richard Shearer and Diane Shearer for individual federal income taxes, penalties, interest, and other statutory additions for the taxable years ending December 31, 1995, through and including December 31, 2001:

| Type of Tax | Tax Period Ending | Assessment Dates | Amount Assessed | Type[1] | Unpaid Balance[2] as of 07-31-2012 |
|---|---|---|---|---|---|
| 1040 | 12-31-1995 | 03-08-2004 | $180,539.00<br>244,672.04<br>10.00<br>28,182.25 | T<br>I<br>F<br>FP | $121,022.72 |
| 1040 | 12-31-1996 | 03-08-2004 | $181,985.00<br>198,100.22<br>12,704.75 | T<br>I<br>FP | $50,818.54 |
| 1040 | 12-31-1997 | 03-08-2004 | $238,647.00<br>203,228.03<br>21,367.25 | T<br>I<br>FP | $78,650.40 |
| 1040 | 12-31-1998 | 03-08-2004 | $249,007.00<br>163,637.77<br>24,223.00 | T<br>I<br>FP | $84,517.25 |

---

[1] Key: T = Tax
     I = Interest Assessed
     FP = Fraud Penalty pursuant to 26 U.S.C. §6663
     FTP = Failure to Pay Penalty
     F = Fees and Collection Costs

[2] The unpaid balance reflects credits and abatements performed by the Service upon the filing by the taxpayers of amended returns which were accepted by the Service.

- 2 -                                                                                     *Complaint*

| | | | | | |
|---|---|---|---|---|---|
| 1040 | 12-31-1999 | 03-09-2004 | $195,362.00<br>99,416.22<br>4,114.25 | T<br>I<br>FP | $13,207.53 |
| 1040 | 12-31-2000 | 07-22-2002 | $17,219.00<br>4,304.74 | T<br>FTP | $13,292.71 |
| 1040 | 12-31-2001 | 10-07-2002 | $23,753.00<br>400.92<br>2,964.50 | T<br>I<br>FTP | $10,195.83 |
| **Total** | | | | | **371,711.98** |

7.  L. Richard Shearer and Diane Shearer jointly filed individual federal tax returns (IRS Forms 1040) for the taxable years ending December 31, 1995, through 2001. L. Richard Shearer and Diane Shearer are jointly and severally liable for the assessments set forth above in paragraph 6.

8.  The statute of limitations for assessment of a tax liability is inapplicable to the assessments described above in paragraph 6 for 1995-1999 because the taxpayers filed false returns and willfully attempted to evade or defeat individual federal income tax, and such tax may be assessed at any time. 26 U.S.C. § 6501(c)(1) and (2).

9.  The statute of limitations for collection of the tax liability for the tax year 2000 was tolled by an offer in compromise request by the taxpayers which was rejected. 26 U.S.C. § § 6331(k) and § 6503(a).

10. The Internal Revenue Service gave notice of the assessments set forth above in paragraph 6 and demanded payment from L. Richard Shearer and Diane Shearer within 60 days of the assessments, as required by Section 6303 of the Internal Revenue Code, Title 26 of the United States Code.

11. Despite notice and demand for payment of the assessments set forth above in paragraph 6, L. Richard Shearer and Diane Shearer have neglected, refused, or failed to pay the tax assessments against them and, as of July 31, 2012, there remains due and owing to the United States on those assessments the total sum of $371,711.98, plus statutory interest and other statutory additions as provided by law.

1  **WHEREFORE**, the United States prays as follows:

2  A.   That this Court determine and adjudge that defendants L. Richard Shearer and Diane Shearer are indebted to the United States, jointly and severally, in the amount of $371,711.98 for unpaid individual federal income tax plus interest and other statutory additions, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, that have accrued since July 31, 2012, until the date of payment, and that judgment in that amount be entered against L. Richard Shearer and Diane Shearer and in favor of the United States;

B.   That the United States be granted its costs and attorney's fees herein, and for such other and further relief as this Court deems just and proper.

KATHRYN KENEALLY
Assistant Attorney General

Dated:  September 11, 2012         /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 27044
Telephone:  (272) 307-6648