EVELYN LOUISE SHEARER, as Trustee of
the EVELYN LOUSE SHEARER
REVOCABLE TRUST
11075 Benton Street, Apartment 128
Loma Linda, CA 92354

In propria persona

FILED
NOV 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON, as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as the Trustee of<br>the EVELYN LOUSE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>   Defendants. | Civil No 2:12-CV-02234 GEB GGH<br><br>**ANSWER OF EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUISE SHEARER REVOCABLE TRUST to AMENDED COMPLAINT** |

Defendant EVELYN LOUISE SHEARER, as trustee of the EVELYN LOUISE SHEARER REVOCABLE TRUST, incorrectly sued herein as the EVELYN LOUISE TRUST, for herself and for the trust alone, and for no other party to this action, answers and otherwise pleads to the unverified complaint served upon her as follows:

**AFFIRMATIVE DEFENSES**

**AFFIRMATIVE DEFENSE NUMBER 1**

Defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, does not now claim, nor does she intend in the future to claim, any interest in the property that is the subject of this action.

**AFFIRMATIVE DEFENSE NUMBER 2**

The complaint herein, and each of its causes of action, fails to state a cause of action against defendant EVELYN LOUISE SHEARER, nor the EVELYN LOUSE SHEARER REVOCABLE TRUST.

**ANSWER**

1. Answering paragraphs 1, 2, 3, 4, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, lacks sufficient information or belief upon which to base a response to the allegations contained in each of these paragraphs, and on that basis generally and specifically denies each and every allegation in each of those paragraphs.

2. Answering paragraph 5, defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, admits the allegations contained therein.

3. Answering paragraph 10, defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, affirmatively alleges that the defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, does not now claim, nor does she intend in the future to claim, any interest in the property that is the subject of this action.

**PRAYER**

Defendant EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST, hereby prays:

1. That plaintiff takes nothing from EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST;

2. That this case be dismissed as to EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUSE SHEARER REVOCABLE TRUST;

3. For costs of suit herein; and

4. For such further relief this Court deems proper.

Executed this ___ day of November 2012, in Loma Linda California.

_____
EVELYN LOUISE SHEARER, as Trustee of the
EVELYN LOUSE SHEARER REVOCABLE TRUST

# PROOF OF SERVICE BY FIRST-CLASS MAIL – CIVIL

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where this mailing took place.

2. My residence or business address is 11346 Mountain View Avenue, Suite B, Loma Linda, CA 92354.

3. On November 6, 2012, I mailed from Loma Linda California, the following document:

ANSWER OF EVELYN LOUISE SHEARER, AS TRUSTEE OF THE EVELYN LOUSE SHEARER REVOCABLE TRUST TO AMENDED COMPLAINT

4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practices for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage prepaid.

5. The envelope as addressed and mailed as follows:

KATHRYN KENEALLY
Assistant Attorney General
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Date: November 6 2012

*Evelyn Shearer*
(Signature of person completing this form)