KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>      Plaintiff,   )<br>              )<br>      v.    )<br>              )<br>L. RICHARD SHEARER;   )<br>DIANE SHEARER;    )<br>STANLEY SWENSON as Trustee of the   )<br>HOTLUM TRUST, BERRYVALE TRUST, and  )<br>REGENCY TRUST;   )<br>CARL S. WILSON; CAROL WILSON;   )<br>EVELYN LOUISE SHEARER, as Trustee of   )<br>the EVELYN LOUISE REVOCABLE TRUST;   )<br>VERNON L. SWENSON; LEORA SWENSON;  )<br>              )<br>      Defendants.    )<br>              ) | Civil No.  2:12-CV-02334 GEB GGH PS<br><br>**NOTICE OF RELATED CASES** |

   The United States of America contends that the cases described below are currently pending before the United States District Court for the Eastern District of California and are related within the meaning of Local Rule 123(a), as some material issues are identical in these cases.

**United States v. L. Richard Shearer, et al.,
Civil No.  2:12-CV-02334 GEB GGH PS (E.D. Cal.)**

In this case, the United States seeks to reduce tax assessments to judgment and to foreclose federal tax liens on three parcels of real property in Mount Shasta, California, which are held in the name of defendants Hotlum Trust, Berryvale Trust, and Regency Trust.  The United States contends that the properties are owned by the taxpayers, and that the trusts are shams created to evade tax, or are nominees, alter egos, or fraudulent transferees.  Stanley Swenson as trustee is named as a defendant in this case.  In resolving the foreclosure claims, the Court will in effect quiet title to the property in question.

**Stanley Swenson, Trustee v. United States,
Civil No. 2:12-CV-02058 JAM CMK PS (E.D. Cal.)**

In this case, Stanley Swenson as trustee of Hotlum Trust, Berryvale Trust, and Regency Trust seeks to quiet title against the same federal tax liens and with respect to the same property at issue in *United States v. Shearer*.[1]  Magistrate Judge Kellison has filed findings and recommendations that the motion to dismiss filed by the United States should be granted if the trusts do not appear by counsel.

## Conclusion

These cases involve the same parties, properties, and points of law.  In the interest of judicial economy, the United States requests that the Court issue an order relating these matters.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

Date: January 16, 2013   /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

---

[1] The complaint in *Swenson v. United States* had not yet been served when the complaint in *United States v. Shearer* was filed.  Government counsel was unaware of the parallel case at that time.