KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:        *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                      )<br>           Plaintiff,          )<br>                      )<br>       v.             )<br>                      )<br>L. RICHARD SHEARER;           )<br>DIANE SHEARER;                )<br>STANLEY SWENSON as Trustee of the )<br>HOTLUM TRUST, BERRYVALE TRUST, and )<br>REGENCY TRUST;                )<br>CARL S. WILSON; CAROL WILSON; )<br>EVELYN LOUISE SHEARER, as Trustee of )<br>the EVELYN LOUISE REVOCABLE TRUST; )<br>VERNON L. SWENSON; LEORA SWENSON; )<br>                      )<br>           Defendants.        )<br>                      ) | Civil No.  2:12-CV-02334 GEB GGH PS<br><br>**CERTIFICATE OF SERVICE** |

    IT IS HEREBY CERTIFIED that on this 16th  day of January, 2013, I served copies of the following

  1. **NOTICE OF RELATED CASES**

  2. **ORDER SETTING STATUS [PRETRIAL SCHEDULING] CONFERENCE**

  3. **NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**

  4. **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE**

5.  **CERTIFICATE OF SERVICE**

**By U.S. Mail, postage fully prepaid, to:**

      L. RICHARD SHEARER
      DIANE SHEARER
      717 Michelle Drive
      Mount Shasta, CA  96067

      EVELYN LOUISE SHEARER, Trustee
      11075 Benton Street, Apt. 128
      Loma Linda, CA 92354

      STANLEY SWENSON, Trustee
      1400 Pine Grove Drive
      Mount Shasta, CA  96067

      CARL S. WILSON
      CAROL WILSON
      105 Saradan Lane
      Grants Pass, OR  97527

      VERNON L. SWENSON
      LEORA SWENSON
      1045 N. Old Stage Road
      Mount Shasta, CA 96067

                            /s/ G. Patrick Jennings
                            G. PATRICK JENNINGS