1   KATHRYN KENEALLY
    Assistant Attorney General
2
    G. PATRICK JENNINGS
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
5   Telephone:   (202) 307-6648
    E-mail:      *Guy.P.Jennings@usdoj.gov*
6
    Attorneys for the United States of America
7
    BENJAMIN B. WAGNER
8   United States Attorney

9   Of Counsel

10
                    IN THE UNITED STATES DISTRICT COURT FOR THE
11
                            EASTERN DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,                  )
13                                             )
                    Plaintiff,                 )   Civil No.  2:12-CV-02334 GEB GGH
14                                             )   PS
            v.                                 )
15                                             )
    L. RICHARD SHEARER;                        )   **UNITED STATES' STATUS REPORT**
16  DIANE SHEARER;                             )
    STANLEY SWENSON as Trustee of the          )   Date:       January 28, 2013
17  HOTLUM TRUST, BERRYVALE TRUST, and         )   Time:       9:00 a.m.
    REGENCY TRUST;                             )   Place:      Courtroom
18  CARL S. WILSON; CAROL WILSON;              )   Judge:      Hon. Garland E. Burrell
    EVELYN LOUISE SHEARER, as Trustee of       )
19  the EVELYN LOUISE REVOCABLE TRUST;         )
    VERNON L. SWENSON; LEORA SWENSON;          )
20                                             )
                    Defendants.                )
21                                             )

22
            The United States of America as plaintiff submits a status report.  A draft proposed joint
23
    statement has been circulated to the primary parties, but the parties have not signed the joint
24
    document in time for filing.  A joint version – if obtained – will be submitted. The United States
25
    requests a telephonic appearance, noting that the defendants are located more than 100 miles
26
    from Sacramento.
27
        1.  **Brief Summary of Claims**
28
            This is a civil action brought by the United States of America (a) to reduce to judgment

federal tax assessments against L. Richard Shearer and Diane Shearer ("taxpayers") for the taxable years ending December 31, 1995 through 2001; (b) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust are the nominees, alter egos, and fraudulent transferees of the taxpayers; (c) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust (the "Trusts") are sham trusts; and (d) to foreclose federal tax liens against certain real property in Siskiyou County, California.

The taxpayers and the trustee deny that they made any fraudulent transfers; deny that the Trusts are nominees, alter egos, or fraudulent transferees of the taxpayers; deny that the Trusts are sham trusts; and deny the amount of the federal tax assessments against the taxpayers are accurate.

The remaining defendants – Evelyn Louse Shearer, Carl S. Wilson, Carol Wilson, Vernon L. Swenson, Leora Swenson – are named only because they may claim an interest in the subject property.  The Wilson's lien was fully paid and a disclaimer is being prepared.

2.    **Service of Process**

Service of process is complete with personal or substitute service on each defendant.

3.    **Joinder of Parties**

The parties do not anticipate joining any additional parties.

4.    **Amendment of Pleadings**

The parties do not anticipate any amendment at this time.

5.    **Jurisdiction and Venue**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and 1345, and pursuant to §§ 7402 and 7403 of the Internal Revenue Code (26 U.S.C.).  Venue is proper in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax assessments against the taxpayers at issue accrued within this judicial district, the taxpayers reside within this judicial district, and the real property that the United States seeks to foreclose is located within this judicial district.  The defendants do not contest jurisdiction or venue.

6.    **Summary of Uncontested and Contested Facts**

The following facts are contested between the United States and the taxpayers:

(1)     Whether the taxpayers are liable for the tax assessments at issue.

(2)     Whether the Trusts hold the taxpayers' business property and personal residence as nominees, alter egos, or fraudulent transferees of the taxpayers.

(3)     Whether the Trusts may be disregarded as sham trusts so that federal tax liens may be enforced against the taxpayers' property.

The parties have not agreed to any uncontested facts at this time.

7.     **Proposed Discovery Plan – Rule 26(f)**

A.     The taxpayers and Evelyn L. Shearer have answered the complaint at this time. The Court is respectfully requested to Order that default may be entered against the remaining defendants if they do not respond to the summons and complaint within twenty days of the date of entry of the Scheduling Order.

B.     The subjects for discovery are set forth above in the contested facts.

C.      The parties do not anticipate any contested assertions of privilege at this time.

D.     The parties do not request any changes in the discovery limits in the Federal Rules of Civil Procedure at this time.

E.     The parties request the following schedule.

8.     **Proposed Discovery Schedule**

February 1, 2013          Discovery period commences.

February 1, 2013          Produce initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

July 1, 2013               Disclosure of expert witnesses as provided by Rule 26(a)(2).

August 15, 2013          Produce report by any expert witness.

September 15, 2013      Disclosure of any rebuttal expert witness.

October 15, 2013         Produce report of any rebuttal expert witness.

December 15, 2013       Completion of discovery, including the hearing of any discovery motions.

February 1, 2014         Deadline for dispositive motions to be filed.

*Status Report*

April ____, 2014          Pre-Trial Conference.[1]

June____, 2014           Trial.

9.    **Special Procedures**

No special procedures are necessary.

10.   **Trial Length Estimate**

The parties estimate 5 days for trial.  The taxpayers requested a jury trial of all issues so triable.  The United States contends that taxpayers are entitled to a jury only on the amount of the tax, and not on the foreclosure issues.  *Damsky v. Zavatt*, 289 F.2d 46 (2d Cir. 1961) (tax lien foreclosure).  The United States will bring a motion to strike the jury demand before the last day to file a non-dispositive motion.

11.   **Related Cases**

The United States has filed a notice of related cases (doc. 8) asserting that the identical property and legal issues are also pending in the case of *Stanley Swenson, Trustee v. United States*, Civil No. 2:12-CV-02058 JAM CMK PS (E.D. Cal.).  A motion to dismiss for failure to appear by counsel is pending in that case.  Dr. Shearer pled guilty in a criminal action which related to the use of the Trusts.  *United States v. Richard Shearer, et al.*, Cr-S-00-345 FCD (E.D. Cal.).


                                            Respectfully submitted,

                                            KATHRYN KENEALLY
                                            Assistant Attorney General

Date: January 18, 2013            /s/ G. Patrick Jennings____
                                            G. PATRICK JENNINGS
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice

---

[1]  At the convenience of the Court.