KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> L. RICHARD SHEARER; ) <br> DIANE SHEARER; ) <br> STANLEY SWENSON as Trustee of the ) <br> HOTLUM TRUST, BERRYVALE TRUST, and ) <br> REGENCY TRUST; ) <br> CARL S. WILSON; CAROL WILSON; ) <br> EVELYN LOUISE SHEARER, as Trustee of ) <br> the EVELYN LOUISE REVOCABLE TRUST; ) <br> VERNON L. SWENSON; LEORA SWENSON; ) <br> ) <br> Defendants. ) <br> ) | Civil No.  2:12-CV-02334 GEB GGH PS <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that on this 18th  day of January, 2013, I served copies of the following

1. **UNITED STATES' STATUS REPORT**
2. **CERTIFICATE OF SERVICE**

**By U.S. Mail, postage fully prepaid, to:**

    L. RICHARD SHEARER
    DIANE SHEARER
    717 Michelle Drive
    Mount Shasta, CA  96067

    EVELYN LOUISE SHEARER, Trustee
    11075 Benton Street, Apt. 128
    Loma Linda, CA 92354

    STANLEY SWENSON, Trustee
    1400 Pine Grove Drive
    Mount Shasta, CA  96067

    CARL S. WILSON
    CAROL WILSON
    105 Saradan Lane
    Grants Pass,  OR  97527

    VERNON L. SWENSON
    LEORA SWENSON
    1045 N. Old Stage Road
    Mount Shasta, CA 96067

                                        /s/ G. Patrick Jennings
                                        G. PATRICK JENNINGS