IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                )  2:12-cv-02334-GEB-GGH
        Plaintiff,  )
                                )  <u>ORDER CONTINUING STATUS</u>
  v.                           )  <u>(PRETRIAL SCHEDULING)</u>
                                )  <u>CONFERENCE</u>
L. RICHARD SHEARER; DIANE  )
SHEARER; STANLEY SWENSON as  )
Trustee of the HOTLUM TRUST,  )
BERRYVALE TRUST, and REGENCY  )
TRUST; CARL S. WILSON; CAROL  )
WILSON; EVELYN LOUISE SHEARER,  )
as Trustee of the EVELYN LOUISE  )
REVOCABLE TRUST; VERNON L.  )
SWENSON; LEORA SWENSON,  )
                                )
        Defendants.  )
_____)

        Plaintiff states in its Status Report filed January 18, 2013, that "[L. Richard Shearer, Diane Shearer,] and Evelyn L. Shearer have answered the complaint at this time[,]" and requests the Court "to Order that default may be entered against the remaining defendants if they do not respond to the summons and complaint within twenty days of the date of entry of the Scheduling Order." (Status Report 3:9-12.)

        Plaintiff shall take the steps necessary to prosecute this action as a default matter as to Defendants STANLEY SWENSON, CARL S. WILSON, CAROL WILSON, VERNON L. SWENSON, and LEORA SWENSON. No later than March 1, 2013, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter as to the referenced defendants or show cause in a writing filed why these defendants should

1

1  not be dismissed for failure of prosecution. The referenced defendants
2  may be dismissed with prejudice under Federal Rule of Civil Procedure
3  41(b) if Plaintiff fails to timely respond to this Order.
4          Further, the status conference scheduled for hearing on
5  January 28, 2013, is continued to commence at 9:00 a.m. on March 18,
6  2013. A joint status report shall be filed fourteen (14) days prior to
7  the status conference in which Plaintiff shall address the status of the
8  default proceedings and the parties shall address the scheduling of this
9  action as to the defendants who have appeared.
10         IT IS SO ORDERED.

Dated:  January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge