KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:        *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,  )<br>　　v.  )<br>L. RICHARD SHEARER;  )<br>DIANE SHEARER;  )<br>STANLEY SWENSON as Trustee of the  )<br>HOTLUM TRUST, BERRYVALE TRUST, and  )<br>REGENCY TRUST;  )<br>CARL S. WILSON; CAROL WILSON;  )<br>EVELYN LOUISE SHEARER, as Trustee of  )<br>the EVELYN LOUISE REVOCABLE TRUST;  )<br>VERNON L. SWENSON; LEORA SWENSON;  )<br>　　　　Defendants.  )<br>　　　　　　　　　　　　　　　　)  | Civil No.  2:12-CV-02334 GEB GGH PS<br><br>**CERTIFICATE OF SERVICE** |

　　　　IT IS HEREBY CERTIFIED that on this 19th  day of February, 2013, I served copies of the following

　　1.  **ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE**

　　2.  **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE**

　　3.  **NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**

　　4.  **CERTIFICATE OF SERVICE**

**By Email to:**

JIHAD M. SMAILI
SMAILI & ASSOCIATES
615 Civic Center Drive West, Suite 300
Santa Ana, CA 92701
jihad@smaililaw.com

Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts

/s/ G. Patrick Jennings
G. PATRICK JENNINGS