KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6648
E-mail:      Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

L. RICHARD SHEARER;
DIANE SHEARER;
STANLEY SWENSON as Trustee of the
HOTLUM TRUST, BERRYVALE TRUST, and
REGENCY TRUST;
CARL S. WILSON; CAROL WILSON;
EVELYN LOUISE SHEARER, as Trustee of
the EVELYN LOUISE REVOCABLE TRUST;
VERNON L. SWENSON; LEORA SWENSON;

    Defendants.

Civil No. 2:12-CV-02334 GEB GGH PS

**DISCLAIMER OF INTEREST OF DEFENDANTS CARL S. WILSON AND CAROL WILSON**

We, Carl S. Wilson and Carol Wilson, have been named as defendants in this case because of a deed of trust which suggests that we may claim an interest in 534 North Main Street, Yreka, California 96097 ("534 N. Main Street").

In 1985, we sold the 534 N. Main Street property to Richard Shearer and Diane Shearer. We kept a deed of trust on the property to secure full payment of the purchase price. The deed of trust was recorded on June 28, 1985, with the County Recorder of Siskiyou County,

1  California, as doc. no. 85007124.  A copy of the deed of trust is attached to this document.
2  Richard and Diane Shearer have fully paid to us the obligation secured by the deed of trust.
3      We (Carl S. Wilson and Carol Wilson) hereby disclaim any interest in the property
4  located at 534 North Main Street, Yreka, California.
5      We understand that we need not answer or appear further in this matter, unless the
6  Court so orders, or a response to a discovery request is necessary.  We consent to entry of
7  judgment, without cost to us, in accordance with the foregoing.

Dated: 2/14, 2013

/s/ Carl S. Wilson
Carl S. Wilson

Dated: 2/14, 2013

/s/ Carol Wilson
Carol Wilson

Disclaimer

Order No.
Escrow No. 31035 TRB
Loan No.

WHEN RECORDED MAIL TO:
Mt. Shasta Title and Escrow Co.
P.O. Box 870
Yreka, California  96097

MT. SHASTA TITLE & ESCROW CO.
OFFICIAL RECORDS
SISKIYOU COUNTY
JUN 28  2 58 PM '85
#85007124

RECORDER  FEE $ 7.00 Paid

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS

This DEED OF TRUST, made   June 21, 1985                                                              , between

RICHARD SHEARER AND DIANE SHEARER, husband and wife                    herein called TRUSTOR,
whose address is  3435 Summit Drive,              Mt. Shasta,            CA   96067
                   (Number and Street)                (City)               (State)

MT. SHASTA TITLE AND ESCROW COMPANY, a California corporation, herein called TRUSTEE, and

CARL S. WILSON AND CAROL WILSON, husband and wife as Joint Tenants , herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in Trust, with Power of Sale, that property in the
City of Yreka                         County of   Siskiyou                , State of California, described as:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) payment of the sum of $ 30,500.00   with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, and (2) the performance of each agreement of Trustor incorporated by reference or contained herein (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Del Norte | 101 | 549 | Modoc | 191 | 93 | Siskiyou | 506 | 762 | Lassen | 192 | 367 |
| Humboldt | 801 | 83 | Shasta | 800 | 633 | Tehama | 457 | 183 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivision A and B, (identical in all counties, and printed on the reverse side hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

Signature of Trustor
RICHARD SHEARER  /s/ Richard Shearer
DIANE SHEARER    /s/ Diane Shearer

STATE OF CALIFORNIA      }
COUNTY OF Siskiyou        } ss.

On   June 27, 1985
before me, the undersigned, a Notary Public in and for said State, personally appeared Richard Shearer and Diane Shearer

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same.

WITNESS my hand and official seal.
Signature /s/ Tanya Skeahan

OFFICIAL SEAL
TANYA SKEAHAN
NOTARY PUBLIC - CALIFORNIA
SISKIYOU COUNTY
My Comm. Expires April 22, 1989

(This area for official notarial seal)

1816 (6/82)

EXHIBIT "A"

ALL THAT PROPERTY SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SISKIYOU, CITY OF YREKA, DESCRIBED:

Being a part of Original Lot 3, Block 1, and Lot 2 of Block B of Highway Addition, a Subdivision of Original Lot 3, Block 1 of the Town of Yreka City; per the map filed in Town Map Book 1, page 61, Siskiyou County Recorder's Office.

COMMENCING at the Southeast corner of Lot 2, Block "B" of said Highway Addition; thence North 10 deg. 45'00" East 41.3 feet along the East line of said Lot 2; thence North 79 deg. 15'00" West 37.0 feet along the present fence; thence North 10 deg. 45'00" East 85.72 feet; thence South 70 deg. 15'00" West 124.5 feet along wall and creek bed and the North line of property; thence South 10 deg. 45'00" West 63.8 feet to the South line of Lot 2, and said Block "B", Highway addition and 10.0 feet East of the Original Southwest corner of said Lot 2; thence South 79 deg. 15'00" East 144.5 feet along the South line of said Lot 2 to the Place of Beginning.

7-00-53-052-070