1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:   (202) 307-6648
   E-mail:       Guy.P.Jennings@usdoj.gov
6
   Attorneys for the United States of America
7
   BENJAMIN B. WAGNER
8  United States Attorney

9  Of Counsel

10
                IN THE UNITED STATES DISTRICT COURT FOR THE
11
                     EASTERN DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,              )
13                                         )
                Plaintiff,                 )
14                                         )   Civil No.  2:12-CV-02334 GEB GGH
        v.                                 )
15                                         )   **JOINT STATUS REPORT**
   L. RICHARD SHEARER;                     )
16  DIANE SHEARER;                         )   Date:       March 18, 2013
   STANLEY SWENSON as Trustee of the       )   Time:       9:00 a.m.
17  HOTLUM TRUST, BERRYVALE TRUST, and     )   Place:      Courtroom
   REGENCY TRUST;                          )   Judge:      Hon. Garland E. Burrell
18  CARL S. WILSON; CAROL WILSON;          )
   EVELYN LOUISE SHEARER, as Trustee of    )
19  the EVELYN LOUISE REVOCABLE TRUST;     )
   VERNON L. SWENSON; LEORA SWENSON;       )
20                                         )
                Defendants.                )
21                                         )

22
        The United States of America as plaintiff and defendants L. Richard Shearer, Diane

23  Shearer, Stanley Swenson as trustee, Evelyn L. Shearer, Vernon L. Swenson and Leora

24  Swenson submit this joint status report.  The parties request a telephonic appearance, noting

25  that counsel for the plaintiff and all defendants are located more than 100 miles from

26  Sacramento.

27     1.    **Brief Summary of Claims**

28          This is a civil action brought by the United States of America (a) to reduce to judgment

federal tax assessments against L. Richard Shearer and Diane Shearer ("taxpayers") for the taxable years ending December 31, 1995 through 2001; (b) to adjudicate whether or not Hotlum Trust, Berryvale Trust, and Regency Trust are the nominees, alter egos, and fraudulent transferees of the taxpayers; (c) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust (the "Trusts") are sham trusts; and (d) to foreclose federal tax liens against certain real property in Siskiyou County, California.

The taxpayers may or may not deny the issue of the Trusts in question being sham trusts since they are not certain for the tax years at issue, since the evidence may prove that any income of the Trusts was being reported on the Shearers' individual tax return.

The taxpayers and the trustee deny that they made any fraudulent transfers; deny that the Trusts are nominees, alter egos, or fraudulent transferees of the taxpayers; and deny the amount of the federal tax assessments against the taxpayers are accurate.

Evelyn Louse Shearer, Vernon L. Swenson, and Leora Swenson are named because they claim liens on the subject property.  The lien of Carl S. Wilson and Carol Wilson on one property was fully paid and a disclaimer has been prepared and is being reviewed.

2.     **Service of Process**

Service of process is complete with personal or substitute service on each defendant.

3.     **Joinder of Parties**

The parties do not anticipate joining any additional parties.

4.     **Amendment of Pleadings**

The United States does not anticipate any amendment at this time.  Defendants Diane and Richard Shearer are seeking representation of legal counsel, and once legal counsel enters an appearance in this case, the Shearers may wish to amend their pleadings.

5.     **Jurisdiction and Venue**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and 1345, and pursuant to §§ 7402 and 7403 of the Internal Revenue Code (26 U.S.C.).  Venue is proper in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax

assessments against the taxpayers at issue accrued within this judicial district, the taxpayers reside within this judicial district, and the real property that the United States seeks to foreclose is located within this judicial district.  The defendants do not contest jurisdiction or venue.

6.     **Summary of Uncontested and Contested Facts**

The following facts are contested between the United States and the taxpayers:

(1)     Whether the taxpayers are liable for the tax assessments at issue.

(2)     Whether the Trusts hold the taxpayers' business property and personal residence as nominees, alter egos, or fraudulent transferees of the taxpayers.

(3)     Whether the Trusts may be disregarded as sham trusts so that federal tax liens may be enforced against the taxpayers' property.

The taxpayers consider the following to be a contested fact:

(4)      Whether or not the Trusts owned the income or deductions for the years in question since the taxpayers may provide evidence that will prove that any income of the Trusts was claimed by the Shearers' on their own individual tax returns, thus subjecting them to double taxation by the government.

The parties have not agreed to any uncontested facts at this time.

7.     **Proposed Discovery Plan – Rule 26(f)**

A.     All defendants have answered the complaint at this time.

B.     The subjects for discovery are set forth above in the contested facts.

C.      The parties do not anticipate any contested assertions of privilege at this time.

D.     The parties do not request any changes in the discovery limits in the Federal Rules of Civil Procedure at this time.

E.     The parties request the following schedule.

8.     **Proposed Discovery Schedule**

| | |
|---|---|
| March 15, 2013 | Discovery period commences. |
| March 15, 2013 | Produce initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. |
| July 1, 2013 | Disclosure of expert witnesses as provided by Rule 26(a)(2). |
| August 15, 2013 | Produce report by any expert witness. |

| | |
|---|---|
| September 15, 2013 | Disclosure of any rebuttal expert witness. |
| October 15, 2013 | Produce report of any rebuttal expert witness. |
| December 15, 2013 | Completion of discovery, including the hearing of any discovery motions. |
| February 1, 2014 | Deadline for dispositive motions to be filed. |
| April ____, 2014 | Pre-Trial Conference. |
| June____, 2014 | Trial. |

9.    **Special Procedures**

No special procedures are necessary.

10.    **Trial Length Estimate**

The parties estimate 5 days for trial.  The taxpayers requested a jury trial of all issues so triable.  The United States contends that taxpayers are entitled to a jury only on the amount of the tax, and not on the foreclosure issues.  *Damsky v. Zavatt*, 289 F.2d 46 (2d Cir. 1961) (tax lien foreclosure).  The United States will bring a motion to strike the jury demand before the last day to file a dispositive motion.

11.    **Related Cases**

The United States has filed a notice of related cases (doc. 8) asserting that the identical property and legal issues are also pending in the case of *Stanley Swenson, Trustee v. United States*, Civil No. 2:12-CV-02058 JAM CMK PS (E.D. Cal.).  A motion to dismiss for failure to appear by counsel is pending in that case.  The Court denied the request to relate the cases.  The defendants plan to bring a motion to consolidate these two cases.  Dr. Shearer pled guilty in a criminal action which the United States contends related to the use of the Trusts.  *United States v. Richard Shearer, et al.*, Cr-S-00-345 FCD (E.D. Cal.).  The taxpayers contest the Government's claim that any conduct which was described in the plea agreement, which involved the tax years in the criminal indictment, has any similarity or relevance to the conduct the Government has tried to place at issue in the current civil suit.

*Status Report*

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

Date: March 4, 2013                    /s/ *G. Patrick Jennings*
                                       G. PATRICK JENNINGS
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice

Date: February 27, 2013                /s/ *L. Richard Shearer*
                                       L. Richard Shearer

Date: February 27, 2013                /s/ *Diane Shearer*
                                       Diane Shearer

Date: February _____, 2013             ___* See Adendum_____
                                       EVELYN LOUISE SHEARER, Trustee

Date: February 27, 2013                /s/ *Jihad M. Smaili*
                                       JIHAD M. SMAILI
                                       SMAILI & ASSOCIATES
                                       615 Civic Center Drive West, Suite 300
                                       Santa Ana, CA 92701
                                       jihad@smaililaw.com

                                       Attorneys for Stanley Swenson as Trustee for Hotlum,
                                       Berryvale, and Regency Trusts

Date: February 27, 2013                /s/ *Vernon L. Swenson*
                                       VERNON L. SWENSON

Date: February _____, 2013             /s/ *Leora Swenson*
                                       LEORA SWENSON

**Addendum by United States:**

      Evelyn L. Shearer as trustee filed an answer and disclaimed any interest in the property in question.  She did not participate in this status report.