**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES** | CASE: **2:12–CV–02334–TLN–AC** |
| vs. | |
| **L. RICHARD SHEARER, ET AL.** | **ORDER OF REASSIGNMENT** |
| _____ / | |

      The court, having considered the appointment of **District Judge Troy L. Nunley**

finds the necessity for reassignment of the above captioned case, and for notice to be given

to the affected parties.

      IT IS THEREFORE ORDERED that:

      The above captioned case shall be and is hereby **REASSIGNED** from

**District Judge Garland E. Burrell, Jr.**  to **District Judge Troy L. Nunley**  for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:           **2:12–CV–02334–TLN–AC**

      All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

      DATED:   April 3, 2013

 

_____

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE