```
Jihad M. Smaili
Smaili & Associates, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, CA  92701
(714) 547-4700 TEL
(714) 547-4710 FAX
jihad.smaili@gmail.com

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net and
joeslowgo@hotmail.com
ATTORNEYS FOR STANLEY SWENSON AS
TRUSTEE FOR THE BERRYVALE TRUST,
THE HOTLUM TRUST, AND REGENCY TRUST
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>VS.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST AND REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as<br>Trustee of the EVELYN LOUISE<br>REVOCABLE TRUST; VERNON L.<br>SWENSON; LEORA SWENSON;<br><br>　　　Defendants. | No. 2:12-CV-02334 TLN AC<br><br>**DEFENDANTS, STANLEY SWENSON, TRUSTEES, RICHARD SHEARER, AND DIANE SHEARER'S, F.R.CIV.P. RULE 26(C) EXPERT WITNESS DISCLOSURE** |

TO:   The United States of America By and Through Its Attorney of Record, Kathryn Keneally, Assistant Attorney General, and G. Patrick Jennings, Trial Attorney, Tax Division, U.S. Department of Justice, P. O. Box 683, Ben Franklin Station, Washington, D.C.  20044-0683

PURSUANT to Federal Rule of Civil Procedure, Rule 26(2)(C) Defendants, Stanley Swenson, Trustee for the Berryvale Trust, the Hotlum Trust, and Regency Trust, ("SWENSON"),  Richard Shearer

1

("RS"), and Diane Shearer ("DS"), hereby disclose their expert witnesses as follows:

    1.    Wayne Paul
          1516 S Gordon St, Suite 1
          Alvin, Texas   77511
          (281) 585-8894
          CV is attached.

Facts of Retention:   This witness is not one who is "...retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony...."  Mr. Paul prepared some of the tax returns which contain income statement or claimed deductions which are at issue in this case. Mr. Paul came by his knowledge by preparing and filing the returns.

Credentials and/or  Curriculum Vitae: Wayne Paul is a practicing Certified Public Accountant authorized to practice in the State of Texas with over thirty years of experience.

Subject Matter On Which The Witness Is Expected To Testify - The Witness will testify concerning the accuracy of the calculations of Gross Income and various deductions listed on the various returns that he filed.  He may also testify concerning reconciliation of tax payments by any Trust Defendant and the Shearers individually.

Facts and Data Considered By The Witness - In reaching any opinion the witness considered the financial records provided by the Defendants/Taxpayers reflecting the gross income and lawful deductions for the tax years in question.

Exhibits Supporting Expert's Opinion - The Exhibits supporting the Expert's Opinion will be the various returns themselves which were prepared or reviewed by the witness as well as any audit examination forms or other forms or papers reflecting audit or review of the Defendants/Taxpayers tax returns for the tax years at issue prepared by I.R.S..

Compensation Of The Expert - Compensation of the Expert will be on an hourly basis with reimbursement of travel costs as provided for by the Federal Rules of Civil Procedure governing subpoena of witnesses. No fee or compensation has been paid this Expert prior to the preparation and filing of this Designation.

List of Cases In Which The Witness Has Testified Previously - Defendants/Taxpayers are waiting for this information and it was not available at the time this designation was prepared and served. Defendants/Taxpayers will provide this information by supplementation if this witness has testified previously.

    2.    Randall T. Hoerauf
          Director, KPMG LLP

  100 North Tampa Street, Suite 1700
  Tampa, Florida 33602
  Cell:  240-401-2137
  rhoerauf@kpmg.com
  Mr. Hoerauf's CV is attached.

Facts of Retention:  This witness is not one who is retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony...."  Mr. Hoerauf has knowledge concerning the Defendants/taxpayers deductible expenses for the tax years at issue.  Mr. Hoerauf obtained his knowledge through examination of the taxpayers' books and records during the tax years at issue.

Credentials and/or Curriculum Vitae: Randall Hoerauf is a Certified Public Accountant.  See Curriculum Vitae attached for more information concerning Mr. Hoerauf's qualifications.

Subject Matter On Which The Witness Is Expected To Testify - The Witness will testify concerning the accuracy of the calculations of Gross Income and various deductions listed on the various returns that Defendants/taxpayers filed for the tax year at issue.  He may also testify concerning reconciliation of tax payments by any Trust Defendant and the Shearers individually. He has knowledge of the type of deductible expenses incurred by Defendants during the tax year at issue.

Facts and Data Considered By The Witness - In reaching any opinion the witness considered the financial records provided by the Defendants/Taxpayers reflecting the gross income and lawful deductions for the tax years in question which were provided by the Defendants/Taxpayers as well as the financial records reflecting Defendants/Taxpayers operation of their business.

Exhibits Supporting Expert's Opinion - The Exhibits supporting the Expert's Opinion will be the various returns themselves which were prepared or reviewed by the witness as well as any audit examination forms or other forms or papers reflecting audit or review of the Defendants/Taxpayers tax returns for the tax years at issue prepared by I.R.S..

Compensation Of The Expert - Compensation of the Expert will be on an hourly basis with reimbursement of travel costs as provided for by the Federal Rules of Civil Procedure governing subpoena of witnesses. No fee or compensation has been paid this Expert prior to the preparation and filing of this Designation.

List of Cases In Which The Witness Has Testified - Defendants/Taxpayers are waiting for this information and it was not available at the time this designation was prepared and served. Defendants/Taxpayers will provide this information by supplementation.

```
 1                              Respectfully submitted,

 2                              S/Jihad M. Smaili

 3                              _____
                                Jihad M. Smaili
 4                              Smaili & Associates, PC
                                Civic Center Plaza Towers
 5                              600 West Santa Ana Blvd., #202
                                Santa Ana, CA   92701
 6                              (714) 547-4700 TEL
                                (714) 547-4710 FAX
 7                              jihad.smaili@gmail.com

 8                              s/Joe Alfred Izen, Jr.

 9                              _____
                                Joe Alfred Izen, Jr.
10                              Attorney for Plaintiff
                                TBC # 10443500
11                              5222 Spruce Street
                                Bellaire, Texas   77401
12                              (713) 668-8815
                                (713) 668-9402 FAX
13                              jizen@comcast.net and
                                joeslowgo@hotmail.com

14
                                s/ Richard Shearer
15
                                _____
16                              Richard Shearer, Pro Se
                                701 Pine Street
17                              Mt. Shasta, CA   96067
                                530-926-6222
18
                                s/ Diane Shearer
19
                                _____
20                              Diane Shearer, Pro Se
                                701 Pine Street
21                              Mt. Shasta, CA   96067
                                530-926-6222
```

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Kathryn Keneally, Assistant Attorney General, and G. Patrick Jennings, Trial Attorney, Tax Division, U.S. Department of Justice, P. O. Box 683, Ben Franklin Station, Washington, D.C.   20044-0683 and Benjamin B. Wagner, United States Attorney by ECF and/or electronic transmission on this the 1st day of July, 2013.

```
                                s/Joe Alfred Izen, Jr.

SHEARER.EWL/TK463               _____
                                Joe Alfred Izen, Jr.
```

# Wayne A. Paul, CPA

Wayne A. Paul, CPA grew up south of Pittsburgh in Greentree, PA, the youngest of five boys. His parents, who ran a dairy in the basement of their home, instilled in each of their sons a quiet, sure Christian faith, strong work ethics, tolerance of others, and a deep respect for the sanctity of life. He graduated from Waynesburg College, and obtained a Master's degree in Business Administration from the University of Pittsburgh—in eleven months. He served in the US Army, and moved to Lake Jackson, Texas in 1974.

Wayne has enjoyed the Practice of Public Accounting for more than forty years. The majority of his career he's studied and focused on tax litigation and IRS negotiations. Because of his expertise, he's assisted taxpayers in more than twenty states. Wayne has also served as an expert witness in the courts, and recently was involved in a very significant Federal case in Nevada that dealt with the use of gold and silver coin contracts as a medium of exchange.

He's served as an officer in a number of civic organizations and as an active member of his church. He taught small business accounting at a local college for ten years, and taught home-study courses on The U.S. Constitution and its Biblical principles.

In his leisure time, like his brother, Ron, Wayne enjoys studying history, government, and economics, and is well versed on the history of our monetary system. Once an avid runner, Wayne has completed five marathons and now enjoys workouts in his Endless Pool.

He and his wife Donna live on a lake in East Texas where they run two vacation rental properties. They have five children and seven grandchildren.





## RANDALL T. HOERAUF
*Director*

KPMG LLP
100 North Tampa Street, Suite 1700
Tampa, Florida 33602
Cell: 240-401-2137
rhoerauf@kpmg.com

**Function and specialization**
Randy is a member of the SSOA practice & Financial Architecture Competency Group. He also is a subject matter expert in Finance & Accounting and Sourcing and Shared Services Management.

**Representative clients**
- AbbVie
- AIG
- Ann Taylor
- Becton Dickinson
- Bristol-Myers Squibb
- Charming Shoppes
- City of Minneapolis
- Coca-Cola Enterprises
- CVS
- Detroit Energy
- Johnson & Johnson
- Molson Coors
- Novartis
- Pfizer
- Washington Gas

**Education, licenses & certifications**
- Non-Practicing CPA
- Executive Studies, INSEAD University, Fontainebleau, France
- Bachelor of Science in Accounting, University of Maryland, College Park, MD

### Background

Randy is a member of KPMG's Financial Architecture Competency group. In this primary role he provides IT Sourcing and financial advice to many of our larger, complex deal structures. Randy has more than three decades of experience in IT outsourcing, BPO, Finance & Accounting outsourcing, HR outsourcing, sourcing management, contract renegotiations and finance budgeting, planning and analysis. His core competency is decision support and decision framework. He also delivers hands-on services as a Project Manager and deal advisor and has led multi-national deals and provided leadership support on several large and complex deals for both IT and Business Processes. Randy also mentors and teaches financial architects new to the practice.

### Professional and industry experience

In addition to advising clients, Randy has led efforts alongside of service providers to create new pricing mechanisms for government accounts (mechanisms used on numerous engagements since) and has advised service providers on solution architecture for finance & accounting and sourcing management.

Randy has led both large and medium scale outsourcing engagements and has provided subject matter expertise in finance & accounting, sourcing management and human resources and has acted as lead negotiator.

Earlier in his career, Randy held various financial and operations positions such as CFO of Erickson Retirement Communities, CFO of Royal Ordnance, CFO of Heckler & Koch USA, CFO Atlas Travel Technologies, COO of Internos, VP of Business Development for VerticalNet. He has had over nine years' experience in mergers and acquisitions, leading efforts around the globe.

Randy began his career as a tax practitioner and audit professional

*Experience*
- Led Coca-Cola Enterprises through a global sourcing renegotiation.
- Led Bristol-Myers Squibb through F&A outsourcing contract rework and expansion.
- Provided financial support for and negotiated multi-tower outsourcing agreement for Washington Gas.
- Developed federal and state compliant pricing mechanisms for the City of Minneapolis, methodologies deployed at later accounts such as the Commonwealth of Pennsylvania and the State of Texas.
- Led a team of financial architects on AIG's IT sourcing initiative and

© 2011 KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent



# RANDALL T. HOERAUF
Director

- advised on AIG capital structure.
- Assisted Becton Dickinson finance and IT groups develop project accounting, project reporting and decision process capabilities, mentoring client staff and aiding project executives in streamlining processes, reducing project cost and developing a robust PMO.
- Provided leadership to Coors in the structuring of the Molson-Coors joint venture and outsourcing relationships.
- Assisted several clients with leadership and financial support that were pursuing IT and Finance & Accounting sourcing opportunities through market assessments of their current Finance and Accounting environment or financial support during the transaction or negotiation.

**Publications and speaking engagements**
- Written for KPMG:
  - *Leasing Rules for Accountants*
- Written for equaterra.com:
  - *Gainshare*
  - *ITO Data Collection*
  - *Trends in Shared Services*
- Written elsewhere:
  - *Selecting an Accounting System for Your Board of Realtors*
  - *Decision Rules in M&A*

© 2011 KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.