

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

UNITED STATES OF AMERICA

                Plaintiff(s),

                              Case No. 2:12-CV-02334-TLN-AC

v.

L. RICHARD SHEARER

                Defendant(s).

    I, Joe Alfred Izen, Jr. , attorney for Stanley Swenson as Trustee for the Berryvale Trust, the Hotlum Trust, and Regency Trust  hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Joe Alfred Izen, Jr. |
| Address: | 5222 Spruce Street |
| City: | Bellaire |
| State: | Texas   ZIP Code: 77401 |
| Voice Phone: | (713) 668-8815 |
| FAX Phone: | (713) 668-9402 |
| Internet E-mail: | izen@comcast.net |
| Additional E-mail: | joeslowgo@hotmail.com |
| I reside in City: | Houston, Texas 77035 |

I was admitted to practice in the Supreme Court of Texas on June 10, 1977. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

___N/A_____

.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:  Jihad M. Smaili,

Firm Name:  SMAILI & ASSOCIATES, PC

Address:  Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202

City:  Santa Ana, California

State:  California          ZIP Code: 92701

Voice Phone:  ( 714 ) 547-4700

FAX Phone:  ( 714 ) 547-4710

E-mail:  jihad.smaili8@gmail.com

Dated:  3/22/2013          Petitioner:  S/Joe Alfred Izen, Jr.

**ORDER**

IT IS SO ORDERED.

Dated: July 5, 2013

_____
Troy L. Nunley
United States District Judge