# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACROMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE No.: 2:12-CV-02334 |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | **Magistrate Judge Allison Clare** |
| | ) | |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | **ENTRY OF APPEARANCE** |
| | ) | **OF SHAUN CUNNINGHAM** |
| | ) | **AS LEGAL COUNSEL FOR** |
| | ) | **DEFENDANTS L. RICHARD** |
| Defendants. | ) | **SHEARER & DIANE SHEARER** |
| | ) | |

    Now comes SHAUN CUNNINGHAM, and enters his appearance as legal counsel for the Defendants, L. RICHARD SHEARER and DIANE SHEARER, as their counsel of record in this matter.

                                        Respectfully submitted,

                                        */s/Shaun Cunningham*
                                        Shaun Cunningham, Bar #277492
                                        Law Offices of Shaun Cunningham
                                        41 Vantis
                                        Aliso Viejo, CA 92656
                                        (949) 391-3725
                                        (949) 305-5503
                                        MrShaunCunningham@gmail.com

                                        Counsel to L. Richard Shearer & Diane Shearer

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing  ENTRY OF APPEARANCE was electronically transmitted August 9th, 2013, via the Court's CM/ECF system to each of the persons and parties who are listed on the Court's Electronic Mail Notice List to the following attorneys or parties:

Guy Patrick Jennings counsel for Plaintiff at mguy.p.jennings@usdoj.gov

Joe Alfred Izen, Jr., counsel for co-Defendants at jizen@comcast.net

Jihad Smaili, counsel for co-Defendants at jihadsmaililaw.com

Mail service on August 9th, 2013 for this matter:

Evelyn Louise Shearer

1107 Benton Street

Apt. 128

Loma Linda, CA 92354

                                                  */s/Shaun Cunningham*_____
                                                  Shaun Cunningham