

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES OF AMERICA**

Plaintiff(s),

Case No. 2:12-CV-02334

v.

**L. RICHARD SHEARER, et al.,**

Defendant(s).

I, Matthew Gilmartin, attorney for **L. RICHARD SHEARER AND DIANE SHEARER** hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Matthew Gilmartin, Attorney at Law, LLC |
| Address: | P.O. Box 35095 |
| City: | Houston |
| State: | Texas   ZIP Code: 77235 |
| Voice Phone: | ( 440 ) 479-8630 |
| FAX Phone: | ( 440 ) 398-0179 |
| Internet E-mail: | matt4g@att.net |
| Additional E-mail: | mtglaw@sbcglobal..net |
| I reside in City: | Houston   State:   Texas |

I was admitted to practice in the Supreme Court of Ohio (court) on November 15th, 1982. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not X concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A _____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: SHAUN CUNNINGHAM, ESQ.

Firm Name: LAW OFFICE OF SHAUN CUNNINGHAM

Address: 41 VANTIS DRIVE

City: ALISO VIEJO

State: CA    ZIP Code: 92656

Voice Phone: (949) 391-3725

FAX Phone: (949) 305-5503

E-mail: MRSHAUNCUNNINGHAM@GMAIL.COM

Dated: 8-7-2013    Petitioner: *Matthew Hilmart* [signature]

**ORDER**

IT IS SO ORDERED.

Dated: _____                    _____
                                                JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Matthew Thomas Gilmartin

was admitted to the practice of law in Ohio on November 15, 1982; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of July, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*