**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

**UNITED STATES OF AMERICA**

        Plaintiff(s),

v.

**L. RICHARD SHEARER, et al.,**

        Defendant(s).

Case No. 2:12-CV-02334-TLN-AC

I, Matthew Gilmartin, attorney for **L. RICHARD SHEARER AND DIANE SHEARER**, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Matthew Gilmartin, Attorney at Law, LLC |
| Address: | P.O. Box 35095 |
| City: | Houston |
| State: | Texas    ZIP Code: 77235 |
| Voice Phone: | ( 440 ) 479-8630 |
| FAX Phone: | ( 440 ) 398-0179 |
| Internet E-mail: | matt4g@att.net |
| Additional E-mail: | mtglaw@sbcglobal..net |
| I reside in City: | Houston    State: Texas |

I was admitted to practice in the  Supreme Court of Ohio  (court) on November 15th, 1982 (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I  have ☐ / have not X concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A                                                                                                                                                                   .

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:    SHAUN CUNNINGHAM, ESQ.

Firm Name:   LAW OFFICE OF SHAUN CUNNINGHAM

Address:    41 VANTIS DRIVE

City:    ALISO VIEJO

State:    CA        ZIP Code: 92656

Voice Phone:  (949) 391-3725

FAX Phone:   (949) 305-5503

E-mail:    MRSHAUNCUNNINGHAM@GMAIL.COM

Dated:    8/13/2013        Petitioner:   /s/ Matthew Gilmartin(Ohio Bar #0024683)

**ORDER**

IT IS SO ORDERED.

Dated: August 14, 2013

Troy L. Nunley
United States District Judge