# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACROMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE No.: 2:12-CV-02334** |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | **Magistrate Judge Allison Clare** |
| | ) | |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | **ENTRY OF APPEARANCE** |
| | ) | **OF MATTHEW GILMARTIN** |
| | ) | **AS LEGAL COUNSEL FOR** |
| | ) | **DEFENDANTS L. RICHARD** |
| Defendants. | ) | **SHEARER & DIANE SHEARER** |
| | ) | |

  Now comes MATTHEW GILMARTIN, and enters his appearance as legal counsel for the Defendants, L. RICHARD SHEARER and DIANE SHEARER, as their counsel of record in this matter.

            Respectfully submitted,

            */s/Matthew Gilmartin*
            Matthew Gilmartin, Ohio Bar #024683
            Matthew Gilmartin, Attorney at Law, LLC
            P.O. Box 35095
            Houston, TX 77235
            Tel: (440) 479-8630
            Fax: (440) 398-0179
            Matt4g@att.net

            Counsel to L. Richard Shearer & Diane Shearer

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing ENTRY OF APPEARANCE was electronically transmitted August 16th, 2013, via the Court's CM/ECF system to each of the persons and parties who are listed on the Court's Electronic Mail Notice List to the following attorneys or parties:

Guy Patrick Jennings counsel for Plaintiff at mguy.p.jennings@usdoj.gov

Joe Alfred Izen, Jr., counsel for co-Defendants at jizen@comcast.net

Jihad Smaili, counsel for co-Defendants at jihadsmaililaw.com

Shaun Cunningham, co-counsel for Defendants Shearer at MrWorkComp@gmail.com


Mail service on August 16th, 2013 for this matter:

Evelyn Louise Shearer
1107 Benton Street
Apt. 128
Loma Linda, CA 92354


                                        /s/Matthew Gilmartin_____
                                        Matthew Gilmartin