KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:      *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>         Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**STIPULATION AND REQUEST FOR ORDER AMENDING SCHEDULE** |

The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane Shearer, and the defendant trustee, Stanley Swenson, by counsel undersigned, hereby request an extension of the last day to engage in discovery and the last day to file motions.

Two factors prompt this request.  First, the counsel for the primary defendants, the Shearers, only appeared in this case on August 16, 2013, and discovery is set to close on December 24, 2013.  Second, the case was reassigned *sua sponte* by the Court to a new

1  Judge and Magistrate Judge, and the parties are uncertain if the pretrial and trial schedules
2  remain convenient for the Court.  The parties request a brief telephonic status conference at the
3  convenience of the Court.
4        The undersigned parties agree to request an order continuing the last day for discovery
5  from December 24, 2013, to a new date of March 31, 2014.  The parties further request a
6  continuance of the last day to hear motions from February 24, 2014, to March 27, 2014, (a
7  Thursday) at 2 p.m. in Courtroom 2, 15th Floor.
8        The parties respectfully request an order as set forth above.  A proposed order is
9  submitted herewith.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

Date: October 30, 2013           /s/ G. Patrick Jennings
                                 G. PATRICK JENNINGS
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice

Date: October 29, 2013           /s/ Matthew Gilmartin
                                 Matthew Gilmartin, Ohio Bar #024683
                                 Matthew Gilmartin, Attorney at Law, LLC
                                 P.O. Box 35095
                                 Houston, TX 77235

                                 Attorney for L. Richard Shearer and Diane Shearer

Date: October 29, 2013           /s/ Alfred Joe Izen, Jr.
                                 Alfred Joe Izen, Jr
                                 5222 Spruce Street
                                 Bellaire, TX 77401

                                 Attorney for Stanley Swenson as Trustee of the
                                 Hotlum Trust, the Berryvale Trust and the Regency
                                 Trust