IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | |
| ) | |
| Plaintiff,            ) | Civil No.  2:12-CV-02334 TLN AC |
| ) | |
| v.                    ) | |
| ) | **ORDER** |
| L. RICHARD SHEARER;                          ) | |
| DIANE SHEARER;                               ) | |
| STANLEY SWENSON as Trustee of the            ) | |
| HOTLUM TRUST, BERRYVALE TRUST, and ) | |
| REGENCY TRUST;                               ) | |
| CARL S. WILSON; CAROL WILSON;                ) | |
| EVELYN LOUISE SHEARER, as Trustee of         ) | |
| the EVELYN LOUISE REVOCABLE TRUST;  ) | |
| VERNON L. SWENSON; LEORA SWENSON; ) | |
| ) | |
| Defendants.         ) | |
| ) | |

The active parties to this suit have agreed to a proposed new schedule and this is the first such request.  For good cause shown, **IT IS ORDERED THAT** the last day to complete discovery shall be March 31, 2014, and the last day to hear dispositive motions shall be March 27, 2014, at 2 p.m. in Courtroom 2, 15th Floor.

**IT IS SO ORDERED.**


 Dated:                                   _____
                                          TROY L. NUNLEY,
                                          United States District Court Judge