KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>  Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**STIPULATION AND REQUEST FOR SECOND ORDER AMENDING SCHEDULE** |

The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane Shearer, and the defendant trustee, Stanley Swenson, by counsel undersigned, hereby request an extension of the last day to engage in discovery to a new date of June 30, 2014.

Discovery is presently scheduled to close on March 31, 2014, and the last day to hear dispositive motions is presently July 31, 2014 (Dkt. 32 - Amended Pretrial Scheduling Order). The United States scheduled depositions to complete discovery but counsel for the trustee has

1  stated that a serious medical condition would preclude his attendance at depositions prior to the
2  close of discovery.
3  The undersigned parties agree to request an order continuing the last day for discovery
4  from March 31, 2014, to a new date of June 30, 2014.
5  Although the parties do not anticipate using expert witnesses at this time, the parties also
6  request that the time to designate experts be extended from the current date of March 30,
7  2014, to a new date of June 30, 2014.
8  The parties respectfully request an order in accordance with the foregoing statements.  A
9  proposed order is submitted herewith.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

Date: February 20, 2014       */s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

Date: February 19, 2014       */s/ Matthew Gilmartin*
Matthew Gilmartin, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

Attorney for L. Richard Shearer and Diane Shearer

Date: February 19, 2014       */s/ Alfred Joe Izen, Jr.*
Alfred Joe Izen, Jr.
5222 Spruce Street
Bellaire, TX 77401

Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust