IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:12-CV-02334 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| L. RICHARD SHEARER; DIANE SHEARER; et al.; | |
| Defendants. | |

The active parties to this suit have agreed to a proposed new schedule and this is the second such request. For good cause shown, IT IS ORDERED THAT the last day to complete discovery shall be June 30, 2014, and the last day to designate expert witnesses shall be June 30, 2014. All other presently scheduled dates shall remain the same.

IT IS SO ORDERED.

Dated: February 24, 2014

_____
Troy L. Nunley
United States District Judge