TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>　　　　Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**STIPULATION AND REQUEST FOR THIRD ORDER AMENDING SCHEDULE** |

The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane Shearer, and the defendant trustee, Stanley Swenson, by counsel undersigned, hereby request an extension of the last day to engage in discovery to a new date of August 15, 2014.

Discovery closed on June 30, 2014, and the last day to hear dispositive motions is presently July 31, 2014 (Dkt. 32 and 34).   The defendants have produced a document which has not been located in the IRS files and may need to depose a Revenue Agent in order to

1  attempt to authenticate the document.

2  The undersigned parties agree to request an order continuing the last day for discovery
3  from June 30, 2014, to a new date of August 15, 2014.  The parties further request that the last
4  day to hear dispositive motions be extended to September 30, 2014.

5  The parties respectfully request an order in accordance with the foregoing statements.  A
6  proposed order is submitted herewith.

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General

Date: July 14, 2014         */s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

Date: July 14, 2014         */s/ Matthew Gilmartin*
Matthew Gilmartin, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

Attorney for L. Richard Shearer and Diane Shearer

Date: July 14, 2014         */s/ Alfred Joe Izen, Jr.*
Alfred Joe Izen, Jr.
5222 Spruce Street
Bellaire, TX 77401

Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust