IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　v. )<br>L. RICHARD SHEARER; )<br>DIANE SHEARER; )<br>STANLEY SWENSON as Trustee of the )<br>HOTLUM TRUST, BERRYVALE TRUST, and )<br>REGENCY TRUST; )<br>CARL S. WILSON; CAROL WILSON; )<br>EVELYN LOUISE SHEARER, as Trustee of )<br>the EVELYN LOUISE REVOCABLE TRUST; )<br>VERNON L. SWENSON; LEORA SWENSON; )<br>　　　　　Defendants. ) | Civil No.  2:12-CV-02334 TLN AC<br><br>**ORDER** |

　　　The active parties to this suit have agreed to a proposed new schedule and this is the third such request.   For good cause shown,

 **IT IS ORDERED THAT** the last day to complete discovery shall be August 15, 2014, and the last day to hear dispositive motions shall be September 30, 2014.  All other presently scheduled dates shall remain the same.

**IT IS SO ORDERED.**


 Dated:　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TROY L. NUNLEY,
　　　　　　　　　　　　　　　　　　　　United States District Court Judge