IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 2:12-CV-02334 TLN AC |
| Plaintiff, ) | |
| v. ) | ORDER |
| L. RICHARD SHEARER; ) DIANE SHEARER; et al.; ) | |
| Defendants. ) | |

The active parties to this suit have agreed to a proposed new schedule and this is the third such request. For good cause shown,

IT IS ORDERED THAT the last day to complete discovery shall be August 15, 2014, and the last day to hear dispositive motions shall be September 25, 2014. All other presently scheduled dates shall remain the same.

IT IS SO ORDERED.

Dated: July 22, 2014

Troy L. Nunley
United States District Judge

1