TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>       Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   September 25, 2014<br>Time:   2:00 p.m.<br>Court:   2, Fifteenth Floor<br>Judge:   Hon. Troy L. Nunley |

PLEASE TAKE NOTICE THAT the United States of America will bring the above-named motion on for hearing before the Honorable Troy L. Nunley, United States District Judge, in Courtroom 2 on the 15th floor of the United States Courthouse at 501 I Street, Sacramento, California, on September 25, 2014, at 2:00 p.m., or as soon thereafter as counsel may be heard.

L. Richard Shearer and Diane Shearer ("taxpayers") failed to fully pay tax, penalties, and

1  interest on liabilities they reported on amended federal individual income tax returns.  In this
2  motion, the United States seeks only an adjudication of the tax, interest, and fraud penalty
3  liabilities.  The issues of whether trusts continue to hold the Shearers' property as nominees or
4  fraudulent transferees, and whether the United States may enforce the judgment against the
5  properties, are reserved for trial.
6        This motion is supported by the pleadings and papers filed herein, the United States'
7  memorandum of points and authorities in support of this motion, and the declarations of G.
8  Patrick Jennings, and Revenue Agent Nancy Yang, submitted herewith.
9        WHEREFORE, the United States respectfully requests that the Court enter an order
10 granting this motion for partial summary judgment.

                                                              Respectfully submitted,

                                                              TAMARA W. ASHFORD
                                                              Acting Assistant Attorney General

Date: August 18, 2014                */s/ G. Patrick Jennings*
                                                              G. PATRICK JENNINGS
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice