TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:          *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> L. RICHARD SHEARER; ) <br> DIANE SHEARER; ) <br> STANLEY SWENSON as Trustee of the ) <br> HOTLUM TRUST, BERRYVALE TRUST, and ) <br> REGENCY TRUST; ) <br> CARL S. WILSON; CAROL WILSON; ) <br> EVELYN LOUISE SHEARER, as Trustee of ) <br> the EVELYN LOUISE REVOCABLE TRUST; ) <br> VERNON L. SWENSON; LEORA SWENSON; ) <br> ) <br> Defendants. ) <br> ) | Civil No.  2:12-CV-02334 TLN AC <br><br> **UNITED STATES' STATEMENT OF UNDISPUTED FACTS** |

  In support of its motion for summary judgment, under Local Rule 260(a), the United States submits its statement of undisputed facts.  In accordance with the Local Rule, any party opposing the motion for summary judgment shall reproduce the itemized facts set forth below and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular evidence relied upon in the denial.

# STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| 1.   This is a civil action brought by the United States of America (a) to reduce to judgment federal tax assessments against L. Richard Shearer and Diane Shearer ("taxpayers"), husband and wife; (b) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust are the nominees, alter egos, or fraudulent transferees of the taxpayers; and (c) to foreclose federal tax liens against certain real property in Siskiyou County, California. | Amended Complaint, ¶ 1 |
| 2.   During the tax years at issue (1995-2001) L. Richard Shearer practiced as a medical doctor in Siskiyou County, California. | Shearer Response to Request for Admissions, ("RFA") Jennings Decl. Ex. A, No. 7. |
| 3.   On or about October 1, 2001, L. Richard Shearer plead guilty to the following charges: (1) conspiracy to defraud the United States in violation of 18 U.S.C. § 371, and (2) three counts of making and subscribing to false tax returns in violation of 26 U.S.C. § 7206(1). | RFA, 1, 2, 3, Jennings Decl. Ex. B (Plea Agreement) |
| 4.   Beginning in December, 1995, and continuing through August, 2000, Dr. Shearer conspired with Lonnie D. Crockett and with, other Crockett clients who were also medical professionals who resided in the same area and were acquaintances of the defendant, including Daniel Bullock and Richard D. Pfeiffer, to defraud the United States by impairing, impeding, obstructing and defeating the lawful functions of the Internal Revenue Service in the ascertainment, computation, assessment, and collection of federal income tax liabilities with respect to their income. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 2, ¶ 2 |

| | |
|---|---|
| 5.   No later than late 1995, defendant Richard Shearer deposited substantial net income from his medical practice into a bank account he controlled that was in the name of a trust he controlled. In furtherance of the conspiracy to conceal such income from the Internal Revenue Service, defendant Shearer and other co-conspirators then cycled such U.S. income through bank accounts in Utah controlled by defendant Crockett and through foreign bank accounts, and then back to bank accounts in the Eastern District of California which were controlled by defendant Shearer and the co-conspirators. The cycling of funds by Shearer was accomplished through a series of sham transactions which had no economic purpose<br>other than the evasion of income taxes. Crockett was paid a fee for each such "loop" of funds. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 2, ¶ 3 |
| 6.   In connection with the transfer of funds from Shearer's domestic trust bank account to a bank account in Utah controlled by defendant Crockett in the name of Atlantic Telesis, Shearer received phony invoices, sent in the name of Atlantic Telesis at the direction of Crockett, in amounts corresponding to the funds sent by Shearer to Crockett for routing through the offshore system of bank accounts.<br>The invoices purported to be for services rendered by Atlantic Telesis to Shearer's medical practice, when in truth and in fact, no such services with such value were rendered by Atlantic Telesis. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 2, ¶ 4 |

| | |
|---|---|
| 7. The object of the cycling of funds through the various bank accounts was to conceal from the Internal Revenue Service the fact that such funds, which constituted U.S. income earned by Shearer through his medical practice, were being routed back to Shearer, and then used by Shearer for his personal benefit and enjoyment, without being reported to the IRS as income. For each of the years 1996, 1997 and 1998, defendant Shearer had his medical practice pay him wages, which he reported to the IRS as income in tax returns for each of those years. Such wages consisted of a small portion of the actual net income of his medical practice. In each of those years, a much larger portion of his net income from his practice was concealed from the IRS through the system of accounts described above, and was not reported as income on the defendant's tax returns. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 3, ¶ 5 |
| 8. Throughout the period of the conspiracy, defendant Shearer was aware that his co-conspirators Bullock and Pfeiffer were also using the Crockett system of domestic and offshore bank accounts to conceal from the IRS income which they earned from their medical practices. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 3, ¶ 6 |
| 9. In furtherance of the conspiracy, on or about October 28, 1998, Richard Shearer caused a check for $225, payable to Farr West, to be written on the bank account of Strawberry Valley Family Trust, a trust controlled by Richard Shearer. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 3-4, ¶ 7 |
| 10. On or about October 14, 1999, and pursuant to the conspiracy described above, Dr. Shearer made and signed a 1998 joint U.S. Individual Income Tax Return, Form 1040. The return was signed under penalty of perjury. The return contained materially false information, that is, it reported taxable income of only $17,000, and did not report in excess of $100,000 in income to Dr. Shearer that had been earned through Shearer's medical practice in the year 1998. The defendant knew that the return materially understated his actual income, and acted willfully in subscribing to the false return. | Jennings Decl. Ex. B, Ex. A. "Factual Basis of Plea of Guilty" p. 4, ¶ 8 |
| 11. After his criminal conviction Dr. Shearer filed amended tax returns which were (with slight changes) accepted as filed by the United States. | RFA no. 4, Declaration of Revenue Agent Nancy Yang |

| | |
|---|---|
| 12. The amended returns disregarded the transfer of income to the Crockett-related trusts. | Decl. Yang, ¶ |
| 13. Revenue Agent Nancy Yang examined the amended returns and substantially reduced the tax and fraud penalty for 1995 - 1999. | Decl. Yang, ¶ |
| 14. The Internal Revenue Service Integrated Data Recovery System (IDRS) tracks assessments, abatements, and credits to taxpayers' accounts. | Decl. Yang, ¶ |
| 15. The IDRS transcripts show the adjustments to the Shearer's tax liabilities made by Revenue Agent Yang. | Decl. Yang, ¶ |
| 16. The Certificate of Assessments and Payments for each year show the adjustments and credits to the Shearer's tax liabilities for 1995-2001. | Decl. Jennings, Ex. |
| 17. The 2000 and 2001 taxable years do not contain fraud penalties. The tax, penalties, and interest were assessed based on tax returns which were filed by the taxpayers without including a full payment of the tax shown due. | Decl. Yang, ¶ |
| 18. The current balance of the Shearers' individual federal tax liabilities for 1995-2001, with interest to September 30, 2014, is shown on the IDRS INSTD transcripts attached to the declaration of Revenue Agent Yang, Ex. J through P. | Decl. Yang, ¶ |
| 19. The current balances owed are as follows:<br>Tax Period   Exhibit No.   Unpaid Balance as of Sept. 30, 2014<br>1995   Ex. J   128,469.21<br>1996   Ex. K   54,230.19<br>1997   Ex. L   83,930.48<br>1998   Ex. M   90,191.25<br>1999   Ex. N   14,243.10<br>2000   Ex. O   Credit Balance   [2,686.29]<br>2001   Ex. P   Zero Balance           .00<br>         TOTAL         368,377.94 | Decl. Yang, Ex. J - P. |

TAMARA W. ASHFORD
Acting Assistant Attorney General

Date: August 15, 2014         /s/ G. Patrick Jennings
                              G. PATRICK JENNINGS
                              Trial Attorney, Tax Division
                              U.S. Department of Justice