TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.  2:12-CV-02334 TLN AC |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF G. PATRICK** |
| L. RICHARD SHEARER; | ) | **JENNINGS IN SUPPORT OF** |
| DIANE SHEARER; | ) | **MOTION FOR PARTIAL SUMMARY** |
| STANLEY SWENSON as Trustee of the | ) | **JUDGMENT** |
| HOTLUM TRUST, BERRYVALE TRUST, and | ) | |
| REGENCY TRUST; | ) | |
| CARL S. WILSON; CAROL WILSON; | ) | |
| EVELYN LOUISE SHEARER, as Trustee of | ) | |
| the EVELYN LOUISE REVOCABLE TRUST; | ) | |
| VERNON L. SWENSON; LEORA SWENSON; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, G. Patrick Jennings declare and state:

1.    I am a trial attorney for the United States Department of Justice, Tax Division, Civil Trial

Section, Western.  I am assigned as the trial attorney for the United States in the above-

captioned case.

2.    Attached hereto are true and correct copies of the following documents:

A.    Taxpayer responses to United States Requests for Admissions.

B.    Certificate of Assessments and Payments for the Shearers federal individual

1    income tax for 1995.

2    C.    Certificate of Assessments and Payments for the Shearers federal individual

3          income tax for 1996.

4    D.    Certificate of Assessments and Payments for the Shearers federal individual

5          income tax for 1997.

6    E.    Certificate of Assessments and Payments for the Shearers federal individual

7          income tax for 1998.

8    F.    Certificate of Assessments and Payments for the Shearers federal individual

9          income tax for 1999.

10   G.    Certificate of Assessments and Payments for the Shearers federal individual

11         income tax for 2000.

12   H.    Certificate of Assessments and Payments for the Shearers federal individual

13         income tax for 2001.

14   I declare under penalty of perjury that the foregoing is true and correct.

15   Dated:  August 18, 2014                    /s/ G. Patrick Jennings
16                                               G. PATRICK JENNINGS