TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>        Defendants. | Civil No.  2:12-CV-02334 GEB AC<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that on this 18th day of August, 2014, I served copies of the following

1. **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. **MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

3. **UNITED STATES' STATEMENT OF UNDISPUTED FACTS**

4. **DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

5. **DECLARATION OF REVENUE AGENT NANCY YANG IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

6. **CERTIFICATE OF SERVICE**

**By U.S. Mail, postage fully prepaid, to:**

>VERNON L. SWENSON
>LEORA SWENSON
>1045 N. Old Stage Road
>Mt. Shasta, CA 96067

**And by ECF notification to:**

>MATTHEW GILMARTIN, Ohio Bar #024683
>Matthew Gilmartin, Attorney at Law, LLC
>9267 Basswood Dr.
>Olmsted Falls, OH 44138

>Attorney for L. Richard Shearer and Diane Shearer

>SHAUN CUNNINGHAM  (Local Counsel)
>Law Office of Shaun Cunningham
>41 Vantis Drive
>Aliso Viejo, CA 92656

>Attorney for L. Richard Shearer and Diane Shearer

>ALFRED JOE IZEN, Jr
>5222 Spruce Street
>Bellaire, TX 77401

>Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust

>JIHAD M. SMAILI (Local Counsel)
>SMAILI & ASSOCIATES
>615 Civic Center Drive West, Suite 300
>Santa Ana, CA 92701

>Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts

>/s/ G. Patrick Jennings
>G. PATRICK JENNINGS

Note: defendants Carl S. Wilson, Carol Wilson and Evelyn Louise Shearer have all disclaimed any interest in the subject property at issue in this suit.