# EXHIBIT B

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ▆▆▆▆ 9931 and ▆▆▆▆ 7783 respectively, covering United States Individual Income Tax for the period ending December 31, 1995

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

IRS04355

RICHARD & DIANE SHEARER          EIN/SSN:  ▇▇▇▇9931
                                          ▇▇▇▇7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 144,002.00 | | | |
| | TAXABLE INCOME 103,497.00 | | | |
| | SELF EMPLOYMENT TAX 10,913.00 | | | |
| 10-17-1996 | RETURN FILED & TAX ASSESSED 89211-292-29334-6  199646 | 8,326.00 | | 11-25-1996 |
| 04-15-1996 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1996 | | | |
| 08-15-1996 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1996 | | | |
| 10-17-1996 | PAYMENT WITH RETURN | | 4,779.00 | |
| | ESTIMATED TAX PENALTY 19964608 | 453.00 | | 11-25-1996 |
| | FAILURE TO PAY TAX PENALTY 19964608 | 285.25 | | 11-25-1996 |
| | INTEREST ASSESSED 19964608 | 404.76 | | 11-25-1996 |
| 01-06-1997 | SUBSEQUENT PAYMENT | | 4,754.10 | |
| | INTEREST ASSESSED 19970408 | 46.35 | | 02-03-1997 |
| | FAILURE TO PAY TAX PENALTY 19970408 | 17.74 | | 02-03-1997 |

FORM 4340 (REV. 01-2002)              PAGE    1

RICHARD & DIANE SHEARER             EIN/SSN:        ███ 9931
                                                    ███ 7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 12-15-1997 | FAILURE TO PAY TAX PENALTY ABATED | 0.01- | | |
| | INTEREST ASSESSED 19974908 | 0.01 | | 12-15-1997 |
| 02-10-1998 | ADVANCE PAYMENT OF DEFICIENCY | | 2,916.00 | |
| | INTEREST ASSESSED 19980808 | 2.57 | | 03-09-1998 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 89247-462-20804-8  19981008 | 2,477.00 | | 03-23-1998 |
| | INTEREST ASSESSED 19981008 | 436.43 | | 03-23-1998 |
| 11-27-2002 | RECEIVED POA/TIA | | | |
| 02-06-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-14-2004 | | | |
| | FRAUD PENALTY 20040808 | 28,182.25 | | 03-08-2004 |

FORM 4340 (REV. 01-2002)            PAGE    2

RICHARD & DIANE SHEARER					EIN/SSN: 9931
									7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED BY EXAMINATION ASED 20040731 29247-448-10037-4  20040808 | 180,539.00 | | 03-08-2004 |
| | INTEREST ASSESSED 20040808 | 244,672.04 | | 03-08-2004 |
| 02-12-2004 | OFFER IN COMPROMISE PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-469-00186-4  20041108 | 0.00 | | 03-29-2004 |
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2005 | FEDERAL TAX LIEN | | | |
| 05-02-2005 | FEES AND COLLECTION COSTS | 10.00 | | |

FORM 4340 (REV. 01-2002)             PAGE   3

IRS04358

RICHARD & DIANE SHEARER                    EIN/SSN: ▮▮▮▮▮9931
                                                    ▮▮▮▮▮7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995

```
                                   ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                   (REVERSAL)   (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------
           FAILURE TO PAY TAX                   33,178.99       10-10-2005
           PENALTY
           20053908

10-18-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-18-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-15-2005 OVERPAID CREDIT APPLIED                            347.00
           1040       200412

04-15-2004 OVERPAID CREDIT APPLIED                          2,635.00
           1040       200312

11-15-2006 SUBSEQUENT PAYMENT                              22,273.00

FORM 4340 (REV. 01-2002)           PAGE    4
```

IRS04359

RICHARD & DIANE SHEARER                 EIN/SSN:  9931
                                                 7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 20073908 | 10,968.54 | | 10-08-2007 |
| 04-15-2006 | OVERPAID CREDIT APPLIED 1040   200512 | | 1,137.80 | |
| 12-29-2006 | OVERPAID CREDIT APPLIED 1040   200512 | | 1,597.66 | |
| 04-15-2007 | INTEREST OVERPAYMENT CREDIT 1040   200612 | | 8.77 | |
| 04-15-2007 | OVERPAID CREDIT APPLIED 1040   200612 | | 45.00 | |
| 04-15-2007 | OVERPAID CREDIT APPLIED 1040   200612 | | 51.23 | |
| 02-11-2008 | FAILURE TO PAY TAX PENALTY ABATED | | 5.69- | |
| 03-03-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-08-2004 | FRAUD PENALTY ABATED | | 107,222.00- | |

FORM 4340 (REV. 01-2002)            PAGE    5

IRS04360

RICHARD & DIANE SHEARER              EIN/SSN:         9931
                                                      7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1995

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | | | |
| | FRAUD PENALTY 20040808 | | 107,222.00 | 03-08-2004 |
| 04-14-2008 | PRIOR TAX ABATED BY EXAMINATION OTHER CLOSINGS AFTER EXAMINATION ASED 20080719 49247-481-00259-8 | 153,765.00- | | |
| 04-14-2008 | RENUMBERED RETURN 49247-481-00259-8 | | | |
| 04-14-2008 | FAILURE TO PAY TAX PENALTY ABATED | 38,441.25- | | |
| 04-14-2008 | INTEREST ABATED | 176,038.87- | | |
| 01-26-2012 | RECEIVED POA/TIA | | | |
| 02-23-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-23-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-20-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340 (REV. 01-2002)            PAGE    6

IRS04361

```
RICHARD & DIANE SHEARER              EIN/SSN:         9931
                                                      7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT     DATE (23C,
                                     (REVERSAL)    (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

06-11-2012 FEES AND COLLECTION COSTS                140.00

11-25-1996 Statutory Notice of Balance Due

01-27-1997 Notice of Balance Due

03-08-2004 Statutory Notice of Balance Due

04-12-2004 Statutory Notice of Intent to Levy

10-08-2007 Statutory Notice of Balance Due

04-14-2008 Statutory Notice of Balance Due

10-06-2008 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)             PAGE    7
```

IRS04362

```
RICHARD & DIANE SHEARER              EIN/SSN:     ▓▓▓ 9931
                                                  ▓▓▓ 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995


                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)     (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
10-12-2009 Statutory Notice of Balance Due

10-11-2010 Statutory Notice of Balance Due

10-10-2011 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE     8
```

RICHARD & DIANE SHEARER          EIN/SSN:     ███ 9931
                                              ███ 7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995

---

BALANCE     101,344.55

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _[signature]_
PRINT NAME: Debbie Okray
TITLE: Chief, Accounting Operation
DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/28/2012

FORM 4340 (REV. 01-2002)                     PAGE    9

IRS04364