# EXHIBIT C



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ▓▓▓▓9931 and ▓▓▓▓7783 respectively, covering United States Individual Income Tax for the period ending December 31, 1996 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E     Form **2866** (Rev. 09-1997)

RICHARD & DIANE SHEARER                EIN/SSN:     9931
                                                    7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1996

```
                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS CREDIT      DATE (23C,
                                     (REVERSAL)   (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------
```

       ADJUSTED GROSS INCOME
           551,414.00

       TAXABLE INCOME
           542,139.00

       SELF EMPLOYMENT TAX
           17,163.00

10-20-1997 RETURN FILED & TAX ASSESSED            2,666.00       11-17-1997
       29221-292-76929-7  199745

04-15-1997 WITHHOLDING                                         9,533.00

04-15-1997 EXTENSION OF TIME TO FILE
       EXT. DATE  08-15-1997

08-15-1997 EXTENSION OF TIME TO FILE
       EXT. DATE  10-15-1997

11-17-1997 REFUND                                              (6,867.00)

11-27-2002 RECEIVED POA/TIA

02-06-2004 ASSESSMENT STATUTE EXPIR
       DATE EXTEND TO 03-14-2004

       FRAUD PENALTY                    12,704.75              03-08-2004
       20040808

       ADDITIONAL TAX ASSESSED         181,985.00              03-08-2004
       BY EXAMINATION
       ASED 20040731
       29247-448-10040-4  20040808

       INTEREST ASSESSED               198,100.22              03-08-2004
       20040808

02-12-2004 OFFER IN COMPROMISE
       PENDING

FORM 4340  (REV. 01-2002)                  PAGE   1

```
RICHARD & DIANE SHEARER            EIN/SSN:         9931
                                                    7783
```

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-469-00184-4  20041108 |  | 0.00 | 03-29-2004 |
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED |  |  |  |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 04-08-2005 | FEDERAL TAX LIEN |  |  |  |
|  | FAILURE TO PAY TAX PENALTY 20053908 | 33,667.22 |  | 10-10-2005 |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |

FORM 4340 (REV. 01-2002)                    PAGE   2

```
RICHARD & DIANE SHEARER                EIN/SSN:         9931
                                                        7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1996


                                       ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                       (REVERSAL)    (REVERSAL)  RAC 006 )
------------------------------------------------------------------------

10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

11-15-2006 SUBSEQUENT PAYMENT                        14,274.00

           FAILURE TO PAY TAX          11,829.02                 10-08-2007
           PENALTY
           20073908

03-08-2004 FRAUD PENALTY ABATED        123,784.00-

           FRAUD PENALTY               123,784.00                03-08-2004
           20040808

04-14-2008 PRIOR TAX ABATED BY         168,437.00-
           EXAMINATION
           OTHER CLOSINGS AFTER
           EXAMINATION
           ASED 20080719
           49247-481-00261-8

04-14-2008 RENUMBERED RETURN
           49247-481-00261-8

04-14-2008 FAILURE TO PAY TAX          42,109.24-
           PENALTY ABATED

04-14-2008 INTEREST ABATED             170,814.59-

FORM 4340  (REV. 01-2002)              PAGE   3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RICHARD & DIANE SHEARER              EIN/SSN:        9931
         .                                           7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1996


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| --- | --- | --- | --- | --- |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |

------------------------------------------------------------------------

01-26-2012 RECEIVED POA/TIA

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

03-08-2004 Statutory Notice of Balance Due

04-12-2004 Statutory Notice of Intent to Levy

10-08-2007 Statutory Notice of Balance Due

04-14-2008 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)            PAGE    4

IRS04369

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

RICHARD & DIANE SHEARER                EIN/SSN:        9931
                                                       7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996


                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
10-06-2008 Statutory Notice of Balance Due

10-12-2009 Statutory Notice of Balance Due

10-11-2010 Statutory Notice of Balance Due

10-10-2011 Statutory Notice of Balance Due


FORM 4340 (REV. 01-2002)                  PAGE    5

IRS04370

```
RICHARD & DIANE SHEARER               EIN/SSN:  ████ 9931
                                                     7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996


BALANCE         42,651.38
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: *[signature]*

PRINT NAME: Debbie Okray

TITLE: Chief, Accounting Operation

DELEGATION ORDER: WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/28/2012

FORM 4340  (REV. 01-2002)                   PAGE   6

IRS04371