# EXHIBIT D



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ▆▆▆-9931 and ▆▆▆-7783 respectively, covering United States Individual Income Tax for the period ending December 31, 1997

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

---

RICHARD & DIANE SHEARER          EIN/SSN:       9931
                                                7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 737,572.00 | | | |
| | TAXABLE INCOME 716,682.00 | | | |
| | SELF EMPLOYMENT TAX 22,405.00 | | | |
| 10-19-1998 | RETURN FILED & TAX ASSESSED 89221-292-07928-8  199844 | 2,374.00 | | 11-16-1998 |
| 04-15-1998 | WITHHOLDING | | 9,794.00 | |
| 08-15-1998 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1998 | | | |
| 11-16-1998 | REFUND | | (7,420.00) | |
| 11-27-2002 | RECEIVED POA/TIA | | | |
| 02-06-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-14-2004 | | | |
| | FRAUD PENALTY 20040808 | 21,367.25 | | 03-08-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION ASED 20040731 29247-448-10038-4  20040808 | 238,647.00 | | 03-08-2004 |
| | INTEREST ASSESSED 20040808 | 203,228.03 | | 03-08-2004 |
| 02-12-2004 | OFFER IN COMPROMISE PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-469-00185-4  20041108 | 0.00 | | 03-29-2004 |

FORM 4340 (REV. 01-2002)              PAGE    1

IRS04373

RICHARD & DIANE SHEARER          EIN/SSN: ███ 9931
                                                             7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2005 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 20053908 | 44,149.69 | | 10-10-2005 |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340 (REV. 01-2002)                PAGE    2

IRS04374

RICHARD & DIANE SHEARER          EIN/SSN:        -9931
                                                 -7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-15-2006 | SUBSEQUENT PAYMENT | | 28,329.00 | |
|  | FAILURE TO PAY TAX PENALTY 20073908 | 15,512.05 | | 10-08-2007 |
| 03-08-2004 | FRAUD PENALTY ABATED | 157,618.00- | | |
|  | FRAUD PENALTY 20040808 | 157,618.00 | | 03-08-2004 |
| 04-14-2008 | PRIOR TAX ABATED BY EXAMINATION OTHER CLOSINGS AFTER EXAMINATION ASED 20080719 49247-481-00262-8 | 212,532.00- | | |
| 04-14-2008 | RENUMBERED RETURN 49247-481-00262-8 | | | |
| 04-14-2008 | FAILURE TO PAY TAX PENALTY ABATED | 53,133.00- | | |
| 04-14-2008 | INTEREST ABATED | 161,740.16- | | |
| 11-24-2008 | OVERPAID CREDIT APPLIED 1040      200712 | | 1,167.42 | |

FORM 4340 (REV. 01-2002)          PAGE    3

IRS04375

```
RICHARD & DIANE SHEARER              EIN/SSN:    ████ 9931
                                                 ████ 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1997


                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
------------------------------------------------------------------------

11-24-2008 OVERPAID CREDIT APPLIED                   0.04
           1040     200712

12-09-2008 OVERPAID CREDIT APPLIED                  32.54
           1040     200712

01-26-2012 RECEIVED POA/TIA

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

03-08-2004 Statutory Notice of Balance Due

04-12-2004 Statutory Notice of Intent to Levy

10-08-2007 Statutory Notice of Balance Due


FORM 4340 (REV. 01-2002)            PAGE    4
```

```
RICHARD & DIANE SHEARER              EIN/SSN:       9931
                                                    7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1997


                                     ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                     (REVERSAL)    (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------
04-14-2008  Statutory Notice of Balance Due

10-06-2008  Statutory Notice of Balance Due

10-12-2009  Statutory Notice of Balance Due

10-11-2010  Statutory Notice of Balance Due

10-10-2011  Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)             PAGE    5
```

```
RICHARD & DIANE SHEARER           EIN/SSN:    ███ 9931
                                              7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1997
------------------------------------------------------------------------


BALANCE      65,969.86

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: Debbie Okray
TITLE: Chief, Accounting Operation
DELEGATION ORDER: WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/28/2012

FORM 4340  (REV. 01-2002)                    PAGE    6
```

IRS04378