# EXHIBIT E

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ████9931 and ████7783 respectively, covering United States Individual Income Tax for the period ending December 31, 1998 ——————————————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

RICHARD & DIANE SHEARER                EIN/SSN:  ███-██-9931
                                                 ███-██-7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | ADJUSTED GROSS INCOME 777,132.00 |  |  |  |
|  | TAXABLE INCOME 758,735.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 21,078.00 |  |  |  |
| 10-19-1999 | RETURN FILED & TAX ASSESSED 89221-296-48510-9  199945 | 2,094.00 |  | 11-22-1999 |
| 04-15-1999 | WITHHOLDING |  | 10,929.00 |  |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 |  |  |  |
| 08-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1999 |  |  |  |
| 11-22-1999 | REFUND |  | (8,835.00) |  |
| 11-27-2002 | RECEIVED POA/TIA |  |  |  |
| 02-06-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-14-2004 |  |  |  |
|  | FRAUD PENALTY 20040808 | 24,223.00 |  | 03-08-2004 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION ASED 20040731 29247-448-10039-4  20040808 | 249,007.00 |  | 03-08-2004 |
|  | INTEREST ASSESSED 20040808 | 163,637.77 |  | 03-08-2004 |
| 02-12-2004 | OFFER IN COMPROMISE PENDING |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

IRS04380

```
RICHARD & DIANE SHEARER          EIN/SSN:  ████  9931
                                                 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


                                  ASSESSMENT,   PAYMENT,   ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT   DATE (23C,
                                  (REVERSAL)   (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------

          ADDITIONAL TAX ASSESSED              0.00       05-10-2004
          BY EXAMINATION
          AUDIT DEFICIENCY PER
          DEFAULT OF 90 DAY LETTER
          29247-507-90004-4  20041708

04-23-2004 OFFER IN COMPROMISE
          REJECTED, RETURNED,
          TERMINATED

02-07-2005 MODULE IN FEDERAL PAYMENT
          LEVY PROGRAM

04-08-2005 FEDERAL TAX LIEN

          FAILURE TO PAY TAX          44,821.26       10-10-2005
          PENALTY
          20053908

10-18-2005 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          LEVY NOTICE ISSUED

10-18-2005 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          LEVY NOTICE ISSUED

10-21-2005 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)              PAGE   2
```

----------------------------------------------------------------------

```
RICHARD & DIANE SHEARER              EIN/SSN:    ████  9931
                                                       7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1998
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|

----------------------------------------------------------------------

```
10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

11-15-2006 SUBSEQUENT PAYMENT                          30,890.00

           FAILURE TO PAY TAX             17,430.49        10-08-2007
           PENALTY
           20073908

03-08-2004 FRAUD PENALTY ABATED          162,527.00-

           FRAUD PENALTY                 162,527.00        03-08-2004
           20040808

04-14-2008 PRIOR TAX ABATED BY           218,803.00-
           EXAMINATION
           OTHER CLOSINGS AFTER
           EXAMINATION
           ASED 20080719
           49247-481-00264-8

04-14-2008 RENUMBERED RETURN
           49247-481-00264-8

04-14-2008 FAILURE TO PAY TAX             54,700.75-
           PENALTY ABATED

04-14-2008 INTEREST ABATED               123,791.45-

FORM 4340  (REV. 01-2002)                PAGE    3
```

```
RICHARD & DIANE SHEARER          EIN/SSN:        9931
                                                 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


                                 ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                 (REVERSAL)   (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------

01-26-2012 RECEIVED POA/TIA

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

03-08-2004 Statutory Notice of Balance Due

05-10-2004 Statutory Notice of Intent to Levy

10-08-2007 Statutory Notice of Balance Due

04-14-2008 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

IRS04383

RICHARD & DIANE SHEARER          EIN/SSN:        9931
                                                 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


|      |                            | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT    | DATE (23C, |
|      |                            | (REVERSAL)  | (REVERSAL) | RAC 006 )  |
|------|----------------------------|-------------|------------|------------|
| 10-06-2008 | Statutory Notice of Balance Due | | | |
| 10-12-2009 | Statutory Notice of Balance Due | | | |
| 10-11-2010 | Statutory Notice of Balance Due | | | |
| 10-10-2011 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                PAGE    5

IRS04384

RICHARD & DIANE SHEARER                EIN/SSN:        9931
                                                       7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1998
--------------------------------------------------------------------


BALANCE        70,934.32

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:     Debbie Okray

TITLE:     Chief, Accounting Operation

DELEGATION ORDER:        WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/28/2012

FORM 4340  (REV. 01-2002)                PAGE     6

IRS04385