# EXHIBIT F

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ███9931 and ███7783 respectively, covering United States Individual Income Tax for the period ending December 31, 1999

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
RICHARD & DIANE SHEARER          EIN/SSN: ████  9931
                                               7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999


                                   ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                   (REVERSAL)    (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                   85,687.00

            TAXABLE INCOME
                   36,032.00

            SELF EMPLOYMENT TAX
                    1,081.00

10-19-2000 RETURN FILED & TAX ASSESSED      2,266.00        11-27-2000
           89221-296-66310-0  200046

04-15-2000 WITHHOLDING                                 8,072.00

04-15-2000 EXTENSION OF TIME TO FILE
           EXT. DATE  08-15-2000

08-15-2000 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2000

11-27-2000 REFUND                                     (5,806.00)

03-15-2002 AMENDED RETURN FILED
           29277-492-00951-2

           ADDITIONAL TAX ASSESSED          2,769.00        08-12-2002
           28254-603-09218-2  20023108

           INTEREST ASSESSED                 361.16        08-12-2002
           20023108

12-23-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-27-2002 RECEIVED POA/TIA

12-06-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)           PAGE    1
```

IRS04387

--------------------------------------------------------------------------------

RICHARD & DIANE SHEARER                 EIN/SSN:        9931
                                                        7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 12-18-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-24-2003 | FEDERAL TAX LIEN | | | |
| 02-17-2003 | FEES AND COLLECTION COSTS | | 10.00 | |
| 03-24-2003 | COLLECTIONS WORKING CASE | | | |
| 03-24-2003 | COLLECTIONS WORKING CASE | | | |
| 02-12-2003 | LEGAL SUIT PENDING | | | |
| 02-17-2003 | LEGAL SUIT PENDING | | | |
| 02-12-2003 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 05-26-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-30-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ADDITIONAL TAX ASSESSED 17254-732-18057-3  20035008 | | 0.00 | 12-22-2003 |

FORM 4340  (REV. 01-2002)              PAGE    2

IRS04388

RICHARD & DIANE SHEARER              EIN/SSN:        9951
                                                    7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 09-14-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 09-14-2003 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040      200212 | | 1,000.00 | |
| 02-06-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-21-2004 | | | |
| 03-08-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-12-2004 | OFFER IN COMPROMISE PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20040314 29247-469-00187-4  20041108 | 0.00 | | 03-29-2004 |
| | QUICK ASSESSMENT 29251-069-13301-4 | 195,362.00 | | 03-09-2004 |

FORM 4340  (REV. 01-2002)                    PAGE    3

IRS04389

RICHARD & DIANE SHEARER          EIN/SSN:     9931
                                             7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | FRAUD PENALTY 20041308 | 4,114.25 |  | 03-09-2004 |
|  | INTEREST ASSESSED 20041308 | 99,416.22 |  | 03-09-2004 |
| 04-12-2004 | INTEREST ABATED | 6,144.09- |  |  |
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED |  |  |  |
| 04-08-2005 | FEDERAL TAX LIEN |  |  |  |
|  | FAILURE TO PAY TAX PENALTY 20053908 | 37,626.02 |  | 10-10-2005 |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 11-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340 (REV. 01-2002)               PAGE    4

IRS04390

---------------------------------------------------------------------------

RICHARD & DIANE SHEARER                EIN/SSN:  9931
                                                7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| | FAILURE TO PAY TAX PENALTY 20073908 | | 11,721.72 | 10-08-2007 |
| 03-09-2004 | FRAUD PENALTY ABATED | | 142,132.00- | |
| | FRAUD PENALTY 20041308 | | 142,132.00 | 03-09-2004 |
| 04-14-2008 | PRIOR TAX ABATED BY EXAMINATION OTHER CLOSINGS AFTER EXAMINATION ASED 20080719 49247-481-00265-8 | | 194,912.00- | |
| 04-14-2008 | RENUMBERED RETURN 49247-481-00265-8 | | | |
| 04-14-2008 | FAILURE TO PAY TAX PENALTY ABATED | | 48,728.00- | |

FORM 4340  (REV. 01-2002)              PAGE    5

IRS04391

```
--------------------------------------------------------------------

RICHARD & DIANE SHEARER           EIN/SSN:       ████ 9931
                                                      7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999


                                 ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                 (REVERSAL)   (REVERSAL)   RAC 006 )
--------------------------------------------------------------------


04-14-2008 INTEREST ABATED                     89,511.35-

01-26-2012 RECEIVED POA/TIA

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

08-12-2002 Statutory Notice of Balance Due

09-16-2002 Notice of Balance Due

11-04-2002 Statutory Notice of Intent to Levy

05-12-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    6
```

IRS04392

```
RICHARD & DIANE SHEARER          EIN/SSN:  ████████ 9931
                                                    7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999


                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                                  (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------
03-09-2004 Statutory Notice of Balance Due

10-08-2007 Statutory Notice of Balance Due

04-14-2008 Statutory Notice of Balance Due

10-06-2008 Statutory Notice of Balance Due

10-12-2009 Statutory Notice of Balance Due

10-11-2010 Statutory Notice of Balance Due

10-10-2011 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE     7
```

```
RICHARD & DIANE SHEARER              EIN/SSN:    ████ 9931
                                                       7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999
-------------------------------------------------------------------------


BALANCE      11,084.93

-------------------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:  Debbie Okray

TITLE:  Chief, Accounting Operation

DELEGATION ORDER:  WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/28/2012

FORM 4340  (REV. 01-2002)              PAGE    8

IRS04394