# EXHIBIT G



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ▮▮▮▮9931 and ▮▮▮▮7783 respectively, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*
Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

IRS04395

RICHARD & DIANE SHEARER        EIN/SSN:         -9931
                                                -7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | RETURN PREPARER TIN: ▇▇4451 | | | |
| | ADJUSTED GROSS INCOME 134,802.00 | | | |
| | TAXABLE INCOME 88,248.00 | | | |
| | SELF EMPLOYMENT TAX 356.00 | | | |
| 04-15-2001 | RETURN FILED & TAX ASSESSED 29221-116-79028-1  200125 | | 2,140.00 | 07-02-2001 |
| 04-15-2001 | WITHHOLDING | | 8,571.00 | |
| 07-02-2001 | REFUND | | (6,523.27) | |
| 07-02-2001 | INTEREST DUE TAXPAYER | | 92.27 | |
| 08-13-2001 | IMMEDIATE TAX RELIEF CREDIT | | 600.00 | |
| | ADDITIONAL TAX ASSESSED 29254-999-05099-1  20013108 | | 0.00 | 08-13-2001 |
| 08-13-2001 | REFUND | | (600.00) | |
| 03-19-2002 | AMENDED RETURN FILED 89277-491-01588-2 | | | |
| 03-19-2002 | AMENDED RETURN FILED 29277-571-00556-2 | | | |
| | ADDITIONAL TAX ASSESSED 29254-584-06457-2  20022808 | 17,219.00 | | 07-22-2002 |
| 07-02-2001 | INTEREST DUE TAXPAYER REVERSED | | (92.27) | |
| 06-20-2002 | AMENDED RETURN FILED 29277-668-00987-2 | | | |

FORM 4340 (REV. 01-2002)              PAGE    1

```
RICHARD & DIANE SHEARER            EIN/SSN:  ▓▓▓▓  9931
                                             ▓▓▓▓  7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

                                 ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS CREDIT   DATE (23C,
                                 (REVERSAL)   (REVERSAL)   RAC 006 )
-------------------------------------------------------------------

11-27-2002 RECEIVED POA/TIA

           ADDITIONAL TAX ASSESSED                 0.00    10-20-2003
           85254-669-18001-3   20034108

10-22-2003 RENUMBERED RETURN
           29247-697-60932-3

12-15-2003 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-22-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-22-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-30-2004 FEDERAL TAX LIEN

02-23-2004 FEES AND COLLECTION COSTS   10.00

02-02-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)              PAGE   2
```

---

RICHARD & DIANE SHEARER              EIN/SSN:        9931
                                                     7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-04-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-08-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-12-2004 | OFFER IN COMPROMISE PENDING | | | |
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2005 | FEDERAL TAX LIEN | | | |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

IRS04398

RICHARD & DIANE SHEARER                   EIN/SSN:         9931
                                                           7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |

10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

11-15-2006 SUBSEQUENT PAYMENT                                17,219.00
           MISCELLANEOUS PAYMENT

           FAILURE TO PAY TAX              4,304.74                       10-11-2010
           PENALTY
           20103908

01-26-2012 RECEIVED POA/TIA

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-23-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340 (REV. 01-2002)                  PAGE    4

RICHARD & DIANE SHEARER                EIN/SSN:         9931
                                                        7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


```
                                      ASSESSMENT,    PAYMENT,     ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                      (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

03-20-2012 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-18-2012 FEDERAL TAX LIEN

05-18-2012 FEDERAL TAX LIEN

05-29-2012 SUBSEQUENT PAYMENT                            199.95
           LEVY

07-02-2012 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

07-22-2002 Statutory Notice of Balance Due

09-23-2002 Notice of Balance Due

10-20-2003 Statutory Notice of Balance Due

10-20-2003 Statutory Notice of Intent to Levy

05-10-2004 Statutory Notice of Intent to Levy
```

FORM 4340  (REV. 01-2002)              PAGE    5

```
RICHARD & DIANE SHEARER              EIN/SSN:         9931
                                                      7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                     (REVERSAL)    (REVERSAL)  RAC 006 )
------------------------------------------------------------------------
10-11-2010 Statutory Notice of Balance Due

10-10-2011 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                 PAGE    6
```

RICHARD & DIANE SHEARER         EIN/SSN: ████ 9931
                                         7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2000

---

BALANCE         4,207.06

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: *[signature]*
PRINT NAME: Debbie Okray
TITLE: Chief, Accounting Operation
DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/28/2012

FORM 4340 (REV. 01-2002)                         PAGE     7

IRS04402