# EXHIBIT H



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: June 28, 2012

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Richard and Diane Shearer, Social Security Numbers: ▇▇▇▇9931 and ▇▇▇▇-7783 respectively, covering United States Individual Income Tax for the period ending December 31, 2001

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

IRS04403

RICHARD & DIANE SHEARER            EIN/SSN: 9931
                                            7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | RETURN PREPARER TIN: 256 | | | |
| | ADJUSTED GROSS INCOME 159,792.00 | | | |
| | TAXABLE INCOME 90,963.00 | | | |
| | SELF EMPLOYMENT TAX 1,479.00 | | | |
| 09-03-2002 | RETURN FILED & TAX ASSESSED 89211-250-09005-2  200239 | 23,753.00 | | 10-07-2002 |
| 04-15-2002 | WITHHOLDING | | 10,178.00 | |
| 04-15-2002 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2002 | | | |
| 09-03-2002 | PAYMENT WITH RETURN | | 100.00 | |
| | LATE FILING PENALTY 20023908 | 610.88 | | 10-07-2002 |
| | FAILURE TO PAY TAX PENALTY 20023908 | 406.74 | | 10-07-2002 |
| | INTEREST ASSESSED 20023908 | 400.92 | | 10-07-2002 |
| 11-27-2002 | RECEIVED POA/TIA | | | |
| 02-03-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-19-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-24-2003 | FEDERAL TAX LIEN | | | |
| 01-28-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)             PAGE    1

IRS04404

RICHARD & DIANE SHEARER                EIN/SSN:  ███ 9931
                                                 ███ 7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2001

```
                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS CREDIT      DATE (23C,
                                      (REVERSAL)   (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------
```

03-24-2003 COLLECTIONS WORKING CASE

02-12-2003 LEGAL SUIT PENDING

02-17-2003 LEGAL SUIT PENDING

02-12-2003 CORRECTION OF LEGAL SUIT
           PENDING

           ADDITIONAL TAX ASSESSED                 0.00        12-22-2003
           17254-732-18058-3  20035008

09-14-2003 LEGAL SUIT NO LONGER
           PENDING

12-22-2003 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-14-2003 COLL DUE PROC HRNG RSLVD
           BY APPEALS-DETRMINATN LTR
           ISSUED, TXPYR WAIVD JUDCL
           REVW OR WTHDRW HRNG RQST

02-09-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)             PAGE    2

RICHARD & DIANE SHEARER          EIN/SSN:        9931
                                                 7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-08-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-12-2004 | OFFER IN COMPROMISE PENDING | | | |
| 04-23-2004 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2005 | FEDERAL TAX LIEN | | | |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340 (REV. 01-2002)                    PAGE    3

RICHARD & DIANE SHEARER                EIN/SSN:      9931
                                                     7783


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001


|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
| 10-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 11-15-2006 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT |  | 13,475.00 |  |
|  | FAILURE TO PAY TAX PENALTY 20103908 | 2,964.50 |  | 10-11-2010 |
| 01-26-2012 | RECEIVED POA/TIA |  |  |  |
| 02-23-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 02-23-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 03-20-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 03-20-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |

FORM 4340 (REV. 01-2002)                PAGE    4

RICHARD & DIANE SHEARER        EIN/SSN:       9931
                                              7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-18-2012 | FEDERAL TAX LIEN | | | |
| 10-07-2002 | Statutory Notice of Balance Due | | | |
| 11-25-2002 | Statutory Notice of Intent to Levy | | | |
| 12-08-2003 | Statutory Notice of Intent to Levy | | | |
| 12-22-2003 | Statutory Notice of Balance Due | | | |
| 05-10-2004 | Statutory Notice of Intent to Levy | | | |
| 10-11-2010 | Statutory Notice of Balance Due | | | |
| 10-10-2011 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    5

IRS04408

RICHARD & DIANE SHEARER                  EIN/SSN:  ▮▮▮▮ 9931
                                                   ▮▮▮▮ 7783

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2001

---

BALANCE        4,383.04

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: *Belinda Williams* (signature)

PRINT NAME: Debbie Okray

TITLE: Chief, Accounting Operation

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 06/28/2012

FORM 4340 (REV. 01-2002)                PAGE    6

IRS04409