# EXHIBIT B

Exhibit 1

**Internal Revenue Service**

700 Jefferson Avenue, 2nd Floor
Redwood City, CA 94063-1833

**Date: February 27, 2008**

L. Richard & Diane Shearer
717 Michelle Drive
Mount Shasta, CA 96067

**Department of the Treasury**

**Taxpayer Identification Number**:
█████ 9931

**Tax Year**:
1995,1996,1997,1998,1999

**Form Number**: 1040

**Person to Contact**:
 Nancy X. Yang
**Employee Identification Number**:
 77-02566
**Contact Telephone Number**:
 (650) 298-0434 ext 124
**Fax Number**:
 (650) 298-0445

Dear L. Richard & Diane Shearer:

We have received your amended returns dated November 15, 2006 for 1995 – 1999 seeking an
audit reconsideration to abate the amount of tax from the statutory notice issued October 15,
2003.

We've decided to reduce the amount that you owe to the amount shown on Form 4549. We also
reduced the penalty assessment. The attached Form 4549, *Income Tax Examination Changes* and
Form 886-A, *Explanation of Items*, show what we changed. You don't have to sign and return
Form 4549 to us because we reduced the original amount owed.

After thoroughly reviewed amended returns, we accept the returns as filed except a slight
difference. The differences are due to computation errors on amended returns. On 1995 amended
return, the Long Term Capital Loss Carryover and Capital Gain are not correctly computed due
to $3,000 annual limitation. The one-half of Self-employment tax deduction is also not correctly
computed. On 1997 and 1998 amended returns, there are errors on itemized deduction
computation due to AGI limitation on Charitable Contributions.

Because of above error, Corrected Taxable Income and Total Corrected Tax Liability on Form
4549 are slightly different from those on amended returns.

If you have any questions, please call me at the telephone number shown above within 10 days from the date of this letter. If you write, please include your telephone number and the most convenient time for me to call.

Thank you for your cooperation.

Sincerely,

Nancy X. Yang
Internal Revenue Agent

Enclosures:
Form 4549
Publication 5
Publication 3598
Form 886-A, Explanation of Items

0002

*Exhibit 1-A*

| Form **4549**<br>(Rev. March 2005) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | | Page ___1___ of ___4___ |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| L Richard & Diane Shearer<br>717 Michelle Drive<br>Mt. Shasta, CA 96067 | ▓▓▓ -9931 | 1040 |
| | Person with whom examination changes were discussed: | Name and Title: |

| 1. Adjustments to Income | Period End<br>12/31/1995 | Period End<br>12/31/1996 | Period End<br>12/31/1999 |
|---|---|---|---|
| a. Sch C1 - Gross Receipts or Sales | (358,082.00) | (395,300.00) | (489,997.00) |
| b. Sch E1 - Rents Received | (8,900.00) | (13,185.00) | (15,795.00) |
| c. SE AGI Adjustment | 4,795.00 | 5,294.00 | 6,561.00 |
| d. Itemized Deductions | (10,866.00) | (11,623.00) | (14,977.00) |
| e. Exemptions | (10,000.00) | (10,200.00) | (10,600.00) |
| f. Other Income | | (3,850.00) | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | (383,053.00) | (428,864.00) | (524,808.00) |
| 3. Taxable Income Per Return or as Previously Adjusted | 486,550.00 | 496,216.00 | 628,653.00 |
| 4. Corrected Taxable Income | 103,497.00 | 67,352.00 | 103,845.00 |
|     Tax Method | TAX RATE | TAX TABLE | TAX RATE |
|     Filing Status | Joint | Joint | Joint |
| 5. Tax | 24,187.00 | 13,652.00 | 23,848.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 24,187.00 | 13,652.00 | 23,848.00 |
| 8. Less    a. | | | |
|    Credits   b. | | | |
|          c. | | | |
|          d. | | | |
| 9. Balance *(Line 7 less Lines 8a through 8d)* | 24,187.00 | 13,652.00 | 23,848.00 |
| 10. Plus    a. Tax on Qualified Plans | 2,477.00 | | |
|    Other   b. Self Employment Tax | 10,913.00 | 3,288.00 | 4,641.00 |
|    Taxes   c. | | | |
|          d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 37,577.00 | 16,940.00 | 28,489.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 191,342.00 | 185,377.00 | 241,021.00 |
| 13. Adjustments to: a. | | | |
|                b. | | | |
|                c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)*<br>    *(Line 11 less Line 12 adjusted by Lines 13a plus 13b)* | (153,765.00) | (168,437.00) | (212,532.00) |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. Balance Due or *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>    *(Excluding interest and penalties)* | (153,765.00) | (168,437.00) | (212,532.00) |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23105A | www.irs.gov | Form **4549** (Rev. 3-2005) |
|---|---|---|

*0003*

| Form **4549**<br>(Rev. March 2005) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 4 |
|---|---|---|---|

| Name of Taxpayer<br>L Richard & Diane Shearer | Taxpayer Identification Number<br>▇▇▇▇-9931 | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/1995 | Period End<br>12/31/1996 | Period End<br>12/31/1997 |
|---|---|---|---|
| a. Fraud Penalty - IRC 6663 | (107,222.00) | (123,784.00) | (157,618.00) |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | (107,222.00) | (123,784.00) | (157,618.00) |
| Underreporter attributable to negligence: (1981-1987)<br>*A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to fraud: (1981-1987)<br>*A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to Tax Motivated Transactions (TMT).<br>The interest will accrue and be assessed at 120% of the under-<br>payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | (153,765.00) | (168,437.00) | (212,532.00) |
| b. Penalties (Line 18) - computed to 02/15/2008 | (107,222.00) | (123,784.00) | (157,618.00) |
| c. Interest (IRC § 6601) - computed to 03/16/2008 | 0.00 | 0.00 | 0.00 |
| d. TMT Interest - computed to 03/16/2008 (on TMT underpayment) | 0.00 | 0.00 | 0.00 |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | (260,987.00) | (292,221.00) | (370,150.00) |

**Other Information:**

| Examiner's Signature:<br>Nancy X. Yang | Employee ID:<br>77-02566 | Office:<br>Redwood City | Date:<br>02/15/2008 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** *If a joint return was filed, BOTH taxpayers must sign*

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

0004

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page 3 of 4 | |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| L Richard & Diane Shearer 717 Michelle Drive Mt. Shasta, CA  96067 | 9931 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/1998 | Period End 12/31/1999 | Period End |
|---|---|---|---|
| a. Sch C1 - Gross Receipts or Sales | (503,641.00) | (471,360.00) | |
| b. Sch E1 - Rents Received | (14,580.00) | (14,580.00) | |
| c. SE AGI Adjustment | 6,744.00 | 6,311.00 | |
| d. Itemized Deductions | (15,344.00) | (13,144.00) | |
| e. Exemptions | (10,800.00) | (11,000.00) | |
| f. Capital Gain or Loss | | 582.00 | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | (537,621.00) | (503,191.00) | |
| 3. Taxable Income Per Return or as Previously Adjusted | 656,678.00 | 539,223.00 | |
| 4. Corrected Taxable Income | 119,057.00 | 36,032.00 | |
|    Tax Method | TAX RATE | TAX TABLE | |
|    Filing Status | Joint | Joint | |
| 5. Tax | 28,333.00 | 5,404.00 | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 28,333.00 | 5,404.00 | |
| 8. Less    a. Child Tax Credit | | 1,000.00 | |
|    Credits  b. | | | |
|            c. | | | |
|            d. | | | |
| 9. Balance *(Line 7 less Lines 8a through 8d)* | 28,333.00 | 4,404.00 | |
| 10. Plus   a. Self Employment Tax | 3,965.00 | 1,081.00 | |
|    Other  b. | | | |
|    Taxes  c. | | | |
|            d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 32,298.00 | 5,485.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 251,101.00 | 200,397.00 | |
| 13. Adjustments to: a. | | | |
|                     b. | | | |
|                     c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less  Line 12 adjusted by Lines 13a plus 13b)* | (218,803.00) | (194,912.00) | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. Balance Due or *(Overpayment)* - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | (218,803.00) | (194,912.00) | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A                    www.irs.gov                    Form **4549** (Rev. 3-2005)

0005

| Form **4549**<br>(Rev. March 2005) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | Page_4_ of _4_ |
|---|---|---|

| Name of Taxpayer<br>L Richard & Diane Shearer | Taxpayer Identification Number<br>      9931 | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/1998 | Period End<br>12/31/1999 | Period End |
|---|---|---|---|
| a. Fraud Penalty - IRC 6663 | (162,527.00) | (142,132.00) | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | (162,527.00) | (142,132.00) | |
| Underreporter attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to Tax Motivated Transactions *(TMT)*.<br>The interest will accrue and be assessed at 120% of the under-<br>payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | (218,803.00) | (194,912.00) | |
| b. Penalties *(Line 18)* - computed to 02/15/2008 | (162,527.00) | (142,132.00) | |
| c. Interest *(IRC § 6601)* - computed to  03/16/2008 | 0.00 | 0.00 | |
| d. TMT Interest - computed to     03/16/2008     *(on TMT underpayment)* | 0.00 | 0.00 | |
| e. Amount due or *(refund) - (sum of Lines a, b, c and d)* | (381,330.00) | (337,044.00) | |

**Other Information:**

| Examiner's Signature:<br>Nancy X. Yang | Employee ID:<br>77-02566 | Office:<br>Redwood City | Date:<br>02/15/2008 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** *If a joint return was filed,* **BOTH** *taxpayers must sign*

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

0006

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▉▉▉-9931 | Total | 9.00.00 |

## 1995 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $    2,500.00 by the total number of exemptions claimed on Form 1040, line 6e | 10,000.00 |
| 2. Adjusted Gross Income | 144,002.00 |
| 3. Limitation based on Filing Status | 172,050.00 |
| 4. Subtract line 3 from line 2 | 0.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 0.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.00 |
| 7. Multiply line 1 by line 6 | 0.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 10,000.00 |

Note: If Line 4 is more than $122,500. or ($61,250. if married filing separately), a deduction for exemptions cannot be taken.

0007

Name Of Taxpayer:   L Richard & Diane Shearer                                    02/15/2008
Identification Number:   ▮▮▮9931                     Total                          9.00.00

## 1995  • SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 1,677.00 | 1,677.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 37,964.00 | 10,800.00 |  |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 6,762.00 | 6,762.00 | 0.00 |
| 5. Home Interest Expense | 7,465.00 | 7,465.00 | 0.00 |
| 6. Investment Interest | 61.00 | 61.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 7,526.00 | 7,526.00 | 0.00 |
| 9. Contributions | 17,096.00 | 17,096.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12.   2.00% of Adjusted Gross Income | 10,124.00 | 2,880.00 |  |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 19,639.00 | 30,505.00 | (10,866.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.   Total of lines 3, 4, 8, 9, 10, 13, and 14 | 31,384.00 |
| B.   Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 61.00 |
| C.   Line A less Line B | 31,323.00 |
| D.   Multiply the amount on line C by 80% | 25,058.00 |
| E.   Adjusted Gross Income from Form 1040 | 144,002.00 |
| F.   Itemized Deduction Limitation | 114,700.00 |
| G.   Line E less Line F | 29,302.00 |
| H.   Multiply the amount on Line G by 3% | 879.00 |
| I.   Enter the smaller of Line D or Line H | 879.00 |
| J.   Total Itemized Deductions (entered on line 15 above) | 30,505.00 |

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ████ 9931 | Total | 9.00.00 |

### 1995  - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**
L Richard Shearer                                                     ████ 9931

| | |
|---|---:|
| 1. Self-employment income | 124,108.00 |
| 2. Multiply line 1 by 92.35% | 114,613.74 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 114,613.74 |
| 6. Maximum earnings subject to social security | 61,200.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 61,200.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 7,588.80 |
| 12. Multiply line 5 by 2.90% | 3,323.80 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 10,912.60 |

**Secondary**
Diane Shearer                                                        ████ 7783

| | |
|---|---:|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 61,200.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

0009

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ████-9931 | Total | 9.00.00 |

## 1996  – PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $   2,550.00 by the total number of exemptions claimed on Form 1040, line 6e | 10,200.00 |
| 2. Adjusted Gross Income | 98,344.00 |
| 3. Limitation based on Filing Status | 176,950.00 |
| 4. Subtract line 3 from line 2 | 0.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 0.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.00 |
| 7. Multiply line 1 by line 6 | 0.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 10,200.00 |

Note: If Line 4 is more than $122,500. or ($61,250. if married filling separately), a deduction for exemptions cannot be taken.

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | 9931 | Total | 9.00.00 |

## 1996 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 37,904.00 | 7,376.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 1,909.00 | 1,909.00 | 0.00 |
| 5. Home Interest Expense | 5,998.00 | 5,998.00 | 0.00 |
| 6. Investment Interest | 1,116.00 | 1,116.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 7,114.00 | 7,114.00 | 0.00 |
| 9. Contributions | 11,769.00 | 11,769.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12. 2.00% of Adjusted Gross Income | 10,108.00 | 1,967.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 9,169.00 | 20,792.00 | (11,623.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 13, and 14 | 20,792.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 1,116.00 |
| C. Line A less Line B | 19,676.00 |
| D. Multiply the amount on line C by 80% | 15,741.00 |
| E. Adjusted Gross Income from Form 1040 | 98,344.00 |
| F. Itemized Deduction Limitation | 117,950.00 |
| G. Line E less Line F | 0.00 |
| H. Multiply the amount on Line G by 3% | 0.00 |
| I. Enter the smaller of Line D or Line H | 0.00 |
| J. Total Itemized Deductions (entered on line 15 above) | 20,792.00 |

0011

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▓▓▓.9931 | Total | 9.00.00 |

### 1996  - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**
L Richard Shearer                                                                 ▓▓▓9931

| | |
|---|---|
| 1. Self-employment income | 51,233.00 |
| 2. Multiply line 1 by 92.35% | 47,313.68 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 47,313.68 |
| 6. Maximum earnings subject to social security | 62,700.00 |
| 7. Social Security wages and tips from W-2 | 47,250.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 47,250.00 |
| 10. Line 6 less line 9 | 15,450.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 1,915.80 |
| 12. Multiply line 5 by 2.90% | 1,372.10 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 3,287.90 |

**Secondary**
Diane Shearer                                                                     ▓▓▓7783

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 62,700.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 0.00 |
| 12. Multiply line 5 by  2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

0012

| | | |
|---|---|---|
| Name of Taxpayer: | L Richard & Diane Shearer | 02/15/2008 |
| Identification Number: | 9931      Total | 9.00.00 |

### 1997   - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---:|
| 1. Total Adjustments and Preferences | 483.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 114,445.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($746.00) |
| 5. Combine lines 1 through 4 | 114,182.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 114,182.00 |
| 8. Exemption Amount | 45,000.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 69,182.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less<br> if married filing separate) multiply line 9 by 26% | 17,987.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 17,987.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 23,848.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

### EXEMPTION WORKSHEET (Line 8)

| | |
|---|---:|
| A. Exemption amount based on filing status | 45,000.00 |
| B. Alternative Minimum Taxable Income (line 7) | 114,182.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or<br> qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. Subtract line C from line B | 0.00 |
| E. Multiply line D by 25% | 0.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 45,000.00 |

Name of Taxpayer:   L Richard & Diane Shearer                             02/15/2008
Identification Number: ▆▆▆9931        Total                                   9.00.00

### 1997    - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES
### COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---:|
| 1. Amount from Form 6251 Report, line 9 | 69,182.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 0.00 |
| 4. Add line 2 and 3 | 0.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 0.00 |
| 6. Smaller of line 4 or line 5 | 0.00 |
| 7. Subtract line 6 from line 1 | 69,182.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 17,987.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line 10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 0.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 0.00 |
| 15. Multiply line 14 by 20% | 0.00 |
| 16. Amount from line 1 | 69,182.00 |
| 17. Add lines 7, 10, and 14 | 69,182.00 |
| 18. Subtract line 17 from line 16 | 0.00 |
| 19. Multiply line 18 by 25% | 0.00 |
| 20. Add lines 8, 11, 15, and 19 | 17,987.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 17,987.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 17,987.00 |

0014

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | 9931 | Total | 9.00.00 |

## 1997 - PERSONAL EXEMPTION WORKSHEET

1. Multiply $ 2,650.00 by the total number of exemptions claimed on Form 1040, line 6e                                   10,600.00

2. Adjusted Gross Income                                                                146,070.00

3. Limitation based on Filing Status                                                    181,800.00

4. Subtract line 3 from line 2                                                                0.00

5. Divide line 4 by $2,500                                                                    0.00
   ($1,250 if married filing separate)

6. Multiply line 5 by 2% and enter the result as a decimal                                    0.00

7. Multiply line 1 by line 6                                                                  0.00

8. Deduction for exemptions (Subtract line 7 from line 1)                                 10,600.00


Note: If Line 4 is more than $122,500. or ($61,250. if married filling separately), a deduction for exemptions cannot be taken.

OO15

Name Of Taxpayer:    L Richard & Diane Shearer                                                    02/15/2008
Identification Number:  ████ 9931                        Total                                           9.00.00

## 1997  - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.  7.50% of Adjusted Gross Income | 48,398.00 | 10,955.00 |  |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 483.00 | 483.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 26,900.00 | 31,888.00 | (4,988.00) |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12.  2.00% of Adjusted Gross Income | 12,906.00 | 2,921.00 |  |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 16,648.00 | 31,625.00 | (14,977.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.  Total of lines 3, 4, 8, 9, 10, 13, and 14 | 32,371.00 |
| B.  Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 0.00 |
| C.  Line A less Line B | 32,371.00 |
| D.  Multiply the amount on line C by 80% | 25,897.00 |
| E.  Adjusted Gross Income from Form 1040 | 146,070.00 |
| F.  Itemized Deduction Limitation | 121,200.00 |
| G.  Line E less Line F | 24,870.00 |
| H.  Multiply the amount on Line G by 3% | 746.00 |
| I.   Enter the smaller of Line D or Line H | 746.00 |
| J.  Total Itemized Deductions (entered on line 15 above) | 31,625.00 |

0016

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▓▓▓-9931 | Total | 9.00.00 |

## 1997  - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
L Richard Shearer                                                        ▓▓▓9931

| | |
|---|---|
| 1. Self-employment income | 97,592.00 |
| 2. Multiply line 1 by 92.35% | 90,126.21 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 90,126.21 |
| 6. Maximum earnings subject to social security | 65,400.00 |
| 7. Social Security wages and tips from W-2 | 49,050.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 49,050.00 |
| 10. Line 6 less line 9 | 16,350.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 2,027.40 |
| 12. Multiply line 5 by 2.90% | 2,613.66 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 4,641.06 |

Secondary
Diane Shearer                                                           ▓▓▓7783

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 65,400.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

0017

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | 9931 | Total | 9.00.00 |

## 1998   - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---|
| 1. Total Adjustments and Preferences | 951.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 129,857.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($1,183.00) |
| 5. Combine lines 1 through 4 | 129,625.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 129,625.00 |
| 8. Exemption Amount | 45,000.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 84,625.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 22,003.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 22,003.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 28,333.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

## EXEMPTION WORKSHEET (Line 8)

| | |
|---|---|
| A. Exemption amount based on filing status | 45,000.00 |
| B. Alternative Minimum Taxable Income (line 7) | 129,625.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. Subtract line C from line B | 0.00 |
| E. Multiply line D by 25% | 0.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 45,000.00 |

0018

| Name of Taxpayer:   L Richard & Diane Shearer | 02/15/2008 |
|---|---|
| Identification Number: ▪▪▪▪9931            Total | 9.00.00 |

### 1998    - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---|
| 1. Amount from Form 6251 Report, line 9 | 84,625.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 0.00 |
| 4. Add line 2 and 3 | 0.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 0.00 |
| 6. Smaller of line 4 or line 5 | 0.00 |
| 7. Subtract line 6 from line 1 | 84,625.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 22,003.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line  10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 0.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 0.00 |
| 15. Multiply line  14 by 20% | 0.00 |
| 16. Amount from line 1 | 84,625.00 |
| 17. Add lines 7, 10, and 14 | 84,625.00 |
| 18. Subtract line 17 from line 16 | 0.00 |
| 19. Multiply line  18 by 25% | 0.00 |
| 20. Add lines 8, 11, 15, and 19 | 22,003.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 22,003.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 22,003.00 |

0019

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
| Identification Number: | 9931 | Total | 9.00.00 |

### 1998  - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $    2,700.00 by the total number of exemptions claimed on Form 1040, line 6e | 10,800.00 |
| 2. Adjusted Gross Income | 163,926.00 |
| 3. Limitation based on Filing Status | 186,800.00 |
| 4. Subtract line 3 from line 2 | 0.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 0.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.00 |
| 7. Multiply line 1 by line 6 | 0.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 10,800.00 |

Note: If Line 4 is more than $122,500. or ($61,250. if married filling separately), a deduction for exemptions cannot be taken.

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ████ 9931 | Total | 9.00.00 |

## 1998 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 50,655.00 | 12,294.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 951.00 | 951.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 2,177.00 | 2,177.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 2,177.00 | 2,177.00 | 0.00 |
| 9. Contributions | 30,929.00 | 32,124.00 | (1,195.00) |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12.   2.00% of Adjusted Gross Income | 13,508.00 | 3,279.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 18,725.00 | 34,069.00 | (15,344.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 13, and 14 | 35,252.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 2,177.00 |
| C. Line A less Line B | 33,075.00 |
| D. Multiply the amount on line C by 80% | 26,460.00 |
| E. Adjusted Gross Income from Form 1040 | 163,926.00 |
| F. Itemized Deduction Limitation | 124,500.00 |
| G. Line E less Line F | 39,426.00 |
| H. Multiply the amount on Line G by 3% | 1,183.00 |
| I.   Enter the smaller of Line D or Line H | 1,183.00 |
| J. Total Itemized Deductions (entered on line 15 above) | 34,069.00 |

0021

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▮9931 | Total | 9.00.00 |

### 1998   - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
L Richard Shearer ▮931

| | |
|---|---|
| 1. Self-employment income | 104,912.00 |
| 2. Multiply line 1 by 92.35% | 96,886.23 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 96,886.23 |
| 6. Maximum earnings subject to social security | 68,400.00 |
| 7. Social Security wages and tips from W-2 | 60,450.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 60,450.00 |
| 10. Line 6 less line 9 | 7,950.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 985.80 |
| 12. Multiply line 5 by 2.90% | 2,809.70 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 3,795.50 |

Secondary
Diane Shearer ▮7783

| | |
|---|---|
| 1. Self-employment income | 1,200.00 |
| 2. Multiply line 1 by 92.35% | 1,108.20 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 1,108.20 |
| 6. Maximum earnings subject to social security | 68,400.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 68,400.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 137.42 |
| 12. Multiply line 5 by 2.90% | 32.14 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 169.56 |

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▮▮▮9931 | Total | 9.00.00 |

### 1999    - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---|
| 1. Total Adjustments and Preferences | 1,356.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 47,032.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($0.00) |
| | |
| 5. Combine lines 1 through 4 | 48,388.00 |
| | |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 48,388.00 |
| 8. Exemption Amount | 45,000.00 |
| | |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 3,388.00 |
| | |
| 10. If line 9 is $175,000 or less ($87,500 or less | 881.00 |
|     if married filing separate) multiply line 9 by 26% | |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| | |
| | |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 881.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 5,404.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| | |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

### EXEMPTION WORKSHEET (Line 8)

| | |
|---|---|
| A. Exemption amount based on filing status | 45,000.00 |
| B. Alternative Minimum Taxable Income (line 7) | 48,388.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or | |
|     qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. Subtract line C from line B | 0.00 |
| E. Multiply line D by 25% | 0.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 45,000.00 |

0023

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | 9931 | Total | 9.00.00 |

### 1999 - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---|
| 1. Amount from Form 6251 Report, line 9 | 3,388.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 0.00 |
| 4. Add line 2 and 3 | 0.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 0.00 |
| 6. Smaller of line 4 or line 5 | 0.00 |
| 7. Subtract line 6 from line 1 | 3,388.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 881.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line 10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 0.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 0.00 |
| 15. Multiply line 14 by 20% | 0.00 |
| 16. Amount from line 1 | 3,388.00 |
| 17. Add lines 7, 10, and 14 | 3,388.00 |
| 18. Subtract line 17 from line 16 | 0.00 |
| 19. Multiply line 18 by 25% | 0.00 |
| 20. Add lines 8, 11, 15, and 19 | 881.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 881.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 881.00 |

0024

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ▆▆▆9931 | Total | 9.00.00 |

### 1999   - CHILD TAX CREDIT AND FORM 8812 ADDITIONAL CHILD TAX CREDIT

| | |
|---|---|
| 1. Amount of credit based on Qualifying Children | 1,000.00 |
| 2. Modified AGI | 85,687.00 |
| 3. Limitation based on Filing Status ($110,000 if joint, $75,000 if single, head of household or qualifying widow(er); $55,000 if married filing separate | 110,000.00 |
| 4. Subtract line 3 from line 2 (not less than 0) if the result is not a multiple of $1,000.00, increase it to the next multiple of $1,000.00 | 0.00 |
| 5. Multiply line 4 by .05 | 0.00 |
| 6. Subtract line 5 from line 1 (if 0 or less no credit is allowed) | 1,000.00 |
| 7. Corrected Tax before Allowable Credits | 5,404.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 5,404.00 |
| 10. CHILD TAX CREDIT (Smaller of line 6 or 9) | 1,000.00 |

### FORM 8812 - ADDITIONAL CHILD TAX CREDIT

| | |
|---|---|
| 1. Total Social Security and Medicare taxes withheld from pay | 0.00 |
| 2. One-half of Self Employment Tax | 541.00 |
| 3. Add Lines 1 and 2 | 0.00 |
| 4. Earned Income Credit and SSI/RRTA taxes withheld | 0.00 |
| 5. Subtract line 4 from line 3. If 0 or less no credit is allowed) | 0.00 |
| 6. Amount from line 6 above. | 1,000.00 |
| 7. Amount of Child Tax Credit as shown on line 10 above. | 1,000.00 |
| 8. Subtract line 7 from line 6 (if 0 or less no credit is allowed) | 0.00 |
| 9. Additional Child Tax Credit, Smaller of line 5 or 8 | 0.00 |

0025

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
| Identification Number: | 9931 | Total | 9.00.00 |

### 1999  - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---:|
| 1. Multiply $    2,750.00 by the total number of exemptions claimed on Form 1040, line 6e | 11,000.00 |
| 2. Adjusted Gross Income | 85,687.00 |
| 3. Limitation based on Filing Status | 189,950.00 |
| 4. Subtract line 3 from line 2 | 0.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 0.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.00 |
| 7. Multiply line 1 by line 6 | 0.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 11,000.00 |

Note: If Line 4 is more than $122,500. or ($61,250. if married filing separately), a deduction for exemptions cannot be taken.

0026

| Name Of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ████-9931 | Total | 9.00.00 |

## 1999    - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.    7.50% of Adjusted Gross Income | 42,355.00 | 6,427.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,100.00 | 2,100.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 249.00 | 249.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 249.00 | 249.00 | 0.00 |
| 9. Contributions | 36,306.00 | 36,306.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12.    2.00% of Adjusted Gross Income | 11,295.00 | 1,714.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 25,511.00 | 38,655.00 | (13,144.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 13, and 14 | 38,655.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 249.00 |
| C. Line A less Line B | 38,406.00 |
| D. Multiply the amount on line C by 80% | 30,725.00 |
| E. Adjusted Gross Income from Form 1040 | 85,687.00 |
| F. Itemized Deduction Limitation | 126,600.00 |
| G. Line E less Line F | 0.00 |
| H. Multiply the amount on Line G by 3% | 0.00 |
| I.    Enter the smaller of Line D or Line H | 0.00 |
| J. Total Itemized Deductions (entered on line 15 above) | 38,655.00 |

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | 9931 | Total | 9.00.00 |

### 1999 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---|
| 1. Short-term capital gain or loss | 0.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 0.00 |
| 4. Long-term capital gain or loss | 582.00 |
| 5. Long-term capital gain or loss carryover | (582.00) |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 0.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 0.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 0.00 |
| 10. Capital Gain or Loss - Per Return | (582.00) |
| 11. Line 9 less line 10 - Adjustment to Income | 582.00 |

### CORRECTED CARRYOVER

| | |
|---|---|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

### COMPUTATION OF ALTERNATE TAX

| | |
|---|---|
| 14. Taxable Income | 36,032.00 |
| 15. Smaller of line 6 or line 7 | 0.00 |
| 16. Form 4952, line 4e | 0.00 |
| 17. Subtract line 16 from line 15 | 0.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 0.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 0.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 0.00 |
| 24. Smaller of line 14 or 43,050.00 | 0.00 |
| 25. Smaller of line 23 or line 24 | 0.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 0.00 |
| 27. Larger of line 25 or line 26 | 0.00 |
| 28. Tax on amount on line 27 | 0.00 |
| 29. Amount from line 24 | 0.00 |
| 30. Amount from line 23 | 0.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 0.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 0.00 |
| 36. Multiply line 35 by 20% | 0.00 |
| 37. Smaller of line 17 or line 20 | 0.00 |
| 38. Add lines 17 and 27 | 0.00 |
| 39. Amount from line 14 | 36,032.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 36,032.00 |
| 44. Add lines 27, 31, 35, and 41 | 0.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 0.00 |

0028

| Name of Taxpayer: | L Richard & Diane Shearer | | 02/15/2008 |
|---|---|---|---|
| Identification Number: | ████ 9931 | Total | 9.00.00 |

### 1999   - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
L Richard Shearer                                              ████ 9931

| | |
|---|---|
| 1. Self-employment income | 13,028.00 |
| 2. Multiply line 1 by 92.35% | 12,031.36 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 12,031.36 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 66,700.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 66,700.00 |
| 10. Line 6 less line 9 | 5,900.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 731.60 |
| 12. Multiply line 5 by 2.90% | 348.91 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 1,080.51 |

Secondary
Diane Shearer                                                 ████ 7783

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by  12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

| Form **886-A**<br>(Rev. January<br>1994)886-A | EXPLANATION OF ITEMS | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>L Richard & Diane Shearer | Taxpayer Identification Number<br>████9931 | | Year/Period Ended<br>1995 1996 1997 1998<br>1999 |

## Sch C1 - Gross Receipts or Sales

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1995 | $442,190.00 | $84,108.00 | ($358,082.00) |
| 1996 | $446,533.00 | $51,233.00 | ($395,300.00) |
| 1997 | $587,589.00 | $97,592.00 | ($489,997.00) |
| 1998 | $607,353.00 | $103,712.00 | ($503,641.00) |
| 1999 | $471,360.00 | $0.00 | ($471,360.00) |

Amount Per Return comes from Statutory Notice RAR Adjustments. Amount Per Exam comes from Sch C Net Profit on Amended returns. Also, See WP 502.

## Sch E1 - Rents Received

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1995 | $12,200.00 | $3,300.00 | ($8,900.00) |
| 1996 | $13,185.00 | $0.00 | ($13,185.00) |
| 1997 | $15,795.00 | $0.00 | ($15,795.00) |
| 1998 | $14,580.00 | $0.00 | ($14,580.00) |
| 1999 | $14,580.00 | $0.00 | ($14,580.00) |

Amount Per Return comes from Statutory Notice RAR adjustments. Amount Per Exam comes from adjustments on amended returns. Also see WP 501.

## SE AGI Adjustment

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1995 | $10,252.00 | $5,457.00 | $4,795.00 |
| 1996 | $6,938.00 | $1,644.00 | $5,294.00 |
| 1997 | $8,882.00 | $2,321.00 | $6,561.00 |
| 1998 | $8,727.00 | $1,983.00 | $6,744.00 |
| 1999 | $6,852.00 | $541.00 | $6,311.00 |

Your self-employment tax has changed as a result of adjustments made to your net income from self-employment as shown in this report. The self-employment tax deduction has been adjusted to one-half of the recomputed amount.

0030