# EXHIBIT C

```
IMFOLT        9931 30199512P01  IMF TAX MODULE          NM CTRL:SHEA WEEKLY
49247-481-00259-8                                SPSSN      7783  UP-CYC:3003
RICHARD & DIANE SHEARER                                TOT EXEMPTIONS:04 FMS  :1
DIANE SHEARER                       FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:          ASSESSD BAL:      100,999.18 SETTL DATE:11251996 LIEN :
LAST  CSED:          TOT INTERST:       96,392.88 INTEREST DATE:08042014 BWI :
FIRST CSED:02-04-2007 INT ASSESSD:       69,523.29 DISASTER RDD :        BWNC :0
      ASED:07-19-2008 INT PAID:             890.12-DISASTERSTART:       CC81 :0
      RSED:10-15-1999 FTP TOTAL:         6,003.57 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T   -W    FTP ASSESSD:        6,003.57 MATH IN: TDA COPY:4410 TC914:0
INDICATORS:                                                             CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00                 ARDI :2
SETTL CYC:19964608
TC   DATE       AMOUNT     CYCLE       DLN            VARIABLE DATA
150  11251996      8,326.00  19964608 89211-292-29334-6 RECEIVED-DATE: 10171996
460  04151996           .00  19961908 29217-111-67526-6 EXT-DT:08151996
460  08151996           .00  19963608 47277-231-14661-6 EXT-DT:10151996
610  10171996      4,779.00- 19964408 89211-692-29334-6
170  11251996        453.00  19964608 89211-292-29334-6 CSED:02042007
276  11251996        285.25  19964608 89211-292-29334-6
196  11251996        404.76  19964608 89211-292-29334-6
670  01061997      4,754.10- 19970408 29217-008-40523-7
196  02031997         46.35  19970408 89211-292-29334-6
                 PAGE 001 OF 007          IMFPG 002                      DS:R
```

```
IMFOLT       9931 30199512P02   IMF TAX MODULE          NM CTRL:SHEA WEEKLY
                                                                UP-CYC:3003
TC    DATE         AMOUNT       CYCLE        DLN          VARIABLE DATA
276 02031997           17.74  19970408  89211-292-29334-6
425 11261997             .00  19974908  89277-330-20000-7 SOURCE-CD:11 SPC:0745
             EGC:5185                                     PBC:000 SBC:00000
277 12151997             .01- 19974908  89211-292-29334-6
196 12151997             .01  19974908  89211-292-29334-6
420 12061997             .00  19975108  89277-340-00000-7 SOURCE-CD:11 PBC:000
                                                          SBC:00000 EGC:5185
640 02101998        2,916.00- 19980808  89217-043-52906-8
196 03091998            2.57  19980808  89211-292-29334-6
300 03231998        2,477.00  19981008  89247-462-20804-8 NOLCF DIS
             CF-NUM:  EXAM-CLM:  CSED:06022008            NOL CRDIS
             DISPOSAL-CD:04                               EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                    NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000                  EX CLMDIS
421 03231998             .00  19981008  89247-462-20804-8
336 03231998          436.43  19981008  89247-462-20804-8
420 07221998             .00  19983008  29277-203-00000-8 SOURCE-CD:11 PBC:213
                                                          SBC:00000 EGC:5185
563 10131998             .00  19984208  94277-286-77500-8 ASED:10151999
914 06282000             .00  20002808  77277-582-30000-0 AGENT-ID: 21537600
                 PAGE 002 OF 007          IMFPG 003                      DS:R
```

```
IMFOLT        9931 30199512P03   IMF TAX MODULE        NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC   DATE        AMOUNT     CYCLE       DLN            VARIABLE DATA
912 08252000           .00  20003608 77277-642-30003-0 AGENT-ID: 21537600
914 08252000           .00  20003608 94277-642-30000-0 AGENT-ID: 21537600
914 02012001           .00  20010708 94277-436-31489-1 AGENT-ID: 05537600
914 10292001           .00  20014508 94277-704-30409-1 AGENT-ID: 94055376
912 05212002           .00  20022208 89277-543-30425-2 AGENT-ID: 94055376
960 11272002           .00  20025008 93277-733-01468-2
560 02062004           .00  20040608 29277-037-77500-4 ASED:03142004
320 03082004     28,182.25  20040808 29247-448-10037-4
300 03082004    180,539.00  20040808 29247-448-10037-4 NOLCF DIS
              CF-NUM:   EXAM-CLM:                      NOL CRDIS
                                                       EXM UNAGD
              RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
              RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
336 03082004    244,672.04  20040808 89247-462-20804-8
480 02122004           .00  20040908 29277-454-03281-4 CSED-CD:B
300 03292004           .00  20041108 29247-469-00186-4 NOLCF DIS
              CF-NUM:   EXAM-CLM:   DISPOSAL-CD:10     NOL CRDIS
                                                       EXM UNAGD
              RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
              RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
              PAGE 003 OF 007           IMFPG 004                    DS:R
```

```
IMFOLT      9931 30199512P04   IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                               UP-CYC:3003
 TC    DATE        AMOUNT      CYCLE       DLN          VARIABLE DATA
 421 03292004           .00   20041108 29247-469-00186-4
 971 04032004           .00   20041508 92277-496-03220-4 ACT-CD: 611
 481 04232004           .00   20041808 29277-518-57026-4
 971 02072005           .00   20050508 28277-001-99999-5 ACT-CD: 060
                                                         REVERSAL-IND: 1
 582 04082005           .00   20051608 29277-502-03794-5
 670 04012005           .00   20051608 29218-503-00528-5 DESG-PYMT-CD:99
 360 05022005         10.00   20051608 29218-503-00528-5 DESG-PYMT-CD:99
 276 10102005     33,178.99   20053908 29247-469-00186-4
 971 10182005           .00   20054308 29277-693-03032-5 ACT-CD: 069
 971 10182005           .00   20054308 29277-693-03034-5 XREF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
                                                         ACT-CD: 069
 971 10212005           .00   20054508 29277-701-03388-5 XREF      7783
                                                         ACT-CD: 066
 971 10212005           .00   20054508 29277-701-03391-5 ACT-CD: 066
 706 04152005        347.00-  20061408 29247-469-00186-4 XREF30200412
 706 04152004      2,635.00-  20062808 29247-469-00186-4 XREF30200312
 670 11152006     22,273.00-  20064808 29217-325-01708-6 DESG-PYMT-CD:24
 276 10082007     10,968.54   20073908 29247-469-00186-4

            PAGE 004 OF 007           IMFPG 005                       DS:R
```

```
IMFOLT        9931 30199512P05  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
                                                               UP-CYC:3003
TC   DATE        AMOUNT       CYCLE       DLN            VARIABLE DATA
425 01242008          .00   20080508 29277-024-20000-8 SOURCE-CD:30 SPC:0233
           EGC:1674                                    PBC:207 SBC:55700
706 04152006     1,137.80-  20080508 29247-469-00186-4 XREF30200512
706 12292006     1,597.66-  20080508 29247-469-00186-4 XREF30200512
736 04152007         8.77-  20080508 29247-469-00186-4 XREF30200612
706 04152007        45.00-  20080508 29247-469-00186-4 XREF30200612
706 04152007        51.23-  20080508 29247-469-00186-4 XREF30200612
277 02112008         5.69-  20080508 29247-469-00186-4
420 01312008          .00   20080608 29277-031-00000-8 SOURCE-CD:30 PBC:207
                                                       SBC:55700 EGC:1674
972 03032008          .00   20080908 28277-001-99999-8 ACT-CD: 060
321 03082004   107,222.00-  20081408 49247-481-00259-8
323 03082004   107,222.00   20040808 29247-448-10037-4
301 04142008   153,765.00-  20081408 49247-481-00259-8 NOLCF DIS
           CF-NUM:  EXAM-CLM:  DISPOSAL-CD:12          NOL CRDIS
           TECHNIQ CD:3                                EXM UNAGD
           RSN-CD-1:000 RSN-CD-2:000                   NOL CLAIM
           RSN-CD-3:000 PEN-RSN-CD:000                 EX CLMDIS
421 04142008          .00   20081408 49247-481-00259-8
277 04142008    38,441.25-  20081408 49247-481-00259-8
                 PAGE 005 OF 007         IMFPG 006                      DS:R
```

```
IMFOLT      9931 30199512P06  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                          UP-CYC:3003
TC   DATE       AMOUNT      CYCLE      DLN            VARIABLE DATA
337 04142008   176,038.87- 20081408 49247-481-00259-8
971 04142008         .00   20081408 49277-481-00259-8 ACT-CD: 804
                                                      MISCCP 0021
971 03212008         .00   20081508 49277-481-01957-8 XREF      9931 30199912
                                                      ACT-CD: 057
971 10062008         .00   20083908 49277-481-00259-8 ACT-CD: 804
                                                      MISCCP 071D
971 10122009         .00   20093908 49277-481-00259-8 ACT-CD: 804
                                                      MISCCP 071D
971 11052009         .00   20094608 29277-710-04639-9 ACT-CD: 611
971 11052009         .00   20094608 29277-710-04676-9 XREF      7783
                                                      ACT-CD: 611
971 10112010         .00   20103908 49277-481-00259-8 ACT-CD: 804
                                                      MISCCP 071D
971 02142011         .00   20110508 29277-999-99999-1 ACT-CD: 262
971 10102011         .00   20113908 49277-481-00259-8 ACT-CD: 804
                                                      MISCCP 071D
960 01262012         .00   20120605 81277-426-00891-2
971 02232012         .00   20121005 29277-455-65902-2 XREF     -7783
                                                      ACT-CD: 069
            PAGE 006 OF 007            IMFPG 007                    DS:R
```

```
IMFOLT      9931 30199512P07  IMF TAX MODULE        NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
 TC   DATE      AMOUNT      CYCLE      DLN           VARIABLE DATA
 971 02232012         .00   20121005 29277-455-65903-2 ACT-CD: 069
 971 03202012         .00   20121305 29277-481-06913-2 ACT-CD: 066
 971 03202012         .00   20121305 29277-481-06914-2 XREF    -7783
                                                       ACT-CD: 066
 582 05182012         .00   20122205 29277-543-55725-2
 670 05162012         .00   20122205 29218-544-07225-2 DESG-PYMT-CD:99
 360 06112012      140.00   20122205 29218-544-07225-2 DESG-PYMT-CD:99
 971 05222012         .00   20122205 85277-544-04457-2 ACT-CD: 252
 971 05242012         .00   20122305 85277-551-03539-2 ACT-CD: 252
 520 08212012         .00   20123705 28277-642-08193-2 CC:80
 670 05162013      345.37-  20132104 29217-141-09814-3 SPLIT-REMIT
             CDDB29022013141001006864                  DESG-PYMT-CD:05
 971 06102013         .00   20132104 27277-481-00259-3 ACT-CD: 805
                                                       MISCLITIGATION
 583 04112014         .00   20141605 29277-505-55974-4 DEFINER:1



          PAGE 007 OF 007         IMFPG 001                         DS:R
```