# EXHIBIT D

```
IMFOLT         9931 30199612P01  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
49247-481-00261-8                              SPSSN      7783  UP-CYC:3003
RICHARD & DIANE SHEARER                              TOT EXEMPTIONS:04 FMS :1
DIANE SHEARER                   FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:         ASSESSD BAL:      42,651.38 SETTL DATE:11171997 LIEN :
LAST  CSED:         TOT INTERST:      38,610.98 INTEREST DATE:08042014 BWI :
FIRST CSED:01-27-2008 INT ASSESSD:    27,285.63 DISASTER RDD :         BWNC :0
      ASED:07-19-2008 INT PAID:            .00 DISASTERSTART:         CC81 :0
      RSED:10-15-2000 FTP TOTAL:       3,387.00 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T  -W     FTP ASSESSD:      3,387.00 MATH IN: TDA COPY:4408 TC914:0
INDICATORS:                                                           CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00               ARDI :2
SETTL CYC:19974508
TC    DATE       AMOUNT       CYCLE      DLN                VARIABLE DATA
150 11171997     2,666.00    19974508 29221-292-76929-7 RECEIVED-DATE: 10201997
806 04151997     9,533.00-   19974508 29221-292-76929-7
460 04151997          .00    19972008 81217-116-28241-7 EXT-DT:08151997
460 08151997          .00    19973608 82277-228-11135-7 EXT-DT:10151997
846 11171997     6,867.00    19974508 29221-292-76929-7 RFND-INT:           .00
                 DD:0                                   RFND-PAY-DATE:11141997
425 07171998          .00    19983008 94277-198-20000-8 SOURCE-CD:50 PBC:000
                                                        SBC:00000 EGC:1649

            PAGE 001 OF 006        IMFPG 002                          DS:R
```

```
IMFOLT        9931 30199612P02  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC    DATE       AMOUNT     CYCLE      DLN           VARIABLE DATA
420 08011998        .00   19983208 29277-213-00000-8 SOURCE-CD:50 PBC:213
                                                    SBC:00000 EGC:1649
563 10251999        .00   19994408 94277-298-77500-9 ASED:10152000
914 06282000        .00   20002808 77277-582-30002-0 AGENT-ID: 21537600
912 08252000        .00   20003608 77277-642-30002-0 AGENT-ID: 21537600
914 08252000        .00   20003608 94277-642-30001-0 AGENT-ID: 21537600
914 02012001        .00   20010708 94277-436-31494-1 AGENT-ID: 05537600
912 05212002        .00   20022208 89277-543-30426-2 AGENT-ID: 94055376
960 11272002        .00   20025008 93277-733-01467-2
560 02062004        .00   20040608 29277-037-77500-4 ASED:03142004
320 03082004  12,704.75   20040808 29247-448-10040-4
300 03082004 181,985.00   20040808 29247-448-10040-4 NOLCF DIS
            CF-NUM:  EXAM-CLM:                       NOL CRDIS
                                                     EXM UNAGD
            RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
            RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
336 03082004 198,100.22   20040808 29221-292-76929-7
480 02122004        .00   20040908 29277-454-03282-4 CSED-CD:B


            PAGE 002 OF 006         IMFPG 003                          DS:R
```

```
IMFOLT     9931 30199612P03  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3003
TC   DATE       AMOUNT      CYCLE     DLN            VARIABLE DATA
300 03292004         .00   20041108 29247-469-00184-4 NOLCF DIS
             CF-NUM:  EXAM-CLM:  DISPOSAL-CD:10       NOL CRDIS
                                                      EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
421 03292004         .00   20041108 29247-469-00184-4
971 04032004         .00   20041508 92277-496-03219-4 ACT-CD: 611
481 04232004         .00   20041808 29277-518-57027-4
971 02072005         .00   20050508 28277-001-99999-5 ACT-CD: 060
                                                      REVERSAL-IND: 1
582 04082005         .00   20051608 29277-502-03795-5
276 10102005    33,667.22  20053908 29247-469-00184-4
971 10182005         .00   20054308 29277-693-03033-5 ACT-CD: 069
971 10182005         .00   20054308 29277-693-03036-5 XREF     7783
                                                      ACT-CD: 069
971 10212005         .00   20054508 29277-701-03387-5 ACT-CD: 066
971 10212005         .00   20054508 29277-701-03396-5 XREF     7783
                                                      ACT-CD: 066
670 11152006    14,274.00- 20064808 29217-325-01709-6 DESG-PYMT-CD:24
276 10082007    11,829.02  20073908 29247-469-00184-4
             PAGE 003 OF 006          IMFPG 004                     DS:R
```

```
IMFOLT▮▮▮▮ 9931 30199612P04  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                          UP-CYC:3003
TC   DATE       AMOUNT     CYCLE       DLN           VARIABLE DATA
425 01242008          .00  20080508 29277-024-20000-8 SOURCE-CD:30 SPC:0233
             EGC:1674                                 PBC:207 SBC:55700
420 01312008          .00  20080608 29277-031-00000-8 SOURCE-CD:30 PBC:207
                                                      SBC:55700 EGC:1674
321 03082004   123,784.00- 20081408 49247-481-00261-8
323 03082004   123,784.00  20040808 29247-448-10040-4
301 04142008   168,437.00- 20081408 49247-481-00261-8 NOLCF DIS
             CF-NUM:  EXAM-CLM:  DISPOSAL-CD:12       NOL CRDIS
             TECHNIQ CD:3                             EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
421 04142008          .00  20081408 49247-481-00261-8
277 04142008    42,109.24- 20081408 49247-481-00261-8
337 04142008   170,814.59- 20081408 49247-481-00261-8
971 04142008          .00  20081408 49277-481-00261-8 ACT-CD: 804
                                                      MISCCP 0021
971 03212008          .00  20081508 49277-481-01962-8 XREF▮▮▮▮9931 30199912
                                                      ACT-CD: 057
971 10062008          .00  20083908 49277-481-00261-8 ACT-CD: 804
                                                      MISCCP 071D
             PAGE 004 OF 006          IMFPG 005                      DS:R
```

```
IMFOLT█████9931 30199612P05   IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC    DATE       AMOUNT      CYCLE      DLN              VARIABLE DATA
971 02092009          .00   20090508 28277-001-99999-9 XREF█████9931
           MISCPRE-EXIST SAL-OTH                       ACT-CD: 662
971 02092009          .00   20090508 28277-001-99999-9 XREF█████7783
           MISCPRE-EXIST SAL-OTH                       ACT-CD: 662
971 10122009          .00   20093908 49277-481-00261-8 ACT-CD: 804
                                                       MISCCP 071D
971 11052009          .00   20094608 29277-710-04668-9 XREF█████7783
                                                       ACT-CD: 611
971 11052009          .00   20094608 29277-710-04669-9 ACT-CD: 611
971 10112010          .00   20103908 49277-481-00261-8 ACT-CD: 804
                                                       MISCCP 071D
971 02142011          .00   20110508 29277-999-99999-1 ACT-CD: 262
971 07252011          .00   20112908 28277-001-99999-1 XREF█████9931
           MISC     -RRB                               ACT-CD: 662
971 07252011          .00   20112908 28277-001-99999-1 XREF█████7783
           MISC     -RRB                               ACT-CD: 662
971 10102011          .00   20113908 49277-481-00261-8 ACT-CD: 804
                                                       MISCCP 071D
960 01262012          .00   20120605 81277-426-00890-2

            PAGE 005 OF 006            IMFPG 006                     DS:R
```

```
IMFOLT         9931 30199612P06   IMF TAX MODULE        NM CTRL:SHEA WEEKLY
                                                                UP-CYC:3003
TC    DATE      AMOUNT      CYCLE       DLN              VARIABLE DATA
971 02232012         .00  20121005 29277-455-65898-2 XREF     7783
                                                     ACT-CD: 069
971 02232012         .00  20121005 29277-455-65900-2 ACT-CD: 069
971 03202012         .00  20121305 29277-481-06910-2 XREF     7783
                                                     ACT-CD: 066
971 03202012         .00  20121305 29277-481-06912-2 ACT-CD: 066
582 05182012         .00  20122205 29277-543-55726-2
971 05222012         .00  20122205 85277-544-04458-2 ACT-CD: 252
971 05242012         .00  20122305 85277-551-03538-2 ACT-CD: 252
520 08212012         .00  20123705 28277-642-08194-2 CC:80
972 09242012         .00  20123805 28277-001-99999-2 ACT-CD: 060
583 04112014         .00  20141605 29277-505-55973-4 DEFINER:1



        PAGE 006 OF 006         IMFPG 001                          DS:R
```