# EXHIBIT E

```
IMFOLT         9931 30199712P01  IMF TAX MODULE          NM CTRL:SHEA WEEKLY
49247-481-00262-8                              SPSSN      7783  UP-CYC:3003
RICHARD & DIANE SHEARER                              TOT EXEMPTIONS:04 FMS  :1
DIANE SHEARER                     FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:           ASSESSD BAL:      65,969.86 SETTL DATE:11161998 LIEN :
LAST  CSED:           TOT INTERST:      59,056.22 INTEREST DATE:08042014 BWI :
FIRST CSED:01-26-2009 INT ASSESSD:      41,487.87 DISASTER RDD :       BWNC :0
      ASED:07-19-2008 INT PAID:              .00 DISASTERSTART:       CC81 :0
      RSED:10-15-2001 FTP TOTAL:        6,528.74 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T  -W      FTP ASSESSD:      6,528.74 MATH IN: TDA COPY:4408 TC914:0
INDICATORS:                                                            CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00                ARDI :2
SETTL CYC:19984408
TC    DATE       AMOUNT        CYCLE      DLN             VARIABLE DATA
150 11161998       2,374.00   19984408  89221-292-07928-8 RECEIVED-DATE: 10191998
806 04151998       9,794.00-  19984408  89221-292-07928-8
460 08151998            .00   19983708  83277-235-16892-8 EXT-DT:10151998
846 11161998       7,420.00   19984408  89221-292-07928-8 RFND-INT:           .00
                   DD:0                                   RFND-PAY-DATE:11131998
425 02221999            .00   19990908  94277-053-20000-9 SOURCE-CD:40 PBC:000
                                                          SBC:00000 EGC:1649
420 03061999            .00   19991108  29277-065-00000-9 SOURCE-CD:40 PBC:213
                                                          SBC:00000 EGC:1649
              PAGE 001 OF 006        IMFPG 002                          DS:R
```

```
IMFOLT      9931 30199712P02  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                          UP-CYC:3003
 TC   DATE       AMOUNT     CYCLE       DLN            VARIABLE DATA
914 06282000        .00   20002808 77277-582-30003-0 AGENT-ID: 21537600
563 07282000        .00   20003208 94277-210-77500-0 ASED:10152001
912 08252000        .00   20003608 77277-642-30001-0 AGENT-ID: 21537600
914 08252000        .00   20003608 94277-642-30002-0 AGENT-ID: 21537600
914 02012001        .00   20010708 94277-436-31493-1 AGENT-ID: 05537600
912 05212002        .00   20022208 89277-543-30427-2 AGENT-ID: 94055376
960 11272002        .00   20025008 93277-733-01466-2
560 02062004        .00   20040608 29277-037-77500-4 ASED:03142004
320 03082004   21,367.25  20040808 29247-448-10038-4
300 03082004  238,647.00  20040808 29247-448-10038-4 NOLCF DIS
             CF-NUM:  EXAM-CLM:                      NOL CRDIS
                                                     EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000               NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000             EX CLMDIS
336 03082004  203,228.03  20040808 89221-292-07928-8
480 02122004        .00   20040908 29277-454-03283-4 CSED-CD:B


        PAGE 002 OF 006         IMFPG 003                         DS:R
```

```
IMFOLT███████9931 30199712P03   IMF TAX MODULE           NM CTRL:SHEA WEEKLY
                                                                  UP-CYC:3003
 TC    DATE       AMOUNT      CYCLE       DLN            VARIABLE DATA
 300 03292004          .00   20041108 29247-469-00185-4 NOLCF DIS
               CF-NUM:  EXAM-CLM:  DISPOSAL-CD:10        NOL CRDIS
                                                         EXM UNAGD
               RSN-CD-1:000 RSN-CD-2:000                 NOL CLAIM
               RSN-CD-3:000 PEN-RSN-CD:000               EX CLMDIS
 421 03292004          .00   20041108 29247-469-00185-4
 971 04032004          .00   20041508 92277-496-03218-4 ACT-CD: 611
 481 04232004          .00   20041808 29277-518-57028-4
 971 02072005          .00   20050508 28277-001-99999-5 ACT-CD: 060
                                                        REVERSAL-IND: 1
 582 04082005          .00   20051608 29277-502-03796-5
 276 10102005    44,149.69   20053908 29247-469-00185-4
 971 10182005          .00   20054308 29277-693-03035-5 ACT-CD: 069
 971 10182005          .00   20054308 29277-693-03044-5 XREF█████7783
                                                        ACT-CD: 069
 971 10212005          .00   20054508 29277-701-03390-5 ACT-CD: 066
 971 10212005          .00   20054508 29277-701-03395-5 XREF█████7783
                                                        ACT-CD: 066
 670 11152006    28,329.00-  20064808 29217-325-01710-6 DESG-PYMT-CD:24
 276 10082007    15,512.05   20073908 29247-469-00185-4
               PAGE 003 OF 006         IMFPG 004                    DS:R
```

```
IMFOLT       9931 30199712P04  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC   DATE       AMOUNT      CYCLE      DLN            VARIABLE DATA
425 01242008          .00  20080508 29277-024-20000-8 SOURCE-CD:30 SPC:0233
             EGC:1674                                 PBC:207 SBC:55700
420 01312008          .00  20080608 29277-031-00000-8 SOURCE-CD:30 PBC:207
                                                      SBC:55700 EGC:1674
321 03082004   157,618.00- 20081408 49247-481-00262-8
323 03082004   157,618.00  20040808 29247-448-10038-4
301 04142008   212,532.00- 20081408 49247-481-00262-8 NOLCF DIS
             CF-NUM:  EXAM-CLM:  DISPOSAL-CD:12       NOL CRDIS
             TECHNIQ CD:3                             EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
421 04142008          .00  20081408 49247-481-00262-8
277 04142008    53,133.00- 20081408 49247-481-00262-8
337 04142008   161,740.16- 20081408 49247-481-00262-8
971 04142008          .00  20081408 49277-481-00262-8 ACT-CD: 804
                                                      MISCCP 0021
971 03212008          .00  20081508 49277-481-01961-8 XREF    9931 30199912
                                                      ACT-CD: 057
971 10062008          .00  20083908 49277-481-00262-8 ACT-CD: 804
                                                      MISCCP 071D
             PAGE 004 OF 006           IMFPG 005                         DS:R
```

```
IMFOLT         9931 30199712P05  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
                                                                 UP-CYC:3003
TC     DATE       AMOUNT      CYCLE      DLN             VARIABLE DATA
706 11242008      1,167.42-  20084608 49247-481-00262-8 XREF30200712
706 11242008           .04-  20085108 49247-481-00262-8 XREF30200712
706 12092008         32.54-  20085108 49247-481-00262-8 XREF30200712
971 02092009           .00   20090508 28277-001-99999-9 XREF      9931
            MISCPRE-EXIST SAL-OTH                       ACT-CD: 662
971 02092009           .00   20090508 28277-001-99999-9 XREF      7783
            MISCPRE-EXIST SAL-OTH                       ACT-CD: 662
971 10122009           .00   20093908 49277-481-00262-8 ACT-CD: 804
                                                        MISCCP 071D
971 11052009           .00   20094608 29277-710-04662-9 XREF      7783
                                                        ACT-CD: 611
971 11052009           .00   20094608 29277-710-04663-9 ACT-CD: 611
971 10112010           .00   20103908 49277-481-00262-8 ACT-CD: 804
                                                        MISCCP 071D
971 02142011           .00   20110508 29277-999-99999-1 ACT-CD: 262
971 07252011           .00   20112908 28277-001-99999-1 XREF      9931
            MISC        -RRB                            ACT-CD: 662
971 07252011           .00   20112908 28277-001-99999-1 XREF      7783
            MISC        -RRB                            ACT-CD: 662

            PAGE 005 OF 006           IMFPG 006                        DS:R
```

Date: 7/23/2014 Time: 3:57:29 PM

```
IMFOLT        9931 30199712P06  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC   DATE      AMOUNT     CYCLE    DLN              VARIABLE DATA
971 10102011        .00   20113908 49277-481-00262-8 ACT-CD: 804
                                                     MISCCP 071D
960 01262012        .00   20120605 81277-426-00889-2
971 02232012        .00   20121005 29277-455-65884-2 XREF      7783
                                                     ACT-CD: 069
971 02232012        .00   20121005 29277-455-65897-2 ACT-CD: 069
971 03202012        .00   20121305 29277-481-06900-2 ACT-CD: 066
971 03202012        .00   20121305 29277-481-06901-2 XREF      7783
                                                     ACT-CD: 066
582 05182012        .00   20122205 29277-543-55727-2
971 05222012        .00   20122205 85277-544-04459-2 ACT-CD: 252
971 05242012        .00   20122305 85277-551-03541-2 ACT-CD: 252
520 08212012        .00   20123705 28277-642-08195-2 CC:80
972 09242012        .00   20123805 28277-001-99999-2 ACT-CD: 060
583 04112014        .00   20141605 29277-505-55970-4 DEFINER:1


         PAGE 006 OF 006         IMFPG 001                        DS:R
```