# EXHIBIT F

```
IMFOLT        9931 30199812P01  IMF TAX MODULE          NM CTRL:SHEA WEEKLY
49247-481-00264-8                               SPSSN        7783  UP-CYC:3003
RICHARD & DIANE SHEARER                                 TOT EXEMPTIONS:04 FMS :1
DIANE SHEARER                   FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:          ASSESSD BAL:       70,934.32 SETTL DATE:11221999 LIEN :
LAST  CSED:          TOT INTERST:       58,681.71 INTEREST DATE:08042014 BWI :
FIRST CSED:02-01-2010 INT ASSESSD:       39,846.32 DISASTER RDD :      BWNC :0
      ASED:07-19-2008 INT PAID:              .00 DISASTERSTART:        CC81 :0
      RSED:10-15-2002 FTP TOTAL:        7,551.00 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T   -W    FTP ASSESSD:       7,551.00 MATH IN: TDA COPY:4408 TC914:0
INDICATORS:                                                             CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00                 ARDI :2
SETTL CYC:19994508
TC   DATE       AMOUNT        CYCLE       DLN             VARIABLE DATA
150 11221999      2,094.00   19994508 89221-296-48510-9 RECEIVED-DATE: 10191999
806 04151999     10,929.00-  19994508 89221-296-48510-9
460 04151999           .00   19991908 88217-114-51500-9 EXT-DT:08151999
460 08151999           .00   19993608 87277-233-19858-9 EXT-DT:10151999
846 11221999      8,835.00   19994508 89221-296-48510-9 RFND-INT:          .00
              DD:0                                      RFND-PAY-DATE:11191999
914 06282000           .00   20002808 77277-582-30001-0 AGENT-ID: 21537600
425 08212000           .00   20003508 94277-234-20000-0 SOURCE-CD:40 PBC:000
              PUSH:049                                  SBC:00000 EGC:1649
              PAGE 001 OF 006           IMFPG 002                      DS:R
```

```
IMFOLT████    9931 30199812P02  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3003
TC   DATE       AMOUNT      CYCLE       DLN            VARIABLE DATA
912 08252000        .00    20003608 77277-642-30000-0 AGENT-ID: 21537600
914 08252000        .00    20003608 94277-642-30003-0 AGENT-ID: 21537600
420 09022000        .00    20003708 29277-246-00000-0 SOURCE-CD:40 PBC:213
                                                     SBC:00000 EGC:1649
914 02012001        .00    20010708 94277-436-31492-1 AGENT-ID: 05537600
912 05212002        .00    20022208 89277-543-30428-2 AGENT-ID: 94055376
960 11272002        .00    20025008 93277-733-01465-2
560 02062004        .00    20040608 29277-037-77500-4 ASED:03142004
320 03082004   24,223.00   20040808 29247-448-10039-4
300 03082004  249,007.00   20040808 29247-448-10039-4 NOLCF DIS
          CF-NUM:   EXAM-CLM:                         NOL CRDIS
                                                      EXM UNAGD
          RSN-CD-1:000 RSN-CD-2:000                   NOL CLAIM
          RSN-CD-3:000 PEN-RSN-CD:000                 EX CLMDIS
336 03082004  163,637.77   20040808 89221-296-48510-9
480 02122004        .00    20040908 29277-454-03284-4 CSED-CD:B


          PAGE 002 OF 006         IMFPG 003                        DS:R
```

```
IMFOLT      9931 30199812P03  IMF TAX MODULE        NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3003
 TC    DATE       AMOUNT    CYCLE       DLN            VARIABLE DATA
 300 05102004         .00  20041708 29247-507-90004-4 NOLCF DIS
             CF-NUM:  EXAM-CLM:  DISPOSAL-CD:10       NOL CRDIS
                                                      EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000              EX CLMDIS
 421 05102004         .00  20041708 29247-507-90004-4
 481 04232004         .00  20041808 29277-518-57029-4
 971 05012004         .00  20041908 92277-524-03934-4 ACT-CD: 611
 971 02072005         .00  20050508 28277-001-99999-5 ACT-CD: 060
                                                      REVERSAL-IND: 1
 582 04082005         .00  20051608 29277-502-03797-5
 276 10102005    44,821.26 20053908 29247-507-90004-4
 971 10182005         .00  20054308 29277-693-03039-5 XREF      7783
                                                      ACT-CD: 069
 971 10182005         .00  20054308 29277-693-03040-5 ACT-CD: 069
 971 10212005         .00  20054508 29277-701-03393-5 XREF      7783
                                                      ACT-CD: 066
 971 10212005         .00  20054508 29277-701-03394-5 ACT-CD: 066
 670 11152006   30,890.00- 20064808 29217-325-01711-6 DESG-PYMT-CD:24
 276 10082007    17,430.49 20073908 29247-507-90004-4
                 PAGE 003 OF 006         IMFPG 004                  DS:R
```

```
IMFOLT        9931 30199812P04  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3003
TC   DATE         AMOUNT     CYCLE      DLN            VARIABLE DATA
425 01242008          .00   20080508 29277-024-20000-8 SOURCE-CD:30 SPC:0233
             EGC:1674                                  PBC:207 SBC:55700
420 01312008          .00   20080608 29277-031-00000-8 SOURCE-CD:30 PBC:207
                                                       SBC:55700 EGC:1674
321 03082004   162,527.00-  20081408 49247-481-00264-8
323 03082004   162,527.00   20040808 29247-448-10039-4
301 04142008   218,803.00-  20081408 49247-481-00264-8 NOLCF DIS
             CF-NUM:  EXAM-CLM:  DISPOSAL-CD:12        NOL CRDIS
             TECHNIQ CD:3                              EXM UNAGD
             RSN-CD-1:000 RSN-CD-2:000                 NOL CLAIM
             RSN-CD-3:000 PEN-RSN-CD:000               EX CLMDIS
421 04142008          .00   20081408 49247-481-00264-8
277 04142008    54,700.75-  20081408 49247-481-00264-8
337 04142008   123,791.45-  20081408 49247-481-00264-8
971 04142008          .00   20081408 49277-481-00264-8 ACT-CD: 804
                                                       MISCCP 0021
971 03212008          .00   20081508 49277-481-01960-8 XREF        9931 30199912
                                                       ACT-CD: 057
971 10062008          .00   20083908 49277-481-00264-8 ACT-CD: 804
                                                       MISCCP 071D
             PAGE 004 OF 006           IMFPG 005                         DS:R
```

```
IMFOLT████9931 30199812P05  IMF TAX MODULE     NM CTRL:SHEA WEEKLY
                                                         UP-CYC:3003
TC    DATE       AMOUNT      CYCLE      DLN          VARIABLE DATA
971 02092009         .00   20090508 28277-001-99999-9 XREF████9931
            MISCPRE-EXIST SAL-OTH                     ACT-CD: 662
971 02092009         .00   20090508 28277-001-99999-9 XREF████7783
            MISCPRE-EXIST SAL-OTH                     ACT-CD: 662
971 06012009         .00   20092108 68277-137-99999-9 ACT-CD: 600
971 10122009         .00   20093908 49277-481-00264-8 ACT-CD: 804
                                                      MISCCP 071D
971 11052009         .00   20094608 29277-710-04642-9 XREF████7783
                                                      ACT-CD: 611
971 11052009         .00   20094608 29277-710-04643-9 ACT-CD: 611
971 10112010         .00   20103908 49277-481-00264-8 ACT-CD: 804
                                                      MISCCP 071D
971 02142011         .00   20110508 29277-999-99999-1 ACT-CD: 262
971 07252011         .00   20112908 28277-001-99999-1 XREF████9931
            MISC      -RRB                            ACT-CD: 662
971 07252011         .00   20112908 28277-001-99999-1 XREF████7783
            MISC      -RRB                            ACT-CD: 662
971 10102011         .00   20113908 49277-481-00264-8 ACT-CD: 804
                                                      MISCCP 071D
960 01262012         .00   20120605 81277-426-00888-2
            PAGE 005 OF 006            IMFPG 006                 DS:R
```

IMFOLT████9931 30199812P05  IMF TAX MODULE     NM CTRL:SHEA WEEKLY
                                                         UP-CYC:3003

```
IMFOLT      9931 30199812P06  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                           UP-CYC:3003
 TC   DATE      AMOUNT     CYCLE     DLN             VARIABLE DATA
 971 02232012       .00   20121005 29277-455-65885-2 ACT-CD: 069
 971 02232012       .00   20121005 29277-455-65886-2 XREF     7783
                                                     ACT-CD: 069
 971 03202012       .00   20121305 29277-481-06902-2 ACT-CD: 066
 971 03202012       .00   20121305 29277-481-06903-2 XREF     7783
                                                     ACT-CD: 066
 582 05182012       .00   20122205 29277-543-55728-2
 971 05222012       .00   20122205 85277-544-04460-2 ACT-CD: 252
 971 05242012       .00   20122305 85277-551-03543-2 ACT-CD: 252
 520 08212012       .00   20123705 28277-642-08196-2 CC:80
 972 09242012       .00   20123805 28277-001-99999-2 ACT-CD: 060
 583 04112014       .00   20141605 29277-505-55965-4 DEFINER:1



           PAGE 006 OF 006        IMFPG 001                    DS:R
```