# EXHIBIT G

```
IMFOLT█████9931 30199912P01  IMF TAX MODULE        NM CTRL:SHEA WEEKLY
49247-481-00265-8                          SPSSN ████7783  UP-CYC:3003
RICHARD & DIANE SHEARER                         TOT EXEMPTIONS:04 FMS  :1
DIANE SHEARER               FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:        ASSESSD BAL:       11,224.93 SETTL DATE:11272000 LIEN :
LAST  CSED:        TOT INTERST:        7,073.54 INTEREST DATE:08042014 BWI  :
FIRST CSED:02-06-2011 INT ASSESSD:     4,121.94 DISASTER RDD :      BWNC :0
      ASED:07-19-2008 INT PAID:           .00 DISASTERSTART:        CC81 :0
      RSED:10-15-2003 FTP TOTAL:       619.74 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T  -W    FTP ASSESSD:       619.74 MATH IN: TDA COPY:4425 TC914:0
INDICATORS:                                                       CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00           ARDI :2
SETTL CYC:20004608
TC   DATE        AMOUNT      CYCLE        DLN            VARIABLE DATA
150 11272000       2,266.00  20004608 89221-296-66310-0 RECEIVED-DATE: 10192000
806 04152000       8,072.00- 20004608 89221-296-66310-0
460 04152000            .00  20001908 29217-099-47662-0 EXT-DT:08152000
460 08152000            .00  20003508 82277-225-15297-0 EXT-DT:10152000
846 11272000       5,806.00  20004608 89221-296-66310-0 RFND-INT:          .00
         DD:0                                           RFND-PAY-DATE:11242000
425 09172001            .00  20013908 94277-260-20000-1 SOURCE-CD:40 SPC:0233
         EGC:1649                                       PBC:000 SBC:00000

         PAGE 001 OF 008            IMFPG 002                        DS:R
```

IMFOLT█████9931 30199912P02  IMF TAX MODULE            NM CTRL:SHEA WEEKLY
                                                                UP-CYC:3003

| TC | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 420 | 09272001 | .00 | 20014008 | 29277-270-00000-1 | SOURCE-CD:40 PBC:213 |
|  |  |  |  |  | SBC:00000 EGC:1649 |
| 971 | 03152002 | .00 | 20021508 | 29277-492-00951-2 | ACT-CD: 010 |
| 977 | 03152002 | .00 | 20021508 | 29277-492-00951-2 | |
| 290 | 08122002 | 2,769.00 | 20023108 | 28254-603-09218-2 | |
| 196 | 08122002 | 361.16 | 20023108 | 89221-296-66310-0 | |
| 971 | 10262002 | .00 | 20024508 | 92277-701-04290-2 | ACT-CD: 611 |
| 971 | 12232002 | .00 | 20025008 | 89277-999-99999-2 | ACT-CD: 061 |
|  |  |  |  |  | REVERSAL-IND: 1 |
| 960 | 11272002 | .00 | 20025008 | 93277-733-01464-2 | |
| 971 | 12062002 | .00 | 20025008 | 29277-738-03675-2 | ACT-CD: 069 |
| 971 | 12182002 | .00 | 20030408 | 17277-758-02404-2 | ACT-CD: 066 |
| 582 | 01242003 | .00 | 20030608 | 29277-428-02674-3 | |
| 670 | 01212003 | .00 | 20030608 | 29218-429-00343-3 | DESG-PYMT-CD:99 |
| 360 | 02172003 | 10.00 | 20030608 | 29218-429-00343-3 | DESG-PYMT-CD:99 |
| 971 | 03242003 | .00 | 20031408 | 28277-483-00015-3 | ACT-CD: 275 |
|  |  |  |  |  | REVERSAL-IND: 1 |
| 971 | 03242003 | .00 | 20031408 | 28277-483-00016-3 | ACT-CD: 275 |
| 520 | 02122003 | .00 | 20031708 | 17277-504-00617-3 | CC:76 CSED-CD:B |
| 520 | 02172003 | .00 | 20031808 | 17277-511-00580-3 | CC:76 CSED-CD:B |

            PAGE 002 OF 008            IMFPG 003                    DS:R

```
IMFOLT       9931 30199912P03   IMF TAX MODULE          NM CTRL:SHEA WEEKLY
                                                            UP-CYC:3003
TC    DATE      AMOUNT        CYCLE       DLN           VARIABLE DATA
522 02122003         .00   20031808 17277-511-00589-3 CC:76
972 05262003         .00   20032008 29277-999-99999-3 ACT-CD: 061
971 05032003         .00   20032008 92277-525-04097-3 ACT-CD: 611
971 06302003         .00   20032508 89277-999-99999-3 ACT-CD: 061
                                                       REVERSAL-IND: 1
290 12222003         .00   20035008 17254-732-18057-3
521 09142003         .00   20035008 29277-732-00027-3 CC:76
971 09142003         .00   20035008 28277-736-02717-3 ACT-CD: 277
706 04152003    1,000.00-  20035308 17254-732-18057-3 XREF30200212
560 02062004         .00   20040608 29277-037-77500-4 ASED:03212004
972 03082004         .00   20040808 29277-999-99999-4 ACT-CD: 061
480 02122004         .00   20040908 29277-454-03285-4 CSED-CD:B
300 03292004         .00   20041108 29247-469-00187-4 NOLCF DIS
            CF-NUM:  EXAM-CLM:  DISPOSAL-CD:10          NOL CRDIS
                                                       EXM UNAGD
            RSN-CD-1:000 RSN-CD-2:000                  NOL CLAIM
            RSN-CD-3:000 PEN-RSN-CD:000                EX CLMDIS
421 03292004         .00   20041108 29247-469-00187-4
370 03092004         .00   20041308 29251-069-13301-4
300 03092004   195,362.00  20041308 29251-069-13301-4
            PAGE 003 OF 008            IMFPG 004                    DS:R
```

IMFOLT█ 9931 30199912P04   IMF TAX MODULE            NM CTRL:SHEA WEEKLY
                                                         UP-CYC:3003

| TC | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|----|------|--------|-------|-----|---------------|
| 320 | 03092004 | 4,114.25 | 20041308 | 29251-069-13301-4 | |
| 190 | 03092004 | 99,416.22 | 20041308 | 29251-069-13301-4 | |
| 197 | 04122004 | 6,144.09- | 20041308 | 29247-469-00187-4 | |
| 481 | 04232004 | .00 | 20041808 | 29277-518-57030-4 | |
| 971 | 09102004 | .00 | 20044008 | 28277-001-00000-5 | ACT-CD: 199 |
| | | | | | MISC6404-G |
| 582 | 04082005 | .00 | 20051608 | 29277-502-03798-5 | |
| 276 | 10102005 | 37,626.02 | 20053908 | 29247-469-00187-4 | |
| 971 | 10182005 | .00 | 20054308 | 29277-693-03046-5 | ACT-CD: 069 |
| 971 | 10182005 | .00 | 20054308 | 29277-693-03048-5 | XREF█7783 |
| | | | | | ACT-CD: 069 |
| 971 | 11072005 | .00 | 20054408 | 28277-001-99999-5 | ACT-CD: 060 |
| | | | | | REVERSAL-IND: 1 |
| 971 | 10212005 | .00 | 20054508 | 29277-701-03389-5 | XREF█7783 |
| | | | | | ACT-CD: 066 |
| 971 | 10212005 | .00 | 20054508 | 29277-701-03392-5 | ACT-CD: 066 |
| 276 | 10082007 | 11,721.72 | 20073908 | 29247-469-00187-4 | |
| 425 | 01242008 | .00 | 20080508 | 29277-024-20000-8 | SOURCE-CD:30 SPC:0233 |
| | | EGC:1674 | | | PBC:207 SBC:55700 |

         PAGE 004 OF 008            IMFPG 005                      DS:R

Case 2:12-cv-02334-DJC-DB Document 39-6 Filed 08/18/14 Page 6 of 9

```
IMFOLT ███████ 9931 30199912P05   IMF TAX MODULE              NM CTRL:SHEA WEEKLY
                                                                    UP-CYC:3003
TC    DATE      AMOUNT        CYCLE        DLN                VARIABLE DATA
420 01312008         .00   20080608  29277-031-00000-8  SOURCE-CD:30 PBC:207
                                                         SBC:55700 EGC:1674
321 03092004   142,132.00-  20081408  49247-481-00265-8
323 03092004   142,132.00   20041308  29251-069-13301-4
301 04142008   194,912.00-  20081408  49247-481-00265-8  NOLCF DIS
              CF-NUM:  EXAM-CLM:  DISPOSAL-CD:12          NOL CRDIS
              TECHNIQ CD:3                                EXM UNAGD
              RSN-CD-1:000 RSN-CD-2:000                   NOL CLAIM
              RSN-CD-3:000 PEN-RSN-CD:000                 EX CLMDIS
421 04142008         .00   20081408  49247-481-00265-8
277 04142008    48,728.00-  20081408  49247-481-00265-8
337 04142008    89,511.35-  20081408  49247-481-00265-8
971 04142008         .00   20081408  49277-481-00265-8  ACT-CD: 804
                                                         MISCCP 0021
971 03212008         .00   20081608  49277-481-01957-8  XREF ██████ 9931 30199512
                                                         ACT-CD: 157
971 03212008         .00   20081608  49277-481-01960-8  XREF ██████ 9931 30199812
                                                         ACT-CD: 157
971 03212008         .00   20081608  49277-481-01961-8  XREF ██████ 9931 30199712
                                                         ACT-CD: 157
             PAGE 005 OF 008             IMFPG 006                    DS:R
```

IMFOLT██████ 9931 30199912P06    IMF TAX MODULE              NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3003

```
TC    DATE      AMOUNT        CYCLE       DLN                VARIABLE DATA
971 03212008         .00  20081608  49277-481-01962-8  XREF █████ 9931 30199612
                                                       ACT-CD: 157
971 10062008         .00  20083908  49277-481-00265-8  ACT-CD: 804
                                                       MISCCP 071D
971 02092009         .00  20090508  28277-001-99999-9  XREF █ 9931
                    MISCPRE-EXIST SAL-OTH              ACT-CD: 662
971 02092009         .00  20090508  28277-001-99999-9  XREF ██████ 7783
                    MISCPRE-EXIST SAL-OTH              ACT-CD: 662
971 06012009         .00  20092108  68277-137-99999-9  ACT-CD: 600
971 10122009         .00  20093908  49277-481-00265-8  ACT-CD: 804
                                                       MISCCP 071D
971 11052009         .00  20094608  29277-710-04640-9  XREF █████ 7783
                                                       ACT-CD: 611
971 11052009         .00  20094608  29277-710-04641-9  ACT-CD: 611
971 02222010         .00  20100708  68277-040-99999-0  ACT-CD: 600
971 03012010         .00  20100808  68277-045-99999-0  ACT-CD: 600
971 03082010         .00  20100908  68277-052-99999-0  ACT-CD: 600
971 03152010         .00  20101008  68277-058-99999-0  ACT-CD: 600
971 03222010         .00  20101108  68277-069-99999-0  ACT-CD: 600
971 03292010         .00  20101208  68277-072-99999-0  ACT-CD: 600
             PAGE 006 OF 008           IMFPG 007                      DS:R
```

```
IMFOLT ████ 9931 30199912P07   IMF TAX MODULE          NM CTRL:SHEA WEEKLY
                                                            UP-CYC:3003
TC    DATE      AMOUNT       CYCLE      DLN           VARIABLE DATA
971 04052010          .00  20101308 68277-080-99999-0 ACT-CD: 600
971 10112010          .00  20103908 49277-481-00265-8 ACT-CD: 804
                                                      MISCCP 071D
971 02142011          .00  20110508 29277-999-99999-1 ACT-CD: 262
971 07252011          .00  20112908 28277-001-99999-1 XREF█████9931
          MISC    -RRB                                ACT-CD: 662
971 07252011          .00  20112908 28277-001-99999-1 XREF█████7783
          MISC    -RRB                                ACT-CD: 662
971 10102011          .00  20113908 49277-481-00265-8 ACT-CD: 804
                                                      MISCCP 071D
960 01262012          .00  20120605 81277-426-00887-2
971 02232012          .00  20121005 29277-455-65887-2 ACT-CD: 069
971 02232012          .00  20121005 29277-455-65888-2 XREF█████7783
                                                      ACT-CD: 069
971 03202012          .00  20121305 29277-481-06904-2 ACT-CD: 066
971 03202012          .00  20121305 29277-481-06905-2 XREF█████7783
                                                      ACT-CD: 066
582 05182012          .00  20122205 29277-543-55729-2
971 05222012          .00  20122205 85277-544-04461-2 ACT-CD: 252
971 05242012          .00  20122305 85277-551-03545-2 ACT-CD: 252
              PAGE 007 OF 008          IMFPG 008                   DS:R
```

IMFOLT█████9931 30199912P08   IMF TAX MODULE              NM CTRL:SHEA WEEKLY
                                                          UP-CYC:3003
TC    DATE       AMOUNT       CYCLE      DLN           VARIABLE DATA
582 06222012          .00   20122705  29277-578-55311-2
670 06152012          .00   20122705  29218-579-06261-2  DESG-PYMT-CD:99
360 07162012        28.00   20122705  29218-579-06261-2  DESG-PYMT-CD:99
972 07232012          .00   20122905  28277-001-99999-2  ACT-CD: 060
582 08102012          .00   20123405  29277-627-54583-2
582 08102012          .00   20123405  29277-627-54584-2
520 08212012          .00   20123705  28277-642-08197-2  CC:80
582 08312012          .00   20123705  29277-648-64507-2
670 08282012          .00   20123705  29218-649-05719-2  DESG-PYMT-CD:99
360 09242012       112.00   20123705  29218-649-05719-2  DESG-PYMT-CD:99
971 09242012          .00   20123705  27277-481-00265-2  ACT-CD: 805
                                                         MISCLITIGATION
583 04112014          .00   20141605  29277-505-55961-4  DEFINER:1


            PAGE 008 OF 008         IMFPG 001                    DS:R


Date: 7/23/2014 Time: 4:04:48 PM