# EXHIBIT H

```
IMFOLT▓▓▓▓▓▓9931 30200012P01  IMF TAX MODULE         NM CTRL:SHEA WEEKLY
29247-697-60932-3                              SPSSN▓▓▓▓▓▓ 783  UP-CYC:3304
RICHARD & DIANE SHEARER                                 TOT EXEMPTIONS:04 FMS :1
DIANE SHEARER                         FSC:2 STATUS:26 STATUS DATE:09132004 AIMS :0
NEXT  CSED:          ASSESSD BAL:        2,686.29-SETTL DATE:07022001 LIEN :
LAST  CSED:          TOT INTERST:        9,134.31 INTEREST DATE:01132014 BWI  :
FIRST CSED:09-11-2011 INT ASSESSD:       9,134.31 DISASTER RDD :         BWNC :0
      ASED:06-25-2005 INT PAID:          9,134.31-DISASTERSTART:         CC81 :0
      RSED:04-15-2004 FTP TOTAL:         4,304.74 GOVRN SC:29 HIST LC:68 CC85 :0
    FREEZE:T  -W    FTP ASSESSD:         4,304.74 MATH IN: TDA COPY:4354 TC914:0
INDICATORS:                                                             CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00                 ARDI :1
SETTL CYC:20012508
TC   DATE       AMOUNT       CYCLE       DLN            VARIABLE DATA
150 07022001     2,140.00   20012508 29221-116-79028-1 RECEIVED-DATE: 04152001
806 04152001     8,571.00-  20012508 29221-116-79028-1
846 07022001     6,523.27   20012508 29221-116-79028-1 RFND-INT:         92.27-
            DD:0                                       RFND-PAY-DATE:06292001
776 07022001        92.27-  20012508 29221-116-79028-1
766 08132001       600.00-  20013108 29254-999-05099-1 REF-NUM:338
290 08132001          .00   20013108 29254-999-05099-1
846 08132001       600.00   20013108 29254-999-05099-1 RFND-INT:           .00
            DD:0                                       RFND-PAY-DATE:08102001
            PAGE 001 OF 008          IMFPG 002                           DS:R
```

```
IMFOLT     9931 30200012P02  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                            UP-CYC:3304
TC   DATE      AMOUNT      CYCLE     DLN             VARIABLE DATA
425 09172001         .00   20013908 94277-260-20000-1 SOURCE-CD:40 SPC:0233
          EGC:1649                                    PBC:000 SBC:00000
420 09272001         .00   20014008 29277-270-00000-1 SOURCE-CD:40 PBC:213
                                                      SBC:00000 EGC:1649
971 03192002         .00   20021508 89277-491-01588-2 ACT-CD: 010
977 03192002         .00   20021508 89277-491-01588-2
971 03192002         .00   20022608 29277-571-00556-2 ACT-CD: 010
977 03192002         .00   20022608 29277-571-00556-2
290 07222002    17,219.00  20022808 29254-584-06457-2
470 07012002         .00   20022808 29277-584-00698-2
777 07022001       92.27   20022808 29221-999-79028-1
971 06202002         .00   20024008 29277-668-00987-2 ACT-CD: 013
977 06202002         .00   20024008 29277-668-00987-2
960 11272002         .00   20025008 93277-733-01463-2
290 10202003         .00   20034108 85254-669-18001-3
971 10112003         .00   20034308 92277-687-08972-3 ACT-CD: 611
421 10222003         .00   20034508 29247-697-60932-3 DISPOSAL-CD:32
971 12152003         .00   20034908 29277-999-99999-3 ACT-CD: 061
                                                      REVERSAL-IND: 1

           PAGE 002 OF 008          IMFPG 003                        DS:R
```

```
IMFOLT        9931 30200012P03  IMF TAX MODULE     NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
TC    DATE       AMOUNT    CYCLE       DLN            VARIABLE DATA
971 01222004          .00  20040408 29277-420-07651-4 XREF     7783
                                                      ACT-CD: 069
971 01222004          .00  20040408 29277-420-07660-4 ACT-CD: 069
582 01302004          .00  20040608 29277-434-07815-4
670 01272004          .00  20040608 29218-435-00506-4 DESG-PYMT-CD:99
360 02232004        10.00  20040608 29218-435-00506-4 DESG-PYMT-CD:99
971 02022004          .00  20040608 17277-436-02460-4 ACT-CD: 066
971 02042004          .00  20040708 17277-441-02028-4 ACT-CD: 066
972 03082004          .00  20040808 29277-999-99999-4 ACT-CD: 061
480 02122004          .00  20040908 29277-454-03286-4 CSED-CD:B
481 04232004          .00  20041808 29277-518-57031-4
971 05012004          .00  20041908 92277-524-03932-4 ACT-CD: 611
971 02072005          .00  20050508 28277-001-99999-5 ACT-CD: 060
                                                      REVERSAL-IND: 1
582 04082005          .00  20051608 29277-502-03799-5
971 10182005          .00  20054308 29277-693-03045-5 XREF     7783
                                                      ACT-CD: 069
971 10182005          .00  20054308 29277-693-03047-5 ACT-CD: 069
971 10212005          .00  20054508 29277-701-03383-5 XREF     7783
                                                      ACT-CD: 066
            PAGE 003 OF 008            IMFPG 004                    DS:R
```

```
IMFOLT      9931 30200012P04   IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
TC    DATE       AMOUNT     CYCLE        DLN           VARIABLE DATA
971 10212005          .00  20054508 29277-701-03386-5 ACT-CD: 066
670 11152006    17,219.00- 20064808 29217-325-01712-6 DESG-PYMT-CD:99
971 02092009          .00  20090508 28277-001-99999-9 XREF     9931
                MISCPRE-EXIST SAL-OTH                 ACT-CD: 662
971 02092009          .00  20090508 28277-001-99999-9 XREF     7783
                MISCPRE-EXIST SAL-OTH                 ACT-CD: 662
971 11052009          .00  20094608 29277-710-04634-9 XREF    -7783
                                                      ACT-CD: 611
971 11052009          .00  20094608 29277-710-04638-9 ACT-CD: 611
971 10112010          .00  20103908 29277-697-60932-3 ACT-CD: 804
                                                      MISCCP 071D
276 10112010     4,304.74  20103908 29247-697-60932-3
971 02142011          .00  20110508 29277-999-99999-1 ACT-CD: 262
971 07252011          .00  20112908 28277-001-99999-1 XREF     9931
                MISC     -RRB                         ACT-CD: 662
971 07252011          .00  20112908 28277-001-99999-1 XREF     7783
                MISC     -RRB                         ACT-CD: 662
971 10102011          .00  20113908 29277-697-60932-3 ACT-CD: 804
                                                      MISCCP 071D
960 01262012          .00  20120605 81277-426-00886-2
                  PAGE 004 OF 008        IMFPG 005                    DS:R
```

```
IMFOLT       9931 30200012P05  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
 TC    DATE       AMOUNT       CYCLE      DLN           VARIABLE DATA
 971 02232012          .00   20121005 29277-455-65889-2 ACT-CD: 069
 971 02232012          .00   20121005 29277-455-65890-2 XREF     7783
                                                        ACT-CD: 069
 971 03202012          .00   20121305 29277-481-06906-2 ACT-CD: 066
 971 03202012          .00   20121305 29277-481-06907-2 XREF     7783
                                                        ACT-CD: 066
 582 05182012          .00   20122205 29277-543-55730-2
 582 05182012          .00   20122205 29277-543-55731-2
 971 05222012          .00   20122205 85277-544-04462-2 ACT-CD: 252
 971 05242012          .00   20122305 85277-551-03544-2 ACT-CD: 252
 670 05292012       199.95-  20122405 29217-156-16808-2 DESG-PYMT-CD:05
                                                        CDDB29022012156001008203
 972 07022012          .00   20122605 28277-001-99999-2 ACT-CD: 060
 670 07022012     1,337.44-  20122905 29217-188-24402-2 DESG-PYMT-CD:05
                                                        CDDB29022012188001012864
 670 07162012     1,108.59-  20123105 29217-201-23114-2 DESG-PYMT-CD:05
                                                        CDDB29022012201001010762
 670 08012012     1,108.59-  20123305 29217-219-18313-2 DESG-PYMT-CD:05
                                                        CDDB29022012219001011075
 582 08102012          .00   20123405 29277-627-54582-2
               PAGE 005 OF 008          IMFPG 006                      DS:R
```

```
IMFOLT█████ 9931 30200012P06  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3304
TC   DATE       AMOUNT    CYCLE     DLN              VARIABLE DATA
670 08092012          .00  20123405 29218-628-06353-2 DESG-PYMT-CD:99
360 09032012       280.00  20123405 29218-628-06353-2 DESG-PYMT-CD:99
670 08102012     1,108.59- 20123405 29217-228-20505-2 DESG-PYMT-CD:05
                                                     CDDB29022012228001008732
196 09032012       176.15  20123405 29247-697-60932-3
520 08212012          .00  20123705 28277-642-08198-2 CC:80
670 08282012     1,108.59- 20123705 29217-244-13006-2 DESG-PYMT-CD:05
                                                     CDDB29022012244001006383
196 09242012     1,108.59  20123705 29247-697-60932-3
971 09242012          .00  20123705 27277-697-60932-2 ACT-CD: 805
                                                     MISCLITIGATION
670 09072012     1,108.59- 20123905 29217-258-14205-2 DESG-PYMT-CD:05
                                                     CDDB29022012258001007329
196 10082012     1,108.59  20123905 29247-697-60932-3
971 10082012          .00  20123905 27277-697-60932-2 ACT-CD: 805
                                                     MISCLITIGATION
670 09192012     1,108.59- 20124005 29217-268-28308-2 DESG-PYMT-CD:05
                                                     CDDB29022012268001016035
196 10152012     1,108.59  20124005 29247-697-60932-3
            PAGE 006 OF 008         IMFPG 007                      DS:R
```

```
IMFOLT       9931 30200012P07  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
TC   DATE         AMOUNT      CYCLE       DLN          VARIABLE DATA
971 10152012            .00  20124005 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 10032012      1,108.59-  20124205 29217-283-15001-2 DESG-PYMT-CD:05
                                                        CDDB29022012283001008575
196 10292012      1,108.59   20124205 29247-697-60932-3
971 10292012            .00  20124205 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 10182012      1,108.59-  20124405 29217-297-21610-2 DESG-PYMT-CD:05
                                                        CDDB29022012297001011481
196 11122012      1,108.59   20124405 29247-697-60932-3
971 11122012            .00  20124405 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 10292012      1,108.59-  20124605 29217-307-04007-2 DESG-PYMT-CD:05
                                                        CDDB29022012307001001393
196 11262012      1,108.59   20124605 29247-697-60932-3
971 11262012            .00  20124605 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 11192012      1,108.59-  20124905 29217-326-20413-2 DESG-PYMT-CD:05
                                                        CDDB29022012326001007751
196 12172012      1,108.59   20124905 29247-697-60932-3
                    PAGE 007 OF 008         IMFPG 008                DS:R
```

```
IMFOLT        9931 30200012P08   IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
TC    DATE        AMOUNT       CYCLE      DLN              VARIABLE DATA
971 12172012           .00   20124905 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 12032012      1,108.59-  20125105 29217-341-13210-2 DESG-PYMT-CD:05
                                                        CDDB29022012341001004312
196 12312012      1,108.59   20125105 29247-697-60932-3
971 12312012           .00   20125105 27277-697-60932-2 ACT-CD: 805
                                                        MISCLITIGATION
670 12262012      1,667.14-  20130405 29217-366-12404-2 DESG-PYMT-CD:05
                                                        CDDB29022012366001006026
670 12312012      1,108.59-  20130405 29217-003-28101-3 DESG-PYMT-CD:05
                                                        CDDB29022013003001011269
196 02112013         89.44   20130405 29247-697-60932-3
971 02112013           .00   20130405 27277-697-60932-3 ACT-CD: 805
                                                        MISCLITIGATION
583 02082013           .00   20130705 29277-443-58964-3 DEFINER:1


         PAGE 008 OF 008          IMFPG 001                         DS:R
```