# EXHIBIT I

```
IMFOLT        9931 30200112P01   IMF TAX MODULE          NM CTRL:SHEA WEEKLY
17254-732-18058-3                               SPSSN       7783  UP-CYC:3304
RICHARD & DIANE SHEARER                            TOT EXEMPTIONS:04 FMS  :1
DIANE SHEARER                       FSC:2 STATUS:12 STATUS DATE:06102013 AIMS :0
NEXT  CSED:          ASSESSD BAL:              .00 SETTL DATE:10072002 LIEN :
LAST  CSED:          TOT INTERST:         6,404.37 INTEREST DATE:01132014 BWI  :
FIRST CSED:          INT ASSESSD:         6,404.39 DISASTER RDD :        BWNC :0
      ASED:11-13-2006 INT PAID:           6,404.39-DISASTERSTART:        CC81 :0
      RSED:08-15-2005 FTP TOTAL:          3,371.24 GOVRN SC:17 HIST LC:68 CC85 :0
   FREEZE:     -W    FTP ASSESSD:         3,371.24 MATH IN: TDA COPY:4495 TC914:0
INDICATORS:                                                              CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00                  ARDI :0
SETTL CYC:20023908
TC    DATE       AMOUNT       CYCLE       DLN              VARIABLE DATA
150 10072002     23,753.00    20023908 89211-250-09005-2 RECEIVED-DATE: 09032002
806 04152002     10,178.00-   20023908 89211-250-09005-2
460 04152002           .00    20022008 89217-082-52322-2 EXT-DT:08152002
610 09032002        100.00-   20023708 94270-247-01428-2
166 10072002        610.88    20023908 89211-250-09005-2
276 10072002        406.74    20023908 89211-250-09005-2
196 10072002        400.92    20023908 89211-250-09005-2
425 10222002           .00    20024408 28277-295-20000-2 SOURCE-CD:20 SPC:0241
              EGC:1937                                   PBC:215 SBC:87700
              PAGE 001 OF 008         IMFPG 002                            DS:R
```

```
IMFOLT        9931 30200112P02  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                            UP-CYC:3304
TC    DATE       AMOUNT     CYCLE     DLN              VARIABLE DATA
420 10312002          .00  20024508 28277-304-00000-2 SOURCE-CD:20 PBC:215
                                                      SBC:87700 EGC:1937
971 11162002          .00  20024808 92277-722-55395-2 ACT-CD: 611
960 11272002          .00  20025008 93277-733-01462-2
971 02032003          .00  20030408 89277-999-99999-3 ACT-CD: 061
                                                      REVERSAL-IND: 1
971 01192003          .00  20030408 29277-415-03467-3 ACT-CD: 069
582 01242003          .00  20030608 29277-428-02675-3
971 01282003          .00  20030708 17277-431-03002-3 ACT-CD: 066
971 03242003          .00  20031408 28277-483-00014-3 ACT-CD: 275
                                                      REVERSAL-IND: 1
520 02122003          .00  20031708 17277-504-00618-3 CC:77 CSED-CD:B
520 02172003          .00  20031808 17277-511-00579-3 CC:76 CSED-CD:B
522 02122003          .00  20032108 17277-532-00835-3 CC:77
421 08182003          .00  20033508 28247-630-25104-3 DISPOSAL-CD:32
290 12222003          .00  20035008 17254-732-18058-3
521 09142003          .00  20035008 29277-732-00026-3 CC:76
972 12222003          .00  20035008 29277-999-99999-3 ACT-CD: 061
971 09142003          .00  20035008 28277-736-02705-3 ACT-CD: 277
971 11292003          .00  20035008 92277-735-05380-3 ACT-CD: 611
              PAGE 002 OF 008           IMFPG 003                      DS:R
```

```
IMFOLT░░░░░░9931 30200112P03   IMF TAX MODULE           NM CTRL:SHEA WEEKLY
                                                                 UP-CYC:3304
TC    DATE         AMOUNT      CYCLE      DLN              VARIABLE DATA
971  02092004           .00   20040408  17277-999-99999-4 ACT-CD: 061
                                                          REVERSAL-IND: 1
972  03082004           .00   20040808  29277-999-99999-4 ACT-CD: 061
480  02122004           .00   20040908  29277-454-03287-4 CSED-CD:B
481  04232004           .00   20041808  29277-518-57032-4
971  05012004           .00   20041908  92277-524-03933-4 ACT-CD: 611
971  09202004           .00   20043608  29277-999-99999-4 ACT-CD: 262
971  02072005           .00   20050508  28277-001-99999-5 ACT-CD: 060
                                                          REVERSAL-IND: 1
582  04082005           .00   20051608  29277-502-03800-5
971  10182005           .00   20054308  29277-693-03037-5 XREF░░░░░░7783
                                                          ACT-CD: 069
971  10182005           .00   20054308  29277-693-03038-5 ACT-CD: 069
971  10212005           .00   20054508  29277-701-03384-5 ACT-CD: 066
971  10212005           .00   20054508  29277-701-03385-5 XREF░░░░░░7783
                                                          ACT-CD: 066
670  11152006    13,475.00-   20064808  29217-325-01713-6 DESG-PYMT-CD:99
971  02092009           .00   20090508  28277-001-99999-9 XREF░░░░░░9931
               MISCPRE-EXIST SAL-OTH                      ACT-CD: 662

           PAGE 003 OF 008              IMFPG 004                        DS:R
```

```
IMFOLT████9931 30200112P04  IMF TAX MODULE       NM CTRL:SHEA WEEKLY
                                                         UP-CYC:3304
TC   DATE      AMOUNT      CYCLE     DLN              VARIABLE DATA
971 02092009         .00  20090508  28277-001-99999-9 XREF████7783
             MISCPRE-EXIST SAL-OTH                    ACT-CD: 662
971 06012009         .00  20092108  68277-137-99999-9 ACT-CD: 600
971 11052009         .00  20094608  29277-710-04632-9 XREF████7783
                                                      ACT-CD: 611
971 11052009         .00  20094608  29277-710-04633-9 ACT-CD: 611
971 02222010         .00  20100708  68277-040-99999-0 ACT-CD: 600
971 03012010         .00  20100808  68277-045-99999-0 ACT-CD: 600
971 03082010         .00  20100908  68277-052-99999-0 ACT-CD: 600
971 03152010         .00  20101008  68277-058-99999-0 ACT-CD: 600
971 03222010         .00  20101108  68277-069-99999-0 ACT-CD: 600
971 03292010         .00  20101208  68277-072-99999-0 ACT-CD: 600
971 04052010         .00  20101308  68277-080-99999-0 ACT-CD: 600
971 10112010         .00  20103908  17277-732-18058-3 ACT-CD: 804
                                                      MISCCP 071D
276 10112010    2,964.50  20103908  17254-732-18058-3
971 02072011         .00  20110608  68277-027-99999-1 ACT-CD: 600
971 02142011         .00  20110608  68277-031-99999-1 ACT-CD: 600
971 07252011         .00  20112908  28277-001-99999-1 XREF████9931
             MISC     -RRB                            ACT-CD: 662
             PAGE 004 OF 008          IMFPG 005                   DS:R
```

```
IMFOLT█████ 9931 30200112P05  IMF TAX MODULE      NM CTRL:SHEA  WEEKLY
                                                                UP-CYC:3304
TC    DATE       AMOUNT     CYCLE       DLN             VARIABLE DATA
971 07252011          .00  20112908 28277-001-99999-1 XREF████7783
             MISC      -RRB                          ACT-CD: 662
971 10102011          .00  20113908 17277-732-18058-3 ACT-CD: 804
                                                     MISCCP 071D
971 02062012          .00  20120505 68277-020-99999-2 ACT-CD: 600
960 01262012          .00  20120605 81277-426-00885-2
971 02232012          .00  20121005 29277-455-65891-2 ACT-CD: 069
971 02232012          .00  20121005 29277-455-65892-2 XREF████7783
                                                     ACT-CD: 069
971 03202012          .00  20121305 29277-481-06908-2 ACT-CD: 066
971 03202012          .00  20121305 29277-481-06909-2 XREF████7783
                                                     ACT-CD: 066
971 02062012          .00  20121405 68277-081-99999-2 ACT-CD: 600
582 05182012          .00  20122205 29277-543-55732-2
971 05222012          .00  20122205 85277-544-04463-2 ACT-CD: 252
971 05242012          .00  20122305 85277-551-03542-2 ACT-CD: 252
582 06222012          .00  20122705 29277-578-55312-2
582 08102012          .00  20123405 29277-627-54581-2
520 08212012          .00  20123705 28277-642-08199-2 CC:80
972 09242012          .00  20123805 28277-001-99999-2 ACT-CD: 060
             PAGE 005 OF 008         IMFPG 006                       DS:R
```

```
IMFOLT      9931 30200112P06   IMF TAX MODULE        NM CTRL:SHEA WEEKLY
                                                              UP-CYC:3304
TC    DATE         AMOUNT      CYCLE       DLN           VARIABLE DATA
670 01142013     1,068.59-   20130405 29217-017-17602-3 DESG-PYMT-CD:05
                                                        CDDB29022013017001008291
971 02112013           .00   20130405 27277-732-18058-3 ACT-CD: 805
                                                        MISCLITIGATION
670 02012013     1,069.85-   20130605 29217-037-18122-3 DESG-PYMT-CD:05
                                                        CDDB29022013037001009263
971 02252013           .00   20130605 27277-732-18058-3 ACT-CD: 805
                                                        MISCLITIGATION
670 02072013     1,074.18-   20130705 29217-043-21813-3 DESG-PYMT-CD:05
                                                        CDDB29022013043001013721
971 03042013           .00   20130705 27277-732-18058-3 ACT-CD: 805
                                                        MISCLITIGATION
670 02252013     1,074.18-   20131005 29217-059-14108-3 DESG-PYMT-CD:05
                                                        CDDB29022013059001006767
971 03252013           .00   20131005 27277-732-18058-3 ACT-CD: 805
                                                        MISCLITIGATION
670 03072013     1,074.18-   20131105 29217-070-17204-3 DESG-PYMT-CD:05
                                                        CDDB29022013070001010378
196 04012013       977.94    20131105 17254-732-18058-3

            PAGE 006 OF 008           IMFPG 007                        DS:R
```

```
IMFOLT████ 9931 30200112P07  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                             UP-CYC:3304
TC   DATE       AMOUNT       CYCLE       DLN          VARIABLE DATA
971  04012013         .00    20131105  27277-732-18058-3 ACT-CD: 805
                                                         MISCLITIGATION
670  03252013    1,074.18-   20131405  29217-087-19306-3 DESG-PYMT-CD:05
                                                         CDDB29022013087001012758
196  04222013    1,074.18    20131405  17254-732-18058-3
971  04222013         .00    20131405  27277-732-18058-3 ACT-CD: 805
                                                         MISCLITIGATION
670  04052013    1,074.18-   20131505  29217-100-15502-3 DESG-PYMT-CD:05
                                                         CDDB29022013100001009820
196  04292013    1,074.18    20131505  17254-732-18058-3
971  04292013         .00    20131505  27277-732-18058-3 ACT-CD: 805
                                                         MISCLITIGATION
670  04172013    1,074.18-   20131705  29217-113-35006-3 DESG-PYMT-CD:05
                                                         CDDB29022013113001029511
196  05132013    1,074.18    20131705  17254-732-18058-3
971  05132013         .00    20131705  27277-732-18058-3 ACT-CD: 805
                                                         MISCLITIGATION
670  05012013    1,074.18-   20131905  29217-123-13901-3 DESG-PYMT-CD:05
                                                         CDDB29022013123001007800
196  05272013    1,074.18    20131905  17254-732-18058-3
              PAGE 007 OF 008              IMFPG 008                DS:R
```

```
IMFOLT      9931 30200112P08  IMF TAX MODULE      NM CTRL:SHEA WEEKLY
                                                          UP-CYC:3304
TC   DATE       AMOUNT     CYCLE      DLN              VARIABLE DATA
971 05272013         .00  20131905 27277-732-18058-3 ACT-CD: 805
                                                     MISCLITIGATION
670 05162013      728.81- 20132104 29217-141-09815-3 SPLIT-REMIT
              CDDB29022013141001006865               DESG-PYMT-CD:05
196 06102013      728.81  20132104 17254-732-18058-3
971 06102013         .00  20132104 27277-732-18058-3 ACT-CD: 805
                                                     MISCLITIGATION
583 06072013         .00  20132404 29277-562-59015-3 DEFINER:1




                PAGE 008 OF 008         IMFPG 001                    DS:R
```