# EXHIBIT J

```
INTSTD5      9931                    **   PREVIOUS LOGON: 20140814 @ 12:49
30 199512 09302014 SHEA
          6,003.57   ASSESSED FTP
         69,523.29   ASSESSED INT
         25,472.32   TAX & PENALTY
        100,999.18   ASSESSED TOTAL
               .00   ACCRUED FTP
         27,470.03   ACCRUED INT
         27,470.03   TOTAL ACCRUALS
          6,003.57   TOTAL FTP
         96,993.32   TOTAL INT
        128,469.21   BALANCE DUE
```

Employee #5075560277 Page 001 of 008 PAGE   002

```
INTSTD      9931    30 199512
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 8,326.00 | 19960415 | 00000000 | 8,326.00 | 000000000 | .00 |
| 3000 | 2,477.00 | 19960415 | 00000000 | 10,803.00 | 000000000 | .00 |
| 3000 | .00 | 19960415 | 00000000 | 10,803.00 | 000000000 | .00 |
| 3000 | 180,539.00 | 19960415 | 00000000 | 191,342.00 | 000000000 | .00 |
| 3010 | 153,765.00- | 19960415 | 19960630 | 37,577.00 | 016748923 | 629.37 |
| 9% | .00 | 19960630 | 19961015 | 38,206.37 | 026657357 | 1,018.48 |
| 3200 | 28,182.25 | 19961015 | 00000000 | 67,407.10 | 000000000 | .00 |
| 3210 | 107,222.00- | 19961015 | 00000000 | 39,814.90- | 000000000 | .00 |
| 3201 | 107,222.00 | 19961015 | 00000000 | 67,407.10 | 000000000 | .00 |
| 6100 | 4,779.00- | 19961015 | 19961125 | 62,628.10 | 010131709 | 634.53 |
| 1700 | 453.00 | 19961125 | 19961231 | 63,715.63 | 008890659 | 566.47 |
| 9% | .00 | 19961231 | 19970106 | 64,282.10 | 001480364 | 95.16 |
| 6700 | 4,754.10- | 19970106 | 19970630 | 59,623.16 | 044089658 | 2,628.76 |
| 9% | .00 | 19970630 | 19971231 | 62,251.92 | 046408966 | 2,889.05 |
| 9% | .00 | 19971231 | 19980210 | 65,140.97 | 010159604 | 661.81 |
| 6400 | 2,916.00- | 19980210 | 19980312 | 62,886.78 | 007423768 | 466.86 |
| 870B | 18.08- | 19980312 | 19980323 | 63,335.56 | 002715675 | 172.00 |
| 870E | 18.08 | 19980323 | 19980331 | 63,525.64 | 001974305 | 125.42 |

Employee #5075560277 Page 002 of 008 PAGE   003

```
INTSTD          9931    30 199512
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|----------|----------|---------------|-----------|--------------|
| 8%   | .00       | 19980331 | 19980930 | 63,651.06     | 040920267 | 2,604.62     |
| 8%   | .00       | 19980930 | 19981231 | 66,255.68     | 020366803 | 1,349.42     |
| 7%   | .00       | 19981231 | 19990331 | 67,605.10     | 017408409 | 1,176.90     |
| 8%   | .00       | 19990331 | 19990930 | 68,782.00     | 040920267 | 2,814.58     |
| 8%   | .00       | 19990930 | 19991231 | 71,596.58     | 020366803 | 1,458.19     |
| 8%   | .00       | 19991231 | 20000331 | 73,054.77     | 020087631 | 1,467.50     |
| 9%   | .00       | 20000331 | 20000930 | 74,522.27     | 046022073 | 3,429.67     |
| 9%   | .00       | 20000930 | 20001231 | 77,951.94     | 022877945 | 1,783.38     |
| 9%   | .00       | 20001231 | 20010331 | 79,735.32     | 022437053 | 1,789.03     |
| 8%   | .00       | 20010331 | 20010630 | 81,524.35     | 020143210 | 1,642.16     |
| 7%   | .00       | 20010630 | 20011231 | 83,166.51     | 035914164 | 2,986.86     |
| 6%   | .00       | 20011231 | 20020630 | 86,153.37     | 030197961 | 2,601.66     |
| 6%   | .00       | 20020630 | 20021231 | 88,755.03     | 030706087 | 2,725.32     |
| 5%   | .00       | 20021231 | 20030630 | 91,480.35     | 025102720 | 2,296.41     |
| 5%   | .00       | 20030630 | 20030930 | 93,776.76     | 012681614 | 1,189.24     |
| 4%   | .00       | 20030930 | 20031231 | 94,966.00     | 010132630 | 962.26       |
| 4%   | .00       | 20031231 | 20040331 | 95,928.26     | 009994425 | 958.75       |
| 5%   | .00       | 20040331 | 20040415 | 96,887.01     | 002051141 | 198.73       |
| 7060 | 2,635.00- | 20040415 | 20040630 | 94,450.74     | 010435882 | 985.68       |

Employee #5075560277 Page 003 of 008 PAGE   004

```
INTSTD        9931    30 199512
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 4% | .00 | 20040630 | 20040930 | 95,436.42 | 010104807 | 964.37 |
| 5% | .00 | 20040930 | 20041231 | 96,400.79 | 012646749 | 1,219.16 |
| 5% | .00 | 20041231 | 20050331 | 97,619.95 | 012404224 | 1,210.90 |
| 6% | .00 | 20050331 | 20050415 | 98,830.85 | 002468592 | 243.97 |
| 7060 | 347.00- | 20050415 | 20050502 | 98,727.82 | 002798198 | 276.26 |
| 3600 | 10.00 | 20050502 | 20050930 | 99,014.08 | 025130455 | 2,488.27 |
| 7% | .00 | 20050930 | 20051231 | 101,502.35 | 017798685 | 1,806.61 |
| 7% | .00 | 20051231 | 20060415 | 103,308.96 | 020339133 | 2,101.21 |
| 7060 | 1,137.80- | 20060415 | 20060630 | 104,272.37 | 014680662 | 1,530.79 |
| 8% | .00 | 20060630 | 20061115 | 105,803.16 | 030705233 | 3,248.71 |
| 6700 | 22,273.00- | 20061115 | 20061229 | 86,778.87 | 009689420 | 840.84 |
| 7060 | 1,597.66- | 20061229 | 20061231 | 86,022.05 | 000438404 | 37.71 |
| 8% | .00 | 20061231 | 20070415 | 86,059.76 | 023277976 | 2,003.30 |
| 7060 | 51.23- | 20070415 | 00000000 | 88,011.83 | 000000000 | .00 |
| 7060 | 45.00- | 20070415 | 00000000 | 87,966.83 | 000000000 | .00 |
| 7360 | 8.77- | 20070415 | 20070630 | 87,958.06 | 016795188 | 1,477.27 |
| 8% | .00 | 20070630 | 20071008 | 89,435.33 | 022157313 | 1,981.65 |
| 2760 | 6,003.57 | 20071008 | 20071231 | 97,420.55 | 018579430 | 1,810.02 |
| 7% | .00 | 20071231 | 20080331 | 99,230.57 | 017555016 | 1,741.99 |

Employee #5075560277 Page 004 of 008 PAGE   005

```
INTSTD        9931    30 199512

INTEREST COMPUTATION TABLE
 CODE      TRANS-AMT      DATE     TO-DT  INT-PRINCIPAL       FACTOR   INTEREST-AMT
  6%            .00   20080331 20080630      100,972.56    015028621       1,517.48
  5%            .00   20080630 20080930      102,490.04    012646749       1,296.17
  6%            .00   20080930 20081231      103,786.21    015195019       1,577.03
  5%            .00   20081231 20090331      105,363.24    012404224       1,306.95
  4%            .00   20090331 20090930      106,670.19    020256121       2,160.72
  4%            .00   20090930 20091231      108,830.91    010132630       1,102.74
  4%            .00   20091231 20100630      109,933.65    020032540       2,202.25
  4%            .00   20100630 20101231      112,135.90    020367930       2,283.98
  3%            .00   20101231 20110331      114,419.88    007424381         849.50
  4%            .00   20110331 20110930      115,269.38    020256121       2,334.91
  3%            .00   20110930 20111231      117,604.29    007589992         892.62
  3%            .00   20111231 20120611      118,496.91    013449753       1,593.75
 3600        140.00   20120611 20120630      120,230.66    001558526         187.38
  3%            .00   20120630 20121231      120,418.04    015195646       1,829.83
  3%            .00   20121231 20130516      122,247.87    011240325       1,374.11
 6700        345.37-  20130516 20130630      123,276.61    003705325         456.78
  3%            .00   20130630 20131231      123,733.39    015237592       1,885.40
  3%            .00   20131231 20140930      125,618.79    022691046       2,850.42

Employee #5075560277 Page 005 of 008 PAGE   006
```

```
INTSTD      9931   30 199512
```

FTP COMPUTATION TABLE

```
BEGIN TC 150 ASSESSMENT, FTP START DATE IS 19960415
CODE    DATE         TRANS-AMT    TO-DT        FTP-PRINCIPAL MO  PCT      PNLTY-AMT
1500 19960415        8,326.00  19960415            8,326.00  00   .00           .00
6100 19961015        4,779.00- 19961015            3,547.00  06  3.00        249.78
1960 19961125          404.76                      3,547.00  00   .00           .00
2760 19961125          285.25                      3,547.00  00   .00           .00
1700 19961206          453.00                      3,547.00  00   .00           .00
6700 19970106        3,547.00- 19970115                 .00  03  1.50         53.20
END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS        302.98

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 19980402
CODE    DATE         TRANS-AMT    TO-DT        FTP-PRINCIPAL MO  PCT      PNLTY-AMT
6700 19970106          754.10-                      754.10- 00   .00           .00
1960 19970203           46.35                       754.10- 00   .00           .00
2760 19970203           17.74                       754.10- 00   .00           .00
1960 19971215             .01                       754.10- 00   .00           .00
2770 19971215             .01-                      754.10- 00   .00           .00
6400 19980210        2,916.00-                    3,670.10- 00   .00           .00
```

Employee #5075560277 Page 006 of 008 PAGE   007

```
INTSTD         9931    30 199512

FTP COMPUTATION TABLE

1960 19980309            2.57                      3,670.10- 00    .00              .00
3360 19980323          436.43                      3,670.10- 00    .00              .00
3000 19980402        2,477.00   19980402                 .00 00    .00              .00
END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS              .00

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 20040322
CODE   DATE        TRANS-AMT    TO-DT     FTP-PRINCIPAL MO  PCT        PNLTY-AMT
6400 19980210        1,193.10-                     1,193.10- 00    .00              .00
3360 20040308      244,672.04                      1,193.10- 00    .00              .00
3000 20040322       26,774.00   20040322          25,580.90  00    .00              .00
3200 20040323       28,182.25                     25,580.90  00    .00              .00
7060 20040415        2,635.00-  20040422          22,945.90  01    .50           127.90
0100 20040422             .00                     22,945.90  00    .00              .00
7060 20050415          347.00-  20050422          22,598.90  12  12.00         2,753.51
3600 20050502           10.00                     22,598.90  00    .00              .00
2760 20051010       33,178.99                     22,598.90  00    .00              .00
7060 20060415        1,137.80-  20060422          21,461.10  12  12.00         2,711.87
6700 20061115       21,461.10-  20061122                .00  00    .50           107.31

Employee #5075560277 Page 007 of 008 PAGE   008
```

INTSTD     9931    30 199512

FTP COMPUTATION TABLE

END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS       5,700.59

Employee #5075560277 Page 008 of 008 PAGE   001