# EXHIBIT K

```
INTSTD       9931
30 199612 09302014 SHEA
         3,387.00  ASSESSED FTP
        27,285.63  ASSESSED INT
        11,978.75  TAX & PENALTY
        42,651.38  ASSESSED TOTAL
              .00  ACCRUED FTP
        11,578.81  ACCRUED INT
        11,578.81  TOTAL ACCRUALS
         3,387.00  TOTAL FTP
        38,864.44  TOTAL INT
        54,230.19  BALANCE DUE
```

Employee #5075560277 Page 001 of 006 PAGE   002

```
INTSTD        9931    30 199612
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19961231 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 2,666.00 | 19970415 | 00000000 | 2,666.00 | 000000000 | .00 |
| 3000 | .00 | 19970415 | 00000000 | 2,666.00 | 000000000 | .00 |
| 3000 | 181,985.00 | 19970415 | 00000000 | 184,651.00 | 000000000 | .00 |
| 3010 | 168,437.00- | 19970415 | 00000000 | 16,214.00 | 000000000 | .00 |
| 8060 | 9,533.00- | 19970415 | 19970630 | 6,681.00 | 018914062 | 126.36 |
| 9% | .00 | 19970630 | 19971015 | 6,807.36 | 026731349 | 181.97 |
| 3200 | 12,704.75 | 19971015 | 00000000 | 19,694.08 | 000000000 | .00 |
| 3210 | 123,784.00- | 19971015 | 00000000 | 104,089.92- | 000000000 | .00 |
| 3201 | 123,784.00 | 19971015 | 19971117 | 19,694.08 | 008169170 | 160.88 |
| 8460 | 6,867.00 | 19971117 | 19971231 | 26,721.96 | 010907030 | 291.46 |
| 9% | .00 | 19971231 | 19980331 | 27,013.42 | 022437053 | 606.10 |
| 8% | .00 | 19980331 | 19980930 | 27,619.52 | 040920267 | 1,130.20 |
| 8% | .00 | 19980930 | 19981231 | 28,749.72 | 020366803 | 585.54 |
| 7% | .00 | 19981231 | 19990331 | 29,335.26 | 017408409 | 510.68 |
| 8% | .00 | 19990331 | 19990930 | 29,845.94 | 040920267 | 1,221.30 |
| 8% | .00 | 19990930 | 19991231 | 31,067.24 | 020366803 | 632.74 |
| 8% | .00 | 19991231 | 20000331 | 31,699.98 | 020087631 | 636.78 |
| 9% | .00 | 20000331 | 20000930 | 32,336.76 | 046022073 | 1,488.20 |

Employee #5075560277 Page 002 of 006 PAGE   003

```
INTSTD        9931    30 199612
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 20000930 | 20001231 | 33,824.96 | 022877945 | 773.85 |
| 9% | .00 | 20001231 | 20010331 | 34,598.81 | 022437053 | 776.30 |
| 8% | .00 | 20010331 | 20010630 | 35,375.11 | 020143210 | 712.57 |
| 7% | .00 | 20010630 | 20011231 | 36,087.68 | 035914164 | 1,296.06 |
| 6% | .00 | 20011231 | 20020630 | 37,383.74 | 030197961 | 1,128.91 |
| 6% | .00 | 20020630 | 20021231 | 38,512.65 | 030706087 | 1,182.57 |
| 5% | .00 | 20021231 | 20030630 | 39,695.22 | 025102720 | 996.46 |
| 5% | .00 | 20030630 | 20030930 | 40,691.68 | 012681614 | 516.04 |
| 4% | .00 | 20030930 | 20031231 | 41,207.72 | 010132630 | 417.54 |
| 4% | .00 | 20031231 | 20040331 | 41,625.26 | 009994425 | 416.02 |
| 5% | .00 | 20040331 | 20040630 | 42,041.28 | 012508429 | 525.87 |
| 4% | .00 | 20040630 | 20040930 | 42,567.15 | 010104807 | 430.13 |
| 5% | .00 | 20040930 | 20041231 | 42,997.28 | 012646749 | 543.78 |
| 5% | .00 | 20041231 | 20050331 | 43,541.06 | 012404224 | 540.09 |
| 6% | .00 | 20050331 | 20050930 | 44,081.15 | 030536684 | 1,346.09 |
| 7% | .00 | 20050930 | 20051231 | 45,427.24 | 017798685 | 808.55 |
| 7% | .00 | 20051231 | 20060630 | 46,235.79 | 035318387 | 1,632.97 |
| 8% | .00 | 20060630 | 20061115 | 47,868.76 | 030705233 | 1,469.82 |
| 6700 | 14,274.00- | 20061115 | 20061231 | 35,064.58 | 010132072 | 355.28 |

Employee #5075560277 Page 003 of 006 PAGE 004

```
INTSTD        9931    30 199612

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT      DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
  8%             .00  20061231 20070630      35,419.86   040464123       1,433.23
  8%             .00  20070630 20071008      36,853.09   022157313         816.57
 2760       3,387.00  20071008 20071231      41,056.66   018579430         762.81
  7%             .00  20071231 20080331      41,819.47   017555016         734.14
  6%             .00  20080331 20080630      42,553.61   015028621         639.52
  5%             .00  20080630 20080930      43,193.13   012646749         546.25
  6%             .00  20080930 20081231      43,739.38   015195019         664.62
  5%             .00  20081231 20090331      44,404.00   012404224         550.80
  4%             .00  20090331 20090930      44,954.80   020256121         910.61
  4%             .00  20090930 20091231      45,865.41   010132630         464.74
  4%             .00  20091231 20100630      46,330.15   020032540         928.11
  4%             .00  20100630 20101231      47,258.26   020367930         962.55
  3%             .00  20101231 20110331      48,220.81   007424381         358.01
  4%             .00  20110331 20110930      48,578.82   020256121         984.02
  3%             .00  20110930 20111231      49,562.84   007589992         376.18
  3%             .00  20111231 20120630      49,939.02   015029241         750.55
  3%             .00  20120630 20121231      50,689.57   015195646         770.26
  3%             .00  20121231 20130630      51,459.83   014987300         771.24
  3%             .00  20130630 20131231      52,231.07   015237592         795.88
Employee #5075560277 Page 004 of 006 PAGE   005
```

INTSTD         9931    30 199612

INTEREST COMPUTATION TABLE
```
CODE     TRANS-AMT       DATE    TO-DT INT-PRINCIPAL       FACTOR   INTEREST-AMT
 3%            .00   20131231 20140930     53,026.95    022691046       1,203.24
```

Employee #5075560277 Page 005 of 006 PAGE   006

```
INTSTD         9931    30 199612

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 19971208
CODE    DATE         TRANS-AMT     TO-DT      FTP-PRINCIPAL MO  PCT     PNLTY-AMT
8060 19500101        9,533.00-                    9,533.00- 00  .00           .00
1500 19970415        2,666.00                     6,867.00- 00  .00           .00
8460 19971117        6,867.00                          .00  00  .00           .00
END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS           .00

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 20040322
CODE    DATE         TRANS-AMT     TO-DT      FTP-PRINCIPAL MO  PCT     PNLTY-AMT
3360 20040308      198,100.22                          .00  00  .00           .00
3000 20040322       13,548.00    20040322        13,548.00  00  .00           .00
3200 20040323       12,704.75                    13,548.00  00  .00           .00
0050 20040322             .00    20040422        13,548.00  01  .50         67.74
0100 20040422             .00                    13,548.00  00  .00           .00
2760 20051010       33,667.22                    13,548.00  00  .00           .00
6700 20061115       13,548.00-   20061122              .00  24 24.50      3,319.26
END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS         3,387.00
```

Employee #5075560277 Page 006 of 006 PAGE   001