# EXHIBIT L

```
INTSTD      -9931
30 199712 09302014 SHEA
             6,528.74  ASSESSED FTP
            41,487.87  ASSESSED INT
            17,953.25  TAX & PENALTY
            65,969.86  ASSESSED TOTAL
                  .00  ACCRUED FTP
            17,960.62  ACCRUED INT
            17,960.62  TOTAL ACCRUALS
             6,528.74  TOTAL FTP
            59,448.49  TOTAL INT
            83,930.48  BALANCE DUE
```

Employee #5075560277 Page 001 of 006 PAGE   002

```
INTSTD        9931    30 199712

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE     TO-DT INT-PRINCIPAL       FACTOR   INTEREST-AMT
 8%              .00   19980331 00000000           .00    000000000            .00
1500        2,374.00   19980415 00000000      2,374.00    000000000            .00
3000             .00   19980415 00000000      2,374.00    000000000            .00
3000      238,647.00   19980415 00000000    241,021.00    000000000            .00
3010      212,532.00-  19980415 00000000     28,489.00    000000000            .00
8060        9,794.00-  19980415 19980930     18,695.00    037504056         701.14
 8%              .00   19980930 19981015     19,396.14    003292720          63.87
3200       21,367.25   19981015 00000000     40,827.26    000000000            .00
3210      157,618.00-  19981015 00000000    116,790.74-   000000000            .00
3201      157,618.00   19981015 19981116     40,827.26    007037578         287.33
8460        7,420.00   19981116 19981231     48,534.59    009910722         481.01
 7%              .00   19981231 19990331     49,015.60    017408409         853.28
 8%              .00   19990331 19990930     49,868.88    040920267       2,040.65
 8%              .00   19990930 19991231     51,909.53    020366803       1,057.23
 8%              .00   19991231 20000331     52,966.76    020087631       1,063.98
 9%              .00   20000331 20000930     54,030.74    046022073       2,486.61
 9%              .00   20000930 20001231     56,517.35    022877945       1,293.00
 9%              .00   20001231 20010331     57,810.35    022437053       1,297.09
 8%              .00   20010331 20010630     59,107.44    020143210       1,190.61
Employee #5075560277 Page 002 of 006 PAGE   003
```

```
INTSTD         9931    30 199712

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT      DATE     TO-DT INT-PRINCIPAL      FACTOR    INTEREST-AMT
 7%            .00   20010630 20011231      60,298.05   035914164        2,165.55
 6%            .00   20011231 20020630      62,463.60   030197961        1,886.27
 6%            .00   20020630 20021231      64,349.87   030706087        1,975.93
 5%            .00   20021231 20030630      66,325.80   025102720        1,664.96
 5%            .00   20030630 20030930      67,990.76   012681614          862.23
 4%            .00   20030930 20031231      68,852.99   010132630          697.66
 4%            .00   20031231 20040331      69,550.65   009994425          695.12
 5%            .00   20040331 20040630      70,245.77   012508429          878.66
 4%            .00   20040630 20040930      71,124.43   010104807          718.70
 5%            .00   20040930 20041231      71,843.13   012646749          908.58
 5%            .00   20041231 20050331      72,751.71   012404224          902.43
 6%            .00   20050331 20050930      73,654.14   030536684        2,249.15
 7%            .00   20050930 20051231      75,903.29   017798685        1,350.98
 7%            .00   20051231 20060630      77,254.27   035318387        2,728.50
 8%            .00   20060630 20061115      79,982.77   030705233        2,455.89
6700     28,329.00-  20061115 20061231      54,109.66   010132072          548.24
 8%            .00   20061231 20070630      54,657.90   040464123        2,211.68
 8%            .00   20070630 20071008      56,869.58   022157313        1,260.08
2760      6,528.74   20071008 20071231      64,658.40   018579430        1,201.32
Employee #5075560277 Page 003 of 006 PAGE   004
```

```
INTSTD          9931    30 199712
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 20071231 | 20080331 | 65,859.72 | 017555016 | 1,156.17 |
| 6% | .00 | 20080331 | 20080630 | 67,015.89 | 015028621 | 1,007.16 |
| 5% | .00 | 20080630 | 20080930 | 68,023.05 | 012646749 | 860.27 |
| 6% | .00 | 20080930 | 20081124 | 68,883.32 | 009056417 | 623.84 |
| 7060 | 1,167.42- | 20081124 | 00000000 | 68,339.74 | 000000000 | .00 |
| 7060 | .04- | 20081124 | 20081209 | 68,339.70 | 002461840 | 168.24 |
| 7060 | 32.54- | 20081209 | 20081231 | 68,475.40 | 003612772 | 247.39 |
| 5% | .00 | 20081231 | 20090331 | 68,722.79 | 012404224 | 852.45 |
| 4% | .00 | 20090331 | 20090930 | 69,575.24 | 020256121 | 1,409.32 |
| 4% | .00 | 20090930 | 20091231 | 70,984.56 | 010132630 | 719.26 |
| 4% | .00 | 20091231 | 20100630 | 71,703.82 | 020032540 | 1,436.41 |
| 4% | .00 | 20100630 | 20101231 | 73,140.23 | 020367930 | 1,489.72 |
| 3% | .00 | 20101231 | 20110331 | 74,629.95 | 007424381 | 554.08 |
| 4% | .00 | 20110331 | 20110930 | 75,184.03 | 020256121 | 1,522.94 |
| 3% | .00 | 20110930 | 20111231 | 76,706.97 | 007589992 | 582.21 |
| 3% | .00 | 20111231 | 20120630 | 77,289.18 | 015029241 | 1,161.60 |
| 3% | .00 | 20120630 | 20121231 | 78,450.78 | 015195646 | 1,192.11 |
| 3% | .00 | 20121231 | 20130630 | 79,642.89 | 014987300 | 1,193.63 |
| 3% | .00 | 20130630 | 20131231 | 80,836.52 | 015237592 | 1,231.75 |

Employee #5075560277 Page 004 of 006 PAGE   005

```
INTSTD       9931    30 199712

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT      DATE    TO-DT INT-PRINCIPAL     FACTOR    INTEREST-AMT
 3%             .00  20131231 20140930      82,068.27  022691046        1,862.21
```

Employee #5075560277 Page 005 of 006 PAGE   006

```
INTSTD      9931    30 199712

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 19981207
CODE    DATE         TRANS-AMT    TO-DT      FTP-PRINCIPAL MO   PCT      PNLTY-AMT
8060 19500101         9,794.00-                9,794.00- 00   .00            .00
1500 19980415         2,374.00                 7,420.00- 00   .00            .00
8460 19981116         7,420.00                      .00  00   .00            .00
END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS        .00

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 20040322
CODE    DATE         TRANS-AMT    TO-DT      FTP-PRINCIPAL MO   PCT      PNLTY-AMT
3360 20040308       203,228.03                      .00  00   .00            .00
3000 20040322        26,115.00  20040322       26,115.00 00   .00            .00
3200 20040323        21,367.25                 26,115.00 00   .00            .00
0050 20040322              .00  20040422       26,115.00 01   .50         130.57
0100 20040422              .00                 26,115.00 00   .00            .00
2760 20051010        44,149.69                 26,115.00 00   .00            .00
6700 20061115        26,115.00- 20061122             .00 24 24.50         6,398.17
END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS    6,528.74


Employee #5075560277 Page 006 of 006 PAGE   001
```