# EXHIBIT M

```
INTSTD        9931
30 199812 09302014 SHEA
             7,551.00  ASSESSED FTP
            39,846.32  ASSESSED INT
            23,537.00  TAX & PENALTY
            70,934.32  ASSESSED TOTAL
                  .00  ACCRUED FTP
            19,256.93  ACCRUED INT
            19,256.93  TOTAL ACCRUALS
             7,551.00  TOTAL FTP
            59,103.25  TOTAL INT
            90,191.25  BALANCE DUE
```

Employee #5075560277 Page 001 of 005 PAGE   002

```
INTSTD         9931    30 199812
```

INTEREST COMPUTATION TABLE

```
CODE        TRANS-AMT       DATE      TO-DT INT-PRINCIPAL      FACTOR  INTEREST-AMT
 8%               .00   19990331  00000000           .00   000000000           .00
1500         2,094.00   19990415  00000000      2,094.00   000000000           .00
3000              .00   19990415  00000000      2,094.00   000000000           .00
3000       249,007.00   19990415  00000000    251,101.00   000000000           .00
3010       218,803.00-  19990415  00000000     32,298.00   000000000           .00
8060        10,929.00-  19990415  19990930     21,369.00   037504056        801.42
 8%               .00   19990930  19991015     22,170.42   003292720         73.00
3200        24,223.00   19991015  00000000     46,466.42   000000000           .00
3210       162,527.00-  19991015  00000000    116,060.58-  000000000           .00
3201       162,527.00   19991015  19991122     46,466.42   008362627        388.58
8460         8,835.00   19991122  19991231     55,690.00   008583638        478.02
 8%               .00   19991231  20000331     56,168.02   020087631      1,128.28
 9%               .00   20000331  20000930     57,296.30   046022073      2,636.89
 9%               .00   20000930  20001231     59,933.19   022877945      1,371.15
 9%               .00   20001231  20010331     61,304.34   022437053      1,375.49
 8%               .00   20010331  20010630     62,679.83   020143210      1,262.57
 7%               .00   20010630  20011231     63,942.40   035914164      2,296.44
 6%               .00   20011231  20020630     66,238.84   030197961      2,000.28
 6%               .00   20020630  20021231     68,239.12   030706087      2,095.36
```
Employee #5075560277 Page 002 of 005 PAGE   003

INTSTD         9931    30 199812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---:|---|---|---:|---|---:|
| 5% | .00 | 20021231 | 20030630 | 70,334.48 | 025102720 | 1,765.59 |
| 5% | .00 | 20030630 | 20030930 | 72,100.07 | 012681614 | 914.35 |
| 4% | .00 | 20030930 | 20031231 | 73,014.42 | 010132630 | 739.83 |
| 4% | .00 | 20031231 | 20040331 | 73,754.25 | 009994425 | 737.13 |
| 5% | .00 | 20040331 | 20040630 | 74,491.38 | 012508429 | 931.77 |
| 4% | .00 | 20040630 | 20040930 | 75,423.15 | 010104807 | 762.14 |
| 5% | .00 | 20040930 | 20041231 | 76,185.29 | 012646749 | 963.50 |
| 5% | .00 | 20041231 | 20050331 | 77,148.79 | 012404224 | 956.97 |
| 6% | .00 | 20050331 | 20050930 | 78,105.76 | 030536684 | 2,385.09 |
| 7% | .00 | 20050930 | 20051231 | 80,490.85 | 017798685 | 1,432.63 |
| 7% | .00 | 20051231 | 20060630 | 81,923.48 | 035318387 | 2,893.41 |
| 8% | .00 | 20060630 | 20061115 | 84,816.89 | 030705233 | 2,604.32 |
| 6700 | 30,890.00- | 20061115 | 20061231 | 56,531.21 | 010132072 | 572.78 |
| 8% | .00 | 20061231 | 20070630 | 57,103.99 | 040464123 | 2,310.66 |
| 8% | .00 | 20070630 | 20071008 | 59,414.65 | 022157313 | 1,316.47 |
| 2760 | 7,551.00 | 20071008 | 20071231 | 68,282.12 | 018579430 | 1,268.64 |
| 7% | .00 | 20071231 | 20080331 | 69,550.76 | 017555016 | 1,220.96 |
| 6% | .00 | 20080331 | 20080630 | 70,771.72 | 015028621 | 1,063.60 |
| 5% | .00 | 20080630 | 20080930 | 71,835.32 | 012646749 | 908.48 |

Employee #5075560277 Page 003 of 005 PAGE    004

INTSTD         9931    30 199812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|----------|----------|---------------|-----------|--------------|
| 6%   | .00       | 20080930 | 20081231 | 72,743.80     | 015195019 | 1,105.34     |
| 5%   | .00       | 20081231 | 20090331 | 73,849.14     | 012404224 | 916.04       |
| 4%   | .00       | 20090331 | 20090930 | 74,765.18     | 020256121 | 1,514.45     |
| 4%   | .00       | 20090930 | 20091231 | 76,279.63     | 010132630 | 772.91       |
| 4%   | .00       | 20091231 | 20100630 | 77,052.54     | 020032540 | 1,543.56     |
| 4%   | .00       | 20100630 | 20101231 | 78,596.10     | 020367930 | 1,600.84     |
| 3%   | .00       | 20101231 | 20110331 | 80,196.94     | 007424381 | 595.41       |
| 4%   | .00       | 20110331 | 20110930 | 80,792.35     | 020256121 | 1,636.54     |
| 3%   | .00       | 20110930 | 20111231 | 82,428.89     | 007589992 | 625.63       |
| 3%   | .00       | 20111231 | 20120630 | 83,054.52     | 015029241 | 1,248.25     |
| 3%   | .00       | 20120630 | 20121231 | 84,302.77     | 015195646 | 1,281.04     |
| 3%   | .00       | 20121231 | 20130630 | 85,583.81     | 014987300 | 1,282.67     |
| 3%   | .00       | 20130630 | 20131231 | 86,866.48     | 015237592 | 1,323.64     |
| 3%   | .00       | 20131231 | 20140930 | 88,190.12     | 022691046 | 2,001.13     |

Employee #5075560277 Page 004 of 005 PAGE   005

Date: 8/14/2014 Time: 6:23:25 PM

```
INTSTD         9931    30 199812

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 19991213
CODE    DATE        TRANS-AMT    TO-DT      FTP-PRINCIPAL MO   PCT      PNLTY-AMT
8060 19500101      10,929.00-               10,929.00- 00   .00             .00
1500 19990415       2,094.00                 8,835.00- 00   .00             .00
8460 19991122       8,835.00                       .00 00   .00             .00
END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS           .00

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 20040322
CODE    DATE        TRANS-AMT    TO-DT      FTP-PRINCIPAL MO   PCT      PNLTY-AMT
3360 20040308     163,637.77                       .00 00   .00             .00
3000 20040322      30,204.00  20040322      30,204.00 00   .00             .00
3200 20040323      24,223.00                30,204.00 00   .00             .00
0050 20040322            .00  20040522      30,204.00 02  1.00          302.04
0100 20040520            .00                30,204.00 00   .00             .00
2760 20051010      44,821.26                30,204.00 00   .00             .00
6700 20061115      30,204.00- 20061122             .00 24 24.00        7,248.96
END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS      7,551.00


Employee #5075560277 Page 005 of 005 PAGE   001
```