# EXHIBIT N

```
INTSTD          9931
30 199912 09302014 SHEA
              619.74   ASSESSED FTP
            4,121.94   ASSESSED INT
            6,483.25   TAX & PENALTY
           11,224.93   ASSESSED TOTAL
                 .00   ACCRUED FTP
            3,018.17   ACCRUED INT
            3,018.17   TOTAL ACCRUALS
              619.74   TOTAL FTP
            7,140.11   TOTAL INT
           14,243.10   BALANCE DUE
```

Employee #5075560277 Page 001 of 006 PAGE  002

```
INTSTD        9931    30 199912

INTEREST COMPUTATION TABLE
 CODE       TRANS-AMT       DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
  9%              .00   20000331 00000000          .00   000000000           .00
 1500        2,266.00   20000415 00000000     2,266.00   000000000           .00
 2900        2,769.00   20000415 00000000     5,035.00   000000000           .00
 3000             .00   20000415 00000000     5,035.00   000000000           .00
 3000      195,362.00   20000415 00000000   200,397.00   000000000           .00
 3010      194,912.00-  20000415 00000000     5,485.00   000000000           .00
 8060        8,072.00-  20000415 00000000     2,587.00-  000000000           .00
 3200        4,114.25   20001015 00000000     1,527.25   000000000           .00
 3210      142,132.00-  20001015 00000000   140,604.75-  000000000           .00
 3201      142,132.00   20001015 20001127     1,527.25   010628556         16.23
 8460        5,806.00   20001127 20001231     7,349.48   008394667         61.70
  9%              .00   20001231 20010331     7,411.18   022437053        166.29
  8%              .00   20010331 20010630     7,577.47   020143210        152.63
  7%              .00   20010630 20011231     7,730.10   035914164        277.62
  6%              .00   20011231 20020630     8,007.72   030197961        241.82
  6%              .00   20020630 20021231     8,249.54   030706087        253.31
  5%              .00   20021231 20030217     8,502.85   006596554         56.09
 3600           10.00   20030217 20030415     8,568.94   007838243         67.17
 7060        1,000.00-  20030415 20030630     7,636.11   010464621         79.91
Employee #5075560277 Page 002 of 006 PAGE    003
```

```
INTSTD         9931    30 199912

INTEREST COMPUTATION TABLE
  CODE     TRANS-AMT      DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
   5%           .00   20030630 20030930      7,716.02   012681614          97.85
   4%           .00   20030930 20031231      7,813.87   010132630          79.18
   4%           .00   20031231 20040331      7,893.05   009994425          78.89
   5%           .00   20040331 20040630      7,971.94   012508429          99.72
   4%           .00   20040630 20040930      8,071.66   010104807          81.56
   5%           .00   20040930 20041231      8,153.22   012646749         103.11
   5%           .00   20041231 20050331      8,256.33   012404224         102.41
   6%           .00   20050331 20050930      8,358.74   030536684         255.25
   7%           .00   20050930 20051231      8,613.99   017798685         153.32
   7%           .00   20051231 20060630      8,767.31   035318387         309.65
   8%           .00   20060630 20061231      9,076.96   041148414         373.50
   8%           .00   20061231 20070630      9,450.46   040464123         382.40
   8%           .00   20070630 20071008      9,832.86   022157313         217.87
  2760       619.74   20071008 20071231     10,670.47   018579430         198.25
   7%           .00   20071231 20080331     10,868.72   017555016         190.80
   6%           .00   20080331 20080630     11,059.52   015028621         166.21
   5%           .00   20080630 20080930     11,225.73   012646749         141.97
   6%           .00   20080930 20081231     11,367.70   015195019         172.73
   5%           .00   20081231 20090331     11,540.43   012404224         143.15
Employee #5075560277 Page 003 of 006 PAGE    004
```

```
INTSTD      -9931    30 199912

INTEREST COMPUTATION TABLE
 CODE      TRANS-AMT      DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
  4%             .00  20090331 20090930     11,683.58   020256121         236.66
  4%             .00  20090930 20091231     11,920.24   010132630         120.78
  4%             .00  20091231 20100630     12,041.02   020032540         241.21
  4%             .00  20100630 20101231     12,282.23   020367930         250.16
  3%             .00  20101231 20110331     12,532.39   007424381          93.05
  4%             .00  20110331 20110930     12,625.44   020256121         255.74
  3%             .00  20110930 20111231     12,881.18   007589992          97.77
  3%             .00  20111231 20120630     12,978.95   015029241         195.06
  3%             .00  20120630 20120716     13,174.01   001312281          17.29
 3600          28.00  20120716 20120924     13,219.30   005753960          76.06
 3600         112.00  20120924 20121231     13,407.36   008064804         108.13
  3%             .00  20121231 20130630     13,515.49   014987300         202.56
  3%             .00  20130630 20131231     13,718.05   015237592         209.03
  3%             .00  20131231 20140930     13,927.08   022691046         316.02



Employee #5075560277 Page 004 of 006 PAGE   005
```

INTSTD         9931    30 199912

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 20001218

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 8060 | 19500101 | 8,072.00- | | 8,072.00- | 00 | .00 | .00 |
| 1500 | 20000415 | 2,266.00 | | 5,806.00- | 00 | .00 | .00 |
| 8460 | 20001127 | 5,806.00 | | .00 | 00 | .00 | .00 |

END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS            .00

BEGIN TC 290 ASSESSMENT, FTP START DATE IS 20020902

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1960 | 20020812 | 361.16 | | .00 | 00 | .00 | .00 |
| 2900 | 20020902 | 2,769.00 | 20020902 | 2,769.00 | 00 | .00 | .00 |
| 0050 | 20020902 | .00 | 20021202 | 2,769.00 | 03 | 1.50 | 41.53 |
| 0100 | 20021114 | .00 | | 2,769.00 | 00 | .00 | .00 |
| 3600 | 20030217 | 10.00 | | 2,769.00 | 00 | .00 | .00 |
| 7060 | 20030415 | 1,000.00- | 20030502 | 1,769.00 | 05 | 5.00 | 138.45 |
| 1900 | 20040309 | 99,416.22 | | 1,769.00 | 00 | .00 | .00 |
| 3000 | 20040323 | 450.00 | 20040402 | 1,769.00 | 11 | 11.00 | 194.59 |
| 1970 | 20040412 | 6,144.09- | | 1,769.00 | 00 | .00 | .00 |

Employee #5075560277 Page 005 of 006 PAGE   006

```
INTSTD        9931    30 199912

FTP COMPUTATION TABLE

2760 20051010        37,626.02                      1,769.00 00    .00           .00
2760 20071008        11,721.72                      1,769.00 00    .00           .00
2770 20080414        48,728.00-                     1,769.00 00    .00           .00
3370 20080414        89,511.35-                     1,769.00 00    .00           .00
3600 20120716            28.00                      1,769.00 00    .00           .00
3600 20120924           112.00                      1,769.00 00    .00           .00
0100 20040402              .00  20141002            1,769.00 07   7.50        132.67
END TC 290 ASSESSMENT, FTP PENALTY AMOUNT IS            507.24

BEGIN TC 300 ASSESSMENT, FTP START DATE IS 20040323
CODE    DATE         TRANS-AMT    TO-DT      FTP-PRINCIPAL MO  PCT        PNLTY-AMT
0100 20021114              .00                        .00 00    .00           .00
3000 20040323           450.00  20040323            450.00 00    .00           .00
3200 20040324         4,114.25                      450.00 00    .00           .00
0100 20040323              .00  20141023            450.00 25  25.00        112.50
END TC 300 ASSESSMENT, FTP PENALTY AMOUNT IS            112.50


Employee #5075560277 Page 006 of 006 PAGE   001
```