# EXHIBIT O

```
INTSTD        9931                    **    PREVIOUS LOGON: 20140814 @ 18:40
30 200012 09302014 SHEA
             4,304.74  ASSESSED FTP
             9,134.31  ASSESSED INT
            16,125.34- TAX & PENALTY
             2,686.29- ASSESSED TOTAL
                  .00  ACCRUED FTP
                  .00  ACCRUED INT
                  .00  TOTAL ACCRUALS
             4,304.74  TOTAL FTP
             9,134.31  TOTAL INT
             2,686.29- BALANCE DUE
```

Employee #5075560277 Page 001 of 006 PAGE   002

```
INTSTD      -9931    30 200012

INTEREST COMPUTATION TABLE
 CODE      TRANS-AMT        DATE    TO-DT INT-PRINCIPAL      FACTOR  INTEREST-AMT
  8%             .00    20010331 00000000           .00   000000000           .00
 1500       2,140.00    20010415 00000000      2,140.00   000000000           .00
 2900      17,219.00    20010415 00000000     19,359.00   000000000           .00
 8060      8,571.00-    20010415 20010630     10,788.00   016795188        181.19
  7%             .00    20010630 20010702     10,969.19   000383598          4.21
 7760         92.27-    20010702 00000000     10,881.13   000000000           .00
 7770         92.27     20010702 00000000     10,973.40   000000000           .00
 8460      6,523.27     20010702 20010813     17,496.67   008086543        141.49
 7660        600.00-    20010813 00000000     17,038.16   000000000           .00
 8460        600.00     20010813 20011231     17,638.16   027210361        479.94
  6%             .00    20011231 20020630     18,118.10   030197961        547.13
  6%             .00    20020630 20021231     18,665.23   030706087        573.14
  5%             .00    20021231 20030630     19,238.37   025102720        482.94
  5%             .00    20030630 20030930     19,721.31   012681614        250.10
  4%             .00    20030930 20031231     19,971.41   010132630        202.36
  4%             .00    20031231 20040223     20,173.77   005918763        119.40
 3600         10.00     20040223 20040331     20,303.17   004051680         82.26
  5%             .00    20040331 20040630     20,385.43   012508429        254.99
  4%             .00    20040630 20040930     20,640.42   010104807        208.57
Employee #5075560277 Page 002 of 006 PAGE    003
```

```
INTSTD        9931    30 200012

INTEREST COMPUTATION TABLE
CODE     TRANS-AMT       DATE     TO-DT INT-PRINCIPAL       FACTOR    INTEREST-AMT
  5%           .00   20040930  20041231      20,848.99    012646749         263.67
  5%           .00   20041231  20050331      21,112.66    012404224         261.89
  6%           .00   20050331  20050930      21,374.55    030536684         652.71
  7%           .00   20050930  20051231      22,027.26    017798685         392.06
  7%           .00   20051231  20060630      22,419.32    035318387         791.81
  8%           .00   20060630  20061115      23,211.13    030705233         712.70
6700     17,219.00-  20061115  20061231       6,704.83    010132072          67.93
  8%           .00   20061231  20070630       6,772.76    040464123         274.05
  8%           .00   20070630  20071231       7,046.81    041148414         289.97
  7%           .00   20071231  20080331       7,336.78    017555016         128.80
  6%           .00   20080331  20080630       7,465.58    015028621         112.20
  5%           .00   20080630  20080930       7,577.78    012646749          95.83
  6%           .00   20080930  20081231       7,673.61    015195019         116.60
  5%           .00   20081231  20090331       7,790.21    012404224          96.63
  4%           .00   20090331  20090930       7,886.84    020256121         159.76
  4%           .00   20090930  20091231       8,046.60    010132630          81.53
  4%           .00   20091231  20100630       8,128.13    020032540         162.83
  4%           .00   20100630  20101011       8,290.96    011350991          94.11
2760      4,304.74   20101011  20101231      12,689.81    008915736         113.14
```

Employee #5075560277 Page 003 of 006 PAGE    004

```
INTSTD       9931    30 200012

INTEREST COMPUTATION TABLE
 CODE     TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
   3%           .00   20101231  20110331      12,802.95   007424381          95.05
   4%           .00   20110331  20110930      12,898.00   020256121         261.26
   3%           .00   20110930  20111231      13,159.26   007589992          99.88
   3%           .00   20111231  20120529      13,259.14   012370467         164.02
 6700       199.95-   20120529  20120630      13,223.21   002626285          34.73
   3%           .00   20120630  20120702      13,257.94   000163941           2.17
 6700     1,337.44-   20120702  20120716      11,922.67   001148152          13.69
 6700     1,108.59-   20120716  20120801      10,827.77   001312281          14.21
 6700     1,108.59-   20120801  20120810       9,733.39   000737946           7.18
 6700     1,108.59-   20120810  20120828       8,631.98   001476438          12.74
 6700     1,108.59-   20120828  20120903       7,536.13   000491904           3.71
 3600       280.00    20120903  20120907       7,819.84   000327909           2.56
 6700     1,108.59-   20120907  20120919       6,713.81   000984050           6.61
 6700     1,108.59-   20120919  20121003       5,611.83   001148152           6.44
 6700     1,108.59-   20121003  20121018       4,509.68   001230213           5.55
 6700     1,108.59-   20121018  20121029       3,406.64   000902008           3.07
 6700     1,108.59-   20121029  20121119       2,301.12   001722723           3.96
 6700     1,108.59-   20121119  20121203       1,196.49   001148152           1.37
 6700     1,108.59-   20121203  20121226          89.27   001886946            .17
Employee #5075560277 Page 004 of 006 PAGE    005
```

```
INTSTD        9931    30 200012

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT        DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
6700        1,667.14-   20121226 00000000     1,577.70-   000000000           .00
6700        1,108.59-   20121231 00000000     2,686.29-   000000000           .00
```

Employee #5075560277 Page 005 of 006 PAGE   006

```
INTSTD      9931    30 200012

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 20010723
CODE   DATE        TRANS-AMT     TO-DT     FTP-PRINCIPAL MO   PCT      PNLTY-AMT
8060 19500101      8,571.00-               8,571.00- 00   .00             .00
1500 20010415      2,140.00                6,431.00- 00   .00             .00
7760 20010702         92.27-               6,523.27- 00   .00             .00
8460 20010702      6,523.27                     .00  00   .00             .00
END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS              .00

BEGIN TC 290 ASSESSMENT, FTP START DATE IS 20020812
CODE   DATE        TRANS-AMT     TO-DT     FTP-PRINCIPAL MO   PCT      PNLTY-AMT
7660 20010813        600.00-                 600.00- 00   .00             .00
8460 20010813        600.00                     .00  00   .00             .00
2900 20020812     17,219.00   20020812     17,219.00 00   .00             .00
0050 20020812           .00   20031112     17,219.00 15  7.50          1,291.42
0100 20031030           .00                17,219.00 00   .00             .00
3600 20040223         10.00                17,219.00 00   .00             .00
6700 20061115     17,219.00-  20061212           .00 17 17.50          3,013.32
END TC 290 ASSESSMENT, FTP PENALTY AMOUNT IS         4,304.74

Employee #5075560277 Page 006 of 006 PAGE   001
```