# EXHIBIT P

```
INTSTD        9931
30 200112 09302014 SHEA
            3,371.24  ASSESSED FTP
            6,404.39  ASSESSED INT
            9,775.63- TAX & PENALTY
                 .00  ASSESSED TOTAL
                 .00  ACCRUED FTP
                 .00  ACCRUED INT
                 .00  TOTAL ACCRUALS
            3,371.24  TOTAL FTP
            6,404.39  TOTAL INT
                 .00  BALANCE DUE
```

Employee #5075560277 Page 001 of 005 PAGE  002

```
INTSTD      -9931    30 200112

INTEREST COMPUTATION TABLE
 CODE      TRANS-AMT       DATE    TO-DT INT-PRINCIPAL      FACTOR    INTEREST-AMT
  6%             .00   20011231 00000000           .00   000000000            .00
 1500       23,753.00   20020415 00000000     23,753.00   000000000            .00
 8060       10,178.00-  20020415 20020630     13,575.00   012570476         170.64
  6%             .00   20020630 20020815     13,745.64   007589679         104.32
 1660          610.88   20020815 20020903     14,460.84   003127912          45.23
 6100          100.00-  20020903 20021007     14,406.07   005604227          80.73
 2760          406.74   20021007 20021231     14,893.54   014069511         209.54
  5%             .00   20021231 20030630     15,103.08   025102720         379.13
  5%             .00   20030630 20030930     15,482.21   012681614         196.34
  4%             .00   20030930 20031231     15,678.55   010132630         158.86
  4%             .00   20031231 20040331     15,837.41   009994425         158.29
  5%             .00   20040331 20040630     15,995.70   012508429         200.08
  4%             .00   20040630 20040930     16,195.78   010104807         163.66
  5%             .00   20040930 20041231     16,359.44   012646749         206.89
  5%             .00   20041231 20050331     16,566.33   012404224         205.49
  6%             .00   20050331 20050930     16,771.82   030536684         512.16
  7%             .00   20050930 20051231     17,283.98   017798685         307.63
  7%             .00   20051231 20060630     17,591.61   035318387         621.31
  8%             .00   20060630 20061115     18,212.92   030705233         559.23
Employee #5075560277 Page 002 of 005 PAGE   003
```

INTSTD 9931    30 200112

INTEREST COMPUTATION TABLE
```
 CODE      TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
 6700     13,475.00-   20061115  20061231      5,297.15   010132072          53.67
   8%           .00    20061231  20070630      5,350.82   040464123         216.52
   8%           .00    20070630  20071231      5,567.34   041148414         229.09
   7%           .00    20071231  20080331      5,796.43   017555016         101.76
   6%           .00    20080331  20080630      5,898.19   015028621          88.64
   5%           .00    20080630  20080930      5,986.83   012646749          75.71
   6%           .00    20080930  20081231      6,062.54   015195019          92.12
   5%           .00    20081231  20090331      6,154.66   012404224          76.34
   4%           .00    20090331  20090930      6,231.00   020256121         126.22
   4%           .00    20090930  20091231      6,357.22   010132630          64.42
   4%           .00    20091231  20100630      6,421.64   020032540         128.64
   4%           .00    20100630  20101011      6,550.28   011350991          74.35
 2760      2,964.50    20101011  20101231      9,589.13   008915736          85.49
   3%           .00    20101231  20110331      9,674.62   007424381          71.83
   4%           .00    20110331  20110930      9,746.45   020256121         197.43
   3%           .00    20110930  20111231      9,943.88   007589992          75.47
   3%           .00    20111231  20120630     10,019.35   015029241         150.58
   3%           .00    20120630  20121231     10,169.93   015195646         154.54
   3%           .00    20121231  20130114     10,324.47   001151299          11.89
```
Employee #5075560277 Page 003 of 005 PAGE    004

```
INTSTD      -9931    30 200112

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE      TO-DT INT-PRINCIPAL       FACTOR     INTEREST-AMT
6700       1,068.59-   20130114  20130201      9,267.77     001480486           13.72
6700       1,069.85-   20130201  20130207      8,211.64     000493252            4.05
6700       1,074.18-   20130207  20130225      7,141.51     001480486           10.57
6700       1,074.18-   20130225  20130307      6,077.90     000822221            5.00
6700       1,074.18-   20130307  20130325      5,008.72     001480486            7.42
6700       1,074.18-   20130325  20130405      3,941.96     000904481            3.57
6700       1,074.18-   20130405  20130417      2,871.35     000986747            2.83
6700       1,074.18-   20130417  20130501      1,800.00     001151299            2.07
6700       1,074.18-   20130501  20130516        727.89     001233586             .90
6700         728.81-   20130516  00000000          .02-     000000000             .00
```

Employee #5075560277 Page 004 of 005 PAGE   005

INTSTD ▓▓▓-9931   30 200112

FTP COMPUTATION TABLE

BEGIN TC 150 ASSESSMENT, FTP START DATE IS 20020415

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|----------|------------|----------|---------------|----|------|-----------|
| 8060 | 19500101 | 10,178.00- |          | 10,178.00-    | 00 | .00  | .00       |
| 1500 | 20020415 | 23,753.00  | 20020415 | 13,575.00     | 00 | .00  | .00       |
| 6100 | 20020903 | 100.00-    | 20020915 | 13,475.00     | 05 | 2.50 | 339.37    |
| 1960 | 20021007 | 400.92     |          | 13,475.00     | 00 | .00  | .00       |
| 2760 | 20021007 | 406.74     |          | 13,475.00     | 00 | .00  | .00       |
| 1660 | 20021029 | 610.88     |          | 13,475.00     | 00 | .00  | .00       |
| 0050 | 20020915 | .00        | 20021215 | 13,475.00     | 03 | 1.50 | 202.12    |
| 0100 | 20021205 | .00        |          | 13,475.00     | 00 | .00  | .00       |
| 6700 | 20061115 | 13,475.00- | 20061115 | .00           | 21 | 21.00| 2,829.75  |

END TC 150 ASSESSMENT, FTP PENALTY AMOUNT IS      3,371.24

Employee #5075560277 Page 005 of 005 PAGE  001