TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
E-mail:  *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>              Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**AMENDED DECLARATION OF G.<br>PATRICK JENNINGS IN SUPPORT<br>OF MOTION FOR PARTIAL<br>SUMMARY JUDGMENT** |

   I, G. Patrick Jennings declare and state:

1.   I am a trial attorney for the United States Department of Justice, Tax Division, Civil Trial Section, Western.  I am assigned as the trial attorney for the United States in the above-captioned case. In the previous filing of the United States motion for summary judgment I forgot to attach the Plea Agreement to Exhibit A to my declaration.  Attached is the amended Exhibit A with the Plea Agreement.

2. Attached hereto is a true and correct copy of the following documents:

    A.    Taxpayer responses to United States Requests for Admissions.

    A(1).    Attachment to US Request for Admissions, Plea Agreement of L. Richard Shearer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 22, 2014                                  /s/ G. Patrick Jennings
                                                                     G. PATRICK JENNINGS