# EXHIBIT A

KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

L. RICHARD SHEARER;
DIANE SHEARER;
STANLEY SWENSON as Trustee of the
HOTLUM TRUST, BERRYVALE TRUST, and
REGENCY TRUST;
CARL S. WILSON; CAROL WILSON;
EVELYN LOUISE SHEARER, as Trustee of
the EVELYN LOUISE REVOCABLE TRUST;
VERNON L. SWENSON; LEORA SWENSON;

  Defendants.

Civil No. 2:12-CV-02334 GEB GGH PS

**UNITED STATES' FIRST REQUEST FOR ADMISSIONS**

PROPOUNDING PARTY: PLAINTIFF UNITED STATES OF AMERICA

RESPONDING PARTY: L. RICHARD SHEARER

SET NUMBER: ONE

  Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, the United States of America requests defendant L. Richard Shearer to admit the truth of the facts set out below within thirty days of being served with this pleading. Unless admitted, the response shall

specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an response or deny only a part of the matter on which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder.

The responding party is cautioned that pursuant to Rule 36(a), Federal Rules of Civil Procedure, the matters set forth herein are admitted by the responding party unless the responding party serves upon the United States a written response or objection addressed to the matters set forth herein within thirty (30) days after the service of these requests for admission upon him.

## DEFINITIONS

1. The terms "you," "your," and "defendant" refers to defendant L. Richard Shearer, and any representative, employee, assignee, contractor, or other person who can be required by them to furnish information and produce documents, including any person acting on their behalf in this case. For joint actions, "you" includes Diane Shearer.

2. The phrase "tax years at issue" refers to the federal individual income tax (Form 1040) for L. Richard Shearer and Diane Shearer for the years ending December 31, 1995, through and including December 31, 2001.

## REQUEST FOR ADMISSIONS

Request no. 1: Admit that the attached Exhibit A is a true and correct copy of the Plea Agreement filed with the Court in the case of *United States v. Richard Shearer,* CR-00-345-FCD (E.D. Cal.) on or about October 1, 2001.

Response:

    ADMIT

Request no. 2: Admit that you signed the Plea Agreement attached as Exhibit A.

Response:

    ADMIT

Request no. 3: Admit that the "Factual Basis for Plea of Guilty" attached to Exhibit A is a true and correct statement of each fact set forth therein.

Response:

    ADMIT

Request no. 4: Admit that after your criminal conviction you filed amended tax returns which were accepted as filed by the United States.

Response:

    ADMIT

Request no. 5: Admit that the tax liabilities set forth in the Amended Complaint in this case are set forth in the amended tax returns that you filed.

Response:

    DENY – unsure as to how payments to US Treasury were applied as betweer Def. L.Richard Shearer, Diane Shearer on one hand and the co-defendant trusts.

Request no. 6: Admit that you engaged in the activities described in Exhibit A with the intent to evade the determination and collection of federal tax.

Response:

    OBJECTION – Calls for a legal conclusion.

    DENY – The term evasion does not appear in Exhibit A, especially in Page 2, Paragraph 2 of Exhibit A. The request therefore calls for a legal conclusion.

Request no. 7: Admit that during the tax years at issue you practiced as a medical doctor.

Response:

    ADMIT

Request no. 8: Admit that you transferred your medical practice to a trust for no consideration.

Response:

    DENY – Transferred medical practice in return for Certificates of Beneficial Interest (CBI's)

-3-

Request no. 9: Admit that, on or about March 10, 1988, you and your wife Diane Shearer purchased 717 Michelle Drive, Mount Shasta, California 96067.

Response:

                ADMIT

Request no. 10: Admit that you have occupied 717 Michelle Drive as your residence from at least 1988 to the present.

Response:

                ADMIT

Request no. 11: Admit that, on or about May 15, 1995, you transferred 717 Michelle Drive to "Hotlum Trust" in exchange for no consideration.

Response:

                DENY - Received Certificates of Beneficial Interest

Request no. 12: Admit that, on or about April 8, 1988, you purchased the Michelle Drive Lot adjacent to 717 Michelle Drive.

Response:

                ADMIT

Request no. 13: Admit that, on or about May 15, 1995, you transferred the Michelle Drive Lot to "Hotlum Trust" in exchange for no consideration.

Response:

                DENY - Received Certificates of Beneficial Interest.

Request no. 14: Admit that, on or about January 9, 1991, you purchased 701 Pine Street, Mount Shasta, California.

Response:

                ADMIT

Request no. 15: Admit that, on or about May 15, 1995, you transferred 701 Pine Street to the "Berryvale Trust" in exchange for no consideration.

Response:

                DENY - Received Certificates of Beneficial Interest.

Request no. 16: Admit that, on or about June 28, 1985, you purchased 534 North Main Street, Yreka, California.

Response:

                ADMIT

Request no. 17: Admit that, on or about May 15, 1995, you transferred 534 North Main Street to the "Regency Trust" in exchange for no consideration.

Response:

                DENY - Received Certificates of Beneficial Interest.

Request no. 18: Admit that you controlled Hotlum Trust, Berryvale Trust, and Regency Trust during the tax years at issue.

Response:         DENY - Ed Cox and Lonnie Crockett controlled the trusts.

BENJAMIN B. WAGNER  
United States Attorney

Dated: September 26, 2013

/s/ G. Patrick Jennings  
G. PATRICK JENNINGS  
Trial Attorney, Tax Division  
U.S. Department of Justice

## VERIFICATION

I, L. Richard Shearer, hereby affirm under the penalty of perjury, that my responses to the United States' First Requests for Admissions in the case of <u>U.S.A. v. L. Richard Shearer, et al.</u>, Case No. 2:12-CV-02334, in the U.S. District Court for the Eastern District of California, are true and correct, to the best of my knowledge.

_____
L. Richard Shearer

## VERIFICATION

I, Diane Shearer, hereby affirm under the penalty of perjury, that my responses to the United States' First Requests for Admissions in the case of <u>U.S.A. v. L. Richard Shearer, et al.</u>, Case No. 2:12-CV-02334, in the U.S. District Court for the Eastern District of California, are true and correct, to the best of my knowledge.

_____
Diane Shearer

## Certificate of Service

I, certify that Defendants' L. Richard Shearer and Diane Shearer Response to the United States' First Request for Admissions, was sent by email and U.S. mail, this 5th day of December, 2013, to the following parties or their attorneys:

G. Patrick Jennings
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Guy.P.Jennings@usdoj.gov

And

Joe A. Izen, Jr.
5222 Spruce St.
Bellaire, TX 77401
jizen@comcast

and

Shaun Cunningham, co-counsel for Defendants Shearer at MrWorkComp@gmail.com

Mail service on December 5th, 2013 for this matter:

Evelyn Louise Shearer
1107 Benton Street
Apt. 128
Loma Linda, CA 92354

*Matthew Gilmartin* (signature)
Matthew Gilmartin (0024683)
Legal Counsel for
L. Richard Shearer &
Diane Shearer