TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>                    Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**CERTIFICATE OF SERVICE** |

　　　　IT IS HEREBY CERTIFIED that on this 22nd day of August, 2014, I served copies of the following

  1. **AMENDED DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

  2. **CERTIFICATE OF SERVICE**

**By U.S. Mail, postage fully prepaid, to:**

      VERNON L. SWENSON
      LEORA SWENSON
      1045 N. Old Stage Road
      Mt. Shasta, CA 96067

**And by ECF notification to:**

      MATTHEW GILMARTIN, Ohio Bar #024683
      Matthew Gilmartin, Attorney at Law, LLC
      9267 Basswood Dr.
      Olmsted Falls, OH 44138

      Attorney for L. Richard Shearer and Diane Shearer

      SHAUN CUNNINGHAM  (Local Counsel)
      Law Office of Shaun Cunningham
      41 Vantis Drive
      Aliso Viejo, CA 92656

      Attorney for L. Richard Shearer and Diane Shearer

      ALFRED JOE IZEN, Jr
      5222 Spruce Street
      Bellaire, TX 77401

      Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust

      JIHAD M. SMAILI (Local Counsel)
      SMAILI & ASSOCIATES
      615 Civic Center Drive West, Suite 300
      Santa Ana, CA 92701

      Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts

                                  /s/ G. Patrick Jennings
                                  G. PATRICK JENNINGS

Note: defendants Carl S. Wilson, Carol Wilson and Evelyn Louise Shearer have all disclaimed any interest in the subject property at issue in this suit.