# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACROMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE No.: 2:12-CV-02334 |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | **Magistrate Judge Allison Clare** |
| | ) | |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | **STIPULATION  AND REQUEST** |
| | ) | **FOR EXTENSION FOR DEFENDANTS** |
| | ) | **TO RESPOND TO MOTION FOR** |
| | ) | **SUMMARY JUDGMENT BY U.S.A.** |
| | ) | |
| Defendants. | ) | |
| | ) | |

   The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane shearer, and the defendant trustee, Stanley Swenson, by counsel undersigned, hereby request an extension of the time for the defendants to respond to the United States' Motion for Summary Judgment that was filed on August 18th, 2014, until September 18th, 2014.

   There are two factors that prompted this request. One is that the parties are in active discussions to settle this case, and the other, the issues raised in the government's motion are complicated and, because of the press of business in serving other clients, counsels for the defendants require additional time to research and draft a response.

   The undersign agree to request an order extending the time for the defendants  to respond to the United States' Motion for Summary Judgment until September 18th, 2014. A proposed order is submitted herewith.

Respectfully submitted,

*/s/Matthew Gilmartin*
Matthew Gilmartin, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
Olmsted Falls, OH 44070
Tel: (440) 479-8630
Fax: (440) 398-0179
Matt4g@att.net

Counsel to L. Richard Shearer & Diane Shearer


*/s/ Alfred Joe Izen, Jr.*
Alfred Joe Izen, Jr.
Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust

*/s/ G. Patrick Jennings*
Trial Attorney, Tax Division
U.S. Department of Justice

September 4th, 2014

2

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing  ENTRY OF APPEARANCE was electronically transmitted September 4th, 2014, via the Court's CM/ECF system to each of the persons and parties who are listed on the Court's Electronic Mail Notice List to the following attorneys or parties:

Guy Patrick Jennings counsel for Plaintiff at mguy.p.jennings@usdoj.gov

Joe Alfred Izen, Jr., counsel for co-Defendants at jizen@comcast.net

Jihad Smaili, counsel for co-Defendants at jihadsmaililaw.com

Shaun Cunningham, co-counsel for Defendants Shearer at MrWorkComp@gmail.com


Mail service on August 16th, 2013 for this matter:

Evelyn Louise Shearer
1107 Benton Street
Apt. 128
Loma Linda, CA 92354

                                                  */s/Matthew Gilmartin*_____
                                                  Matthew Gilmartin