# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACROMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE No.: 2:12-CV-02334** |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | Magistrate Judge Allison Clare |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The active parties to this suit have agreed to an extension of time until September 18th, 2014, for the defendants to respond to the plaintiff United States' Motion for Summary Judgment, (Doc. #37) filed on August 18th, 2014, and that this is the first request. For good cause shown, **IT IS ORDERED THAT** the last day for the defendants to respond the United States' Motion for Summary Judgment is September 18th, 2014.

**IT IS SO ORDERED.**

_____
TROY L. NUNLEY
United Sates District Court Judge