| | |
|---|---|
| 1 | TAMARA W. ASHFORD |
| | Acting Assistant Attorney General |
| 2 | |
| | G. PATRICK JENNINGS |
| 3 | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| 4 | P.O. Box 683, Ben Franklin Station |
| | Washington, D.C.  20044-0683 |
| 5 | Telephone:   (202) 307-6648 |
| | E-mail:       *Guy.P.Jennings@usdoj.gov* |
| 6 | |
| | Attorneys for the United States of America |
| 7 | |
| | BENJAMIN B. WAGNER |
| 8 | United States Attorney |
| 9 | Of Counsel |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.  2:12-CV-02334 TLN AC |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND REQUEST FOR** |
| L. RICHARD SHEARER; | ) | **ORDER EXTENDING HEARING** |
| DIANE SHEARER; | ) | **DATE** |
| STANLEY SWENSON as Trustee of the | ) | |
| HOTLUM TRUST, BERRYVALE TRUST, and | ) | |
| REGENCY TRUST; | ) | Date:    October 9, 2014 |
| CARL S. WILSON; CAROL WILSON; | ) | Time:    2:00 p.m. |
| EVELYN LOUISE SHEARER, as Trustee of | ) | Court:    2, Fifteenth Floor |
| the EVELYN LOUISE REVOCABLE TRUST; | ) | Judge:   Hon. Troy L. Nunley |
| VERNON L. SWENSON; LEORA SWENSON; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane Shearer, and the defendant trustee, Stanley Swenson, by counsel, hereby request an extension of the hearing in the pending motion for summary judgment (Dkt. 37, et seq.) to a new date of November 20, 2014, at 2:00 p.m.

Recently-located IRS files are being produced and the defendants require time to review the materials.  In addition, discussions are on-going to outline terms for a possible resolution of the case.

1  The undersigned parties respectfully request an order continuing the hearing from
2  October 9, 2014, at 2 p.m. to a new date of November 20, 2014, at 2 p.m. before the Hon. Troy
3  L. Nunley.  Opposition to the motion must be filed by November 6, 2014, in accordance with
4  Local Rule 230.  A proposed order is submitted herewith.

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General

Date: September 17, 2014         */s/ G. Patrick Jennings*
                                 G. PATRICK JENNINGS
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice

Date: September 17, 2014         */s/ Matthew Gilmartin*
                                 Matthew Gilmartin, Ohio Bar #024683
                                 Matthew Gilmartin, Attorney at Law, LLC
                                 9267 Basswood Dr.
                                 Olmsted Falls, OH 44138

                                 Attorney for L. Richard Shearer and Diane Shearer

Date: September 17, 2014         */s/ Alfred Joe Izen, Jr.*
                                 Alfred Joe Izen, Jr.
                                 5222 Spruce Street
                                 Bellaire, TX 77401

                                 Attorney for Stanley Swenson as Trustee of the
                                 Hotlum Trust, the Berryvale Trust and the Regency
                                 Trust