IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>    Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**ORDER** |

The active parties to this suit have agreed to a new date for the hearing on the pending motion for summary judgment (Dkt. 37 et seq.).  For good cause shown,

 **IT IS ORDERED THAT** the hearing on the motion for summary judgment is continued from October 9, 2014, at 2 p.m. to a new date of November 20, 2014, at 2 p.m.

**IT IS SO ORDERED.**

 Dated: _____

                                        _____
                                        TROY L. NUNLEY,
                                        United States District Court Judge