IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 2:12-CV-02334 TLN AC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| L. RICHARD SHEARER; ) | |
| DIANE SHEARER; et al.; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The active parties to this suit have agreed to a new date for the hearing on the pending motion for summary judgment (Dkt. 37 et seq.).  For good cause shown,

**IT IS ORDERED THAT** the hearing on the motion for summary judgment is continued from October 9, 2014, at 2 p.m. to a new date of November 20, 2014, at 2 p.m.

**IT IS SO ORDERED**.

Dated: September 17, 2014

_____
Troy L. Nunley
United States District Judge

1