Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
Ohio Sup. Ct. No. 0024683
P.O. Box 939
North Olmsted, OH  44070
Tel:  (440) 749-8630
Fax: (440) 398-0179
Email: matt7g@att.net
Attorney for L. Richard and Diane Shearer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.12-CV-02334 GEB GGH |
| | : | |
| Plaintiff, | : | JUDGE TROY NUNLEY |
| | : | |
| vs. | : | MOTION FOR LEAVE TO FILE JOINT ANSWER TO |
| L. RICHARD SHEARER, et al., | : | PLAINTIFF'S AMENDED COMPLAINT |
| Defendants | : | |

Now come the Defendants, L. Richard and Diane Shearer, by and through counsel, and hereby move this Honorable Court for an order allowing them to file an Amended Joint Answer to Plaintiff's Amended Complaint in the above-captioned matter.  The Defendants assert that the ends of justice would be served if this Motion were granted.

Pursuant to Fed.Civ.Pro.R. 15(a)(2), a District Court is empowered with discretion to allow a party to amend his or her pleading, providing a suitable motion for such relief is made.  Such permission should be freely

given when "justice so requires." *Id.* The case law provides that even after a motion for summary judgment is filed, a party may move for leave to amending his pleading. *Zimmerman v. Schaeffer*, 654 F.Supp.3d (M.D. Pa. 2009). This is particularly true when additional facts were obtained during discovery, and the moving party changed counsel during the course of the litigation. *Zotos v. Lindbergh School Dist.*, 121 F.3d 356 (8 Cir. 1997); *see, also*, *Mid-Continent Casualty v. L.B. King*, 674 F.Supp.2d 1309 (N.D. Fla. 2008).

In this case, the Defendants filed their original Joint Answer to the Amended Complaint *pro se*, inasmuch as they were unrepresented by counsel at that time. The government has just filed for summary judgment on August 18th, 2014, and all responses to the Defendants' discovery requests were submitted to the undersigned on September 17th, 2014. As a result of this additional discovery, the Defendants have become aware of additional defenses they may interpose in this matter, namely the defenses of expiration of the statute of limitations and binding policy guidelines contained in the Internal Revenue Manual.

Indeed, counsel for the Defendants has discussed with counsel for the Government that this possibility exists, and as of the writing of this

Motion, opposing counsel has given no indication of any prejudice to the government if this Motion should be granted.

WHEREFORE, for the reasons given herein, the Defendants, L. Richard and Diane Shearer, pray this Honorable Court allow them to amend their Joint Answer to the Plaintiff's Amended Complaint in this matter.

                                            Respectfully submitted,

*/s/Matthew Gilmartin*
MATTHEW GILMARTIN
(0024683)
P.O. Box 939
North Olmsted, OH  44070
(440) 479-8630
(440) 398-0179
Email:  matt7g@att.net

## Certificate of Service

I certify that a copy of the foregoing Motion for Leave to Amend Joint Answer was served upon the following parties or their legal counsel either by U.S. Mail or via the Court's Electronic Service System this 21th day of October, 2014:

G. Patrick Jennings
Guy.p.jennings@usdoj.gov

Joe Alfred Izen, Jr., Esq.

1
2   Shawn Cunningham, Esq.
3
4   Jihad M. Smaili, Esq.
5
6   Evelyn Louise Shearer
7   1107 Benton Street, #128
8   Loma Linda, CA  92354
9
10  Leora Swenson
11  Stanley Swenson
12  1045 N. Old Stage Rd.
13  Mt. Shasta, CA  96067
14
15  and
16
17  Carl S. Wilson
18  Carol Wilson
19  105 Saradan Ln.
20  Grants Pass, OR  97527
21
22                                          */s/Matthew Gilmartin*
23                                          Matthew Gilmartin