Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
Ohio Sup. Ct. No. 0024683
P.O. Box 939
North Olmsted, OH  44070
Tel:  (440) 749-8630
Fax: (440) 398-0179
Email: matt7g@att.net
Attorney for L. Richard and Diane Shearer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.12-CV-02334 GEB GGH |
| | : | |
| Plaintiff, | : | JUDGE TROY NUNLEY |
| | : | |
| vs. | : | AMENDED ANSWER OF L. RICHARD AND DIANE SHEARER TO THE AMENDED COMPLAINT |
| L. RICHARD SHEARER, et al., | : | |
| | : | |
| Defendants. | : | |

Now come the Defendants, L. Richard and Diane Shearer, by the through counsel, and for their Joint Answer to the Plaintiff's Amended Complaint filed on October 16, 2012, depose and say:

1. These Defendants deny for want of knowledge the allegations contained in paragraphs 1 to 4 of the Amended Complaint.

2. These Defendants admit the allegations contained in paragraph 5 of the Amended Complaint.

3. These Defendants admit the allegations contained in paragraphs 6 to 8 of the Amended Complaint.

4. These Defendants deny for want of knowledge the allegations contained in paragraphs 9 to 11 of the Amended Complaint.

5. These Defendants admit the allegations contained in paragraphs 12 to 13 of the Amended Complaint.

6. These Defendants deny the allegations contained in paragraph 14 of the Amended Complaint.

7. These Defendants admit the allegations contained in paragraphs 15 to 16 of the Amended Complaint.

8. These Defendants deny the allegations contained in paragraph 17 of the Amended Complaint.

9. These Defendants admit the allegations contained in paragraphs 18 to 19 of the Amended Complaint.

10. These Defendants deny the allegations contained in paragraph 20 of the Amended Complaint.

11. These Defendants admit the allegations contained in paragraphs 21 to 22 of the Amended Complaint.

12. These Defendants deny the allegations contained in paragraph 23 of the Amended Complaint.

13. These Defendants deny the allegations contained in paragraph 24 of the Amended Complaint.

14. These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 13 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

15. These Defendants deny each and every allegation contained in paragraph 26 of the Amended Complaint.

16. These Defendants admit they filed Forms 1040 for all years at issue herein. These Defendants deny the remaining allegations contained in paragraph 27 of the Amended Complaint.

17. These Defendants deny the allegations contained in paragraphs 28 to 31 of the Amended Complaint.

18. These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 17 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

19. These Defendants deny the allegations contained in paragraphs 33 to 38 of the Amended Complaint.

20. These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 19 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

21. These Defendants deny the allegations contained in paragraphs 40 to 47 of the Amended Complaint.

22. These Defendants restate and re-aver each of every statement contained in paragraphs 1 to 21 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

23. These Defendants deny the allegations contained in paragraphs 49 to 50 of the Amended Complaint.

**FIRST AFFIRMATIVE DEFENSE**

24. The Amended Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

25. The Defendants, L. Richard and Diane Shearer, conveyed to and received valuable, valid consideration from Stanley Swenson, Trustee of the Hotlum Trust, Berryvale Trust and the Regency for the subject real estate properties.

## THIRD AFFIRMATIVE DEFENSE

26. The Plaintiff's claim are barred by the three and six-year statute of limitations against additional tax assessments under the Internal Revenue Code and the statutes of limitations on allegedly fraudulent conveyances and other actions under the laws of the State of California and/or the Federal Fraudulent Conveyances Act of the United States of America.

## FOURTH AFFIRMATIVE DEFENSE

27. All taxes for the applicable years were paid in full by these Defendants in accordance with Forms prepared by the Internal Revenue Service on Forms 4549 and 886-A. Copies of these forms are appended hereto as Exhibit "A."

## FIFTH AFFIRMATIVE DEFENSE

28. Defendant, Diane Shearer, is not liable for income taxes or additions to tax/penalties after application of Internal Revenue Code sec. 6015(f).

## SIXTH AFFIRMATIVE DEFENSE

29. Some, if not all of the claims of the United States of America against the Defendants L. Richard Shearer and Diane Shearer are barred by release.

                                      Respectfully submitted,

                                      */s/Matthew Gilmartin*
                                      MATTHEW GILMARTIN
                                      (0024683)
                                      P.O. Box 939
                                      North Olmsted, OH  44070
                                      (440) 479-8630
                                      (440) 398-0179
                                      Email:  matt7g@att.net

## Certificate of Service

I certify that a copy of the foregoing Motion for Leave to Amend Joint Answer was served upon the following parties or their legal counsel either by U.S. Mail or via the Court's Electronic Service System this 21th day of October, 2014:

        G. Patrick Jennings
        Guy.p.jennings@usdoj.gov

        Joe Alfred Izen, Jr., Esq.

        Jihad Smaili, Esq.

        Shawn Cunningham, Esq.

        Evelyn Louise Shearer
        1107 Benton Street, #128
        Loma Linda, CA  92354

        Leora Swenson

```
1      Stanley Swenson
2      1045 N. Old Stage Rd.
3      Mt. Shasta, CA  96067
4
5      and
6
7      Carl S. Wilson
8      Carol Wilson
9      105 Saradan Ln.
10     Grants Pass, OR  97527
11
12                                     /s/Matthew Gilmartin
13                                     Matthew Gilmartin
14
```