Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
Ohio Sup. Ct. No. 0024683
P.O. Box 939
North Olmsted, OH  44070
Tel:  (440) 749-8630
Fax: (440) 398-0179
Email: matt7g@att.net
Attorney for L. Richard and Diane Shearer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.12-CV-02334 GEB GGH |
| | : | |
| Plaintiff, | : | JUDGE TROY NUNLEY |
| | : | |
| | : | NOTICE OF |
| vs. | : | MOTION FOR LEAVE TO FILE |
| | : | JOINT ANSWER TO |
| L. RICHARD SHEARER, et al., | : | PLAINTIFF'S AMENDED |
| | : | COMPLAINT |
| Defendants | : | |
| | : | Date: November 20th, 2014 |
| | : | Time: 2:00 p.m. |

PLEASE TAKE NOTICE THAT the Defendants, L. Richard and Diane Shearer, by and through counsel, will bring the above-named motion on for hearing before the Honorable Troy Nunley, United States District Judge, in Courtroom 2 on the 15th floor of the United States Courthouse at 501 I Street, Sacramento, California, on November 20th, 2014, at 2:00 p.m., or as soon thereafter as counsel may be heard.

1    The Defendants L. Richard Shearer and Diane Shearer, having

2 received additional discovery from the United States of America, hereby

3 wish to add the affirmative defenses of expiration of the statute of limitation,

4 the enforcement of various provisions in the Internal Revenue Manual that

5 may bar the United States from bring this action against them and the

6 affirmative defense of release, and other defenses available to them,  in

7 order to avoid or abate the claims of the United States against them.

8    WHEREFORE, for the reasons given herein, the Defendants, L.

9 Richard and Diane Shearer, pray this Honorable Court allow them to

10 amend their Joint Answer to the Plaintiff's Amended Complaint in this

11 matter.

12                                        Respectfully submitted,

13                                        */s/Matthew Gilmartin*
14                                        MATTHEW GILMARTIN
15                                        (0024683)
16                                        P.O. Box 939
17                                        North Olmsted, OH  44070
18                                        (440) 479-8630
19                                        (440) 398-0179
20                                        Email:  matt7g@att.net

<u>Certificate of Service</u>

I certify that a copy of the foregoing Motion for Leave to Amend Joint Answer was served upon the following parties or their legal counsel either by U.S. Mail or via the Court's Electronic Service System this 21th day of October, 2014:

G. Patrick Jennings
<u>Guy.p.jennings@usdoj.gov</u>

Joe Alfred Izen, Jr., Esq.

Shawn Cunningham, Esq.

Jihad M. Smaili, Esq.

Evelyn Louise Shearer
1107 Benton Street, #128
Loma Linda, CA  92354

Leora Swenson
Stanley Swenson
1045 N. Old Stage Rd.
Mt. Shasta, CA  96067

and

Carl S. Wilson
Carol Wilson
105 Saradan Ln.
Grants Pass, OR  97527

                                           */s/Matthew Gilmartin*
                                           Matthew Gilmartin