IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.12-CV-02334 |
| | : | |
| Plaintiff, | : | JUDGE TROY NUNLEY |
| | : | |
| | : | JUDGMENT ENTRY |
| vs. | : | |
| | : | |
| L. RICHARD SHEARER, et al., | : | |
| | : | |
| Defendants | : | |
| | : | |

UPON THIS COURT'S CONSIDERATION, the Motion for Leave to File an Amended Joint Answer to Plaintiff's Amended Complaint, filed by the Defendants, L. Richard and Diane Shearer, is hereby granted.

Within seven (7) days of the granting of this motion, the Defendants L. Richard Shearer and Diane Shearer will file their Amended Joint Answer to the Plaintiff's First Amended Complaint with this Court, and will serve a copy of it upon the other parties to this lawsuit.

IT IS SO ORDERED, ADJUDGED & DECREED.

_____
Judge Troy Nunley