# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE No.: 2:12-CV-02334 |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | **Magistrate Judge Allison Clare** |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | **NOTICE TO THE COURT OF DEFENDANTS DIANE SHEARER'S WITHDRAWAL OF HER AFFIRMATIVE DEFENSE OF INNOCENT SPOUSE IN HER PROPOSED MOTION TO AMEND HER ANSWER TO THE U.S.A.'S FIRST AMENDED COMPLAINT** |
| | ) | |
| Defendants. | ) | |

   The Defendant taxpayers L. Richard Shearer and Diane Shearer, hereby give notice to this Honorable Court that they are withdrawing their affirmative defense of Innocent Spouse in their proposed Amended Answer to the U.S.A.'s First Amended Complaint.

                              Respectfully submitted,

                              */s/Matthew Gilmartin*
                              Matthew Gilmartin, Ohio Bar 024683
                              Matthew Gilmartin, Attorney at Law, LLC
                              P.O. Box 939
                              Olmsted Falls, OH 44070
                              Tel: (440) 479-8630
                              Fax: (440) 398-0179
                              Matt4g@att.net

                              Counsel to L. Richard Shearer & Diane Shearer

```
                              /s/ Alfred Joe Izen, Jr.
                              Alfred Joe Izen, Jr.
                              Attorney for Stanley Swenson, as
                              Trustee of the Hotlum Trust, the
                              Berryvale Trust and the Regency
                              Trust



                              /s/ G. Patrick Jennings
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
```

November 10th, 2014

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing ENTRY OF APPEARANCE was electronically transmitted November 10th, 2014, via the Court's CM/ECF system to each of the persons and parties who are listed on the Court's Electronic Mail Notice List to the following attorneys or parties:

Guy Patrick Jennings counsel for Plaintiff at mguy.p.jennings@usdoj.gov

Joe Alfred Izen, Jr., counsel for co-Defendants at jizen@comcast.net

Jihad Smaili, counsel for co-Defendants at jihadsmaililaw.com

Shaun Cunningham, co-counsel for Defendants Shearer at MrWorkComp@gmail.com

```
1
2
3   Mail service on November 10th, 2014 for this matter:
4   Evelyn Louise Shearer
5   1107 Benton Street
6   Apt. 128
7   Loma Linda, CA 92354
8
9                           /s/Matthew Gilmartin_____
10                          Matthew Gilmartin
11
```