# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO, CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE No.: 2:12-CV-02334** |
| | ) | |
| Plaintiff | ) | **JUDGE TROY L. NUNLEY** |
| | ) | |
| v. | ) | **Magistrate Judge Allison** |
| **Clare** | ) | |
| | ) | |
| **L. RICHARD SHEARER, et al.,** | ) | STIPULATION  AND REQUEST |
| | ) | FOR EXTENSION FOR DEFENDANTS |
| | ) | TO RESPOND TO MOTION FOR |
| | ) | SUMMARY JUDGMENT BY U.S.A. |
| | ) | |
| Defendants. | ) | |
| | ) | |

The primary active parties to this suit, the plaintiff United States, the defendant taxpayers L. Richard Shearer and Diane shearer, and the defendant trustee, Stanley Swenson, by counsel undersigned, hereby request an extension of the time for the defendants to respond to the United States' Motion for Summary Judgment that was filed on August 18th, 2014, until November 10th, 2014.

Because Matthew Gilmartin attended his uncle's funeral in New York City last week and Joe Alfred Izen, Jr. has had ongoing medical problems, the Defendants require additional time to research and draft a response.

The undersign agree to request an order extending the time for the defendants  to respond to the United States' Motion for Summary Judgment until November 10th, 2014. A proposed order is submitted herewith. The United States Assistant Attorney, Guy Patrick Jennings has been gracious enough to stipulate to this extension.

1

2

3

4                                  Respectfully submitted,

5

6                                  */s/Matthew Gilmartin*
7                                  Matthew Gilmartin, Ohio Bar 024683
8                                  Matthew Gilmartin, Attorney at
9                                  Law, LLC
10                                 P.O. Box 939
11                                 Olmsted Falls, OH 44070
12                                 Tel: (440) 479-8630
13                                 Fax: (440) 398-0179
14                                 Matt4g@att.net

15

16                                 Counsel to L. Richard Shearer &
17                                 Diane Shearer

18

19

20                                 */s/ Alfred Joe Izen, Jr.*
21                                 Alfred Joe Izen, Jr.
22                                 Attorney for Stanley Swenson, as
23                                 Trustee of the Hotlum Trust, the
24                                 Berryvale Trust and the Regency
25                                 Trust

26

27

28

29                                 */s/ G. Patrick Jennings*
30                                 Trial Attorney, Tax Division
31                                 U.S. Department of Justice

32

33

34   November 10th, 2014

35

2

1
2
3
4
5                      **CERTIFICATE OF SERVICE**

6       I certify that a copy of the foregoing ENTRY OF APPEARANCE
7  was electronically transmitted November 10th, 2014, via the
8  Court's CM/ECF system to each of the persons and parties who are
9  listed on the Court's Electronic Mail Notice List to the
10 following attorneys or parties:

11

12 Guy   Patrick   Jennings   counsel   for   Plaintiff   at
13 mguy.p.jennings@usdoj.gov
14 Joe   Alfred   Izen,   Jr.,   counsel   for   co-Defendants   at
15 jizen@comcast.net
16 Jihad Smaili, counsel for co-Defendants at jihadsmaililaw.com
17 Shaun Cunningham, co-counsel for Defendants Shearer at
18 MrWorkComp@gmail.com
19

20

21 Mail service on November 10th, 2014 for this matter:

22 Evelyn Louise Shearer
23 1107 Benton Street
24 Apt. 128
25 Loma Linda, CA 92354
26

27                      */s/Matthew Gilmartin_____*
28                      Matthew Gilmartin
29