Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
Email: mrshauncunningham@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as<br>Trustee of the EVELYN LOUISE<br>REVOCABLE TRUST; VERNON L.<br>SWENSON; LEORA SWENSON,<br>    Defendants. | Civil No. 2:12-CV-02334 TLN AC |

**DEFENDANTS, L. RICHARD SHEARER AND DIANE SHEARER'S STATEMENT OF DENIED AND ADMITTED FACTS WITH SUPPORTING CITATION TO EVIDENCE UNDER E.D.CAL. LOCAL RULE 260(a)**

In Opposition to the Government's motion for summary judgment, under Local Rule 260(a), the Defendants, L. Richard Shearer and Diane Shearer, submit their statement of undisputed facts.

### STATEMENT OF DENIED AND ADMITTED FACTS STATED AS UNDISPUTED BY THE GOVERNMENT

**GOVERNMENT UNDISPUTED FACT 1.** This is a civil action brought by the United States of America (a) to reduce to judgment federal tax assessments against L. Richard Shearer and Diane Shearer ("taxpayers"), husband and wife; (b) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust are the nominees, alter egos, or fraudulent transferees of the taxpayers; and (c) to foreclose federal tax liens against certain real property in Siskiyou County, California.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit that the Government has filed an amended complaint containing the allegations stated in Paragraph 1.

**GOVERNMENT UNDISPUTED FACT 2.** During the tax years at issue (1995-2001) L. Richard Shearer practiced as a medical doctor in Siskiyou County, California.

**RESPONSE:** Defendants admit that L. Richard Shearer practiced as a medical doctor in Siskiyou County, California during the tax years 1995-2001.

**GOVERNMENT UNDISPUTED FACT 3.** On or about October 1, 2001, L. Richard Shearer plead guilty TO the following charges: (1) conspiracy to defraud the United States in violation of 18 U.S.C. § 371, and (2) three counts of making and subscribing to false tax returns in violation of 26 U.S.C. § 7206(1).

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit that Richard Shearer pled guilty to one Count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371 (Count 1), but deny that L. Richard Shearer, pled guilty to "...(2) three counts of making and subscribing to false tax returns in violation of 26 U.S.C. § 7206(1)...." Jennings Declaration, Exhibit B (Plea Agreement) -- P. 4, LL 2-10; Declaration of L. Richard Shearer, P. 7, Paragraph 23; P. 12. Paragraph 38.

**GOVERNMENT UNDISPUTED FACT 4.** Beginning in December, 1995, and continuing through August, 2000, Dr. Shearer conspired with Lonnie D. Crockett and with, other Crockett clients who were also medical professionals who resided in the same area and were acquaintances of the defendant, including Daniel Bullock and Richard D. Pfeiffer, to defraud the United States by impairing, impeding, obstructing and defeating the lawful functions of the Internal Revenue Service in the ascertainment, computation, assessment, and collection of federal income tax liabilities with

respect to their income.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny that Dr. Shearer conspired with Lonnie Crockett and with other Crockett clients who were also medical professionals "...to defraud the United States by impairing, impeding, obstructing and defeating the lawful functions of the Internal Revenue Service in the ascertainment, computation, assessment, and collection of federal income tax liabilities with respect to their income. Declaration of L. Richard Shearer, PP.4-7, Paragraphs 16-24.

**GOVERNMENT UNDISPUTED FACT 5.** No later than late 1995, defendant Richard Shearer deposited substantial net income from his medical practice into a bank account he controlled that was in the name of a trust he controlled. In furtherance of the conspiracy to conceal such income from the Internal Revenue Service, defendant Shearer and other co-conspirators then cycled such U.S. income through bank accounts in Utah controlled by defendant Crockett and through foreign bank accounts, and then back to bank accounts in the Eastern District of California which were controlled by defendant Shearer and the co-conspirators. The cycling of funds by Shearer was accomplished through a series of sham transactions which had no economic purpose other than the evasion of income taxes. Crockett was paid a fee for each such "loop" of funds.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit that Defendant, Richard Shearer, deposited substantial net income from his medical practice into a bank account he controlled that was in the name of a trust he controlled. Defendants, L. Richard Shearer and Diane Shearer, deny that Richard Shearer made such deposits in furtherance of a conspiracy to conceal such income from the Internal Revenue Service. Defendants, L. Richard Shearer and Diane Shearer, further deny that Defendant Richard Shearer and other co-conspirators cycled such U.S. income through the bank accounts in Utah controlled by Defendant Crockett and through foreign bank accounts and then back to bank accounts in the Eastern District of California which were controlled by Defendant and the co-conspirators. Defendants, L. Richard Shearer and Diane Shearer, admit that the payment of monies from Dr. Shearer's medical practice into trust accounts for trust entities owned and operated by Farr West and Crockett were a series of sham transactions which had no economic purpose and that Crockett was paid a fee for the transfer of such funds the Government refers to as a "loop." Defendants, L. Richard Shearer and Diane Shearer, deny that L. Richard Shearer engaged in any such sham transactions for the purpose of evasion of income taxes. Declaration of L. Richard Shearer, PP. 4-7, Paragraphs 16-24.

**GOVERNMENT UNDISPUTED FACT 6.** In connection with the transfer of funds from Shearer's domestic trust bank account to a bank account in Utah controlled by defendant Crockett in the name

3

of Atlantic Telesis, Shearer received phony invoices, sent in the name of Atlantic Telesis at the direction of Crockett, in amounts corresponding to the funds sent by Shearer to Crockett for routing through the offshore system of bank accounts.

The invoices purported to be for services rendered by Atlantic Telesis to Shearer's medical practice, when in truth and in fact, no such services with such value were rendered by Atlantic Telesis.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit that Farr West / Crockett submitted invoices from Atlantic Telesis to L. Richard Shearer's medical practice for payment for alleged services. Denied that L. Richard Shearer knew that such payments were not properly deductible. Declaration of L. Richard Shearer, P. 2, Paragraph 7; P. 7, Paragraph 24.

**GOVERNMENT UNDISPUTED FACT 7.** The object of the cycling of funds through the various bank accounts was to conceal from the Internal Revenue Service the fact that such funds, which constituted U.S. income earned by of Shearer through his medical practice, were being routed back to Shearer, and then used by Shearer for his personal benefit and enjoyment, without being reported to the IRS as income. For each of the years 1996, 1997 and 1998, defendant Shearer had his medical practice pay him wages, which he reported to the IRS as income in tax returns for each of those years. Such wages consisted of a small portion of the actual net income of his medical practice. In each of those years, a much larger portion of his net income from his practice was concealed from the IRS through the system of accounts described above, and was not reported as income on the defendant's tax returns.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's allegations concerning cycling of funds for tax years 1996, 1997, and 1998. Defendants, L. Richard Shearer and Diane Shearer, admit that funds realized as income from L. Richard Shearer's medical practice were not reported on Defendant Richard Shearer's joint individual income tax return prepared by the accountants provided by Farr West / Crockett. Defendants, L. Richard Shearer and Diane Shearer, deny that L. Richard Shearer intentionally concealed "a...larger portion of his net income from his practice..." from the IRS using the Farr West / Crockett trust program. Declaration of L. Richard Shearer, P. 2, Paragraph 7, P. 7, Paragraph 24.

**GOVERNMENT UNDISPUTED FACT 8.** Throughout the period of the conspiracy, defendant Shearer was aware that his co-conspirators Bullock and Pfeiffer were also using the Crockett system of domestic and offshore bank accounts to conceal from the IRS income which they earned from their medical practices.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that Defendant Richard Shearer was

"aware that his co-conspirators Bullock and Pfeiffer were also using the Crockett system of domestic and offshore bank accounts to conceal from the IRS income which they earned from their medical practices." Declaration of L. Richard Shearer, PP. 4-7, Paragraphs 16-24.

**GOVERNMENT UNDISPUTED FACT 9.** In furtherance of the conspiracy, on or about October 28, 1998, Richard Shearer caused a check for $225, payable to Farr West, to be written on the bank account of Strawberry Valley Family Trust, a trust controlled by Richard Shearer.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that a payment of $225.00 from Strawberry Valley Family Trust on an account controlled by Richard Shearer was made to Farr West in furtherance of a conspiracy. Declaration of Defendant, L. Richard Shearer, PP. 4-7, Paragraphs 16-24.

**GOVERNMENT UNDISPUTED FACT 10.** On or about October 14, 1999, and pursuant to the conspiracy described above, Dr. Shearer made and signed a 1998 joint U.S. Individual Income Tax Return, Form 1040. The return was signed under penalty of perjury. The return contained materially false information, that is, it reported taxable income of only $17,000, and did not report in excess of $100,000 in income to Dr. Shearer that had been earned through Shearer's medical practice in the year 1998. The defendant knew that the return materially understated his actual income, and acted willfully in subscribing to the false return.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's allegation that "...Dr. Shearer made and intentionally filed a 1998 joint U.S. individual income tax return Form 1040 that contained a materially false statement that Dr. Shearer's income was only $17,000." Declaration of L. Richard Shearer, PP. 4-7, Paragraphs 16-24.

**GOVERNMENT UNDISPUTED FACT 11.** After his criminal conviction Dr. Shearer filed amended tax returns which were (with slight changes) accepted as filed by the United States.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit this undisputed fact stated by the Government in its Paragraph 11.

**GOVERNMENT UNDISPUTED FACT 12.** The amended returns disregarded the transfer of income to the Crockett-related trusts.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit this undisputed fact stated by the Government in its Paragraph 12.

**GOVERNMENT UNDISPUTED FACT 13.** Revenue Agent Nancy Yang examined the amended returns and substantially reduced the tax and fraud penalty for 1995 - 1999.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit the Government's "undisputed fact" that Nancy Yang examined the amended returns and substantially reduced the tax for 1995 - 1999. Defendants, L. Richard Shearer and Diane Shearer, deny the Government's allegation that Revenue Agent Yang did not completely abate the fraud penalties / additions to tax for 1995 - 1999. Declaration of L. Richard Shearer. Declaration of Defendant, L. Richard Shearer, P. 9, Paragraphs 30-31. Declaration of Diane Shearer, PP. 6-7; Paragraphs 24-25; Government Undisputed Fact No. 11.

**GOVERNMENT UNDISPUTED FACT 14.** The Internal Revenue Service Integrated Data Recovery System (IDRS) tracks assessments, abatements, and credits to taxpayers' accounts.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that the Internal Revenue Service integrated data recovery system (IDRS) accurately recites the status of the Shearer's tax liabilities under the Shearers' amended joint income tax returns for 1995 - 1999. Declaration of Diane Shearer, PP. 6-7, Paragraphs 24-25. Declaration of L. Richard Shearer, P. 9, Paragraphs 30-31. Government Undisputed Fact No. 11; Declaration of Yang; Exhibit b: February 27, 2008 Letter, Form 4549, PP. 4 and 6.

**GOVERNMENT UNDISPUTED FACT 15.** The IDRS transcripts show the adjustments to the Shearer's tax liabilities made by Revenue Agent Yang.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that the IDRS transcripts accurately show the adjustments to the Shearers' tax liabilities made by Revenue Agent Yang. Declaration of Diane Shearer, PP. 6-7, Paragraphs 24-25. Declaration of L. Richard Shearer, P. 9, Paragraphs 30-31. Government Undisputed Fact No. 11; Declaration of Yang; Exhibit B: February 27, 2008 Letter, Form 4549, PP. 4 and 6.

**GOVERNMENT UNDISPUTED FACT 16.** The Certificate of Assessments and Payments for each year show the adjustments and credits to the Shearer's tax liabilities for 1995-2001.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that the Certificate of Assessments and Payments for each year show the adjustments and credits to the Shearer's tax liability for 1995 through 2001. Declaration of Diane Shearer, PP. 6-7, Paragraphs 24-25. Declaration of L.

Richard Shearer, P. 9, Paragraphs 30-31. Government Undisputed Fact No. 11; Declaration of Yang; Exhibit B: February 27, 2008 Letter, Form 4549, PP. 4 and 6.

**GOVERNMENT UNDISPUTED FACT 17.** The 2000 and 2001 taxable years do not contain fraud penalties. The tax, penalties, and interest were assessed based on tax returns which were filed by the taxpayers without including a full payment of the tax shown due.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, admit the Government's claim concerning tax years 2000 and 2001 and that the tax penalties and interest were assessed based on tax returns which were filed by the taxpayers without remission of full payment of the tax shown on the filed returns.

**GOVERNMENT UNDISPUTED FACT 18.** The current balance of the Shearers' individual federal tax liabilities for 1995-2001, with interest to September 30, 2014, is shown on the IDRS INSTD transcripts attached to the declaration of Revenue Agent Yang, Ex. J through P.

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's claim that the current balance of the Shearers' individual federal tax liabilities for 1995 through 2001 with interest to September 30, 2014 are accurately shown and recited on the IDRS INSTD transcripts attached to the declaration of Revenue Agent Yang, Ex. J through P. Declaration of Diane Shearer, PP. 6-7, Paragraphs 24-25. Declaration of L. Richard Shearer, P. 9, Paragraphs 30-31. Government Undisputed Fact No. 11; Declaration of Yang; Exhibit B: February 27, 2008 Letter, Form 4549, PP. 4 and 6.

**GOVERNMENT UNDISPUTED FACT 19.** The current balances owed are as follows:

| Tax Period | Exhibit No. | Unpaid Balance as of Sept. 30, 2014 |
|---|---|---|
| 1995 | Ex. J | 128,469.21 |
| 1996 | Ex. K | 54,230.19 |
| 1997 | Ex. L | 83,930.48 |
| 1998 | Ex. M | 90,191.25 |
| 1999 | Ex. N | 14,243.10 |
| 2000 | Ex. O | Credit Balance [2,686.29] |
| 2001 | Ex. P | Zero Balance .00 |
| TOTAL | | 368,377.94 |

**RESPONSE:** Defendants, L. Richard Shearer and Diane Shearer, deny the Government's allegations that the current balances owed are accurately stated for the various taxable years for 1995 through 2001 or that the total amount the Shearers allegedly owe is $368,377.94. Declaration of Diane Shearer, PP. 6-7, Paragraphs 24-25. Declaration of L. Richard Shearer, P. 9, Paragraphs 30-31. Government Undisputed Fact No. 11; Declaration of Yang;

7

| | |
|---|---|
| 1 | Exhibit B: February 27, 2008 Letter, Form 4549, PP. 4 and 6. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | s/Joe Alfred Izen, Jr. |

Joe Alfred Izen, Jr.
TBC # 10443500
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net


s/ Jihad M. Smaili

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., #202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANTS
STANLEY SWENSON, TRUSTEE,
BERRYVALE TRUST,
HOTLUM TRUST AND REGENCY TRUST

S/Matthew Gilmartin

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

s/Shaun Cunningham

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
Email: mrshauncunningham@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the following parties by ECF transmission on the 10th day of November, 2014:

G. Patrick Jennings
US DOJ, Tax Division
P. O. Box 683,
Ben Franklin Station
Washington, D.C.  20044
202.307.6648 TEL
Guy.P.Jennings@usdoj.gov


Evelyn Louise Shearer, Trustee
11075 Benton Street, Apt. 128
Loma Linda, CA  92354

Vernon L. Swenson
Leora Swenson
1045 N. Old Stage Road
Mt. Shasta, CA  96067

/s/ Matthew Gilmartin
_____
Matthew Gilmartin

SHEARER.UCF/TK470