Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
Email: mrshauncunningham@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as<br>Trustee of the EVELYN LOUISE<br>REVOCABLE TRUST; VERNON L.<br>SWENSON; LEORA SWENSON,<br>    Defendants. | Civil No. 2:12-CV-02334 TLN AC |

**ATTORNEY JOE ALFRED IZEN, JR.'S UNOPPOSED MOTION FOR LEAVE TO ATTEND HEARING ON THE GOVERNMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT BY TELEPHONE**

1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW, Joe Alfred Izen, Jr., attorney for Defendants, STANLEY SWENSON, TRUSTEE, BERRYVALE TRUST, HOTLUM TRUST AND REGENCY TRUST, and files this his Unopposed Motion for Leave of this Court to attend the hearing on the Government's Motion for Partial Summary Judgment on November 20, 2014 by telephone and, in support of said motion, would show the Court the following:

1. This Court has scheduled the hearing on the Government's Motion for Partial Summary Judgment for 2:00 p.m. P.S.T. on November 20, 2014.

2. On October 17, 2014 Defendants' counsel Izen, who had been hospitalized for observation from August 21, 2014 through August 24, 2014 due to fever of unknown origin and high blood pressure (190 systolic) underwent surgery at St. Luke's Hospital in Houston, Texas on the bursa of his left arm and elbow which was suspected of harboring an antibiotic resistant micro organism. Izen was placed on a two week offwork order after the surgery.

3. Suspicions concerning the infection that had caused Izen's earlier hospitalization turned out to be true. Izen's blood test from the surgery came back "abnormal" with Coagulant Negative Staphylococcus. Izen met with his Doctor, Todd Siff M.D. on October 31, 2014. The surgical wound had not healed and the stitches were not removed, Izen was placed on a regimen of antibiotics, and Dr. Siff issued another two week "off work" order for Izen. Izen is scheduled to return to the doctor on November 19, 2014, the day before the scheduled hearing. Matthew

Gilmartin, counsel for the Shearer Defendants will be attending the hearing in person.

4. True and correct copies of Izen's proof of admission to the Methodist Hospital in August, 2014 as well as Izen's two off work letters/orders issued by Dr. Siff are attached hereto, marked Exhibits A, B, and C, and are incorporated by reference as evidence.

5. Izen will not be released to go back to work until November 19, 2014 at the earliest.

6. In light of the above, Defendants seek an order from this Court granting counsel Izen leave to attend the hearing on the Government's Motion for Partial Summary Judgment enlargement by telephone.

7. This request of time is sought so that Izen may render effective representation of his client consistent with Izen's medical condition.

WHEREFORE, ABOVE PREMISES CONSIDERED counsel for the trust Defendants prays that this Honorable Court entertain this Motion and, after due consideration of same, that this Court enter its Order: (1) granting counsel Izen leave to attend the hearing on the Government's Motion for Summary Judgment by telephone; and (2) granting counsel Izen such other and further relief, both in law and in equity, to which he may show himself to be justly entitled.

```
                              Respectfully submitted,

                              s/Joe Alfred Izen, Jr.
                              _____
                              Joe Alfred Izen, Jr.
                              TBC # 10443500
                              5222 Spruce Street
                              Bellaire, Texas  77401
                              (713) 668-8815
                              (713) 668-9402 FAX
                              jizen@comcast.net


                              s/ Jihad M. Smaili
                              _____
                              Jihad M. Smaili, Esq.
                              SMAILI & ASSOCIATES, PC
                              Civic Center Plaza Towers
                              600 West Santa Ana Blvd., #202
                              Santa Ana, California 92701
                              (714) 547-4700
                              (714) 547-4710 (f)
                              www.smaililaw.com
                              ATTORNEYS FOR DEFENDANTS
                              STANLEY SWENSON, TRUSTEE,
                              BERRYVALE TRUST,
                              HOTLUM TRUST AND REGENCY TRUST
```

### CERTIFICATE OF CONFERENCE

Mr. Jennings DOES NOT OPPOSE this motion.

```
                              s/Joe Alfred Izen, Jr.
                              _____
                              Joe Alfred Izen, Jr.
```

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the following parties by ECF transmission on the 12th day of November, 2014:

G. Patrick Jennings
US DOJ, Tax Division
P. O. Box 683,
Ben Franklin Station
Washington, D.C.   20044
202.307.6648 TEL
Guy.P.Jennings@usdoj.gov

Evelyn Louise Shearer, Trustee
11075 Benton Street, Apt. 128
Loma Linda, CA   92354

Vernon L. Swenson
Leora Swenson
1045 N. Old Stage Road
Mt. Shasta, CA   96067

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

Shaun Cunningham
Law Office Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
shauncunningham@gmail.com

s/ Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.

SHEARIZEN.M4T/TK470