# EXHIBIT B

BONE & JOINT CLINIC OF HOUSTON, PA • 6624 Fannin 2600, HOUSTON TX 77030-2338

**IZEN, JOE (id #130347, dob: 05/27/1952)**



Pam Potter, MBA
Practice Administrator
www.bjc-houston.com
Fax (713) 790-7500

The Texas Medical Center
6624 Fannin Street
Suite 2600
Houston, Texas 77030
Phone (713) 799-1818

The Woodlands
17198 St Luke's Way
Suite 600
The Woodlands, Texas 77384
Phone (936) 321-8000

Pearland
8619 West Broadway
Suite 105
Pearland, Texas 77584
Phone (832) 736-9779

Memorial City
915 Gessner
Pro-3 – Suite 560
Houston, Texas 77024
Phone (713) 353-5770

Sherwin J. Siff, M.D.
Roy B. Smith, M.D.
William C. Watters III, M.D.
William M. Granberry, M.D.
Thomas D. Greider, M.D.
Walter R. Sassard, M.D.
Todd E. Siff, M.D.
Marc R. Labbé, M.D.
Taylor D. Brown, M.D.
Eric W. Price, M.D.
Kenneth D. Palmer, M.D.
Robert S. Neff, M.D.
David L. Dice, JR., M.D.

## Return to Work / School

**Patient:** Izen, Joe
**DOB:** 05/27/1952
**Address:** 5526 McKnight St
Houston, TX 77035

**Date:** 10/22/2014
**Patient ID:** 130347

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:1182645-H-650]

Note to Patient:

\_\_\_ Was Seen in my office on: _____

_x_ May return to work/school on:   11/3/14

\_\_\_ May Not return to work/school on: _____

\_\_\_ Work limitations: _____

\_\_\_ May Not participate in physical education:_____

\_\_\_ May return to physical education: _____

\_\_\_ Limitations for physical education: _____

\_\_\_ May Not participate in jury duty:_____

*Todd E. Siff* (signature)

Electronically Signed by: TODD E. SIFF, MD

BONE & JOINT CLINIC OF HOUSTON, PA                                        Izen, Joe (ID: 130347), DOB: 05/27/1952