# EXHIBIT C

BONE & JOINT CLINIC OF HOUSTON, PA • 6624 Fannin 2600, HOUSTON TX 77030-2338

IZEN, JOE (id #130347, dob: 05/27/1952)



Pam Potter, MBA
Practice Administrator
www.bjc-houston.com
Fax (713) 790-7500

The Texas Medical Center
6624 Fannin Street
Suite 2600
Houston, Texas 77030
Phone (713) 790-1818

The Woodlands
17198 St Luke's Way
Suite 600
The Woodlands, Texas 77384
Phone (936) 321-8000

Pearland
8619 West Broadway
Suite 105
Pearland, Texas 77584
Phone (832) 736-9779

Memorial City
915 Gessner
Pro-3 – Suite 560
Houston, Texas 77024
Phone (713) 353-5770

Sherwin J. Siff, M.D.
Roy B. Smith, M.D.
William C. Watters III, M.D.
William M. Granberry, M.D.
Thomas D. Greider, M.D.
Walter R. Sassard, M.D.
Todd E. Siff, M.D.
Marc R. Labbé, M.D.
Taylor D. Brown, M.D.
Eric W. Price, M.D.
Kenneth D. Palmer, M.D.
Robert S. Neff, M.D.
David L. Dice, JR., M.D.

Date: 10/31/2014
RE: Joe Izen, DOB: 05/27/1952, PT ID #130347

To Whom It May Concern,

I saw Joe Izen in the office today for follow-up. Please allow him to be off of work for an additional 2 weeks - he will be re-evaluated in my office in 2 weeks and his sutures will be removed at that time.

Sincerely,

Electronically Signed by: TODD E. SIFF, MD

BONE & JOINT CLINIC OF HOUSTON, PA                    Izen, Joe (ID: 130347), DOB: 05/27/1952