Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
Email: mrshauncunningham@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br>     Plaintiff, § <br> § <br> V. § <br> § <br> L. RICHARD SHEARER; § <br> DIANE SHEARER; § <br> STANLEY SWENSON as Trustee of § <br> the HOTLUM TRUST, BERRYVALE § <br> TRUST, and REGENCY TRUST; § <br> CARL S. WILSON; CAROL WILSON; § <br> EVELYN LOUISE SHEARER, as § <br> Trustee of the EVELYN LOUISE § <br> REVOCABLE TRUST; VERNON L. § <br> SWENSON; LEORA SWENSON, § <br>     Defendants. § | Civil No. 2:12-CV-02334 TLN AC |

<u>ORDER ON</u>
<u>ATTORNEY JOE ALFRED IZEN, JR.'S UNOPPOSED MOTION FOR LEAVE</u>
<u>TO ATTEND HEARING ON THE GOVERNMENT'S MOTION FOR PARTIAL</u>
<u>SUMMARY JUDGMENT BY TELEPHONE</u>

BEFORE the Court on this the _____ day of November, 2014 came on to be heard the Unopposed Motion of Joe Alfred Izen, Jr. for leave to appear by telephone at the hearing on the Government's Motion for Partial Summary Judgment scheduled for November 20, 2014 at 2:00 p.m. P.S.T. and the Court, after due consideration, is of the opinion that relief should be granted. It is therefore;

ORDERED that Joe Alfred Izen, Jr. IS GRANTED LEAVE to attend the hearing on the Government's Motion for Partial Summary Judgment scheduled for November 20, 2014 at 2:00 p.m. P.S.T. by telephone.

SIGNED on this the ____ day of November, 2014.

_____
JUDGE PRESIDING