1  Matthew Gilmartin
2  Matthew Gilmartin, Attorney at Law, LLC
3  Ohio Sup. Ct. No. 0024683
4  P.O. Box 939
5  North Olmsted, OH  44070
6  Tel:  (440) 749-8630
7  Fax: (440) 398-0179
8  Email: matt7g@att.net
9  Attorney for L. Richard and Diane Shearer
10
11
12              IN THE UNITED STATES DISTRICT COURT
13           FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15  UNITED STATES OF AMERICA   :      CASE NO.12-CV-02334
16                                          :
17       Plaintiff,                         :      JUDGE TROY NUNLEY
18                                          :
19  vs.                                     :      AMENDED ANSWER OF L.
20                                          :      RICHARD AND DIANE
21  L. RICHARD SHEARER, et al.,   :      SHEARER TO THE AMENDED
22                                          :      COMPLAINT
23       Defendants.                    :
24

25       Now come the Defendants, L. Richard and Diane Shearer, by the

26  through counsel, and for their Joint Answer to the Plaintiff's Amended

27  Complaint filed on October 16, 2012, state and say upon information and

28  belief the following:

29       1.      These Defendants deny for want of knowledge the

30           allegations contained in paragraphs 1 to 4 of the Amended

31           Complaint.

2.      These Defendants admit the allegations contained in paragraph 5 of the Amended Complaint.

3.      These Defendants admit the allegations contained in paragraphs 6 to 8 of the Amended Complaint.

4.      These Defendants deny for want of knowledge the allegations contained in paragraphs 9 to 11 of the Amended Complaint.

5.      These Defendants admit the allegations contained in paragraphs 12 to 13 of the Amended Complaint.

6.      These Defendants deny the allegations contained in paragraph 14 of the Amended Complaint.

7.      These Defendants admit the allegations contained in paragraphs 15 to 16 of the Amended Complaint.

8.      These Defendants deny the allegations contained in paragraph 17 of the Amended Complaint.

9.      These Defendants admit the allegations contained in paragraphs 18 to 19 of the Amended Complaint.

10.      These Defendants deny the allegations contained in paragraph 20 of the Amended Complaint.

11.     These Defendants admit the allegations contained in paragraphs 21 to 22 of the Amended Complaint.

12.     These Defendants deny the allegations contained in paragraph 23 of the Amended Complaint.

13.     These Defendants deny the allegations contained in paragraph 24 of the Amended Complaint.

14.     These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 13 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

15.     These Defendants deny each and every allegation contained in paragraph 26 of the Amended Complaint.

16.     These Defendants admit they filed Forms 1040 for all years at issue herein.  These Defendants deny the remaining allegations contained in paragraph 27 of the Amended Complaint.

17.     These Defendants deny the allegations contained in paragraphs 28 to 31 of the Amended Complaint.

18.     These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 17 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

19.     These Defendants deny the allegations contained in paragraphs 33 to 38 of the Amended Complaint.

20.     These Defendants restate and re-aver each and every statement contained in paragraphs 1 to 19 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

21.     These Defendants deny the allegations contained in paragraphs 40 to 47 of the Amended Complaint.

22.     These Defendants restate and re-aver each of every statement contained in paragraphs 1 to 21 of this Joint Answer to the Plaintiff's Amended Complaint as if fully rewritten.

23.     These Defendants deny the allegations contained in paragraphs 49 to 50 of the Amended Complaint.

**FIRST AFFIRMATIVE DEFENSE**

24.     The Amended Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

25.     The Defendants, L. Richard and Diane Shearer, conveyed to and received valuable, valid consideration from Stanley Swenson, Trustee of the Hotlum Trust, Berryvale Trust and the Regency for the subject real estate properties.

4

1

2

## THIRD AFFIRMATIVE DEFENSE

26.    The Plaintiff's claim are barred by the three and six-year

statute of limitations against additional tax assessments under

the Internal Revenue Code and the statutes of limitations on

allegedly fraudulent conveyances and other actions under the

laws of the State of California and/or the Federal Fraudulent

Conveyances Act of the United States of America.

## FOURTH AFFIRMATIVE DEFENSE

27.    All taxes for the applicable years were paid in full by

these Defendants in accordance with Forms prepared by the

Internal Revenue Service on Forms 4549 and 886-A.  Copies

of these forms are appended hereto as Exhibit "A."

## FIFTH AFFIRMATIVE DEFENSE

28.    Some, if not all of the claims of the United States of

America against the Defendants L. Richard Shearer and Diane

Shearer are barred by release.

WHEREFORE THE Defendants L. Richard Shearer and

Diane Shearer ask that this Honorable Court deny the Plaintiff

5

1    United States of America's claim against them at the Plaintiff's

2    costs, and award them reasonable attorney fees for defending

3    this action.

4

5                              Respectfully submitted,

6                              */s/Matthew Gilmartin*
7                              MATTHEW GILMARTIN
8                              (0024683)
9                              P.O. Box 939
10                             North Olmsted, OH  44070
11                             (440) 479-8630
12                             (440) 398-0179
13                             Email:  matt7g@att.net
14
15                             Attorney for Defendants
16                             L. Richard Shearer &
17                             Diane Shearer
18

19

1

2                          <u>Certificate of Service</u>

3         I certify that a copy of the foregoing Motion for Leave to Amend Joint

4  Answer was served upon the following parties or their legal counsel either

5  by U.S. Mail or via the Court's Electronic Service System this 21th day of

6  October, 2014:

7              G. Patrick Jennings
8              Guy.p.jennings@usdoj.gov
9
10             Joe Alfred Izen, Jr., Esq.
11
12             Jihad Smaili, Esq.
13
14             Shawn Cunningham, Esq.
15
16             Evelyn Louise Shearer
17             1107 Benton Street, #128
18             Loma Linda, CA  92354
19
20             Leora Swenson
21             Stanley Swenson
22             1045 N. Old Stage Rd.
23             Mt. Shasta, CA  96067
24
25             and
26
27             Carl S. Wilson
28             Carol Wilson
29             105 Saradan Ln.
30             Grants Pass, OR  97527
31
32                              */s/Matthew Gilmartin*
33                              Matthew Gilmartin
34