CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

Benjamin B. Wagner
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | |
|---|---|
| Plaintiff, | Civil No.  2:12-CV-02334 TLN AC |
| v. | |
| L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST; et al.; | **JOINT STATUS REPORT** |
| Defendants. | |

The Shearers, the defendant trusts, and the United States, being all active parties to this action, submit their joint status report as follows.

1.  **Brief Summary of Claims**

This is a civil action brought by the United States of America (a) to reduce to judgment federal tax assessments against L. Richard Shearer and Diane Shearer

("taxpayers") for the taxable years ending December 31, 1995 through 2001; (b) to adjudicate whether or not Hotlum Trust, Berryvale Trust, and Regency Trust are the nominees, alter egos, and fraudulent transferees of the taxpayers; (c) to adjudicate that Hotlum Trust, Berryvale Trust, and Regency Trust (the "Trusts") are sham trusts; and (d) to foreclose federal tax liens against certain real property in Siskiyou County, California.

2. **Procedural History**

On September 11, 2012, the United States filed a complaint to commence this action. On October 16, 2012, the United States filed an amended complaint which included the foreclosure count. Defendants Evelyn Shearer and Carl Wilson disclaimed any interest in the property at issue. After discovery, on August 18, 2014, the United States filed a motion for summary judgment with respect to the count to reduce assessments to judgment. The Shearers responded with a motion to amend their answer and add defenses. On March 16, 2015, the Court granted the Shearers' motion to amend and denied the United States motion for summary judgment as moot.

3. **Proposed Schedule**

The parties agree and request a schedule as follows:

| | |
|---|---|
| January 15, 2016 | Last day to refile dispositive motions. |
| January 30, 2016 | Last day to complete discovery, if any. |
| March _____, 2016 | Final Pretrial Conference (at convenience of Court) |
| May _____, 2016 | Trial on remaining issues (at convenience of Court) |

2

13120147.1

|    |                              |                                                                 |
|----|------------------------------|-----------------------------------------------------------------|
| 1  |                              | CAROLINE D. CIRAOLO                                             |
| 2  |                              | Acting Assistant Attorney General                               |
| 3  | Date: September 30, 2015     | /s/ *G. Patrick Jennings*                                       |
| 4  |                              | G. PATRICK JENNINGS                                             |
|    |                              | Trial Attorney, Tax Division                                    |
| 5  |                              | U.S. Department of Justice                                      |
| 6  |                              |                                                                 |
| 7  | Date: September 28, 2015     | /s/ *Matthew Gilmartin*                                         |
| 8  |                              | MATTHEW GILMARTIN, Ohio Bar #024683                             |
|    |                              | Matthew Gilmartin, Attorney at Law, LLC                         |
| 9  |                              | 9267 Basswood Dr.                                               |
| 10 |                              | Olmsted Falls, OH 44138                                         |
| 11 |                              | Attorney for L. Richard Shearer and Diane Shearer               |
| 12 |                              |                                                                 |
| 13 | Date: September 29, 2015     | /s/ *Alfred Joe Izen, Jr*                                       |
| 14 |                              | ALFRED JOE IZEN, Jr                                             |
|    |                              | Attorney at Law                                                 |
| 15 |                              | 5222 Spruce Street                                              |
| 16 |                              | Bellaire, TX 77401                                              |
| 17 |                              | Attorney for Stanley Swenson as Trustee of the                  |
| 18 |                              | Hotlum Trust, the Berryvale Trust and the Regency Trust         |

3

13120147.1