CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>     v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; et al.;<br><br>             Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**NOTICE OF MOTION AND UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   June 2, 2016<br>Time:   2:00 p.m.<br>Court:  2, Fifteenth Floor<br>Judge:  Hon. Troy L. Nunley |

PLEASE TAKE NOTICE THAT the United States of America will bring the above-named motion on for hearing before the Honorable Troy L. Nunley, United States District Judge, in Courtroom 2 on the 15th floor of the United States Courthouse at 501 I Street, Sacramento, California, on June 2, 2016, at 2:00 p.m., or as soon thereafter as counsel may be heard.

1

13734139.1

The United States previously filed a motion for partial summary judgment (ECF 37, et seq.) on issues relating to tax determination and current balance.  The Court permitted the defendants L. Richard Shearer and Diane Shearer to file an amended answer adding an affirmative defense.  The United States here renews its motion and adds argument against the affirmative defense of the statute of limitations.

L. Richard Shearer and Diane Shearer ("taxpayers") failed to fully pay tax, penalties, and interest on liabilities they reported on amended federal individual income tax returns. In this motion, the United States seeks only an adjudication of the tax, interest, and fraud penalty liabilities, and that the statute of limitations does not bar this action.  The issues of whether trusts continue to hold the Shearers' property as nominees, alter egos, or fraudulent transferees, and whether the United States may enforce the judgment against the properties, are reserved for trial.

This motion is supported by the pleadings and papers filed herein, the United States' memorandum of points and authorities in support of this second motion, and the declarations of G. Patrick Jennings, and Revenue Agent Nancy Yang, previously filed at Docket No. 37, 38, 39, 40, and 41.

WHEREFORE, the United States respectfully requests that the Court enter an order granting this motion for partial summary judgment.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

Date: March 28, 2016            /s/ G. Patrick Jennings
                                G. PATRICK JENNINGS
                                Trial Attorney, Tax Division
                                U.S. Department of Justice

13734139.1