MATTHEW GILMARTIN
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Tel: (440) 479-8630
Fax: (440) 398-0179
Email: matt7g@att.net

*Counsel for Defendants, L. Richard Shearer*
*and Diane Shearer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:12-CV-02334 |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION AND** |
| | : | **DEFENDANTS L. RICHARD** |
| | : | **& DIANE SHEARER'S** |
| vs. | : | **MOTION FOR SUMMARY** |
| | : | **JUDGMENT** |
| | : | |
| L. RICHARD SHEARER, et al., | : | Date: June 2, 2016 |
| | : | Time: 2:00 p.m. |
| Defendants. | : | Court: 2, Fifteenth Floor |
| | : | Judge: Hon. Troy L. Nunley |

PLEASE TAKE NOTICE THAT L. Richard and Diane Shearer will bring the above-named motion on for hearing before the Honorable Troy L. Nunley, United States District Judge, in Courtroom 2 on the 15th floor of the United States Courthouse at 501 I Street, Sacramento, CA on June 2, 2016 at 2:00 p.m., or as soon thereafter as counsel may be heard.

The United States has previously filed two Motions for Partial Summary Judgment (ECF 37, ECF 65, et seq.) on issues relating to tax determination and current balance of taxes due. The second Motion adds argument against the affirmative defense of Statute of Limitations which was included in the Defendants' Amended Answer filed with leave of court. These Defendants

have been granted to May 19th, 2016 to respond to the government's Second Motion for Summary Judgment per Loc. R. 230(c).

This Motion seeks a determination by this Honorable Court that it lacks subject matter jurisdiction over this matter, and that such jurisdiction rests solely with the United States Tax Court.  This Motion is supported by the pleadings and papers filed herein, the Defendants' memorandum of points and authorities in support of this motion, the government's statement of undisputed facts (Docket no. 37-2), the Defendants' statement of denied and admitted facts (Docket no. 53), and the declarations of L. Richard Shearer, Diane Shearer, and Revenue Agent Nancy Yang, previously filed at Docket nos. 54, 55, 37-3, 39 & 40.   Further support for this motion (Examining Officer's Activity Record) is attached hereto, verified pursuant to Fed. R. Civ. P. 56, and is hereby incorporated herein as if fully rewritten.

WHEREFORE, L. Richard Shearer and Diane Shearer respectfully request that the Court enter an order granting this motion for summary judgment in the above-captioned matter.

                                    Respectfully submitted,

Date:   May 5, 2016                  */s/ Matthew Gilmartin*_____
                                        Matthew Gilmartin (0024683)
                                        Matthew Gilmartin, Attorney at Law, LLC
                                        P.O. Box 939
                                        North Olmsted, OH  44070
                                        (440) 479-8630