Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Tel: (440) 479-8630
Fax: (440) 398-0179
Email: matt7g@att.net


*Counsel for Defendants, L. Richard Shearer*
*and Diane Shearer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:12-CV-02334 |
| | : | |
| Plaintiff, - | : | |
| | : | DECLARATION OF MATTHEW |
| | : | GILMARTIN |
| vs. | : | |
| | : | |
| | : | |
| L. RICHARD SHEARER, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

I, Matthew Gilmartin, declare and state as follows:

1. I am over the age of eighteen, and am fully competent to make this Declaration.

2. I have personal knowledge of the facts contained in this Declaration.

3. I am counsel of record for the Defendants, L. Richard Shearer and Diane Shearer in this matter.

4. During the course of this litigation, I have received discovery from counsel for the Plaintiff.

5. I verify that the copies of documents appended hereto, and incorporated herein as if fully rewritten, as Exhibit "1" are true and accurate copies of those documents.

6. I have read the foregoing Declaration and I declare under penalty of perjury that all of the above statements are true and correct and within my own personal knowledge.

DATED: May 5, 2016

*[signature]*
Matthew Gilmartin, Declarant

# Exhibit 1

| **Examining Officer's Activity Record** | Examining Officer<br>Yang, Nancy X | Date assigned/Opened<br>01/28/08 |
|---|---|---|
| Taxpayer name and address (Use the preprinted label if possible)<br><br>Shearer, L Richard & Diane<br><br>717 Michelle Drive<br>Mt. Shasta,, CA 96067<br><br>Business name and address | Taxpayer's Representative name and address | |
| Residence telephone number ( ) | Representative has ("x proper box)<br>☐ Power of Attorney   ☐ Taxpayer Authorization | |
| Business telephone number ( ) | Representative's telephone number ( ) | |
| Fax telephone number ( ) | Fax telephone number ( ) | |

### Contacts and Activities

| Date (mmddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| 1/24/08 | | | | Received email instructions on how to work on the case which is to prepare a RAR to abate tax and interest on previous Statutory notice of deficiency. |
| 1/28/08 | O | 4 | 8 | Reviewed the Amended returns and original returns. Reviewed the RAR with Statutory Notice of deficiency. Reviewed the IRM 4.13.4 Audit Recon and Workpaper explaining the adjustments.. Reviewed the 1995 to 1999 TXMODAs. Conducted IDRS research. Printed out AMDIS and IMFOLT for 1995 to 1999.<br>Worked on the 1995 RAR.<br>Emailed to GM for 1995 adjusted RAR. |
| 1/29/08 | O | 4 | 8 | Worked on the 1996 RAR. |
| 1/30/08 | O | 4 | 8 | Worked on the 1997 RAR. |
| 1/31/08 | O | 4 | 8 | Worked on the 1998 RAR. |
| 02/01/08 | O | 4 | 8 | Worked on the 1999 RAR. Combined the 5 year together and Run the RAR. Emailed the final RAR to GM and explained the errors on Amended returns. RA asked GM for any workpapers for this case. GM emailed back for some workpaper RA should do. See emailed on February 1, 2008. |
| 2/8/08 | O | 4 | 1 | RA met GM in Redwood City for 4502 review. RA explained to Gm how RA determined the adjustments on RAR. GM requested RA to update the explanation of adjustment on RAR. |
| 2/15/08 | O | 4 | 8 | Wrote explanation of adjustments on RAR. Issues adjustments workppaper. Form 5344. Form 3198. Emailed to GM about the Disposal code on Form 5344. GM emailed back to RA about previous Revenue Officer Greg Gillen. |
| 02/19/08 | O | 4 | 4 | Completed The Form 5344 and printed out. Assembled the case files. Completed the Form 3198. |
| 02/19/08 | | | | Case closed to GM. |

CONT = Type of Contact   1. Field Visit   2. Telephone   3. Correspondence   4. Other (explain in remarks)
LOC – Location of Activity   T = Taxpayer Residence/ Business   R = Representative Office   O = Other (explain in remarks)   **Workpaper#: 100-1.1**

Form **9984** (Rev. 8-2005)     Catalog Number 92068W     publish.no.irs.gov     Department of the Treasury – **Internal Revenue Service**

IRS04808

| Date (mmddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| 3/7/08 | | | | R Gee - received case file from R/A. |
| 3/11/08 | | | | R Gee - reviewed case file. |
| 3/13/08 | | | | R Gee - completed review of case file. Forwarded case file to group secretary for closure on ERCS - Disposal code 12. Case file to be forwarded to Memphis case processing for storage |
| 3/13/08 | | | | A. CAPIZZI - Closed case off ERCS Disposal Code 12, sent case to Memphis CCP via UPS overnight mail. |

CONT = Type of Contact  1. Field Visit  2. Telephone  3. Correspondence  4. Other (explain in remarks)
LOC – Location of Activity  T = Taxpayer Residence/Business  R = Representative Office  O = Other (explain in remarks)   **Workpaper#: 100-1.2**

Form **9984** (Rev. 8-2005)   Catalog Number 92068W   publish.no.irs.gov   Department of the Treasury – Internal Revenue Service

IRS04809

Taxpayer Name: L. Richard & Diane Shearer    Examiner: Nancy Yang
TIN: 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
Tax Form: 1040                                Date: 2/15/08
Tax Year: 1995, 1996, 1997, 1998, 1999

### Form 1040 – Sch D: Long Term Capital loss Carryover Workpaper

| Tax Period | Per Return | Per Exam | Adjustment | Workpaper Reference |
|---|---|---|---|---|
| 199512 | 0 | 0 | 0 | Amended return. |
| 199912 | -582 | 0 | 582 | Amended return |
| | | | | |

**Issue:** To determine whether TP has correctly report Capital gain or loss on the returns.

**Facts:** TP filed amended returns. RA's starting point of adjustment is from statutory notice of RAR, make any adjustments to match what is on the amend return.

Per 1995 amended return, $4,220 capital Gain has been considered on statutory notice RAR, no adjustment was allowed on amended return again.

Per 1999 amended return, TP has used up all the LTCL carryover, $582 LTCL carryover is disallowed.

**Laws:** IRC section. 1211, 1212, 1221, 1222

**Procedures:**

1. Reviewed the amended returns
2. Reviewed the statutory notice RAR and attached explanation of items.

**Conclusions:**

Per IRC section 1211 & 1212 and amended return filed by Taxpayer, $582 LTCL carryover is disallowed.

Rev. 1/2004                                    Workpaper #:   -1
Error! Not a valid link.
                                                                    500-10

IRS04813

**Department of the Treasury**
**Internal Revenue Service**

Form:
1040
Original Tax Amount:
180,539; 182,711; 238,647; 249,007; 195,362
Tax Year(s):

Taxpayer Identification Number:
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

Date: February 27, 2008

Person to Contact:
Nancy Yang

L. Richard & Diane Shearer
717 Michelle Drive
Mount Shasta, CA 96067

Contact Identification Number:
77-02566
Telephone Number:
650-298-0434 ext124
Fax Telephone Number:
650-298-0445

Dear L. Richard & Diane Shearer:

We've finished looking at the information you sent us and we've made a decision about your audit reconsideration for the year(s) shown above.

We've decided to reduce the amount that you owe to $ See Form 4549 . This amount does not include penalties we've charged to your account, nor any interest that has accrued. The attached Form 4549, *Income Tax Examination Changes* and Form 886-A, *Explanation of Items* shows what we changed. You don't have to sign and return Form 4549 to us because we reduced the original amount owed.

If you agree with our decision please pay the amount due now. You can make arrangements to set up a payment plan if you're unable to pay the amount in full now. Our Publication 594, *The IRS Collection Process*, has complete information about what to do when you receive a tax bill. It also has further information about making monthly payments through an installment agreement. We're enclosing a copy of the publication with this letter for your convenience.

You can ask for a meeting should you disagree with our decision. You can officially request an appeals conference by filing a small case request or a formal written protest (which one you file depends on the amount we show that you owe). Publication 5, *Your Appeal Rights and How to Prepare a Protest If you Don't Agree*, describes how to request an appeals conference. You need to send us your request within 30 calendar days of this letter's date.

You can also contest our decision without an Appeals conference. In order to do this, however, you have to pay the full amount due and file a claim with the IRS. You must file your claim within three years from the date you filed your federal income tax return or two years from the date you paid the tax, whichever date is later. If you do nothing, we have to take action to collect the tax.

Letter 2737(DO) (9-2000)
Catalog Number 30801H

IRS04830

Please contact the person whose name appears at the top of this letter with any questions you may have.

Thank you for your cooperation.

                                    Sincerely yours,

                                    Nancy X. Yang
                                    Internal Revenue Agent

Enclosures:
Publication 5, Your Appeal Rights and How to Prepare a Protest If you Don't Agree
Publication 594, The IRS Collection Process
Form 4549, Income Tax Examination Changes
Form 886-A, Explanation of Items

**Letter 2737(DO) (9-2000)**
Catalog Number 30801H

IRS04831

**Yang Nancy X**

**From:** Gee Robert J
**Sent:** Friday, February 01, 2008 12:44 PM
**To:** Yang Nancy X
**Subject:** RE: RAR for TP-Shearer, L. Richard and Diane

Nancy,

Thanks for taking care of this. I'll review it today. Good question on whether workpapers are needed. Let's skip the mandatory leadsheets and have just the following in the case file:

✓ 4318
✓ Case Activity Sheet
✓ Copies of stat notices
✓ Copies of original tax returns
✓ Transcripts
✓ Final RARs
✓ Form 5344
  Workpaper explaining how the case originated- I will take care of that
✓ Form 3198s
✓ The only workpaper you need to create is one that describes what you did for each year and that per the manager, no additional workpapers are needed.

---

**From:** Yang Nancy X
**Sent:** Friday, February 01, 2008 12:16 PM
**To:** Gee Robert J
**Subject:** RAR for TP-Shearer, L. Richard and Diane

Robert,

I have finished RAR for Shearer case.

When I prepare the RAR, I noticed that TP filed the amended return manually through a Speadsheet not thru a tax software like Lacert. TP manually adds the amened items together to get Net Change on AGI. But, some of the items like LTCL carryover and capital Gain are not correctly computed due to $3000 limitation. Also, some of SE AGI adjustments are not right. TP always include the 1/2 of SE tax which has been deducted on the original return on the AGI Net Change computation. There are errors on Itemized deduction computation due to AGI limitaion on Charitable Contributions in 1997 and 1998 Amended return. There is a tax computaion error in 1997 Amended return. Etc.

Because of above errors, Corrected Taxable Income and Total Corrected Tax Liabilty on RAR will be slightly different from those on Amended returns. RAR and Amended Return differences appear on 1995, 1997 and 1998 returns. 1996 and 1999 Corrected Taxable income and Corrected tax liability on RAR exactly match what is on the amended return.

Question: Do I need to do any workpaper for this case?

Nancy X. Yang
Revenue Agent
700 Jefferson Avenue, 2nd Floor

2/19/2008

IRS04890

Redwood City, CA 94063
Tel: 650-298-0434 Ext 124
Fax: 650-298-0445

2/19/2008

IRS04891

# Yang Nancy X

**From:** Gee Robert J
**Sent:** Tuesday, January 29, 2008 1:59 PM
**To:** Yang Nancy X
**Subject:** RE: One More Assignment

Nancy,

I got your voice message. I have to head to Oakland right now to drop off a 2/3/08 statute case. Good work on catching the errors on the amended returns. Based on what you say below, please continue with the 1996-1999 years. Do check the IDRS transcripts to determine the amount of tax assessed both on the original returns, TC290 and the TC 300 due to the stat notice defaulting.

---

**From:** Yang Nancy X
**Sent:** Tuesday, January 29, 2008 1:36 PM
**To:** Gee Robert J
**Subject:** RE: One More Assignment

Robert,

Here is the RAR I had run per your email below.

For 1995,

Line 4 of RAR (Corrected Taxable Income)$103,497 is slightly different from Amended return Taxable income of $96,793. The reason is that TP made some error on amended return:

1) When computing Net Change of AGI, Cappital gain of $4220 won't increase AGI, it only reduce Net capital lossof $16,802. Because Sch D has a net capital loss of $16,802.

2) $4220 Capital loss from 1994 won't affect AGI, It increases Net LTCL.

3) $3000 Capital loss annual deduction should not be deducted again because it has been deducted on original return already.

4) TP overdeducted one-half of SE tax in computing AGI: 1/2 of SE tax is $5456. TP has deducted on orginal reutrn $2826. ONly $2631 additional should be deducted on Amended return which reduce AGI.

Because of above error, The total AGI Net Change difference on amended return is $5826 ($3000+2826). the correct AGI (Net Change) or increase should be $84,777 instead of $78,952 on amended return. The correct T/I on amended return should be $103,497 as shown on RAR, line 4, not $96,793 on amended return. The correct tax on amended return should be $35,100, plus $2477 IRA tax, the total correct tax on amended return should be $37,577 as shown on RAR line 11.

I'm continuing to work on 1996 to 1999. When it's done, I will email to you for review.

Nancy X. Yang
Revenue Agent
700 Jefferson Avenue, 2nd Floor

2/19/2008

IRS04892

Redwood City, CA 94063
Tel: 650-298-0434 Ext 124
Fax: 650-298-0445

---

**From:** Gee Robert J
**Sent:** Monday, January 28, 2008 7:22 PM
**To:** Yang Nancy X
**Subject:** FW: One More Assignment

Nancy,

The starting point for preparing all of these RARs is the corrected taxable income and corrected tax liability as shown on the stat notices (which should be reconciled to the TC 300 postings shown on the transcripts). The objective on the new RARs you'll prepare is to make the necessary adjustments to reduce corrected taxable income so that the new corrected taxable income and corrected tax liability matches what is on the amended returns.

For 1995:

In preparing this RAR, Line 3 (Taxable Income Per Return or As Previously Adjusted) should equal the Corrected Taxable Income as shown on Line 4 of the statutory notice RAR.

The Adjustments in Line 1 should reduce the previous taxable income to equal what the correct taxable income should be as shown on the amended return.

Line 12 of the new RAR- Total Tax Shown On Return Or As Previously Adjusted should be the amount of Corrected Tax Liability shown on the stat notice at Line 11.

Line 14 should be ($147,463). The short computation to this is: TC 300 of $180,539 shown on the stat notice and on IDRS less the correct tax shown on the amended return of $33,076.

Please give me a call tomorrow to discuss further. Thanks again for taking care of this.

---

**From:** Yang Nancy X
**Sent:** Monday, January 28, 2008 5:14 PM
**To:** Gee Robert J
**Subject:** FW: One More Assignment

Robert,

I think I had figured out how to present abatement of tax on RAR and also the fraud penalty on RAR. See attached RAR for 1995 only. Let me know that's the RAR should look like

Nancy X. Yang
Revenue Agent
700 Jefferson Avenue, 2nd Floor
Redwood City, CA 94063
Tel: 650-298-0434 Ext 124
Fax: 650-298-0445

2/19/2008

IRS04893

**From:** Yang Nancy X
**Sent:** Monday, January 28, 2008 4:35 PM
**To:** Gee Robert J
**Subject:** RE: One More Assignment

Robert,

I got questions on this assignment. Per your instructions, I have prepared a RAR based on Amended return. On line 12 of RAR, Total Tax Shown on Return or as Previously adjusted, Do you want me input the $180,539(for 1995) tax deficiency amont already assessed by Statutory Notice, so TP can get an abatement of tax or just input the amount from Amended return?

Nancy X. Yang
Revenue Agent
700 Jefferson Avenue, 2nd Floor
Redwood City, CA 94063
Tel: 650-298-0434 Ext 124
Fax: 650-298-0445

---

**From:** Gee Robert J
**Sent:** Thursday, January 24, 2008 10:32 AM
**To:** Yang Nancy X
**Cc:** Gee Robert J
**Subject:** One More Assignment

Nancy,

I have one more assignment I need you to work on which I want you to work on after the Lewis case.

This case involves a TP doctor who got involved with an abusive trust scheme from 1995 through 1999. He essentially shifted his business income to multiple trusts and ended up paying very little tax. On 1/7/02, the TP pled guilty to 1 count of conspiracy and 15 counts of subscribing to a false return. He served 24-30 months in prison and as part of his conditions for release, he had to cooperate with the IRS in the determination and payment of taxes.

Prior to October of 2003, an agent from our Redding office audited him for 1995-1999 and put all the income back on his 1040 but didn't allow any expenses for his business, etc. Stat notices were issued and the TP defaulted and the tax and penalties got assessed.

After the assessments were made, Revenue Officer Greg Gillen was assigned to seek payment.

On November 15, 2006, the TPs filed amended returns for 1995-1999 seeking an audit reconsideration to abate the excessive amounts of tax from the stat notice. Revenue Officer Greg Gillen and another revenue agent in the Redding office have reviewed his amended returns and agree with the TP's figures. We now need to abate the excessive amount of tax and fraud penalties for each year.

I will need your assistance in preparing RARs that will match the tax shown on the amended

2/19/2008

IRS04894

returns. This will not result in a refund, but rather an abatement of previously assessed tax. In order for you to do this task, I will send you via UPS overnight mail the various materials you'll need to prepare the RARs. These will include:

1. IRM 4.13.4 - Audit Reconsideration - Area Office Examinations
2. 1995-1999 original tax returns.
3. 1995-1999 workpaper explaining adjustments
4. 1995-1999 statutory notice
5. 1995-1999 amended returns
6. 1995-1999 TXMODAs

I will prepare Forms 5345 for 1995-1999 for this TP. Your efforts will result in the group getting credit for closing 5 tax years.

Things to watch out for:
1. For 1995, the service center made an additional adjustment for an IRA tax on premature distribution. The stat notice that was issued takes this into account in the revised tax as well as the TP's amended return. .

2. For 1996, the tax and fraud penalties assessed are slightly lower than what is shown on the stat notice. At this time, I can't determine why the Campus assessed a lower amount unless there was a calculation error they found on the stat notice.

3. For 1999, the service center made an additional assessment which was taken into account in the revised tax shown on the stat notice. There's no correspondence in the audit file to determine what that adjustment was. However, the TP's amended return also reflects the revised tax due to the service center adjustment.

Robert J. Gee
SBSE Supervisory Revenue Agent
Abusive Tax Avoidance Transactions Group
450 Golden Gate Avenue
San Francisco, CA 94102
Office: 415.522.6119
Fax: 415.522.6277
Cell: 415.902.9058

2/19/2008

# THIS SECTION CONTAINS:

## (1) COPIES OF THE STATUTORY NOTICE ISSUED TO THE TPS FOR 1995 THROUGH 1999 AND

## (2) THE 886A EXPLANATION OF ADJUSTMENTS FROM THE ORIGINAL CASE FILE

Internal Revenue Service                                   Department of the Treasury

Date:                                                      Taxpayer Identification Number:
OCT 1 5 2003                                               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
                                                           Tax Year Ended and Deficiency:
                                                           * See Below
Richard Shearer Aka L. Richard Shearer                     Person to Contact:
Diane Shearer                                              Leonard Antonio
Inmate #12674-097, Federal Prison Camp, PO BOX 6000        ID # 94-09515
Sheridan, OR 97378-6000                                    Contact Telephone Number:
                                                           (510) 637-2590 (Not Toll Free)
                                                           Last Day to File a Petition With the
                                                           United States Tax Court:
                                                           JAN 1 3 2004

| *Tax Year Ended | Deficiency: Increase in tax | Penalty Section(s) 6663 |
|---|---|---|
| December 31, 1999 | $195,362.00 | $146,246.25 |
| December 31, 1998 | $249,007.00 | $186,750.00 |
| December 31, 1997 | $238,647.00 | $178,985.25 |
| December 31, 1996 | $182,711.00 | $137,033.25 |
| December 31, 1995 | $180,539.00 | $135,404.25 |

Dear Taxpayers:            **NOTICE OF DEFICIENCY**

    We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured

    If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below:

                      United States Tax Court
                      400 Second Street, NW
                      Washington, DC 20217

    The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less. If you intend to file a petition for multiple tax years, then the amount in dispute for each of the tax years must be $50,000 or less in order to use this procedure. You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court. If you use this procedure, you cannot appeal the Tax Court's decision. You may also get this information from the Tax Court.

    Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the same above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

    The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the period for filing a petition with the Tax Court.

1301 Clay Street  Stop# 8955 90 Day, Oakland, CA 94612              Sender: L.O.          Letter 531(DO) (Rev.3-1999)

IRS04899

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the bottom of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, Section 6621(c) of the Internal Revenue Code requires that we charge an interest rate of two percent higher than the normal rate on large corporate underpayments of $100,000 or more.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U. S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the Enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency," for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely yours,
MARK W. EVERSON
Commissioner by

Emmett Hannifin
Technical Services Territory Manager

Enclosures:

Explanation of tax changes
Waiver
Notice 1214

1301 Clay Street Stop# 895S 90 Day, Oakland, CA 94612          Sender: L.O.          Letter 531(DO) (Rev.3-1999)

IRS04900

| Form 5564-A (October 1999) | Department of the Treasury - Internal Revenue Service<br>Notice of Deficiency - Waiver | Symbols OCT 1 5 2003<br>S:C:F:TS:W:12/13:Group 14 |
|---|---|---|

| Name and Address of Taxpayer(s) | Social Security or Employer Identification Number |
|---|---|
| Richard Shearer Aka L. Richard Shearer<br>Diane Shearer<br>Inmate #12674-097, Federal Prison Camp, PO BOX 6000<br>Sheridan, OR 97378-6000 | 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 |

| Kind of Tax | [x] Copy to Authorized Representative |
|---|---|
| INCOME | Wayne A. Paul CPA<br>713 S. Gordon, Street Suite 2<br>Alvin, TX 77511-2842 |

### DEFICIENCY

| Tax Year Ended | Tax Increase | Penalties |
|---|---|---|
|  |  | 6663 |
| December 31, 1999 | $195,362.00 | $146,246.25 |
| December 31, 1998 | $249,007.00 | $186,750.00 |
| December 31, 1997 | $238,647.00 | $178,985.25 |
| December 31, 1996 | $182,711.00 | $137,033.25 |
| December 31, 1995 | $180,539.00 | $135,404.25 |
| Total(s) | $1,046,266.00 | $784,419.00 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.



Your Signature ▶ _____ (Signature)                                (Date signed)

Spouse's Signature
(If A Joint Return
Was Filed) ▶ _____ (Signature)                                (Date signed)

Taxpayer's
Representative
Sign Here ▶ _____ (Signature)             (Title)             (Date signed)

(For instructions, see next page)

If you agree, please sign one copy of this form and return it; keep the other copy for your records.

Sender: L.O.                    www.irs.gov                    Form 5564-A (Rev.10-199

IRS04901

**Internal Revenue Service**  |  **Department of the Treasury**

Date: **OCT 1 5 2003**

Wayne A. Paul CPA
713 S. Gordon Street Suite 2
Alvin, TX 77511-2842

Taxpayer Identifying Number:
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
Person to Contact:
Leonard Antonio
ID # 94-09515
Contact Telephone Number:
(510) 637-2590

Dear Wayne A. Paul CPA:

The enclosed material is furnished to you under the provisions of a power of attorney or other authorization you have on file with us. For your convenience, we have listed below the name(s) of the taxpayer(s) to whom this material relates.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Emmett Hannifin
Technical Services Territory Manager

Taxpayer(s)' Name(s):

Richard Shearer Aka L. Richard Shearer
Diane Shearer

Case Number: 2751   Sender: L.O.   Letter 937(DO) (Rev.7-87)

IRS04905