# EXHIBIT 1

## DECLARATION

I am L. Richard Shearer, M.D., a resident of Mt. Shasta, California. I am a defendant in a matter known as United States v. L. Richard Shearer, Case No. 2:12-cv-02334, in the United States District Court for the Eastern District of California.

Previously, I was a defendant in a federal criminal action in the same court, Case No. S-00-cr-345. I entered into a plea agreement in that matter, a true and complete copy of which is filed in this proceeding as ECF 41-2.

It was my goal in the negotiations leading to the execution of that plea agreement to limit my exposure not only in the criminal case, but as well in civil and administrative matters that would otherwise arise after the conclusion of the criminal matter. Specifically, I wanted to ensure that as little in my criminal case as possible would be used against me in any tax matter, and I wanted to be sure that my criminal conviction would not interfere with my practice of medicine.

For those reasons, I secured from the government promises that nothing in the plea agreement would affect my personal federal tax liability. To obtain this promise, I had to concede that the Internal Revenue Service still retained the right to initiate a collection or civil enforcement action relating to my tax liability, and that I had not bargained away the agency's

right to do so. That was a concession I knew I would have to make. However, I secured a symmetrical agreement that nothing in the *Plea Agreement* could be used against me in the civil matter. It was enough for me to get the government to agree to partition my civil liability issues from any admissions I might be deemed to have made in the criminal matter. I thought it made the criminal matter something like a "no contest" plea.

I understood when I signed the completed plea agreement document that nothing in the plea agreement — including the exhibits — could be used to affect my personal tax situation. Likewise, I understood that I had a promise from the government not to stand in the way of my retaining my medical license. I made the decision to sign the agreement, being willing to give up my constitutional rights in exchange for the promises made by the government, including the promises pertaining to sequestering my plea agreement from any civil tax proceedings and to noninterference with my medical license.

The foregoing statements are true, under penalty of perjury. Executed May _17_, 2016.

_____
L. Richard Shearer, M.D.