Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>VS.<br><br>L. RICHARD SHEARER, DIANE SHEARER, STANLEY SWENSON, as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; ET AL<br><br>    Defendants. | NO. 2:12-CV-02334 TLN AC<br><br>MEMORANDUM IN SUPPORT OF STANLEY SWENSON (AS TRUSTEE OF THE HOTLUM TRUST, BERRY-VALE TRUST, AND REGENCY TRUST) RESPONSE AND ANSWER TO UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT<br>DATE:   JUNE 2, 2016<br>TIME:   2:00 P.M.<br>COURT:  2, 15TH FLOOR<br>JUDGE:  Hon. TROY L. NUNLEY |

<u>NOTICE OF DEFENDANT, STANLEY SWENSON, TRUSTEE OF THE HOTLUM TRUST, BERRYVALE TRUST, AND REGENCY TRUST'S, RESPONSE AND ANSWER TO THE UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

PLEASE TAKE NOTICE that the Defendant, Stanley Swenson, Trustee, will present his Response and Answer to the United States' Second Motion for Partial Summary Judgment at the hearing before the Honorable Troy L. Nunley, United States District Judge, Courtroom 2 on the 15th Floor of the United States Courthouse at 5011 Street, Sacramento, California on June 2, 2016 at 2:00 p.m. or as soon thereafter as counsel may be heard.

Defendant, Stanley Swenson, as Trustee for Hotlum Trust,

1

Berryvale Trust and Regency Trust, opposes the United States' Second Motion for Partial Summary Judgment and the United States' claim therein that no applicable Statute of Limitations bars the United States' claims against Defendant Swenson for fraudulent transfer asserted in this case.

This Response and Answer is supported by the pleadings and papers filed in this case and the Memorandum in Support of Defendant Swenson's Response and Answer to the United States' Second Motion for Partial Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendant Swenson respectfully requests that this Court enter an Order denying the United States' Second Motion for Partial Summary Judgment.

Respectfully submitted,

S/Joe Alfred Izen, Jr.

---

Joe Alfred Izen, Jr.
TBC # 10443500
5222 Spruce Street
Bellaire, Texas 77401
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net


s/ Jihad M. Smaili

---

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., #202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANTS
STANLEY SWENSON, TRUSTEE,
BERRYVALE TRUST,
HOTLUM TRUST AND REGENCY TRUST

# CERTIFICATE OF SERVICE

It is hereby certified that on this the 19th day of May, 2016, I served copies of the following:
1. Notice of Motion,
2. Memorndum, and
3. Certificate of Service,

by ECF notification to the following:

G. Patrick Jennings
US DOJ, Tax Division
P. O. Box 683,
Ben Franklin Station
Washington, D.C.  20044
202.307.6648 TEL
Guy.P.Jennings@usdoj.gov

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA 92629
Tel: 949-391-3725
Fax: 949-305-5503
mrshauncunningham@gmail.com
email

MATTHEW GILMARTIN
Attorney at Law
P.O. Box 35095
Houston, TX 35095
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

and by email/U.S. Mail to

Evelyn Louise Shearer, Trustee
11075 Benton Street, Apt. 128
Loma Linda, CA   92354

Vernon L. Swenson
Leora Swenson
1045 N. Old Stage Road
Mt. Shasta, CA   96067

Stanley Swenson
Trustee for Hotlum Trust,
Berryvale Trust and
Regency Trust
1045 N. Old Stage Road
Mt. Shasta, CA   96067

s/Joe Alfred Izen, Jr.
_____
Joe A. Izen, Jr.

SHERSWE2.NOM/TK480