Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | NO. 2:12-CV-02334 TLN AC |
| | § | ORDER ON |
| Plaintiff, | § | MEMORANDUM IN SUPPORT OF |
| | § | STANLEY SWENSON (AS TRUSTEE |
| VS. | § | OF THE HOTLUM TRUST, BERRY- |
| | § | VALE TRUST, AND REGENCY |
| L. RICHARD SHEARER, DIANE | § | TRUST) RESPONSE AND ANSWER |
| SHEARER, STANLEY SWENSON, as | § | TO UNITED STATES' SECOND |
| Trustee of the HOTLUM TRUST, | § | MOTION FOR PARTIAL SUMMARY |
| BERRYVALE TRUST, and REGENCY | § | JUDGMENT |
| TRUST; ET AL | § | DATE:    JUNE 2, 2016 |
| | § | TIME:    2:00 P.M. |
| Defendants. | § | COURT:   2, 15TH FLOOR |
| | § | JUDGE:   HON. TROY L. NUNLEY |

BEFORE the Court on this the ___ day of June, 2016, came on to be heard the United States Second Motion for Partial Summary Judgment and the Defendant, Stanley Swensonas Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust, and the Court, after due consideration of same, is of the opinion that relief should be granted.  It is therefore;

ORDERED that the United States' Second Motion for Partial Summary Judgment IS DENIED.

SIGNED on this the _____ day of _____, 2016.

_____
HONORABLE TROY L. NUNLEY