CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

Benjamin B. Wagner
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST; et al.;<br><br>　　　　　Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:　June 2, 2016<br>Time:　2:00 p.m.<br>Court:　2, Fifteenth Floor<br>Judge:　Hon. Troy L. Nunley |

　　　　All active parties to this action request an order permitting a telephonic appearance for the arguments on the pending motions for summary judgment (ECF 65, 67) to be heard June 2, 2016 at 2 p.m. PAC time.  The names of counsel and their direct telephone lines are set forth below.

13936195.1

| | | |
|---|---|---|
| For the United States | G. Patrick Jennings | (202) 307-6648 |
| For the Shearers | Matthew Gilmartin | (440) 479-8630 |
| For the Trustee | Joe Izen | (713) 721-0252 or 713-668-8815 |

Counsel can schedule a telephonic conference and call the Court, if the Court prefers. A proposed order is submitted herewith.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

Date: May 24, 2016

/s/ *G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

Date: May 23, 2016

/s/ *Matthew Gilmartin*
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

Attorney for L. Richard Shearer and Diane Shearer

Date: May 23, 2016

/s/ *Alfred Joe Izen, Jr*
ALFRED JOE IZEN, Jr
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust

13936195.1