**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, | Civil No.  2:12-CV-02334 TLN AC |
| Plaintiff, | |
| v. | **ORDER PERMITTING TELEPHONIC APPEARANCE** |
| L. RICHARD SHEARER; DIANE SHEARER; STANLEY SWENSON as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; et al.; | Date:   June 2, 2016<br>Time:   2:00 p.m.<br>Court:   2, Fifteenth Floor<br>Judge:   Hon. Troy L. Nunley |
| Defendants. | |

        The active parties to this suit have all requested to appear telephonically for the

hearing on the pending motions for summary judgment (ECF 65, 67).  For good cause

shown,

        **IT IS ORDERED THAT** the parties may appear telephonically for the hearings on

June 2, 2016 at 2 p.m. Pacific Time.  Counsel shall be available at their direct telephone

lines five minutes before 2 p.m. at the following numbers:

| | | |
|---|---|---|
| For the United States | G. Patrick Jennings | (202) 307-6648 |
| For the Shearers | Matthew Gilmartin | (440) 479-8630 |
| For the Trustee | Joe Izen | (713) 721-0252 or 713-668-8815 |

        **IT IS SO ORDERED**.

        Dated:                            _____

                                            TROY L. NUNLEY,
                                            United States District Court Judge

1