MATTHEW GILMARTIN
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Tel: (440) 479-8630
Fax: (440) 398-0179
Email: matt7g@att.net


*Counsel for Defendants, L. Richard Shearer
and Diane Shearer*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | : | CASE NO. 2:12-CV-02334 |
|---|---|---|
|  | : |  |
| PLAINTIFF | : | **DEFENDANTS L. RICHARD &** |
|  | : | **DIANE SHEARER'S REPLY** |
|  | : | **BRIEF** |
| vs. | : |  |
|  | : |  |
| L. RICHARD SHEARER, et al., | : | Date:  June 2, 2016 |
|  | : | Time: 2:00 p.m. |
| DEFENDANTS | : | Court: 2, Fifteenth Floor |
|  | : | Judge: Hon. Troy L. Nunley |

1

2

## TABLE OF CONTENTS

| | |
|---|---|
| **Table of Authorities** | iii |
| **Question Presented** | 1 |
| **Introduction** | 1 |
| **Law and Argument** | 1 |
|     a.  This Court lacks subject matter jurisdiction to award the relief sought by Plaintiff | 1 |
| **Conclusion** | 2 |
| **Certificate of Service** | 3 |

1
2
3 **TABLE OF AUTHORITIES**
4 **Statutes**
5 **26 U.S.C. §6211**                                                               **1**
6 **26 U.S.C. §6404**                                                               **2**
7
8 **Rules & Regulations**
9 **Tax Ct. R. 280**                                                                **2**

10
11
12
13
14
15
16
17
18
19
20
21
22
23                                              iii

## Question Presented

Whether this Court lacks subject matter jurisdiction to award the relief sought by Plaintiff

## Introduction

The Defendants restate and adopt the facts and evidence presented in their Motion for Summary Judgment as if fully rewritten.

## Law and Argument

**A. This Court lacks subject matter jurisdiction to award the relief sought by Plaintiff**

In its Brief in Opposition to the Defendants' Motion for Summary Judgment, the government does precious little more than to attempt to distinguish the case law which supports the Defendants' claims for judgment. Plaintiff has already admitted that the Shearers' amended joint tax returns for tax years 1995 through 1999 were accepted as filed by the IRS. Once those were accepted, any additional tax or penalties over and above the amounts stated in those amended return constitute a deficiency, triggering the government's duty to issue a Notice of Deficiency to the taxpayers. It failed to do so.

A deficiency is defined in 26 U.S.C. § 6211:

(a).  **In general**. For purposes of this title in the case of income, estate, and gift taxes imposed by subtitles A and B… the term 'deficiency' means the amount by which the tax imposed by subtitle A or B… exceeds the excess of:

    (1) The sum of

        (A)  The amount shown as the tax by the taxpayer upon his return. If a return was made by the taxpayer and an amount was shown as the taxpayer thereon, plus

        (B)  The amounts previously assessed (or collected without assessment) as a deficiency, over –

    (2) The amount of rebates, as defined in subsection (b)(2), made.

This statute is clear on its face.  It draws no distinction between original tax returns and amended tax returns, contrary to what Plaintiff wants this Court to believe.  The Defendants in their Amended Motion for Summary Judgment on Page 6, Lines 17 – 21, pointed this out to this Honorable Court

> "…Yang's letter did not advise the Shearers that they could file a petition in the Tax Court, either for determination of their tax liability or to object to the Commissioner's failure to abate interest pursuant to *Tax Ct. R.* 280 and Title 26 U.S.C. §6404.  Because the IRS failed to do so, this Court lacks jurisdiction over the additional tax and additions to tax that the government seeks to collect …"

Simply put, the IRS was bound to comply with the deficiency procedures if it sought to impose and collect additional tax and additions to tax on those amended joint tax returns.  Because the agency failed to do so, this Court lacks jurisdiction over the additional tax and additions to tax that the government seeks to collect in this case for the tax years at issue.  Summary Judgment for the Defendants is warranted by the facts and evidence in this case.

**Conclusion**

For the reasons stated herein, this Honorable Court lacks jurisdiction to grant the relief sought by the Plaintiff in this matter

Respectfully submitted,

Date:   May 26, 2016              */s/ Matthew Gilmartin*_____
                                   Matthew Gilmartin (0024683)
                                   P.O. Box 939
                                   North Olmsted, OH  44070
                                   (440) 479-8630
                                   (440) 398-0179 Fax
                                   Matt7g@att.net
                                   Attorney for Defendants L. Richard Shearer
                                   & Diane Shearer

- 2 -

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to the following parties by ECF transmission or via U.S. Mail on the 26th day of May, 2016:

G. Patrick Jennings
US DOJ, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC  20044
202.307.6648 Tel
Guy.P.Jennings@usdoj.gove

Evelyn Louise Shearer, Trustee
11075 Benton Street, Apt. 128
Loma Linda, CA  92354

Vernon L. Swenson
Leora Swenson
1045 N. Old Stage Road
Mt. Shasta, CA  96067

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 Tel.
(713) 668-9402 Fax
jizen@comcast.net

Jihad Smaili
SMAILI & ASSOCIATES, PC
600 West Santa Ana Blvd., Suite 202
Santa Ana, CA  92701
(714) 547-4700 Tel.
(714) 547-4710 Fax

Shaun Cunningham
24551 Del Prado, #683
Dana Point, CA  92629
(949) 391-3725 Tel.
(949) 305-5503 Fax
mrshauncunningham@gmail.com

                                              */s/ Matthew Gilmartin*_____
                                              MATTHEW GILMARTIN