CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

*Of Counsel:*
PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST; et al.;<br><br>          Defendants. | Civil No.  2:12-CV-02334 TLN AC<br><br>**JOINT REQUEST TO EXTEND SCHEDULE** |

The United States respectfully requests that the Court extend the time set for pretrial and trial in this case approximately six months. The Shearers and the defendant trusts join in this request. Counsel for the United States asserts the following:

- A motion for partial summary judgment (ECF 65) is under submission and pending with the Court. Resolution of the issues in the motion may significantly

1

14344445.1

affect the chances for a possible agreed resolution.

- Counsel for the United States is under significant work pressure with four trials scheduled over the next five months at the same time that discovery is ending in other cases.

- The joint pretrial in this case is due September 15, 2016.  A jury trial with Judge Ishii in Fresno is scheduled to begin September 7 and end on September 14, 2016.

- The final pretrial is set in this case for September 22, 2016, at 2 p.m.  This conflicts with a final pretrial set at the same date and time before Judge England in the case of *United States v. Molen*, Case No. 2:10-CV-02591 MCE KJN (E.D. Cal.).

**Proposed Schedule**

The parties agree and request a schedule as follows:

**March _____, 2017**        **Final Pretrial Conference (at convenience of Court)**

**May  _____, 2017**         **Trial on remaining issues (at convenience of Court)**

All other terms of the second amended pretrial scheduling order (ECF 64) are to remain in effect.  The parties respectfully request an order in accordance with the foregoing.

                    CAROLINE D. CIRAOLO
                    Principal Deputy Assistant Attorney General

Date: August 30, 2016          */s/ G. Patrick Jennings*
                                  G. PATRICK JENNINGS
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice

14344445.1

Date: August 30, 2016           */s/ Matthew Gilmartin*
                                MATTHEW GILMARTIN, Ohio Bar #024683
                                Matthew Gilmartin, Attorney at Law, LLC
                                9267 Basswood Dr.
                                Olmsted Falls, OH 44138

                                Attorney for L. Richard Shearer and Diane Shearer


Date: August 30, 2016           */s/ Alfred Joe Izen, Jr.*
                                ALFRED JOE IZEN, Jr
                                Attorney at Law
                                5222 Spruce Street
                                Bellaire, TX 77401

                                Attorney for Stanley Swenson as Trustee of the
                                Hotlum Trust, the Berryvale Trust and the Regency
                                Trust