# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

 

JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

CASE NO: **2:12–CV–02334–TLN–DB**

v.

**L. RICHARD SHEARER, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/7/2018**

 

**Marianne Matherly**
Clerk of Court

ENTERED:  **August 7, 2018**

by: /s/ L. Reader
Deputy Clerk