RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; et al.;<br><br>  Defendants. | Civil No. 2:12-CV-02334 TLN DB<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO STRIKE JURY DEMAND**<br><br>Date:  October 4, 2018<br>Time:  2:00 p.m.<br>Court:  2, Fifteenth Floor<br>Judge:  Hon. Troy L. Nunley |

PLEASE TAKE NOTICE THAT the United States of America will bring the above named motion on for hearing before the Honorable Troy L. Nunley, United States District Judge, in Courtroom 2 on the 15th floor of the United States Courthouse at 501 I Street, Sacramento, California, on October 4, 2018, at 2:00 p.m., or as soon thereafter as counsel may be heard.

1

14803479.1

The United States hereby moves the Court to strike the jury demands of the Trust defendants. (Docket No. 12, 13, 14, 15). There is no right to a jury trial on the equitable issues remaining for trial.

This motion is supported by the pleadings and papers filed herein and the United States' memorandum of points and authorities in support of this motion.

WHEREFORE, the United States respectfully requests that the Court enter an order striking all jury demands in this case.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

Date: August 23, 2018        /s/ G. Patrick Jennings
                             G. PATRICK JENNINGS
                             Trial Attorney, Tax Division
                             U.S. Department of Justice

14803479.1