RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; et al.;<br><br>Defendants. | Civil No. 2:12-CV-02334 TLN DB<br><br>**JOINT STATUS REPORT**<br><br>Court:   2, Fifteenth Floor<br>Judge:   Hon. Troy L. Nunley |

The remaining active parties (the United States, the taxpayers, and the trust defendants), by counsel, request a telephonic status conference with the Court so that a date for trial may be selected. All three counsel are based outside California. The Court adjudicated the first claim of the United States by reducing the tax liabilities at issue to judgment by order dated August 7, 2018. The remaining claims of the United States are

16913423.1

that the taxpayers' transfers of properties to trusts should be voided and to enforce tax liens against those properties.  Pending is the United States' motion to strike the jury demand by the trust defendants (Docket No. 88), with a hearing date set October 4, 2018, at 2 p.m. before the Hon. Judge Troy L. Nunley.  The parties respectfully request that the Court decide the jury demand issue prior to selecting a trial date, and that the trial-setting conference also be set by minute order for October 4, 2018, at 2 p.m.

                                      Respectfully submitted,

                                      RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney General

Date: September 5, 2018       *G. Patrick Jennings*
                                      G. PATRICK JENNINGS
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

Date: September 4, 2018       *Matthew Gilmartin*
                                      MATTHEW GILMARTIN, Ohio Bar #024683
                                      Matthew Gilmartin, Attorney at Law, LLC
                                      Matthew Gilmartin
                                      P.O. Box 939
                                      North Olmsted, OH 44070

                                      Attorney for L. Richard Shearer and Diane Shearer

Date: September 4, 2018       *JOE ALFRED IZEN, Jr.*
                                        JOE ALFRED IZEN, Jr.
                                      Attorney at Law
                                      5222 Spruce Street
                                      Bellaire, TX 77401

                                      Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust

16913423.1