Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>VS.<br><br>L. RICHARD SHEARER, DIANE SHEARER, STANLEY SWENSON, as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; ET AL<br><br>    Defendants. | NO. 2:12-CV-02334 TLN AC<br>DEFENDANTS, HOTLUM TRUST BERRYVALE TRUST, AND REGENCY TRUST'S, THROUGH, THEIR TRUSTEE, STANLEY SWENSON'S, RESPONSE TO SHOW CAUSE ORDER DATED SEPTEMBER 21, 2018<br><br>DATE:   OCTOBER 18, 2018<br>TIME:   2:00 P.M.<br>COURT:  2, 15TH FLOOR<br>JUDGE:  HON. TROY L. NUNLEY |

TO THE PRESIDING FEDERAL JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

COME NOW, Defendants, Hotlum, Berryvale, and Regency Trusts, through their Trustee, Stanley Swenson, referred to collectively as ("THE TRUSTS"), through their attorneys, Joe Alfred Izen, Jr., and Jihad M. Smaili, and file this their Response to this Court's Minute Order to Show Cause Dated September 21, 2018 and in response to that order, would show this Court the following:

1.   This Court entered a Minute Order dated September 21, 2018 directing Defendants' counsel to show cause why a Response was not previously filed by Defendants to the Government's Motion

1

to Strike Jury Trial.

2.  The Government filed its Motion to Strike the Trust Defendants' Jury Demand on August 23, 2018. The docket sheet after the Government's filing of the Government's Motion to Strike the Jury Demand did not reflect a response date, but did set a time for the hearing.

3.  In mid-August, 2018, Defendants' counsel, Joe Alfred Izen, Jr., who suffers from Lyme disease and a progressive brain infection of the spirochete, borelia bergdoreri, underwent increased treatment prescribed by his infectious rheumatologist which involved an increase drug/supplement regimen to dissolve suspected biofilms in the brain and eyes harboring the infection. Izen's eyesight diminished from mid-August through mid-September, 2018 under the increased medication. The eyesight has improved somewhat, but has continued to be affected by the increased medication. Izen suffers from photosensitivity and inability to focus on reading material and computer screens.

4.  Izen suffered a flare of severe Lyme arthritis a few days after increase of his medication. Izen's right hand and right index finger including the knuckle of the index finger swelled to twice its normal size. Izen was unable to close his hand or write or dictate in his normal fashion.

5.  Izen had to visit his orthopedist, Todd Siff, M.D., several times during August, 2018. In an attempt to treat the infected joint, Dr. Siff directed that the joint undergo needle aspiration. Izen underwent this procedure where a needle was inserted into the swollen hand and the hand was drained at the downtown Houston Methodist Hospital MRI center on August 24,

2018. After aspiration the joint which had not improved for over a month, began to improve slowly. Defendants' counsel Izen miscalendared the response date on which a response to the motion was due. Izen's staff overseeing his calendar for the month of August due to Izen's condition (for whom Izen bears responsibility) did not mark a response date because they assumed that a response date to the motion would be entered on this Court's docket sheet of this case and as part of its calendar electronically maintained through the docket sheet. (The ECF system of the Southern District of Texas provides response dates to Motions after filing.)

    6. An extensive response to the Government's Motion to Strike Jury Trial Demand has been filed prior to the filing of this Response to the Show Cause Order. Defendants' counsel Izen apologizes for any delay in responding to the Government's Motion to Strike Jury Demand. Izen was able to confer with the Government and other counsel concerning pretrial and scheduling matters during the latter part of August and the early part of September, 2018.

    7. The calendaring mistake Izen is responsible for in failing to timely respond as required by the Local Rules of the Eastern District of California apologizes to the Court and was solely Izen's error. Other defense counsel, Jihad Smaili, was unaware of the scheduling error.

    8. The calendaring mistake was due to illness, mistake, or inadvertence, and not conscious indifference to this Court.

    WHEREFORE, ABOVE PREMISES CONSIDERED, Defendants pray that this Court accept this Response to the Show Cause Order entered

by this Court dated September 21, 2018 and that this Court enter an order, after review of this Response, discharging Defendants' counsels, Joe Alfred Izen, Jr. and Jihad Smaili, from the Court's Show Cause Order dated September 21, 2018. Defendants pray for general relief.

Respectfully submitted,

s/Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, TX  77401
(713) 668-8815 TEL
(713) 668-9402 FAX
jizen@comcast.net

s/Jihad M. Smaili
_____
Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., # 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

SHEARM2S.RSP/TK498