RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 305-7548 (v)
(202) 307-0054 (f)
Email: Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of<br>the HOTLUM TRUST, BERRYVALE<br>TRUST, and REGENCY TRUST; et al.;<br><br>　　　　Defendants. | Civil No.  2:12-CV-02334 TLN DB<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE THAT Plaintiff, the United States of America, by and through undersigned counsel, hereby gives notice that, effective on the date hereof, Christian Mejia, Trial Attorney, Tax Division, United States Department of Justice, will replace Guy Patrick Jennings, Retired, as counsel for the United States of America in the

18057412.1

above-captioned matter.  Please address all correspondence and inquiries to Christian Mejia at the address set forth below.

Christian Mejia hereby enters an appearance on behalf of the United States of America.

Dated: October 31, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

McGregor W. Scott
United States Attorney, E.D. Cal.
*Of Counsel*

*Attorneys for the United States*

18057412.1

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 31st day of October, 2019, I served a copy of the foregoing **NOTICE OF APPEARANCE**, to the following:

**By U.S. Mail, postage fully prepaid, to:**

> VERNON L. SWENSON
> LEORA SWENSON
> 1045 N. Old Stage Road
> Mt. Shasta, CA 96067
>
> Evelyn Louise Shearer
> 1107 Benton Street, Apt. 128
> Loma Linda, CA 92354

**And by ECF notification to:**

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

18057412.1