RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>            Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**JOINT REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date:    November 18, 2019<br>Time:    9:00 AM<br>Court:   Courtroom 2, 15th Floor<br>Judge:   Hon. Troy L. Nunley |

On October 25, 2019, the Court issued a Minute Order informing the parties that the Court has reviewed all the materials filed in connection with the United States' Motion to Strike the Defendants' Jury Demand (ECF No. 88) and that the Court will be prepared to issue a ruling on this motion from the bench at a hearing set for Monday, November 18, 2019.  (ECF No. 97.) Because counsel for the three remaining active parties (the United States, the taxpayers, and the trust defendants) are all located outside of California, the undersigned counsel hereby respectfully request permission to appear by telephone at this hearing.

Joint Request to Appear Telephonically        1

The names of counsel and their direct telephone lines are listed below:

| For the United States | Christian Mejia | (202) 305-7548 |
| For the Shearers | Matthew Gilmartin | (440) 479-8630 |
| For the Trustee | Joe Izen | (713) 668-8815 |

Date: November 7, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

McGREGOR W. SCOTT
United States Attorney, E.D. Cal.
*Of Counsel*

*Attorneys for the United States*

Date: November 7, 2019

*/s/ Matthew Gilmartin*
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138
*Attorney for L. Richard Shearer and Diane Shearer*

Date: November 7, 2019

*/s/ Alfred Joe Izen, Jr.*
ALFRED JOE IZEN, Jr
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401
*Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust*