# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE** |
| v. | Date: November 18, 2019 |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | Time: 9:00 AM<br>Court: Courtroom 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

The active parties to this suit have all requested to appear telephonically at the hearing set in this matter on Monday, November 18, 2019, at 9:00 AM (PST).  For good cause shown,

**IT IS ORDERED THAT** the parties may appear telephonically at this hearing.  Counsel shall be available at their direct telephone lines five minutes before 9:00 AM (PST), on November 18, 2019, at the following numbers:

| For the United States | Christian Mejia | (202) 305-7548 |
| For the Shearers | Matthew Gilmartin | (440) 479-8630 |
| For the Trustee | Joe Izen | (713) 668-8815 |

**IT IS SO ORDERED**.

Dated: _____
TROY L. NUNLEY
United States District Court Judge

Proposed Order                                    1