RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

//
//
//
//
//
//
//
//

Change in Designation of Counsel
for Service                    1

1  PLEASE TAKE NOTICE THAT Plaintiff, the United States of America, by and through
2  undersigned counsel, hereby gives notice that Christian Mejia, Trial Attorney, Tax Division,
3  United States Department of Justice, has replaced Guy Patrick Jennings, Retired, as counsel for
4  the United States of America in the above-captioned matter (ECF No. 88).  Please address all
5  correspondence and inquiries in this matter to Christian Mejia at the address listed below.

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

11  Please remove Guy Patrick Jennings, Retired, from all correspondence and inquires
12  related to this matter.

13  Date: November 13, 2019          RICHARD E. ZUCKERMAN
                                     Principal Deputy Assistant Attorney General

*/s/ Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

McGREGOR W. SCOTT
United States Attorney, E.D. Cal.
*Of Counsel*

*Attorneys for the United States*

Change in Designation of Counsel
for Service                           2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 13th day of November, 2019, I served a copy of the foregoing **CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE**, to the following:

**By U.S. Mail, postage fully prepaid, to:**

      VERNON L. SWENSON
      LEORA SWENSON
      1045 N. Old Stage Road
      Mt. Shasta, CA 96067

      Evelyn Louise Shearer
      1107 Benton Street, Apt. 128
      Loma Linda, CA 92354

**And by ECF notification to:**

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

                                            /s/ Christian Mejia
                                            CHRISTIAN MEJIA
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice