RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **JOINT REQUEST TO EXTEND STATUS REPORT DEADLINE** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

Plaintiff the United States of America and Defendants L. Richard Shearer ("Dr. Shearer") and Diane Shearer ("Taxpayers"), by and through their undersigned counsel, hereby request to extend the deadline to file a joint status report (ECF No. 102), from December 18, 2019, to January 2, 2020.  In support of this request, the parties submit the following:

On November 18, 2019, the Court ordered the parties to file a joint status report to inform the Court of their readiness to proceed to trial and to propose trial dates.  (ECF No. 102.)  Since the Court issued this order, the parties have held several telephone conversations to discuss their readiness to proceed to trial, possible trial dates, as well as the possibility of reopening discovery

Joint Request to Extend Status Report
Deadline                                                        1

in this matter. On December 11, 2019, counsel for the United States emailed a copy of a proposed joint status report to counsel for the Taxpayers and counsel for Stanley Swenson, as Trustee of the Hotlum, Berryvale, and Regency Trusts ("Trust Defendants"), for their review. However, neither counsel for the Taxpayers (Matthew Gilmartin) nor counsel for the United States (Christian Mejia) had heard from counsel for the Trust Defendants (Joe Izen) from December 11, 2019 through December 17, 2019. Mr. Mejia and Mr. Gilmartin had collectively sent several emails to and had left several voicemail messages for Mr. Izen to no avail. On December 18, 2019, Mr. Izen contacted Mr. Martin and informed him that he has been ill and has been at the hospital undergoing certain tests and treatments. The parties therefore respectfully request an extension of 15 days to file the joint status report in the light of the foregoing. This extension will allow the parties some additional time to attempt to obtain the views of the Trust Defendants with respect to the proposed joint status report.

WHEREFORE, the parties respectfully request that the Court extend their deadline to file a joint status report, from December 18, 2019, to January 2, 2020.

Date: December 18, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorneys for the United States*

Date: December 18, 2019

*/s/ Matthew Gilmartin*
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138
*Attorney for L. Richard Shearer and Diane Shearer*

Joint Request to Extend Status Report
Deadline                                           2

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 18th day of December, 2019, I caused a copy of the foregoing **Joint Request to Extend Status Report Deadline**, to the following:

**By U.S. Mail, postage fully prepaid, to:**

> VERNON L. SWENSON
> LEORA SWENSON
> 1045 N. Old Stage Road
> Mt. Shasta, CA 96067
>
> Evelyn Louise Shearer
> 1107 Benton Street, Apt. 128
> Loma Linda, CA 92354

**And by ECF notification to:**

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

Joint Request to Extend Status Report
Deadline                                    3