# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**ORDER GRANTING REQUEST TO EXTEND JOINT STATUS REPORT DEADLINE** |

Plaintiff the United States of America and Defendants L. Richard Shearer and Diane Shearer, by and through their undersigned counsel, have filed a joint request to extend the deadline to file a Joint Status Report in this matter (ECF No. 102). (ECF No. 103.) In consideration of the parties' request and for good cause shown, IT IS HEREBY ORDERED that the parties shall file a Joint Status Report on or before January 2, 2020.

**IT IS SO ORDERED**.

Dated: December 18, 2019

Troy L. Nunley
United States District Judge

1