RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

On November 18, 2019, the Court ordered the parties to file a Joint Status Report to inform the Court of their readiness to proceed to trial and to propose trial dates. (ECF No. 102.) On December 19, 2019, the Court extended the parties' deadline to file this Joint Status Report from December 18, 2019, to January 2, 2020. (ECF No. 104.) Pursuant to these orders, Plaintiff the United States of America and Defendants L. Richard Shearer ("Dr. Shearer"), Diane Shearer, and Stanley Swenson, as Trustee of the Hotlum, Berryvale, and Regency Trusts ("Trust Defendants") (collectively, "Parties"), hereby submit the following Joint Status Report.

Joint Status Report                    1

The United States filed this civil action (a) to reduce to judgment federal tax assessments against L. Richard Shearer and Diane Shearer to judgment ("taxpayers"); (b) to adjudicate that the Hotlum, Berryvale, and Regency Trusts are the nominees, alter egos, or fraudulent transferees of the taxpayers; and (c) to foreclose certain federal tax liens against real property in Siskiyou County, California.  (ECF Nos. 1, 4.)  The Court has adjudicated the tax liability claim in granting the United States' motion for summary judgment (ECF No. 86, August 6, 2018) and the United States has abandoned the alter ego claim in order to simplify the issues at trial.  Therefore, the nominee, transferee, and foreclosure claims are the only claims that remain at issue.

As a preliminary matter, the Parties have conferred and agreed on the following proposed trial dates and deadlines:

| | |
|---|---|
| Joint Pretrial Conference Statement: | July 15, 2020 |
| Final Pretrial Conference: | July 30, 2020 |
| Motions in Limine | (21 days before trial) |
| Oppositions to Motions in Limine | (14 days before trial) |
| Trial Briefs | (21 days before trial) |
| Responsive Trial Briefs | (14 days before trial) |
| Discovery Designations | (14 days before trial) |
| Exchange of Exhibits and Witness Lists | (14 days before trial) |
| Objections to Exhibits or Witness Lists | (7 days before trial) |
| Trial (estimated length: 4-5 days)[1] | TBD |

However, at this time, the Parties also respectfully request that the Court reopen fact discovery for several reasons.  First, counsel for the United States is new to this matter.  In reviewing the case file, it has come to the attention of counsel for the United States that the United States requires further discovery on the three remaining claims.  Specifically, the United

---

[1] On November 18, 2019, the Court granted the United States' Motion to Strike the Defendants' Jury Demand.  Therefore, this case will proceed as a bench trial.

Joint Status Report                              2

States seeks to take the depositions of Lonnie Crockett, Richard Pfeiffer, Ken Cox, Ed Cox, and Leora Swenson.  Counsel for the United States believes that these individuals have specific relevant knowledge concerning the real property, trusts, and liens at issue, as well as other relevant information.  In addition, Counsel for the taxpayers seeks to take the deposition of IRS Revenue Agent Nancy Yang.[2]  A fact discovery timeframe of five months will allow the Parties to locate these witnesses[3], coordinate the scheduling of their depositions, and conduct these depositions.  These depositions may simplify the presentation of this case at trial by narrowing the issues and thus conserve the Court's resources.  In addition, because these depositions will have been taken, counsel should be able to streamline any trial testimony offered by these witnesses or even eliminate any need to obtain any trial testimony from these witnesses.

Second, the Parties also seek this extension in order to obtain additional time to try to resolve evidentiary issues before trial.  Specifically, the Parties will use this additional time to meet and confer and try to stipulate, where possible, to the authenticity and admissibility of exhibits in order to streamline the presentation of the case and conserve the Court's resources for the testimony of witnesses.  Mr. Izen, counsel for the Trust Defendants, suffers from several health ailments, including Lyme disease.  This extension will also allow Mr. Izen sufficient time to review exhibits and stipulate (if possible) to their admission before trial, as well as sufficient time to prepare for the depositions discussed above.

//
//
//
//
//

---

[2] Should the Court grant the Parties' request to reopen fact discovery, the Parties agree to not oppose the taking of any deposition of any witness identified in this Joint Status Report.
[3] The Parties believe that some of these witnesses reside outside the state of California.

Joint Status Report                              3

For the foregoing reasons, the Parties respectfully request that the Court reopen fact discovery from January 15, 2020, through June 15, 2020, and adopt the Parties' proposed trial dates and deadlines as set forth above.

Date: 1/2/2020           RICHARD E. ZUCKERMAN
                         Principal Deputy Assistant Attorney General

                         */s/ Christian Mejia*
                         CHRISTIAN MEJIA
                         Trial Attorney, Tax Division
                         U.S. Department of Justice

                         McGREGOR W. SCOTT
                         United States Attorney, E.D. Cal.
                         *Of Counsel*

                         *Attorneys for the United States*

Date: 1/2/2020           */s/ Matthew Gilmartin*
                         MATTHEW GILMARTIN, Ohio Bar #024683
                         Matthew Gilmartin, Attorney at Law, LLC
                         27068 Oakwood Drive, Apt 102B
                         Olmsted Township, OH 44138
                         *Attorney for L. Richard Shearer and Diane Shearer*

Date: 1/2/2020           */s/ Alfred Joe Izen, Jr.*
                         ALFRED JOE IZEN, Jr
                         Attorney at Law
                         5222 Spruce Street
                         Bellaire, TX 77401
                         *Attorney for Stanley Swenson as Trustee for the Trust Defendants*

Joint Status Report                    4