For the foregoing reasons, the Parties respectfully request that the Court reopen fact discovery from January 15, 2020, through June 15, 2020, and adopt the Parties' proposed trial dates and deadlines as set forth above.

Date:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

_____
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

McGREGOR W. SCOTT
United States Attorney, E.D. Cal.
*Of Counsel*

*Attorneys for the United States*

Date:

_____
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138
*Attorney for L. Richard Shearer and Diane Shearer*

Date:

_____
ALFRED JOE IZEN, Jr
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401
*Attorney for Stanley Swenson as Trustee of the*

Joint Status Report                                    4