UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>   Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**[PROPOSED] ORDER ON PARTIES' REQUEST TO REOPEN FACT DISCOVERY** |

  Plaintiff the United States of America and Defendants L. Richard Shearer ("Dr. Shearer"), Diane Shearer, and Stanley Swenson, as Trustee of the Hotlum, Berryvale, and Regency Trusts (collectively, "Parties"), by and through their undersigned counsel, have requested to reopen fact discovery in this matter.  (ECF No. 105.)  In consideration of the Parties' request and for good cause shown, IT IS HEREBY ORDERED that fact discovery in this matter is open from January 15, 2020, through June 15, 2020.

  **IT IS SO ORDERED**.

  Dated: _____

                TROY L. NUNLEY
                United States District Court Judge