RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>　　　　　Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**CERTIFICATE OF SERVICE REGARDING ECF NOS. 105 AND 106** |

　　　IT IS HEREBY CERTIFIED that on this 2nd day of January, 2020, I caused a copy of the **JOINT STATUS REPORT** (ECF No. 105), and this **CERTIFICATE OF SERVICE REGARDING ECF NOS. 105 AND 106** (ECF No. 106), to be served on the following:

　　　**By U.S. Mail, postage fully prepaid, to:**

　　　　　VERNON L. SWENSON
　　　　　LEORA SWENSON
　　　　　1045 N. Old Stage Road
　　　　　Mt. Shasta, CA 96067

　　　　　Evelyn Louise Shearer
　　　　　1107 Benton Street, Apt. 128
　　　　　Loma Linda, CA 92354

Certificate of Service　　　　　　　　1

**And by ECF notification to:**

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net<br><br>MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>27068 Oakwood Drive, Apt. 102B<br>Olmsted Township, OH 44138<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

Dated: 1/2/2020

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

Certificate of Service            2