UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>L. RICHARD SHEARER; DIANE SHEARER; STANLEY SWENSON AS TRUSTEE OF THE HOTLUM TRUST, BERRYVALE TRUST, AND REGENCY TRUST;<br><br>Defendants. | No. 2:12-cv-02334-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff the United States of America and Defendants L. Richard Shearer, Diane Shearer, and Stanley Swenson, as Trustee of the Hotlum, Berryvale, and Regency Trusts (collectively, "Parties"), by and through their undersigned counsel, have requested to reopen fact discovery in this matter. (ECF No. 105.) Having considered the Parties' request and for good cause shown, IT IS HEREBY ORDERED that fact discovery in this matter is open for the limited purpose of taking the depositions listed in the request from January 15, 2020, through June 15, 2020.

IT IS SO ORDERED.

Dated: January 8, 2020

Troy L. Nunley
United States District Judge

1