RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **ORDER ON JOINT REQUEST TO EXTEND FACT DISCOVERY AND OTHER PRETRIAL DEADLINES DUE TO COVID-19 GLOBAL PANDEMIC** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

On April 22, 2020, the parties filed a "Joint Request to Extend Fact Discovery and other Pretrial Deadlines due to COVID-19 Global Pandemic."

In consideration of the Joint Request and for good cause shown, IT IS HEREBY ORDERED:

(1) The deadline for fact discovery is CONTINUED from June 15, 2020, to September 15, 2020;

(2) All pretrial deadlines set forth in the Court's February 25, 2020 Order are CONTINUED for 90 days;

Order                                1

1       (3)    The Court will RESET the Final Pretrial Conference and Trial currently scheduled for August 20, 2020, and October 26, 2020, respectively, by further court order; and

      (4)    The Parties shall file a Joint Status Report on or before September 15, 2020 to advise the Court of the status of this case.

IT IS SO ORDERED.

DATED: April 23, 2020

Troy L. Nunley
United States District Judge