RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

ALEXANDER STEVKO (CA Bar 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2380
Email: Requalexander.stevko@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.,<br><br>    Defendants. | Case No. 2:12-CV-02334-TLN-DB<br><br>**SUBSTITUTION OF ATTORNEYS FOR THE UNITED STATES OF AMERICA** |

  The United States of America, by and through its undersigned counsel, gives notice that that it is substituting trial attorney Alexander Stevko from the U.S. Department of Justice Civil Tax Division for Christian Mejia as its attorney in this case. Alexander Stevko is now the designated counsel for service in this case. Please address all correspondences and inquiries and serve all future notices and papers to the following:

18989581.1

Alexander Stevko
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 616-2380
Facsimile: (202) 307-0054
Email: Alexander.Stevko@usdoj.gov

Alexander Stevko will comply with deadlines in this matter and hereby enters an appearance on behalf of the United States of America.

DATED: August 18, 2020.                RICHARD E. ZUCKERMAN
                                       Principal Deputy Assistant Attorney General

                                       */s/ Alexander E. Stevko*
                                       ALEXANDER E. STEVKO
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice

DATED: August 18, 2020.                */s/ Christian Mejia* (with permission)
                                       Christian Mejia
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice

**IT IS SO ORDERED**

Dated: _____, 2020

                                       _____
                                       Honorable Troy L. Nunley
                                       U.S. District Court Judge

2

18989581.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 18th day of August, 2020, I caused a copy of the foregoing **Notice of Substitution** to be served by ECF notification on the following:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

18989581.1