1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   ALEXANDER STEVKO
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C.  20044
5  202-616-2380 (v)
   202-307-0054 (f)
6  Christian.Mejia@usdoj.gov

7  McGREGOR W. SCOTT
   United States Attorney
8  Eastern District of California
   *Of Counsel*
9
   *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **ORDER ON JOINT REQUEST TO JOINT REQUEST TO EXTEND FACT DISCOVERY AND OTHER PRETRIAL DEADLINES DUE TO COVID-19 GLOBAL PANDEMIC** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

On September 3rd, 2020, the parties filed a "joint Request to Extend Fact Discovey and other Pretrial Deadlines due to COVID-19 Global Pandemic."

In consideration of the Joint Request and for good cause shown, IT IS HEREBY ORDERED:

1) The deadline for fact discovery is CCONTINUED from September 15th, 2020, until (_____) [*Date*].

2) All pretrial deadlines set forth in the Court's April 23rd, 2020 Order are CONTINUED for (_____) days;

1

3) The Court will RESET the Final Pretrial Conference and Trial by further court order; and

4) The Parties shall file a Joint Status Report on or before (_____)[*Date*] to advise the Court of the status of this case.

**IT IS SO ORDERED.**

DATED:

_____
Troy L. Nunley
United States District Judge

Prepared by:

*/s/ Matthew Gilmartin*
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
Olmsted Township, OH 44138
Tel: (440) 479-8630
Fax:(440) 398-0179
Email: matt7g@att.net

*Attorney for L. Richard Shearer and Diane Shearer*