RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-2380 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **ORDER ON JOINT REQUEST TO JOINT REQUEST TO EXTEND FACT DISCOVERY AND OTHER PRETRIAL DEADLINES DUE TO COVID-19 GLOBAL PANDEMIC** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

On September 3rd, 2020, the parties filed a "joint Request to Extend Fact Discovery and other Pretrial Deadlines due to COVID-19 Global Pandemic."

In consideration of the Joint Request and for good cause shown, IT IS HEREBY ORDERED:

1) The deadline for fact discovery is CONTINUED from September 15th, 2020, until March 15. 2021.

2) All pretrial deadlines set forth in the Court's April 23rd, 2020 Order are CONTINUED for 180 days;

1

3) The Court will RESET the Final Pretrial Conference and Trial by further court order; and

4) The Parties shall file a Joint Status Report on or before March 15, 2021 to advise the Court of the status of this case.

**IT IS SO ORDERED.**

DATED: September 4, 2020

Troy L. Nunley
United States District Judge