DAVID A. HUBBERT
Acting Assistant Attorney General

ALEXANDER STEVKO (CA Bar 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2380
Email: alexander.stevko@usdoj.gov

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.,<br><br>Defendants. | Case No. 2:12-CV-02334-TLN-DB<br><br>**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLETE FACT DISCOVERY** |

The United States of America moves for a sixty-day extension of time to complete fact discovery and related deadlines in this case. In support of this motion, the United States avers as follows:

1. The Court reopened discovery in this case for the parties to take depositions. (ECF No. 107)

2. It later extended fact discovery previously until September 15, 2021 because of the

1

18989581.1

COVID-19 pandemic and because Defendants' counsel had health problems. (ECF No. 115)

3. Defendants Richard and Diane Shearer have been trying to obtain certain IRS records and transcripts directly from the IRS for purposes of analyzing their current tax balance for the years at issue in this case. They have been unable to do so.

4. The COVID-19 pandemic has affected IRS operations, and IRS records facilities in particular. It therefore takes the IRS longer than usual to retrieve and produce documents.

5. While not the subject of document requests pursuant to the discovery in this case, the documents could aid settlement in this case. Counsel for the United States has therefore been in contact with the IRS to assist in obtaining the documents and transcripts for Defendants. The IRS is optimistic that it can gather the requested information in in a month or so.

6. The parties have also discussed settlement in this case and believe there is a chance of reaching a resolution when the parties are able to review the IRS documents related to the taxes at issue and hold further discussions.

7. Defendants Richard and Diane Shearer are also considering deposing an IRS revenue agent now that all Defendants' counsel are healthy. However, doing so might be unnecessary if they are able to obtain and review the documents that the United States is working on getting for them.

8. The parties therefore think it is in their best interest as well as that of the Court to continue fact discovery by sixty days. Doing so will allow all the parties to avoid potentially unnecessary costs and expenses, and it will save the Court time from potentially unnecessary proceedings. Sixty days should allow for time to review the documents, hold settlement discussions, and schedule depositions if still needed.

18989581.1

9. The United States has spoken with counsel for Defendants and they do not oppose this motion.

Wherefore, the United States respectfully requests that the Court extend the deadline to complete fact discovery deadline by sixty days, until November 15, 2021, and adjust all related deadlines accordingly.

DATED: August 17, 2021.                    DAVID A. HUBBERT
                                           Acting Assistant Attorney General


                                           /s/ Alexander E. Stevko
                                           ALEXANDER E. STEVKO
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice

3

18989581.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 17th day of August 2021, I caused a copy of the foregoing **Notice of Substitution** to be served by ECF notification on the following:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

4