UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLETE FACT DISCOVERY** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al., | |
| Defendants. | |

Before the Court is the United States of America's Unopposed Motion to Extend the Deadline to Complete Fact Discovery (ECF No. 116). For the reasons stated in the Motion and for good cause being shown, the Court **GRANTS** the Motion.

Fact discovery in this case closes on November 15, 2021.

1

**IT IS SO ORDERED.**

Dated: August 17, 2021

Troy L. Nunley
United States District Judge

18989581.1