Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, Texas  77035
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. 2:12-CV-02334 |
| | § | |
|     Plaintiff, | § | JUDGE TROY L. NUNLEY |
| | § | |
| | § | JOINT MOTION FOR |
| VS. | § | ENLARGEMENT OF TIME |
| | § | WITHIN WHICH TO COMPLETE |
| L. RICHARD SHEARER, et al., | § | DISCOVERY AND TRIAL |
| | § | PREPARATION |
| Defendants. | § | |

TO THE PRESIDING DISTRICT JUDGE OF THE EASTERN DISTRICT OF CALI-
FORNIA, SACRAMENTO DIVISION:

    Defendant Stanley Swenson, as Trustee of the Hotlum, Berryvale,
and Regency Trusts ("Trust Defendants"), and Defendants L. Richard
Shearer, Diane Shearer, and hereby jointly move this Court for the
entry of an order enlarging the time within which the parties to
this case may complete discovery and pretrial preparation and, in
support of this motion, and the entry of a new scheduling order by

this Court, would show this Court the following:

In support of this motion, the Parties present the following facts:

1.   On March 11, 2020, the World Health Organization classified the outbreak of a novel coronavirus ("COVID-19"), which causes severe acute respiratory illness.  The global pandemic has since spread across approximately 120 countries.

2.   Many orders, directives, and policies have been issued for the purpose of controlling and containing Covid-19 by the various state governments of this country and by state and federal regulatory agencies and political subdivisions of the states.

3.   One of those policies was an effective shut-down of the offices that provide the public with the official records of old federal cases, "the Federal Archives."

4.   On February 1, 2021, Stan Swenson informs his counsel that he requested a copy of the docket sheet and contents of the file of the criminal case, USA v. Bullock, et al, CAED 2:00-cr-00345-FCD.

5.   On information and belief the office of the Federal Archives responsible for maintaining and providing these records just recently re-opened.

6.   Defendant Swenson believes that this record will be available to him and the Defendants and parties in this case within a reasonable time, but cannot provide specifics concerning any future date or time of official production.

2

7. Defendants anticipate that the criminal record may provide facts and information requiring further discovery.

8. Defendant Swenson served formal written discovery on the Plaintiff, United States on July 15, 2021. As of the date of the filing of this Joint Motion, the Plaintiff, United States, has not responded to or answered Defendant Swenson's written discovery. The contents of the Government's written responses and answers to discovery are essential to the preparation and proper presentation of Defendant Swenson's case-in-chief at the trial on the merits of this case. Defendant Swenson also needs a reasonable time after receiving the Government's responses and answers to his written discovery within which to take meaningful additional discovery if necessary.

9. The facts and information stated above constitute good cause to extend discovery in this case from the present deadline for completion, November 15, 2021, to May 15, 2022.

10. All the parties Defendant are in agreement with this request and motion, and thus jointly request the relief, as is shown below.

12. U.S. Assistant District Attorney Alex Stevko told attorney Matthew Gilmartin on a telephone call on Friday, November 12th, 2021, that he had no objection to the extension since he was responsible for handling several other cases which required his attention and needed more time to obtain the defendants' discovery since the Government is still not operating a full capacity because of the

COVID virus.

11.   The parties also jointly request that this Court enter a new scheduling order which provides for an extension or enlargement of the discovery deadline and any other deadlines related to discovery.

WHEREFORE, for good cause based on the exigent circumstances set forth herein, and not for the purposes of delay, the Parties respectfully request that the Court: (1) extend the deadline for discovery, from November 15, 2021, to Monday, May 16, 2022; (2) extend all other pretrial deadlines and dates set forth in the Court's latest previous scheduling order extending deadlines dated March 5, 2021, to and until May 16, 2022; (3) order the parties to file a Joint Status Report on or before May 16, 2022; and (4) award the parties such other and further relief, both in law and in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

*/s/ Joe Alfred Izen, Jr.*
Joe Alfred Izen, Jr.
TBC # 10443500
5526 McKnight Street
Houston, Texas  77035
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net
ATTORNEY FOR DEFENDANTS
STANLEY SWENSON, TRUSTEE,
BERRYVALE TRUST,
HOTLUM TRUST AND REGENCY TRUST

4

*/s/ Matthew Gilmartin*
MATTHEW GILMARTIN,
Ohio Bar #024683
Matthew Gilmartin, Attorney at
Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Attorney for L. Richard Shearer
and Diane Shearer


## CERTIFICATE OF CONFERENCE

Mr. Stevko does not oppose this motion.

*/s/ Matthew Gilmartin*
Matthew Gilmartin

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document was sent to the following attorneys by email transmission and/or U.S. Mail, postage prepaid, on November 14th, 2021.

Alexander Edward Stevko     Matthew Gilmartin
US DOJ, Tax Division         Ohio Bar #0024683)
P. O. Box 683,             Matthew Gilmartin Attorney at
Ben Franklin Station         Law, LLC
Washington, D.C. 20044       P.O. Box 939
202.307.6648 TEL            North Olmsted, OH 44070
202.307.0054 FAX            440-479-8630 TEL
Alexander.Stevko@usdoj.gov   440-398-0179 FAX
Matt7g@att.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., #202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

                                    /s/ Matthew Gilmartin
                                    Matthew Gilmartin

SHEARERS.M2E/TK515