**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. 2:12-CV-02334 |
| | § | |
| Plaintiff, | § | ORDER ON |
| | § | JOINT MOTION FOR |
| VS. | § | ENLARGEMENT OF TIME |
| | § | WITHIN WHICH TO COMPLETE |
| L. RICHARD SHEARER, et al., | § | DISCOVERY AND TRIAL |
| | § | PREPARATION |
| Defendants. | § | |
| _____ | § | |

   BEFORE the Court on the ___ day of _____, 2021, came on to be heard the JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND TRIAL PREPARATION and the Court, after due consideration of same, is of the opinion that relief should be granted.  It is therefore.

   ORDERED that the deadline for discovery IS EXTENDED from November 15, 2021 to Monday, May 16, 2022.  It is further.

   ORDERED that all other pretrial deadlines and dates set forth in the Court's latest previous scheduling order may be extended by further order of this Court or by entry of a new scheduling order.  It is further.

   ORDERED that this Court SHALL ENTER a new scheduling order in this case upon the entry of this order on the docket sheet of this case by the Clerk of this Court.  It is further.

   ORDERED that the parties SHALL FILE a Joint Status Report on or before May 15, 2022.

   SIGNED ON _____, 2021.

_____
Troy L. Nunley
United States District Judge

1