DAVID A. HUBBERT
Deputy Assistant Attorney General

Chelsea Bissell (MTBN 58862977)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Western.TaxCivil@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>　　　　Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**NOTICE OF APPEARANCE OF CHELSEA BISSELL ON BEHALF OF THE UNITED STATES** |

Chelsea Bissell, a trial attorney with the United States Department of Justice, Tax Division, enters her appearance as counsel for the United States in this action. Please include Chelsea Bissell on all future notices, pleadings, and correspondence in this case.

Date: April 29, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 29, 2022, I caused a copy of the foregoing Notice of Appearance of Chelsea Bissell on Behalf of the United States, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

/s/ Chelsea Bissell
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice