DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR DISCOVERY** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

The United States moves for a six-month extension of time to complete discovery and a commensurate extension of related deadlines. The parties agree to this six-month extension for the following reasons:

1. The Court reopened discovery in this case to allow the parties to take depositions. (Doc. 107).

2. Upon joint requests of the parties (Docs. 114, 116, 118), the Court has extended the deadline for discovery three times since it reopened fact discovery. (Docs. 115, 117, 119).

1

3. During this extended time for discovery, the United States has endeavored to find the whereabouts and contact information for Lonnie Crockett, Richard Pfeiffer, Ken Cox, Ed Cox, and Leora Swenson. In April 2022, the United States finally contacted Lonnie Crockett and is attempting to contact Ken Cox and Richard Pfeiffer. Ed Cox and Leora Swenson have passed away.

4. Mr. Crockett has agreed to a deposition, but there are logistical issues the parties need to address before deposing Mr. Crockett.

5. First, Mr. Izen has previously represented Mr. Crockett before the Tax Court and provided tax advice to Mr. Crockett's business, Farr West. Mr. Izen has reason to believe that attorney client privilege, possible bias, and conflict may be at issue in Mr. Crockett's deposition. The parties need time to assess the nature of potential privileges and conflicts between Mr. Izen and Mr. Crockett before deposing Mr. Crockett.

6. The second logistical issue is that Mr. Crockett is traveling to Alaska in early May for the summer. The logistics of coordinating a deposition of Mr. Crockett in the next week is burdensome for all, especially in light of the potential privilege issues with Mr. Izen's prior representation of Mr. Crockett. The parties would appreciate additional time to coordinate and travel for Mr. Crockett's deposition.

7. Additionally, the parties are attempting to resolve potential interest calculation concerns and to come to an agreement on this issue outside the Court.

8. Therefore, the parties agree that it is in their best interest and the Court's best interest to continue fact discovery by six months, until November 14, 2022, to allow for investigation into potential privilege issues, depositions, and a possible settlement in the case.

//
//
//
//
//

| | |
|---|---|
| Date: May 4, 2022 | Respectfully submitted,<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Chelsea Bissell*<br>CHELSEA BISSELL<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br><br><br>*/s/ Matthew Gilmartin*<br>Matt Gilmartin<br><br><br>*/s/ Joe Alfred Izen, Jr.*<br>Joe Alfred Izen, Jr.<br>5526 McKnight Street<br>Houston, TX  77035<br>713-668-8815 TEL<br>713-668-9402 FAX<br>jizen@comcast.net<br>Attorney for Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust |

# **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on May 2, 2022, I caused a copy of the foregoing Joint Motion to Extend Time for Discovery, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer and Diane Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

                                                /s/ Chelsea Bissell
                                                CHELSEA BISSELL
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice