DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DISCOVERY** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

Before the Court is the United States' Joint Motion to Extend Time for Discovery. For the reasons stated in the Motion and for good cause being shown, the Court **GRANTS** the Motion.

Fact discovery in this case closes on November 14, 2022.

1

1 | **IT IS SO ORDERED**

Dated: May 4, 2022

Troy L. Nunley
United States District Judge