1  MATTHEW GILMARTIN
   Matthew Gilmartin, Attorney at Law, LLC
2  P.O. Box 939
   North Olmsted, OH 44070
3  440-479-8630 (v)
   440-398-0179 (f)
4  Matt7g@att.net

5  *Attorney for L. Richard Shearer & Diane Shearer*

6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8

9  United States of America,                 **No. 2:12-CV-02334-TLN-DB**

10          Plaintiff,                        **Judge Troy L. Nunley**

11     v.                                     **UNOPPOSED MOTION TO WITHDRAW
                                              AS COUNSEL FOR DIANE SHEARER AS
12 L. Richard Shearer; Diane Shearer; Stanley SHE HAS DISCHARGED THEM AND
   Swenson as Trustee of the Hotlum Trust,    WISHES TO PROCEED PRO SE
13 Berryvale Trust, and Regency Trust; et al.;

14          Defendants.

15

16

17

18

19

20     Now comes Matthew Gilmartin, legal counsel for Defendant Diane Shearer and hereby

21 moves per F.R.Civ.P. 83 and Local Rule 182(d) to withdraw from representing her in this case, as

22 she has discharged both of her attorneys Matthew Gilmartin and Shaun Cunningham. This is

23 because she wishes to represent herself and proceed pro se. She notified both of us by email of

24 this decision on July 22nd & 27th, 2022 and by formal letter on July 31st, 2022, (copies of these

25 three documents are attached as Exhibits 1,2 & 3).  Matthew Gilmartin asks this Honorable Court

26 to grant her wish and discharge both attorney Shaun Cunningham and he from further

27 representing her in this matter. Copies of these notifications are attached to the affidavit of

28 Matthew Gilmartin which is also attached to this motion as Exhibit 4.

Matthew Gilmartin is obligated to follow the California Rules of Professional Conduct since his client terminated his representation as set forth in Rule 1.16(a)(4) and Rule 1.16(e)(1) which obligates him:

> Rule 1.16(e)(1) Upon the termination of a representation for any reason: (1) subject to any applicable protective order, non-disclosure agreement, statute or regulation, the lawyer promptly shall release to the client, at the request of the client, all client materials and property. "Client materials and property" includes correspondence, pleadings, deposition transcripts, experts' reports and other writings, exhibits, and physical evidence, whether in tangible, electronic or other form, and other items reasonably* necessary to the client's representation, whether the client has paid for them or not; and

Matthew Gilmartin has provided Dr. and Mrs. Shearer copies of their entire case file two or three times in the recent year or two. If Mrs. Shearer wishes Matthew Gilmartin to send her these documents again, he will do so and comply with the above directive.

Mrs. Shearer has also been provided with a copy Local Rule 183 (Fed. R. Civ. P. 83) PERSONS APPEARING IN PROPRIA PERSONA as to guide her in dealing with the court and the other parties to this case in the future. This. rule is attached to this motion as Exhibit 5 for her benefit.

The next significant deadline in this case is November 14th, 2022, which is the date that this Court has set for the Fact Discovery cutoff, [See Dkt. #122, May 5th, 2022].

It is also requested that this Honorable Court grant Mrs. Diane Shearer permission to access and file and receive pleading and notices using the U.S. District Court for the Northern District of California, Sacramento Division's ECF system and through PACER.

Mr. Gilmartin and Shawn Cunningham will still represent Defendant L. Richard Shearer in this case.

Date: August 15th, 2022

/s/ Matthew Gilmartin
MATTHEW GILMARTIN, Ohio Bar #024683
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
Olmsted Township, OH 44138
*Attorney for L. Richard Shearer and Diane Shearer*

*THE FOLLOWING ATTORNEYS DO NOT OPPOSE THIS MOTION:*

Date: August 15, 2022

/s/ Alfred Joe Izen, Jr
ALFRED JOE IZEN, Jr
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401
*Attorney for Stanley Swenson as Trustee of the
Hotlum, Berryvale, and Regency Trusts*

Date: August 15, 2022

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Alexander Stevko
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

/s/ Chelsey Bissell
Chelsey Bissell
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 15th day of August, 2022, I caused a copy of the foregoing **Unopposed Motion to Withdraw as Legal Counsels for Defendant Diane Shearer as She has Discharged Them**:

**By ECF notification to:**

| | |
|---|---|
| ALEXANDER STEVKO,<br>Trial Attorney, Tax Attorney<br>U.S. Department of Justice | Attorney for the United States of America |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

**By email notification to:**

Diane Shearer                                         Defendant
701 Pine St.
Mt. Shasta, CA 96067
Telephone No. 530-926-6222
office@drshearer.com

/s/ *Matthew Gilmartin*
MATTHEW GILMARTIN
Attorney for the Defendants
L. Richard & Diane Shearer