pro se

From: L. Richard Shearer, M.D. (office@drshearer.com)
To: matt7g@att.net
Cc: msent@snowcrest.net
Date: Friday, July 22, 2022 at 09:17 PM EDT

Dear Mr. Gilmartin:

I'd like to proceed pro se in the case of US v L. Richard Shearer et al. Everything else will remain the same, you will continue to represent my husband. Please promptly prepare a motion to withdraw as my counsel. If you need my signature on any paperwork in order to effectuate this change, please email it to me.

Thank you,

Diane Shearer
c: Richard Shearer