pro se

From: L. Richard Shearer, M.D. (office@drshearer.com)
To: matt7g@att.net
Cc: msent@snowcrest.net
Date: Friday, July 29, 2022 at 02:10 PM EDT

Dear Mr. Gilmartin:

Could you give me an update on progress toward withdrawing as counsel for me? I assume you probably had to ask opposing counsel if they have opposition. Hopefully you can soon file the motion and submit an agreed order. If you'd be so kind, please send me a copy by email when you do.

Also, when you get the filed court order, please promptly send me a copy of that via email.

Thank you,

Diane Shearer