July 31st, 2022

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Matthew Gilmartin
Attorney At Law, LLC
P.O. Box 939
North Olmsted, OH 44070

Shaun Cunningham
Law Office of Shaun Cunningham
24551 Del Prado, # 683
Dana Point, CA 92629

Re:   *US v. Shearer et al*
      CAED 2:12-cv-02334-TLN-DB
      Via email only to matt7g@att.net and mrshauncunningham@gmail.com

Dear Mr. Gilmartin and Mr. Cunningham:

I'd like to proceed pro se in the case of *US v. L. Richard Shearer et al*.  Everything else will remain the same, you both will continue to represent my husband.  By my understanding Mr. Gilmartin will prepare and file the motion to withdraw as my counsel, but Mr. Cunningham needs a copy of my letter request.

If you need my signature on any additional paperwork, to effectuate this change or properly document your files, please email it to me.

Thanks very much for your kind consideration and assistance with this request.

Kindest regards,

/s/ Diane Shearer

Diane Shearer
c:   Dr. L. Richard Shearer