UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>)<br><br>    Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**AFFIDAVIT OF ATTORNEY MATTHEW GILMARTIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DIANE SHEARER** |

    I, Matthew Gilmartin, being first duly cautioned according to law, do hereby state and deposed the following.

1. I am citizen of the United States of American and being over the age of 18.

2. I represent the Diane Shearer, who is one of the defendants in this case.

3. On July 22nd, 2022 I received an email from Diane Shearer instructing to withdraw from representing her as her attorney in this case and her desire to represent herself pro se. A copy of that email is attached to this affidavit as Exhibit 1.

4. On July 29th, 2022 I received a second email from Diane Shearer inquiring as to the progress of the preparation and filing of the Motion to Withdraw. A copy of that email is attached to this affidavit as Exhibit 2.

5. On July 31st, 2022, Diane Shearer sent me a letter via email formally discharging both Shaun Cunningham and myself as her attorneys in this matter. A copy of that letter is attached to this affidavit as Exhibit 3.

6. In that same July 31st, 2022, Diane Shearer put as her address as 701 Pine St., Mt. Shasta, CA 96067, Telephone No. 530-926-6222 and her email address as office@drshearer.com, This address to the best of my knowledge is her current address.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF OHIO         :
                      : SS.
COUNTY OF CUYAHOGA    :

_____
Matthew Gilmartin

SWORN TO, acknowledged and subscribed, that above Matthew Gilmartin did acknowledge and subscribed his name, before me, a Notary Public for the State of Ohio, this 15th day of August, 2022

GINA FICOCIELLO
Notary Public
State of Ohio
My Comm. Expires
June 28, 2027

_____
Notary Public

[Seal]

My Commission Expires on: 6-28-2027