**RULE 183 (Fed. R. Civ. P. 83)**

**PERSONS APPEARING IN PROPRIA PERSONA**

    **(a)**    **Rules Governing Appearance.**  Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law.  All obligations placed on "counsel" by these Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.  A corporation or other entity may appear only by an attorney.

    **(b)**    **Address Changes.**  A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

    **(c)**    **Pro Se Party Exceptions to Electronic Filing.**  Pro se parties are exempted from the requirement of filing documents electronically.  Pro se parties must file documents conventionally, and any person appearing pro se may use electronic filing only with the permission of the assigned Judge.  See L.R. 133.