UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>            Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**JUDGMENT ENTRY**<br><br>**Judge Troy L. Nunley**<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DIANE SHEARER AS SHE HAS DISCHARGED THEM AND WISHES TO PROCEED PRO SE** |

Upon consideration, this court (grants/denies) the Unopposed Motion to Withdraw as Counsel for Diane Shearer as She has discharged Matthew Gilmartin and Shaun Cunningham and wishes to proceed pro se in this case in the future.

Diane Shearer is also granted permission to access court records and file pleadings, motions, etc. through this Court's ECF system and so directs the clerk of this court allow such access and privileges to her.

IT IS SO ADJUDGED, ORDERED AND DECREED.


Date:_____                                       _____
                                                    **Judge Troy L. Nunley**