1

2  Diane Shearer
3  701 Pine Street
   Mt. Shasta, Ca 96067
4  (530) 926-6222 phone
   (530) 925-0777 cell/text
5  Email: office@drshearer.com
   Pro Se Defendant

6

**FILED**

OCT 2 8 2022


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>12  vs.<br><br>13  L. RICHARD SHEARER, ET AL<br>          Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>**NOTICE OF MOTION FOR ELECTRONIC CASE FILING PRIVILEGES**<br><br>Time:  1:30 PM<br>Date:  Tuesday, December 6, 2022<br>Place:  Zoom only, see standing order 8-29-2022<br>**Movant waives hearing and requests a ruling on the pleadings.** |

19

20  Comes now Defendant Diane Shearer and for her notice of unopposed motion states:

21  PLEASE TAKE NOTICE that on December 6, 2022, at 1:30 PM PT or as soon thereafter

22  as counsel may be heard, we shall appear before the Honorable Dale A. Drozd or any judge

23  sitting in his or her stead in Courtroom 4, 15th Floor, Robert T. Matsui United States

24  Courthouse, 501 "I" Street, Sacramento, CA  95814 and shall present *Diane Shearer's*

25  *Unopposed Motion for Electronic Case Filing Privileges.*

26  https://www.caed.uscourts.gov/caednew/assets/File/DAD_Civil_Standing_Order_SAC0829

27

1    2022.pdf

2    According to Judge Drozd's standing order dated 8-29-2022, hearings are by Zoom only.

3    The parties will receive a Zoom ID and password from the courtroom deputy at an

4    appropriate time.

5

6    DATED:  October 24, 2022

7

8

9    _____
      Diane Shearer, pro se

10

11              CERTIFICATE OF SERVICE

12

13   I Diane Shearer by my signature above I certify that all persons entitled to service will be
     electronically served with a copy of this pleading by CM/ECF contemporaneously with the
14   filing of this pleading with the Clerk of the Court.

15

16

17

18

19

20

21

22

23

24

25

26

27

Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>            Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>**DIANE SHEARER'S UNOPPOSED MOTION FOR ELECTRONIC CASE FILING PRIVILEGES**<br><br>Time:  1:30 PM<br>Date:  Tuesday, December 6, 2022<br>Place:   Zoom only, see standing order 8-29-2022<br>**Movant waives hearing and requests a ruling on the pleadings.** |

Comes now Defendant Diane Shearer and for her unopposed motion states:

1.       Defendant Diane Shearer requests electronic case filing privileges, so as to be able to file via CM/ECF, and receive notices electronically via email.

2.       Defendant Diane Shearer has inquired of counsel for the government, who state that they have no objection to this request.

3.       Defendant Diane Shearer has sufficient knowledge, training, and technical support to properly file her pleadings via CM/ECF.

4.      CM/ECF filings will benefit the Court and the parties because they are compact, legible, searchable, etc.

5.      Because this is an unopposed motion, there is no need for a hearing.  Defendant Diane Shearer requests a ruling on this motion without a hearing.

WHEREFORE, premises considered, Defendant Diane Shearer respectfully requests an order authorizing her to file pleadings via CM/ECF; directing the Clerk to provide the required authorizations; and for such other and further relief as may be appropriate whether or not specifically requested.

DATED:  October 24, 2022

_Diane Shearer_
Diane Shearer, pro se

### CERTIFICATE OF SERVICE

I Diane Shearer by my signature above I certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.

October 24, 2022

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Keith Holland, Clerk
US District Court Clerk's Office
Robert T. Matsui United States Courthouse
501 "I" Street, Room 4-200
Sacramento, 95814.

Re:   *US v. Shearer et al*
        CAED 2:12-cv-02334-TLN-DB

Dear Mr. Holland:

Herewith please find my motion for ECF filing privileges.  Don't worry about
sending a copy, I'll be able to get a copy via PACER.

I'm just a bit confused about exactly what is required, concerning a "notice of
motion."  It seems that the motion itself would inform other parties of the date,
time, and means by which a hearing will be held, if necessary.  However, out of an
abundance of precaution, I'm also sending a separate "notice of motion" pleading.

Please file the "notice of motion" in addition to the motion itself, if such is required
under the rules and customs of the court.  If it is not required and is not filed by
your personnel, I will make a mental note of that fact, for future reference.

Thanks very much for your kind consideration and assistance with this request.

Kindest regards,
/s/ Diane Shearer

Diane Shearer
c:   Dr. L. Richard Shearer