Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
(530) 926-6222 phone
Email: office@drshearer.com
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>**DIANE SHEARER'S UNOPPOSED MOTION TO EXTEND TIME FOR DISCOVERY AND OTHER PRETRIAL DEADLINES**<br><br>Time:  1:30 PM<br>Date:   Tuesday, December 20, 2022<br>Place:  Zoom only, see standing order 8-29-2022<br>**Movant waives hearing and requests a ruling on the pleadings.** |
|---|---|

Comes now Defendant Diane Shearer and for her unopposed motion to extend time for fact discovery states:

1. The Court reopened discovery in this case to allow the parties to take depositions. (Dkt. 107).

2. Upon joint request of the parties, this Court has extended the deadline for discovery four times since it reopened fact discovery. (Dkt. 115, 117, 119, 122).

3. During the last extension of time, the government deposed Lonnie Crocket.

4. This and other matters have given rise to other issues that should be resolved by discovery.

5. The parties in the prior agreement (Dkt. 121, pg. 2 lines 18-19) stated that they were involved in an effort to resolve potential interest calculation concerns. This has not been completed at the present time.

6. Defendant Diane Shearer is pro se but is moving with all deliberate speed, learning as quickly as practicable, etc., so as to avoid any undue delay of court proceedings.

7. Defendant Diane Shearer on November 9, 2022 conducted a phone conference with Alexander Stevko, counsel for the government. The parties discussed the upcoming holiday season, continuing issues from the Covid-19 epidemic, etc., which taken together make progress on legal proceedings more difficult and time consuming. Mr. Stevko graciously stated that he had no objection to another 6 month extension of fact discovery, with commensurate extensions of all other pretrial deadlines, in light of the matters discussed.

8. Because this is an unopposed motion, there is no need for a hearing. Defendant Diane Shearer requests a ruling on this motion without a hearing.

WHEREFORE, premises considered, Defendant Diane Shearer respectfully requests a 6 month extension of time to complete fact discovery, up through and including May 15, 2023; for commensurate extension of all other pretrial deadlines; and for such other and further relief as may be appropriate whether or not specifically requested.

DATED:  November 9, 2022

/s/ Diane Shearer
Diane Shearer, pro se

**CERTIFICATE OF CONFERENCE**

Defendant Diane Shearer met and conferred with Alexander Stevko by telephone on November 9, 2022.  Mr. Stevko graciously stated that he had no objection to the relief sought, specifically to a 6 month extension of fact discovery, as well as a commensurate extension of all other pretrial deadlines.  Defendant Diane Shearer has conferred with counsel for her co-defendants, who also state that they have no objection to the relief sought.

**CERTIFICATE OF SERVICE**

I Diane Shearer by my signature above I certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.