DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>    Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**LIMITED OPPOSITION TO MOTION FOR EXTENSION OF DISCOVERY** |

  The United States submits this response to Defendant Diane Shearer's "Unopposed Motion to Extend Time for Discovery and Other Pretrial Deadlines" (ECF No. 131) to clarify what the United States opposes and does not oppose. As stated in Mrs. Shearer's motion, she and United States counsel spoke on November 9, 2022. Mrs. Shearer is newly pro se in this case, and United States counsel tried to answer some questions she had.

  The Court re-opened fact discovery in this case (ECF No. 105) for the limited purpose of taking specific depositions. For any other type of discovery in this case, the deadline has long

1

passed. United States counsel did not clarify this with Mrs. Shearer on their call, but United States counsel has been operating under the continued understanding that discovery has been extended to locate certain witnesses and depose them, and when United States counsel said that the United States did not oppose Mrs. Shearer's request for more time because she was getting up to speed on the case, it was with the understanding that discovery would be extended under the current limitations.

Having reviewed the motion filed by Mrs. Shearer more closely, the United States now sees that the phrase "had no objection to another 6 month extension of fact discovery" in the motion may be ambiguous. The United States therefore files this response to clarify that it does not oppose an *extension* of discovery under the current limitations for depositions, but it would oppose a potential extension allowing written discovery, which technically should be a *re-opening* of discovery, and that was not requested in the motion. The parties already had opportunities to conduct written discovery in this case prior to the limited re-opening in 2020, and Mrs. Shearer has not shown why the Court needs to re-open written discovery, if that is what she is asking for.

Date: November 14, 2022          Respectfully submitted,

                                 DAVID A. HUBBERT
                                 Deputy Assistant Attorney General

                                 */s/ Alexander Stevko*
                                 ALEXANDER STEVKO
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice

2

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on November 14, 2022, I caused a copy of the foregoing Joint Motion to Extend Time for Discovery, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

I also certify that on the same day I served the following parties by mail and email:

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
office@drshearer.com
*Pro se*

/s/ *Alexander Stevko*
Alexander Stevko
Trial Attorney, Tax Division
U.S. Department of Justice

3