Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, Texas  77035
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| | § | |
| L. RICHARD SHEARER, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT, STANLEY SWENSON, AS TRUSTEE FOR BERRYVALE
TRUST'S, FIRST REQUEST FOR PRODUCTION TO
PLAINTIFF UNITED STATES OF AMERICA**

TO:  PLAINTIFF, UNITED STATES OF AMERICA, By and Through Its
Attorney of Record, Alexander Stevko, Trial Attorney, Tax
Division, US Dept. of Justice, Tax Division, P. O. Box 683,
Ben Franklin Station, Washington, D.C. 20044-0683.

PURSUANT to Federal Rules of Civil Procedure Rule 34 you are
required to serve a written response to this request on the
attorney for Defendant, Stanley Swenson, Trustee for the Berry-
vale Trust, whose address is as follows:

Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, Texas 77035

within thirty days of the date of the service of this request.
You must respond in writing to each specific request and state

what production of documents or evidence, if any, will be made in compliance with the request.

Any documents or evidence which is required to be produced by this request and which are in your possession, custody, or control, should be produced for inspection and copying of the Defendants' attorney, Joe Alfred Izen, Jr., whose address is listed above at the time and/or by the means and within the time period stated below:

Production for all evidence and documents required to be produced in response to this request shall be produced by email transmission of digital or scanned images to the office email address of Defendant's Counsel which is jizen@comcast.net within thirty days after service of this request or within such other time period as agreed to by the United States and the Defendant.

You are further placed on notice that your written response and any evidence and documents produced by you in response to this request may be used as evidence by the Defendant, Stanley Swenson, trust of Berryvale Trust, in the presentation of Defendant's case-in-chief in the trial on the merits of this case.

<u>SPECIFIC REQUESTS FOR PRODUCTION</u>

You are hereby requested to produce the following documents and evidence:

1. All documents or evidence including, but not limited to financial instruments and records, such as bank accounts, cancelled checks, bank drafts, deposit slips, credit card account summaries, credit card receipts, money orders, cash receipts, or any other recordation  of expenditures which support the Plaintiff, United States', claim that any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, operated as alter egos or nominees of Defendants, L. Richard Shearer and/or Diane Shearer, as alleged in the Government's latest filed complaint and

1   pleadings.

2         **RESPONSE:**

3

4

5

6

7

8

9

10

11

12         2.   All documents and evidence supporting the Plaintiff,
United States', claim, if any, in its latest filed complaint or
13   pleadings that any of the Defendants, Hotlum Trust, Berryvale
Trust, and Regency Trust, were not validly organized under the
14   laws of the State of California or any other state for any of the
years listed in the Government's latest filed complaint or plead-
15   ings.

16         **RESPONSE:**

17

18

19

20

21

22

23

24

25

26         3.   All documents and evidence including, but not limited
to, financial documents supporting the Plaintiff, United States',
27   claim that the Defendants, L. Richard Shearer and/or Diane Shear-
er, made transfers of property to any of the Defendants, Hotlum
28   Trust, Berryvale Trust, and Regency Trust, for less than "reason-

ably equivalent value" during any of the years at issue in the Government's latest filed complaint or pleadings.

**RESPONSE:**

4.  All requests for audits, document request forms, assessments, audit results, or any other documents pertaining to the tax accounts or audits of Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, and their fiduciary 1041 tax returns for all or any of the tax years listed in the Government's latest filed complaint or pleadings.

**RESPONSE:**

5.  All documents including, but not limited to financial documents such as bank deposits, bank summary of deposits, rental ledgers, and any other documents reflecting receipt of income and payment of expenses by each of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, and L. Richard Shearer and Diane Shearer, for any of the tax years stated in the Government's latest filed complaint or pleadings.

RESPONSE:

6.  All documents and evidence including, but not limited to financial documents supporting the claim by the Plaintiff, United States, if any, in its latest-filed complaint or pleadings that the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, received deposits of income from the medical practice operated by Defendants, L. Richard Shearer and/or Diane Shearer, for any of the tax years stated in the Government's latest filed complaint and pleadings.

RESPONSE:

7.  All documents and evidence including, but not limited to financial documents, such as bank statements, cancelled checks, credit card account summaries, credit card receipts, cash receipts, and any other form of proof of payment, reflecting payment by any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, of the personal expenses of Defendants, L. Richard Shearer and/or Diane Shearer, for any of the tax years stated in the Government's latest filed complaint and pleadings.

**RESPONSE:**

8.  All documents and evidence supporting the claim, if any, in the Plaintiff, United States', latest filed complaint and pleadings that any of the Defendants had an intent to commit fraud against the United States or the Internal Revenue Service through the use of any conveyance attacked by the Government as a fraudulent transfer in the Government's latest filed complaint and pleadings.

**RESPONSE:**

9.  All documents and evidence supporting the Plaintiff, United States', claim, if any, that the conveyance of any real estate to any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, claimed to be fraudulent in the Government's latest filed complaint and pleadings rendered Defendants, L. Richard Shearer and/or Diane Shearer, incapable of paying their income tax debts or other obligations to the Plaintiff, United

States, as alleged in the Government's latest filed complaint and pleadings.

    **RESPONSE:**

    10.  All documents and evidence reflecting the attempt by the Internal Revenue Service to collect any assessment or overdue income taxes against any of the Defendants for the tax years stated in the Government's latest filed complaint and pleadings including any description of the results, if any, of such collection actions or attempted collection actions.

    **RESPONSE:**

    11.  All documents and evidence including, but not limited to, notices of filing of tax liens which were filed or posted by the United States or the Internal Revenue Service in an effort to secure the collection of any income taxes or overdue financial obligations to the Internal Revenue Service related to the tax years at issue stated in the Government's latest filed complaint and pleadings.

**RESPONSE:**

12.   Produce any expert witness reports of any expert witnesses who may be called to testify and provide expert opinion by the Plaintiff, United States, in the trial on the merits of this case including, but not limited to the expert opinions of any expert witnesses providing an opinion concerning the fair market value of any property conveyed by the Defendants, L. Richard Shearer and/or Diane Shearer, to any of the Defendants, Hotlum Trust, Berryvale Trust, and/or Regency Trust, at the time of any alleged fraudulent transfer described in the Government's latest filed complaint or pleadings.

**RESPONSE:**

13.   Produce any expert witness curriculum vitae or apprai-sals of any expert witnesses who may be called to testify and provide expert opinion by the Plaintiff, United States, in the trial  on the merits of this case.

1    **RESPONSE:**

2

3

4

5

6

7

8

9

10

11        **14.**    Identify and produce all exhibits that Plaintiff, United States, may offer into evidence at the trial on the merits of this case.

12    **RESPONSE:**

13

14

15

16

17

18

19

20

21                             Respectfully submitted,

22                             S/Joe Alfred Izen, Jr.

23                             Joe Alfred Izen, Jr.
                          TBC # 10443500

24                             5526 McKnight Street
                         Houston, Texas  77035

25                             (713) 668-8815
                         (713) 668-9402 FAX

26                             jizen@comcast.net
                         ATTORNEYS FOR DEFENDANTS

27                             STANLEY SWENSON, TRUSTEE,
                         BERRYVALE TRUST,

28                             HOTLUM TRUST AND REGENCY TRUST

1

<u>**CERTIFICATE OF SERVICE**</u>

2

3      I certify that a true and correct copy of the foregoing
document was sent to the following attorneys by email transmis-
sion and/or U.S. Mail, postage prepaid, on July 15, 2021.

4

5   Alexander Edward Stevko          Matthew Gilmartin
    US DOJ, Tax Division              (Ohio Bar #0024683)
6   P. O. Box 683,                   Matthew Gilmartin Attorney at
    Ben Franklin Station             Law, LLC
7   Washington, D.C. 20044           P.O. Box 939
    202.307.6648 TEL                 North Olmsted, OH 44070
8   202.307.0054 FAX                 440-479-8630 TEL
    Alexander.Stevko@usdoj.gov       440-398-0179 FAX
9                                    Matt7g@att.net

    Jihad M. Smaili, Esq.
10  SMAILI & ASSOCIATES, PC
    Civic Center Plaza Towers
11  600 West Santa Ana Blvd., #202
    Santa Ana, California 92701
12  (714) 547-4700
    (714) 547-4710 (f)
13  www.smaililaw.com
                                     S/Joe Alfred Izen, Jr.
14                                   _____
                                     Joe Alfred Izen, Jr.
15  SHEARER.PRO/TK513

16

17

18

19

20

21

22

23

24

25

26

27

28