```
 1  Joe Alfred Izen, Jr.
    5222 Spruce Street
 2  Bellaire, Texas  77401
    (713) 668-8815
 3  (713) 668-9402 FAX

 4  Jihad M. Smaili, Esq.
    SMAILI & ASSOCIATES, PC
 5  Civic Center Plaza Towers
    600 West Santa Ana Blvd., Suite 202
 6  Santa Ana, California 92701
    (714) 547-4700
 7  (714) 547-4710 (f)
    www.smaililaw.com
 8  ATTORNEYS FOR DEFENDANT,
    STANLEY SWENSON, TRUSTEE
 9
                    IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      §
                                   §
12       Plaintiff,                §
                                   §
13  VS.                            §    CASE NO. 2:12-CV-02334
                                   §
14  L. RICHARD SHEARER, et al.,    §
                                   §
15       Defendants.               §
    _____§
16
         It is hereby certified that on the 14th day of November,
17  2022, I served copies of the following:

18       1. DEFENDANTS, STANLEY SWENSON, TRUSTEE'S, MOTION TO COMPEL
    RESPONSES TO FIRST REQUEST FOR PRODUCTION AND ANSWERS TO FIRST
19  SET OF WRITTEN INTERROGATORIES.

20       2. CERTIFICATE OF SERVICE

21  by U.S. Mail, postage fully prepaid, to:

22  VERNON L. SWENSON
    LEORA SWENSON
23  1045 N. Old Stage Road
    Mt. Shasta, CA 96067
24
    And by ECF notification to:
25
    MATTHEW GILMARTIN,
26  Ohio Bar #024683
    Matthew Gilmartin, Attorney at Law, LLC
27  P.O. Box 939
    North Olmsted, OH 44070
28  matt4g@att.net
```

1

| | |
|---|---|
| 1 | Attorney for L. Richard Shearer |
| 2 | SHAUN CUNNINGHAM (Local Counsel)<br>Law Office of Shaun Cunningham |
| 3 | 41 Vantis Drive<br>Aliso Viejo, CA 92656 |
| 4 | mrshauncunningham@gmail.com<br>Attorney for L. Richard Shearer |
| 5 | |
| 6 | Alex Stevko<br>Trial Attorney |
| 7 | U.S. Department of Justice, Tax Division<br>Civil Trial Section -- Western Region |
| 8 | P.O. Box 683<br>Washington, D.C. 20044 |
| 9 | Alexander.Stevko@usdoj.gov<br>Tel:  (202) 616-2380<br>Fax: (202) 307-0054 |
| 10 | |
| 11 | Diane Shearer<br>701 Pine Street |
| 12 | Mt. Shasta, CA 96067<br>(530) 926-6222 phone |
| 13 | Email: office@drshearer.com<br>Pro Se Defendant |

/S/Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.

SHEARER.COS/TK520