Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANT,
STANLEY SWENSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| | § | |
| L. RICHARD SHEARER, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

**ORDER ON
DEFENDANT, STANLEY SWENSON, AS TRUSTEE FOR BERRYVALE
TRUST'S, MOTION TO COMPEL RESPONSES TO DEFENDANT SWENSON'S
FIRST REQUEST FOR PRODUCTION AND ANSWERS TO DEFENDANT SWENSON'S
FIRST SET OF WRITTEN INTERROGATORIES**

BEFORE this Court came on to be heard and considered Defendant, Stanley Swenson, Trustee for Berryvale Trust' Motion to Compel Responses to Defendant Swenson's First Request for Production and Answers to Defendant Swenson's First Set of Written Interrogatories.

The Court, after considering said motion, is of the opinion that RELIEF SHOULD BE GRANTED.  Based on this determination, it is:

ORDERED that Defendant Swenson Trustee's Motion to Compel

Responses to Defendant Swenson's First Request for Production and Answers to Defendant Swenson's First Set of Written Interrogatories IS HEREBY GRANTED.  It is further;

ORDERED that the Plaintiff, United States, shall fully and completely answer and respond to Defendant Swenson Trustee's First Request for Production and First Set of Written Interrogatories and make all production required by such request for production within _____ days of the date of the entry by the Clerk of this Order on the Court's docket.

SIGNED on this the ____ day of November, 2022.

_____
UNITED STATES DISTRIC JUDGE