Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANT,
STANLEY SWENSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | CASE NO. 2:12-CV-02334 |
| Plaintiff, | § | |
| | § | AMENDED NOTICE OF HEARING |
| VS. | § | |
| | § | Date: February 3, 2022 |
| L. RICHARD SHEARER, et al., | § | Time: 10:00 A.M. |
| | § | Court: Zoom Video Conference |
| Defendants. | § | Judge: Hon. Deborah Barnes |

NOTICE IS HEREBY GIVEN that Defendant, Stanley Swenson, as Trustee for Berryvale Trust's, Motion to Compel Responses to Defendant Swenson's First Request for Production and Answers to Defendant Swenson's First Set of Written Interrogatories is set for hearing on the 3rd day of February, 2023 before the Honorable Judge Deborah Barnes at 10:00 a.m.  The hearing will be via zoom video conference.  The Court will send the zoom information one to two days before the hearing.

```
                                    Respectfully submitted,

                                    /S/Joe Alfred Izen, Jr.
                                    _____
                                    Joe Alfred Izen, Jr.
                                    TBC # 10443500
                                    5526 McKnight Street
                                    Houston, Texas 77035
                                    (713) 668-8815
                                    (713) 668-9402 FAX
                                    jizen@comcast.net
                                    ATTORNEYS FOR DEFENDANTS
                                    STANLEY SWENSON, TRUSTEE,
                                    BERRYVALE TRUST,
                                    HOTLUM TRUST AND REGENCY TRUST
```

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the following attorneys and parties via ECF transmission on December 7, 2022.

```
Alexander Edward Stevko          Matthew Gilmartin
US DOJ, Tax Division              (Ohio Bar #0024683)
P. O. Box 683,                   Matthew Gilmartin Attorney at
Ben Franklin Station             Law, LLC
Washington, D.C. 20044           P.O. Box 939
202.307.6648 TEL                 North Olmsted, OH 44070
202.307.0054 FAX                 440-479-8630 TEL
Alexander.Stevko@usdoj.gov       440-398-0179 FAX
                                 Matt7g@att.net

Jihad M. Smaili, Esq.            Diane Shearer
SMAILI & ASSOCIATES, PC          701 Pine Street
Civic Center Plaza Towers        Mt. Shasta, Ca 96067
600 West Santa Ana Blvd., #202   (530) 926-6222 phone
Santa Ana, California 92701      (530) 925-0777 cell/text
(714) 547-4700                   Email: office@drshearer.com
(714) 547-4710 (f)               Pro Se Defendant
www.smaililaw.com


                                    /S/Joe Alfred Izen, Jr.
                                    _____
                                    Joe Alfred Izen, Jr.
SHEARER.NOH/TK520
```