MATTHEW GILMARTIN
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
440-479-8630 (v)
440-398-0179 (f)
Matt7g@att.net

*Attorney for L. Richard Shearer & Diane Shearer*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.;<br><br>Defendants. | No. 2:12-CV-02334-TLN-DB<br><br>**ORDER ON UNOPPOSED REQUEST TO EXTEND FACT DISCOVERY AND OTHER PRETRIAL DEADLINES DUE TO COVID-19 GLOBAL PANDEMIC** |

On March 4th, 2021, the defendants L. Richard Shearer & Diane Shearer filed an unopposed Request to Extend Fact Discovery and other Pretrial Deadlines due to COVID-19 Global Pandemic."

In consideration of the Request and for good cause shown, IT IS HEREBY ORDERED:

1) The deadline for fact discovery is CCONTINUED from March 15th, 2021, until September 15, 2021.

2) All pretrial deadlines set forth in the Court's September 4th, 2020 Order are CONTINUED for (180) days;

3) The Court will RESET the Final Pretrial Conference and Trial by further court order; and

4) The Parties shall file a Joint Status Report on or before September 15, 2021 to advise the Court of the status of this case.

EXHIBIT A

1

1  **IT IS SO ORDERED.**

2  DATED: March 5, 2021

3  Troy L. Nunley
   United States District Judge