Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, Texas 77035
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| L. RICHARD SHEARER, et al., | § | |
| Defendants. | § | |

**DEFENDANT, STANLEY SWENSON, AS TRUSTEE FOR BERRYVALE TRUST'S, FIRST SET OF WRITTEN INTERROGATORIES TO PLAINTIFF UNITED STATES OF AMERICA**

TO:  PLAINTIFF, UNITED STATES OF AMERICA, By and Through Its Attorney of Record, Alexander Stevko, Trial Attorney, Tax Division, US Dept. of Justice, Tax Division, P. O. Box 683, Ben Franklin Station, Washington, D.C. 20044-0683.

PURSUANT to Federal Rules of Civil Procedure Rule 33 you are hereby directed to answer each of the following written interrogatories separately, in writing, and under oath, made by an agent, employee, or official of the United States Government with the authority to provide such information under oath and to serve the original of your answers on the Defendant's attorney whose address is as follows:

Joe Alfred Izen, Jr.
5526 McKnight Street

|    |                                                                  |
|----|------------------------------------------------------------------|
| 1  | Houston, Texas 77035                                             |
| 2  | within thirty days from the date of the service of these interro- |
| 3  | gatories.                                                        |
| 4  | You are further placed on notice that the Answers to these       |
| 5  | Interrogatories when made may be used by Defendant, Stanley      |
| 6  | Swenson as Trustee for the Berryvale Trust as evidence in the    |
| 7  | Defendants' case-in-chief in the trial on the merits of this     |
| 8  | case. Defendants refer to Defendants, Stanley Swenson, Trustee,  |
| 9  | and the Berryvale Trust, Hotlum Trust and Regency Trust, L.      |
| 10 | Richard Shearer and Diane Shearer.                               |
| 11 | **SPECIFIC WRITTEN INTERROGATORIES**                             |
| 12 | Please answer the following written interrogatories:             |
| 13 | 1. Identify any and all witnesses that the Plaintiff, United     |
| 14 | States, intends to call and provide a brief summary and substance of their testimony. |
| 15 | ANSWER:                                                          |
| 24 | 2. Identify any and all expert witnesses that may be called      |
| 25 | to testify by the Plaintiff, United States, at the trial on the merits of this case including, but not limited to, any experts |
| 26 | who may provide an opinion concerning the value of any real property which was allegedly fraudulently transferred by the |
| 27 | Defendants, L. Richard Shearer and/or Diane Shearer, to any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, |
| 28 | as alleged in the Government's latest complaint and pleadings providing also a brief synopsis of any opinion of any such ex- |

2

perts.

ANSWER:

3. Please list and describe in detail the date or dates on which the Plaintiff, United States, alleges that Defendants, L. Richard Shearer and Diane Shearer, were insolvent or unable to pay their income tax debts or other obligations to the United States Government which were prior to the conveyances of any property, including real property, to Defendant, Stanley Swenson, in his capacity as Trustee for Defendants, Hotlum Trust, Berry-vale Trust, and Regency Trust, providing also, in detail, the accumulated assets and the earnings of Defendants, L. Richard Shearer and Diane Shearer, which were available to pay such income tax or other debts and obligations to the United States as of the date of each transfer which the Plaintiff alleges was fraudulent in Plaintiff's Amended Complaint or pleadings.

ANSWER:

4. Please list, describe, and provide, all calculations or summaries, if any, prepared by the United States or any of its agencies or their personnel which the Plaintiff contends prove that Defendants, L. Richard Shearer and Diane Shearer, were insolvent or unable to pay their income tax or other obligations to the Plaintiff as of the date of any transfer to Defendants, Hotlum Trust, Berryvale Trust, or Regency Trust, alleged as fraudulent in the Government's latest complaint or pleadings.

**ANSWER:**

5. Please list and describe in complete detail all payments of taxes and other debts or obligations including the personal obligations of any Defendants which the Plaintiff alleges were paid by Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, through their trustee, Stanley Swenson, for any of the tax years at issue during which the Plaintiff claims Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, were nominees or alter egos of Defendants, L. Richard Shearer and/or Diane Shearer, setting out the source of income for the payment of such debts, including rental of trust property, the amount of each such debt paid, and a description of such debt including, but not limited to payment for services or purchase of materials or items of any kind.

**ANSWER:**

6. Please list and describe by date, duration, and time, and parties performing any such income tax audits, the audits of any 1041 fiduciary tax returns filed by Stanley Swenson, in his capacity as trustee for Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, carried out by the Plaintiff through its Internal Revenue Service for any tax years in which Plaintiff's latest complaint or pleadings allege Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, were alter egos or nominees of Defendants, L. Richard Shearer or Diane Shearer, and describe with particularity the results of any such audit.

**ANSWER:**

7. If any 1041 fiduciary income tax returns filed by Stanley Swenson in his capacity as Trustee for Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, were accepted as filed or audited after filing, please provide complete details of the results of any such audits, and indicate or state the reasons why such 1041 income tax return or returns was accepted as filed or audited after filing including changes, if any, concerning filing status or amount of taxes owed made or assessed by Internal Revenue Service after such accepted filings or audits.

**ANSWER:**

8. Please list and describe in complete detail all acts and business operations which the Plaintiff contends supports Plaintiff's claim that any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, were an alter ego or nominee of the Defendants, L. Richard Shearer and/or Diane Shearer.

**ANSWER:**

9. Was the consideration received by Defendants, L. Richard Shearer and/or Diane Shearer, from Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, not "reasonably equivalent" to the value of any property conveyed by Defendants, L. Richard Shearer and/or Diane Shearer, to any of the Hotlum Trust, Berryvale Trust, and Regency Trust, with respect to any of the transfers made during the years described in the Government's latest filed complaint or pleadings?

**ANSWER:**

10. If the answer to the above interrogatory No. 9 is "yes," please list and describe in complete detail the considera-

tion received by Defendants, L. Richard Shearer and Diane Shearer, if any, for any such alleged fraudulent transfer and state the amount of consideration, if any, which would have been "reasonably equivalent" if received by Defendants, Diane Shearer and L. Richard Shearer, for such transfers.

ANSWER:

11. Please list and describe all financial records which support the Plaintiff's claim that Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, paid any personal expenses of Defendants, L. Richard Shearer and Diane Shearer, or commingled any of the funds of such trusts with the personal funds or personal accounts of Defendants, L. Richard Shearer and Diane Shearer.

ANSWER:

12. Are the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, valid trusts capable of owning real estate in the State of California through their trustees acting in that capa-

```
 1  city?
 2       ANSWER:
```

    13.  If the answer to the above interrogatory No. 12 is "yes," please list and describe all acts or conduct on which the Plaintiff, United States, relies to support the claim in the Government's latest filed complaint or pleadings that otherwise valid trusts became alter egos or nominees of the Defendants, L. Richard Shearer and/or Diane Shearer, during the years relevant to the Government's claims of fraudulent transfer.

    ANSWER:

    14.  If the answer to interrogatory No. 12 above is "no," please list, describe, and explain, all facts and circumstances supporting the Government's claim that Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, as organized or as operated were not valid trusts under California or other applicable state law.

**ANSWER:**

15. If the IRS accepted the 1041 fiduciary income tax returns of any of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, for at least one tax year as filed, please list and describe in complete detail all facts and circumstances explaining how or why the Internal Revenue Service could accept the 1041 tax returns as filed and as valid filings for such tax year, but reject such 1041 fiduciary income tax returns filed by any of such Defendants as invalid for other taxable years listed in the Government's latest filed complaint or pleadings.

**ANSWER:**

16. Based on the income taxes and reporting declared by Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, in their 1041 fiduciary income tax returns and the income taxes declared to be due and owing by the Defendants, L. Richard Shear-

er and/or Diane Shearer, in their personal 1040 income tax returns for the tax years at issue in the Government's latest filed complaint and/or pleadings, what was the tax savings, if any, to any of the Defendants including the Hotlum Trust, Berryvale Trust, and Regency Trust, and L. Richard Shearer and Diane Shearer, for each of the tax years at issue?

**ANSWER:**

17. Please list and describe in complete detail the nature and source of all income received by each of the Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, for the tax years at issue in the Government's latest filed complaint and pleadings and state specifically whether the income received was from rental of property owned by any of the Defendant trusts or from the operation of any business by the Defendant trusts.

**ANSWER:**

18. Please list and describe in complete detail any proof or evidence supporting the Plaintiff, United States', claim, if any, in the Government's latest filed complaint or pleadings that any of the trust Defendants, Hotlum Trust, Berryvale Trust, and Regency Trust, received deposits of income from the medical practice maintained and operated by Defendants, L. Richard Shearer and/or Diane Shearer, for the years stated in the Government's latest filed complaint and pleadings.

**ANSWER:**

19. Please list and describe in complete detail all collection actions taken by the United States or the Internal Revenue Service in an effort to collect any assessments or allegedly overdue taxes from any of the Defendants stating specifically the type of such collection action including filing of Notices of Liens, the date each such action was taken or filing was made, and the period of time such collection action, if any, continued and the date of termination of any such collection action, if any.

**ANSWER:**

```
                                        Respectfully submitted,

                                        S/Joe Alfred Izen, Jr.
                                        _____
                                        Joe Alfred Izen, Jr.
                                        TBC # 10443500
                                        5526 McKnight Street
                                        Houston, Texas  77035
                                        (713) 668-8815
                                        (713) 668-9402 FAX
                                        jizen@comcast.net
                                        ATTORNEYS FOR DEFENDANTS
                                        STANLEY SWENSON, TRUSTEE,
                                        BERRYVALE TRUST,
                                        HOTLUM TRUST AND REGENCY TRUST
```

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the following attorneys by email transmission and/or U.S. Mail, postage prepaid, on July 15, 2021.

| | |
|---|---|
| Alexander Edward Stevko<br>US DOJ, Tax Division<br>P. O. Box 683,<br>Ben Franklin Station<br>Washington, D.C. 20044<br>202.307.6648 TEL<br>202.307.0054 FAX<br>Alexander.Stevko@usdoj.gov | Matthew Gilmartin<br>(Ohio Bar #0024683)<br>Matthew Gilmartin Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>440-479-8630 TEL<br>440-398-0179 FAX<br>Matt7g@att.net |

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., #202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com

```
                                        S/Joe Alfred Izen, Jr.
                                        _____
                                        Joe Alfred Izen, Jr.
```

SHEARER.INT/TK513

**VERIFICATION**

**STATE OF _____)**
**                         )**
**COUNTY OF _____)**

BEFORE ME, the undersigned authority, on this day personally appeared _____ known to me to be the _____ for Plaintiff, who after being by me duly sworn, on his/her oath, did depose and testify that he/she had read the foregoing Defendants' First Set of Written Interrogatories, that all of the facts stated therein are true and correct and within his/her own personal knowledge.

                                         _____
                                                        Affiant

SUBSCRIBED AND SWORN TO on this the ____ day of _____, 2021, to certify which witness my hand and seal of office.

                                         _____
                                         Notary Public In and For
                                         _____

**My commission expires:**
**_____**