Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANT,
STANLEY SWENSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § VS. § § L. RICHARD SHEARER, et al., § § Defendants. § _____§ | CASE NO. 2:12-CV-02334 |

**ORDER ON
DEFENDANT, STANLEY SWENSON, AS TRUSTEE FOR BERRYVALE
TRUST'S, EXCEPTIONS AND OBJECTIONS TO MAGISTRATE'S ORDER
ENTERED ON DOCKET ON JANUARY 31, 2023 PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE RULE 72**

BEFORE this Court came on to be heard and considered Defendant, Stanley Swenson, Trustee for Berryvale Trust's, Exceptions and Objections to Magistrate's Order Entered on Docket on January 31, 2023 Pursuant to Federal Rules of Civil Procedure Rule 72.

The Court, after considering such Exceptions and Objections, is of the opinion that RELIEF SHOULD BE GRANTED.  Based on this determination, it is:

ORDERED that Defendant Swenson Trustee's Exceptions and Objections ARE GRANTED AND SUSTAINED in whole and the

1  Magistrate's Order entered on this Court's docket on January 31,
2  2023 IS HEREBY SET ASIDE.  It is further;
3      ORDERED that Defendant Swenson Trustee's Motion to Compel
4  Written Discovery filed November 14, 2022 IS HEREBY GRANTED and
5  that the United States SHALL FULLY AND COMPLETELY respond to,
6  answer, and make any production to Defendant Swenson Trustee's
7  First Set of Written Interrogatories and First Request for Pro-
8  duction, attached as Exhibits B and C to Defendant Swenson's
9  Exceptions and Objections on or before the date thirty days after
10 the signing of this order.  It is further;
11     ORDERED that Defendant Swenson Trustee's request for an
12 award of sanctions under F.R.C.P. Rule 37 IS HEREBY GRANTED and
13 Defendant Swenson Trustee is directed to submit an affidavit to
14 this Court setting out the costs and reasonable and necessary
15 attorney's fees he alleges he has incurred in pursuit of his
16 Motion to Compel.
17     This Court will make such other further orders as it deems
18 just and equitable concerning this matter.
19     SIGNED on this the ____ day of November, 2022.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE