Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>NOTICE OF MOTION AND DIANE SHEARER'S OPPOSED VERIFIED MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT, AND FOR SHOW CAUSE ORDER<br><br>Time: 1:30 PM<br>Date:  Thursday, July 6, 2023<br>Place:  Courtroom 10, 13th Floor |

PLEASE TAKE NOTICE that Diane Shearer will bring the above-named motion on for hearing before the Honorable Daniel J. Calabretta or any judge sitting in his or her stead in Courtroom 10, 13th Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, CA  95814, on July 6, 2023, at 1:30 PM PT or as soon thereafter as counsel may be heard.

Defendant Diane Shearer, for her opposed verified motion to set aside partial summary judgment order (Dkt. 86) and for show cause order, states:

1.      Defendant Diane Shearer requests that the Court set aside the partial summary judgment, and issue a show cause order, for the following reasons.

2.      The government presented false evidence to the Court in various ways, including but not limited to those set forth in the next three paragraphs.

3.      The government failed to include the entire $5,000 criminal restitution in the figures presented to this Court in pleadings, and in attachments to various pleadings.

4.      The government in like fashion failed to give Defendants credit for an IRS levy against Regency Trust, dated November 30, 2006, in the amount of $2,047.56.

5.      The government essentially double-counted interest, in violation of their own rules for interest claims against taxpayers.

6.      The government was made aware of major discrepancies, in monies set out in the partial summary judgment order (Dkt. 86), which was disclosed to them in August 2022. The government has not taken any action to correct the erroneous figures that the partial summary judgment order was based on. The Defendant's Expert Witness Disclosure is attached as Exhibit "1." All exhibits hereto are incorporated herein as if set forth word for word.

7.      Additionally, the government never gave the Defendants an opportunity to pay any arguably lawful amount, prior to the commencement of suit. Their demands were always undeniably excessive and unlawful. The government comes to these proceedings with unclean hands.

8.      Counsel for defendants brought these matters to the attention of counsel for the government, by way of telephone calls, in early 2022.

9.      When this was ignored, Joe Alfred Izen, Jr., sent a letter to counsel for the government,[1] dated February 7, 2022, together with an attachment. This letter explained

---

[1]      This was at the time only Alexander Stevko.  Chelsea Bissell entered appearance 4-29-2022. Dkt. 120.

that the government's figures and representations to this Court, for the purpose of procuring partial summary judgment, were false. This letter with attachments is attached hereto as Exhibit "2."

10.    The government ignored this letter as well.

11.    Undersigned sought and received an order discharging counsel for herself only, dated 9-16-2022. Dkt. 128.

12.    Three days later, on 9-19-2022, undersigned sent a letter to counsel for the government, once again explaining that the government's representations to the Court were materially false.  Exhibit "3."

13.    Counsel for the government ignored this letter as well, despite good faith efforts to get an official, written response.

14.    On 4-3-2023, undersigned sent another letter to counsel for the government, asking why they had not remediated the false testimony and evidence identified.  Exhibit "4."

15.    Chelsea Bissell wrote a letter for the government, dated April 11, 2023, saying what they had done. Exhibit "5" consists of the two-page letter, but not the 95 pages of attachments.

16.    From this letter and the attachments, undersigned learned that the government had surreptitiously filed a motion in the criminal case.

17.    Dr. L. Richard Shearer, MD, was defendant #4 in *US v. Daniel Bullock, et al*. CAED 2:00-cr-345-FCD[2] (*US v. Bullock, et al*).

18.    Counsel for the government in this civil case procured a motion in *US v. Bullock, et al* (Dkt. 167) by other counsel for the government, on February 1, 2022.

19.    Docket #167 has no certificate of service, despite the fact that the docket in that case shows both Joe Izen and Matthew Gilmartin as counsel of record. Both attorneys

_____

[2]    Now KJM, the Honorable Kimberly J. Mueller, Chief Judge for the Eastern District of California.

have the same email addresses and phone numbers on both the criminal and civil dockets, involving Dr. Shearer.

20.     Chief Judge Mueller granted the motion the following day, February 2, 2022. Dkt. 168. Once again, this order was not served on any party or their counsel.

21.     Undersigned was not aware of the motion or order in the criminal case, until receiving the letter from Ms. Bissell dated April 11, 2023.

22.     Undersigned was told by Nancy Yang, after the audits of the affected tax years, that the probable result would be a modest refund to the taxpayers.

23.     On information and belief, the government's claim of assessments against defendants or any of them, are false.

24.     Defendant Diane Shearer herewith submits a brief in support.


WHEREFORE, premises considered, Defendant Diane Shearer respectfully requests an order setting aside the order of partial summary judgment, Docket #86; returning this proceeding to the beginning of discovery; directing the government to show cause why this Court should not refer counsel to the appropriate California bar disciplinary authorities for appropriate disciplinary proceedings, or strike the government's complaint as a sanction for willful dishonesty in court proceedings, or both; and for such other and further relief as may be appropriate whether or not specifically requested.

**VERIFICATION**

I Diane Shearer, by my signature below, pursuant to 28 USC 1746, declare under penalty of perjury that the foregoing facts are true and correct.

DATED:  May 12, 2023

/s/ Diane Shearer
Diane Shearer, pro se

## CERTIFICATE OF SERVICE

I Diane Shearer by my signature above certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.

## CERTIFICATE OF MEET AND CONFER

I Diane Shearer by my signature above certify that I initiated meet and confer by sending, all parties of record, draft copies of the Notice of Motion, the Brief in Support of the Motion, and the Defendant's Expert Witness Disclosure, by email on May 8, 2023. The email states: "I plan to file this [motion] before the expiration of the deadline for discovery, which is May 15, 2023. I beg pardon for the short notice but if I don't hear from you by close of business on the 11th, I will assume the government opposes this action, and that will leave me time to file." On May 11th I received a timely response, for the meet and confer, from Alexander Stevko regarding the Defendant's Opposed Verified Motion to Set Aside Partial Summary Judgment. The government's position opposes the motion and the response presented 4 issues discussing their position. The parties cannot resolve the differences and therefore Defendant elects to move forward with this motion.

# EXHIBIT 1

## EXPERT DISCLOSURE OF DEFENDANTS

Comes now Defendants L. Richard and Diane Shearer, and hereby submit their list of anticipated expert witnesses, along with expert disclosures.   The defendants state that they cannot adequately set forth final disclosures without the government's responses to their own discovery and such other witnesses as may be shown necessary by other discovery responses and deposition testimony, thus, the submission of this preliminary expert witness disclosure.   Defendants reserve the right to supplement for the years 1995 through 2003.

**I.**      **Name of Expert**:

Randall (Randy) Thomas Hoerauf
409 Otter Creek Drive
Venice, FL   34292
(240) 401-2137 mobile phone
rhoerauf@msn.com

**II.**      **Rule 26(a)(2)(B)(i) statement of opinions the witness will express and the basis and reasons for them:**

I have personally reviewed the tax returns and other materials associated with those tax returns of Dr. L. Richard and Diane Shearer for the years 1995 through 2003 in regard to the subject litigation, have created the attached spreadsheet exhibit and made the following findings and conclusions:

SUMMARY OF FINDINGS

Total Claimed by IRS as of March 1, 2022                      $494,813.60

–1–

| | | |
|---|---|---|
| Less: | Fraud Penalty Overcharge with Interest | (46,800.55) |
| | Fraud Penalty error with Interest | (11,155.88) |
| | Undisclosed Accrued Interest | (205,339.30) |
| | $5k payment to Court missing from Transcript | |
| | with Interest | (9,177.47) |
| | Unrecorded Levy with Interest | (3,772.16) |
| | | |
| | Net Due from Taxpayer | $218,568.24 |

DETAILS OF FINDINGS

1.   FINDING:   The taxpayer has paid all taxes whether self-reported, accrued or assessed.

2.   FINDING:   Taxpayer paid all taxes due concurrent with the filing of amended returns.

3.   FINDING:   All interest in the latest IRS transcript received is calculated through March 1, 2022.

4.   FINDING:   I have recomputed both forms of interest ("Interest Charged" and "Accrued Interest") and agree with those computations AS A MECHANICAL EXERCISE ONLY, but not as a matter of fact.

5.   FINDING:   I have verified that the transcript recently received is aligned with that previously received with the following one interesting difference and three uninteresting differences:

   a.   Interestingly, Accrued Interest charges, previously disclosed in total only, is now disclosed in detail

–2–

b.  Additional interest has been charged due to the passage of time (six months)

c.  $280 was charged for Fees & Other Exp for Collection on November 22, 2021 (potentially court filing fees)

d.  There is a $92.27 classification difference between the IRS transcript and my analysis

6.  FINDING:   In IRS Transcripts, IRS failed to apply unapplied payments to the $2,219 in tax due per the Transcript for 1998.   Correction of this minor oversight demonstrates that Taxpayer has paid all taxes.   No change in tax, interest or other charges and fees result from this correction.

7.  FINDING:   The initial basis of IRS tax adjustments and claims of fraud are based on Taxpayer's use of the Asteroid Black Management Co. Trust ("The Trust"), use of which was disallowed by the IRS.   As a result of the disallowance of The Trust, IRS required that the net income of The Trust be added to Taxpayer's AGI and taxed at Married Filing Jointly rates.   IRS also levied fraud penalties of 75% of tax on those additional sums.

8.  FINDING:   The basis of these Fraud Penalties was erroneously based on Total Taxes rather than on Adjustments to Tax.   This resulted in a fraud penalty overcharge of $12,795.00 that, together with interest thereon of $34,005.55, totals $46.800.55 for the tax years 1995 through 1998. Computations are disclosed at spreadsheet "Shearer Tax Transcript Analysis – Expert Disclosure 03012022.xlsx" Tab: "Fraud Penalty Overcharge": Cell N119 and E*xhibit 3 - 26 US Code Sec 6663 - IRC Citations.docx*

9.  FINDING:   In error, a fraud penalty was charged the Taxpayer in 1999, a year in which

The Trust was not used.   Fraud penalty of $4,114.25 carried interest of $7,041.63 for a total of $11,155.88.   Computations are disclosed at spreadsheet "Exhibit 1 - Shearer Tax Transcript Analysis – Expert Disclosure 03012022.xlxs" Tab: "Fraud Penalty Overcharge": Cell N123

10.   FINDING:   The IRS charged interest in two fashions; as "Interest Charged" and as "Accrued Interest".   Interest Charged was disclosed in all previous IRS Transcripts, but Accrued Interest was disclosed in aggregate only.   The March 1, 2022 transcript discloses details of Accrued Interest for the first time.   As a result, the IRS has been out of compliance with its own rules until now.   This amounts to a violation of Section 3308 of the Restructuring and Reform Act of 1998 that was added to IRC 6631.   IRC 6631 provides that:

a.   the Service must provide to individual taxpayers a computation of the underpayment interest with every IRS notice that includes an amount of interest required to be paid by the taxpayer and a citation to the Code section under which such interest is imposed.

b.   Interest computations must be explained and a copy of the computations must be included with every IRS notice issued after June 30, 2001 containing interest to be paid.

The IRS failed to provide evidence of Interest Accrued until March 4, 2022.   "Accrued Interest" calculations and reasoning had not been disclosed to Taxpayer despite requests for information and total $205,339.30.   See *Exhibit 4 - Shearer INTSTDs (March 2022)_Redacted.pdf* and Exhibit 5 - Shearer INTSTDs (September 6 2021).pdf, noting that the

failure to provide detail of Accrued Interest cannot be retroactively resolved.

11.     FINDING: The official records of the IRS altogether omit Dr. L. Richard Shearer's payment of $5,178.16 restitution in his criminal case.   With interest of $3,999.31 computed at the statutory rate, the amount claimed by the IRS should be reduced by $9,177.47.   Computations are disclosed at spreadsheet *"Exhibit 1 - Shearer Tax Transcript Analysis – Expert Disclosure 03012022.xlsx" Tab: "5k Penalty to Court": Cell I75*

12.     FINDING:   In like fashion, a levy against Regency Trust, dated November 30, 2006, in the amount of $2,047.56, was not accounted for in the IRS transcript.   Together with interest of $1,724.60, the amount claimed by the IRS should be reduced by $3,772.16. No notice of tax, interest, penalty or any levy was noticed to Regency, so Taxpayer assumes this amount is an erroneous levy against the Regency Trust, originally formed by Taxpayer for the benefit of others.   Computations are disclosed at spreadsheet *"Exhibit 1 - Shearer Tax Transcript Analysis – Expert Disclosure 03012022.xlsx" Tab: "Unrecorded Levy": Cell I75*

13.     FINDING:   The errors, omissions and miscalculations listed above indicate that the IRS never produced a proper demand for payment and that Summary Judgment was based on substantial errors.

   a.   DISCUSSION: The Shearers were never sent an IRS bill that was accurate or even close to accurate, and thus never given a chance to pay off the claims of the IRS, and "buy their peace."

   b.   The government's purported tax records, submitted in support of partial summary judgment, are incorrect and unreasonable.

   c.   The government's claims in this case are based in error.

**III.    Rule 26(a)(2)(B)(ii) the facts or data considered by the witness in forming his opinions and conclusions:**

1.    Mr. Hoerauf's education, experience, and training as a CPA (currently not a practicing CPA).

2.    Mr. Hoerauf's examination of court records including current or prior litigation between the US and the Shearers, IRS documents available to the Shearers, and the tax or financial records of the defendants or any of them.

3.    IRS Transcript dated March 4, 2022 and prior versions.

4.    The "Case Inquiry Report" showing that Dr. Shearer's $5,178.16 in restitution to the IRS was never remitted to the IRS.

5.    IRS communications received by the Shearers.

6.    By way of example and not limitation, Nancy Yang, after her audit, opined that the Shearers would probably be entitled to a modest refund.

7.    The absence of records that would naturally and probably exist if the government's claims were reasonable and made in good faith.

8.    The preparation and examination of Excel spreadsheets that summarize information derived from the foregoing records and information.

9.    Any and all witnesses identified or called to testify for the Plaintiff or for Defendants, whether lay or expert. (In case of trial.)

**IV.    Rule 26(a)(2)(B)(iii) any exhibits that will be used to summarize or support the expert's opinions and conclusions:**

1.    Excel spreadsheet used to compute the above.   *"Exhibit 1 - Shearer Tax Transcript Analysis – Expert Disclosure 03012022.xlsx"*

2.    *Exhibit 2 - Case Inquiry Report.*

3.    *Exhibit 3 - 26 US Code Sec 6663 - IRC Citations.docx*

4.    *Exhibit 4 - Shearer INTSTDs (March 2022)_Redacted.pdf,* which discloses details of Accrued Interest for the first time in the history of USA vs. Shearer.

5.    Exhibit 5 - Shearer INTSTDs (September 6 2021).pdf, which discloses that no detail of Accrued Interest is provided with the transcript.   Note that this transcript is provided as a sample of all other transcripts and billings that likewise do not provide detail of Accrued Interest.

6.    Any documentation filed by the government in support of its claim for partial summary judgment, Docket #86.

7.    Any of the tax returns of the Shearers or the trusts, whether or not later amended.

8.    Any claims or demands for payment, or other documentation, sent from the IRS to the Shearers or any trust or trustee.


**V.    Rule 26(a)(2)(B)(iv) the witness's qualifications, including a list of all publications authored in the past 10 years:**


1.    See attached curriculum vitae of the witness. "Attachment 1 - Hoerauf Randy CV 02202022.pdf"

2.    The witness has not authored any publications in the past 10 years.

**VI.      Rule 26(a)(2)(B)(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:**

1.      Witness has not testified as an expert in the past 4 years.

**VII.     Rule 26(a)(2)(B)(vi) the compensation paid for the study and the testimony in the case;**

1.      Witness has not been compensated for his study or for his testimony.

Respectfully submitted,

By:_____          _August 1, 2022_____
Randall T. Hoerauf                                         Date

–8–

# EXHIBIT 2

**JOE ALFRED IZEN, JR.**
**IZEN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

---

**5526 MCKNIGHT STREET - HOUSTON, TEXAS 77035**
(713) 668-8815 Telephone / (713) 668-9402 Fax

February 7, 2022

Alexander Edward Stevko
US DOJ, Tax Division
13 P. O. Box 683,
Ben Franklin Station Law, LLC
14 Washington, D.C. 20044
202.307.6648 TEL
15 202.307.0054 FAX
Alexander.Stevko@usdoj.gov

RE: <u>United States, Plaintiff v. L. Richard Shearer, Et Al</u>,
Defendants, Case No. 2:12-CV-02334, Pending Before the
United States District Court for the Eastern District of
California

Dear Mr. Stevko:

Attached please find a "Case Inquiry Report," showing costs
of prosecution, a fine, and restitution paid by Dr. Shearer in
<u>USA v. Bullock, et al</u>, CAED 2:00-cr-00345-FCD.  Dr. Shearer, a
defendant in <u>US v. Bullock,</u> was ordered to pay criminal restitu-
tion to the IRS in the amount of $5,000.  However, the attached
Case Inquiry Report shows $5,178.16 as "unclaimed funds."  In
other words, Dr. Shearer's restitution payments were never sent
to the IRS or credited against Dr. Shearer's tax liabilities.
Please correct me if you think I'm wrong in drawing this conclu-
sion.

The judge in the civil case, in docket 86, the Court's Order
Granting Plaintiff's Motion for Partial Summary Judgment, at page
12 beginning at line 8, made the following findings:

The Shearers have not identified any facts to cast
doubt on the accuracy of the government's data, calcu-
lations, or application of applicable percentages, such
as which interest rate or fraud penalty percentage
apply.  The Shearers have not put forth any evidence
that the government's evidence or arithmetic is defi-
cient.  Hansen v. United States, 7 F.3d 137, 138 (9th
Cir. 1993) (taxpayers failed to present "specific
facts" to rebut the IRS's Form 4340, but merely cited
to their own affidavit stating they did not receive
notice).  Accordingly, the Court grants judgment in
Plaintiff's favor on the current balance of tax liabi-

1

lities and fraud penalties, for a total amount due
through September 30, 2014, of $368,377.94. (Emphasis
added)

My client Stan Swenson demanded a jury trial in his answer.
Dkt. 14 pg. 5. The government in a joint status report (Dkt. 18
at page 4) contended that the taxpayers would be entitled to a
jury trial only as to the amount of the tax, not as to the fore-
closure issues.

Based on the above language stated in the Court's summary
judgment order, jury trial was denied in this case based on
erroneous evidence presented by the government. The government's
tax calculation data is necessarily erroneous, because Dr. Shear-
er's restitution payments were not applied to his tax liabili-
ties. Dr. Shearer's restitution payments showed up on none of
the government's voluminous records and calculations presented to
the Court on motion for summary judgment. This erroneous evi-
dence was presented by prior counsel for the Government. Although
you were not counsel for the Government at the time of the pre-
sentation of the erroneous evidence, the burden of correcting the
error in the Court's summary judgment falls upon you.

Would you be inclined to either: 1) move to set aside the
order of partial summary judgment, (Dkt. #86) or 2) take a volun-
tary dismissal under F.R.Civ.P. 41? A voluntary dismissal would
obviate the necessity of correcting the summary judgment error by
explaining the reason why erroneous and therefore, false informa-
tion concerning the amount of income taxes owed by the Shearers
was presented by the Government on the public record. I have
conferred with the other defendants and their counsel and all
parties and counsel are in agreement to the entry by the Govern-
ment of a voluntary dismissal without prejudice to refiling.

After you determine what course of action your office in-
tends to take concerning the above, I request that you contact
this office and inform us how you intend to proceed.

Sincerely,

Joe Alfred Izen, Jr.
Attorney for Stanley Swenson,
Trustee

JAI:kc

cc:  Matthew Gilmartin
     Stanley Swenson

SHEASEN.L4/TK516

2

12/16/2021 06:38 PM

Version 7.0.1   Page 1   of   4

## U.S. Courts
## Case Inquiry Report
### Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A
### Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y

**Case Number**  DCAE200CR000345   **Case Title**  USA VS LONNIE D CROCKETT

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | VICTIM RESTITUTION | | 0.00 | 0.00 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | FINE-CRIME VICTIMS FUND | | 10,200.00 | 10,200.00 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | COSTS OF PROSECUTION | | 1,381.75 | 1,381.75 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | UNCLAIMED FUNDS | | 5,178.16 | 5,178.16 | 0.00 |
| | | | | | | 16,759.91 | 16,759.91 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|
| CAEA007160 | US ATTORNEYS OFFICE | | 5,178.16 | 0.00 | 5,178.16 |
| | | | 5,178.16 | 0.00 | 5,178.16 |

Account Number   Depository Total

**Registry Information:**

| Depository Code | Depository Name | Account Type |
|---|---|---|

# U.S. Courts
## Case Inquiry Report
**Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A**
**Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 004 | CAEA007163 | RICHARD SHEARER |

**Debt Type**

VICTIM RESTITUTION

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 6855XX | | | N/A |
| Owed | 0.00 | 0.00 | 0.00 | 0.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

FINE-CRIME VICTIMS FUND

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 10,200.00 | 0.00 | 0.00 | 10,200.00 |
| Collected | 10,200.00 | 0.00 | 0.00 | 10,200.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 10,200.00 | 0.00 | N/A | 10,200.00 |

COSTS OF PROSECUTION

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 109900 | | | N/A |
| Owed | 1,381.75 | 0.00 | 0.00 | 1,381.75 |
| Collected | 1,381.75 | 0.00 | 0.00 | 1,381.75 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

12/16/2021 06:38 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A**
**Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 1,381.75 | 0.00 | N/A | 1,381.75 |

UNCLAIMED FUNDS

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 613300 | | | N/A |
| **Owed** | 5,178.16 | 0.00 | 0.00 | 5,178.16 |
| **Collected** | 5,178.16 | 0.00 | 0.00 | 5,178.16 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 5,178.16 | 0.00 | N/A | 5,178.16 |

Totals

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Owed** | 16,759.91 | 0.00 | 0.00 | 16,759.91 |
| **Collected** | 16,759.91 | 0.00 | 0.00 | 16,759.91 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 16,759.91 | 0.00 | N/A | 16,759.91 |

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A**
**Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y**

**Detailed Payee Information:**

| Payee Code | Payee Name |
|---|---|
| CAEA007160 | US ATTORNEYS OFFICE |

Payee Address
5011 ST
SACRAMENTO, CA 95814

| | Principal | Interest | Total |
|---|---|---|---|
| Owed | 5,178.16 | N/A | 5,178.16 |
| Paid | 0.00 | 0.00 | 0.00 |
| Refunded | 0.00 | 0.00 | 0.00 |
| Outstanding | 5,178.16 | N/A | 5,178.16 |
| Apportioned | 0.00 | 0.00 | 0.00 |

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 3 | 29-JUN-07 COSTS OF PROSECUTION | PR | | 1,381.75 | | RICHARD SHEARER | | O | 99 | 109900 |
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 1 | 29-JUN-07 VICTIM RESTITUTION | PR | | 5,178.16 | | RICHARD SHEARER | | O | 99 | 6855XX |
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 2 | 29-JUN-07 FINE-CRIME VICTIMS FUND | PR | | 10,200.00 | | RICHARD SHEARER | | O | 99 | 504100 |
| CCR CAECCA19-CQ-1346040071 DCAE200CR000345-004 | 27-MAR-13 1 | 27-MAR-13 VICTIM RESTITUTION | PR | | (5,178.16) | | RICHARD SHEARER | | O | 06 | 6855XX |
| CCR CAECCA19-CQ-1346040071 DCAE200CR000345-004 | 27-MAR-13 4 | 27-MAR-13 UNCLAIMED FUNDS | PR | | 5,178.16 | | RICHARD SHEARER | | O | 06 | 613300 |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |

# EXHIBIT 3

September 19, 2022

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Alexander Edward Stevko
U.S. Department of Justice - Tax Division
P.O. Box 683
Washington, DC 20044

Chelsea Bissell
U.S. Department of Justice - Tax Division
PO Box 683
Washington, DC 20044

Re:   *US v. Shearer et al*
      CAED 2:12-cv-02334- DAD-DB
      Via email only to Alexander.Stevko@usdoj.gov; and chelsea.e.bissell@usdoj.gov

Dear Mr. Stevko and Ms. Bissell:

Joe Izen sent Mr. Stevko a letter dated 2-7-2022, with a "Case Inquiry Report" as an attachment, explaining that $5,000 paid by Dr. L. Richard Shearer as criminal restitution was never remitted to the IRS.  Therefore, the government in the referenced case necessarily presented false evidence, in support of their motion for partial summary judgment.  The government was awarded partial summary judgment on the basis of these falsehoods. Docket # 86.

To my knowledge, Mr. Stevko never acknowledged the referenced letter, or responded to the questions raised.  I have not received a written explanation of the government's plans with respect to the matters raised in the letter.

Chelsea Bissell entered her appearance in this case on 4-29-2022.  Presumably she is aware of the referenced letter, and the lack of a response.  If she doesn't have it and cannot get a copy, please let me know.  I will provide a copy of the letter and attachment by email, promptly upon request.

The failure to acknowledge and respond to this letter raises serious questions. Was the failure to remit the $5,000 intentional?  Who received the $5,000, and how? How many persons participated in depriving Dr. Shearer of credit for a tax payment, what are their names, and what did they do or fail to do? How did the

failure to pay out $5,000 to the IRS avoid detection through standard governmental accounting controls?

Where are the audits of the offending government account?  Is the government willing to provide copies to me?  Are such "failures" commonplace and accepted?  It makes no sense whatsoever that $5,000 could just "fall through the cracks" for all these years.

There is a major difference between negligent conduct and intentionally wrongful conduct.  Those who do wrong by accident generally acknowledge and attempt to correct the wrong, promptly upon being informed of the true facts.  But after 7 months, we have nothing but a deafening silence. The government appears unwilling to make any amends whatsoever. Serious ethical and legal questions remain unanswered.

I request a prompt acknowledgment of receipt, and a statement concerning when a substantive response should be expected.  I submit that 10 business days should be sufficient time for a substantive response, especially since the original letter is some 7 months old. If you need more than 10 days, please promptly send a message stating the reasons and the amount of additional time requested.

Thank-you very much for your kind consideration and assistance with these requests.

Regards,

/s/ Diane Shearer

Diane Shearer
cc:    Matthew Gilmartin at matt7g@att.net; Joe Izen at: jizen@comcast.net

# EXHIBIT 4

May 12, 2023

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Alexander Edward Stevko
U.S. Department of Justice - Tax Division
P.O. Box 683
Washington, DC 20044

Chelsea Bissell
U.S. Department of Justice - Tax Division
PO Box 683
Washington, DC 20044

Re:   *US v. Shearer et al*
        CAED 2:12-cv-02334- DAD-DB
        Via email only to Alexander.Stevko@usdoj.gov; and chelsea.e.bissell@usdoj.gov

Dear Mr. Stevko and Ms. Bissell:

Joe Izen sent Mr. Stevko a letter dated 2-7-2022, with a "Case Inquiry Report" as an attachment, explaining that $5,000 paid by Dr. L. Richard Shearer as criminal restitution was never remitted to the IRS.  Therefore, the government in the referenced case necessarily presented false evidence, in support of their motion for partial summary judgment.  The government was awarded partial summary judgment on the basis of these falsehoods. Docket # 86.

To my knowledge, Mr. Stevko never acknowledged the referenced letter, or responded to the questions raised. I have not received a written explanation of the government's plans with respect to the matters raised in the letter.

I sent another letter dated 9-19-2022. I asked for a written explanation of why the government wouldn't respond to the letter or to the issues raised therein.  Mr. Stevko talked to me on the phone on or about November 4, 2022, but refused to respond in writing.

I can only conclude that the failure to remit the $5,000 to the IRS was intentional. Nobody has explained who received the $5,000, or how or why the money was diverted from its proper purpose as a tax restitution payment. Nobody has explained who participated in depriving Dr. Shearer of credit for a tax restitution

payment, or how they did it. Nobody has explained how the failure to pay out $5,000 to the IRS avoided detection through standard governmental accounting controls.

I think I know the reason that neither of you will respond in writing.  I think you both know the $5,000 isn't the only money that hasn't been credited to the account. I think you know that the records submitted to the Court in this case include records that the IRS never disclosed tax computations of interest. The records, also, show that the IRS, unlawfully, retroactively applied the interest. I think you know that the whole premise of your case, the claim of substantial money due from the defendants, is fraudulent.

I think that's why you've clammed up.  I think that's why you both refuse to inform the Court about the fact that the government's order of partial summary judgment (Dkt. #86) is indisputably tainted by falsehoods. I think this is why you suggest that the entire amount of criminal restitution is in the nature of a "*de minimis*" amount of money.  Anything less means your "house of cards" case is going to collapse.

California Rule of Professional Conduct (CRPC) 3.3(a)(3) says that:

> (a) A lawyer shall not:
> (3)  offer evidence that the lawyer knows to be false.  If a lawyer, **the lawyer's client**, or a witness called by the lawyer, has offered material evidence, **and the lawyer comes to know of its falsity**, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal…
> (Emphases added)

I'm not accusing you of violating subsection (a)(1) of that rule, which prohibits the *making* of such a false statement.  That falls on your predecessors. I'm not going to criticize you for the fault of another.  The trouble is that you have an ethical duty to correct the false statements of prior attorneys on your case.  Your ethical obligation arises when you come to know of the false evidence offered by your client, the United States.  As far as I can tell, you have undertaken no remedial measures whatsoever, despite repeated polite request.

Your conduct also offends the criminal law.  Specifically, 18 USC 1001(a) provides in pertinent part:

> (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
> …………………
> (3) Makes *or uses* any false writing or document knowing the same to contain **any false, fictitious, or fraudulent statement or entry**:

            Shall be fined under this title, imprisoned not more than 5 years…

Just in case you don't think the government's representations were the foundation of Dkt. #86, consider what the District Court said at page 12, lines 8-15:

> The Shearers have not identified any facts to cast doubt on the accuracy of the government's data, calculations, or application of the applicable percentages, such as which interest rate or fraud penalty apply. The Shearers have not put forth any evidence that the government's evidence or arithmetic is deficient. … (citation and quote omitted) … Accordingly, the Court grants judgment in Plaintiff's favor on the current balance of tax liabilities and fraud penalties, for a total amount due through September 30, 2014, of $368,377.94.

Both of you *have to know* that the intellectual foundation of the government's partial summary judgment has been totally laid waste by the facts I've brought to your attention. You both know that the Court's assumptions are false, in a way that unfairly benefits your client the United States of America.

Misprision of a felony is also a felony.  See 18 USC 4.  If you doubt that this offense is still prosecuted, do a google search for "uber misprision of a felony."

You've never given me any reason to believe the $5,000 wasn't stolen.  How else would it disappear, and stay disappeared?  More than a year after being told about this situation, no corrective action has been taken.

Please don't think I'm trying to get you in criminal trouble.  I'm not. I'm not trying to hurt either of you, in the slightest degree.  I'm just trying to get my own rights of due process, peaceful petition, etc., in this litigation.

You've talked to me on the phone.  You doubtless talked to me long enough to understand something about my temperament and personality. I'm a Registered Nurse.  I'm suited to the healing arts.  I'm not temperamentally suited to confrontation, particularly in the context of a federal lawsuit.

You've never given me your position in writing.  If you have an innocent explanation for what's going on, I'd be glad to hear it.  I do however need the government's official position, in writing.  I cannot attach a snippet of a phone conversation to a pleading.

I'm not trying to confront.  I've been backed into a corner.  I'm a grandmother, who hopes to live out her golden years in peace, with some semblance of security and normalcy.  I want that for myself and for those I love.

That's why I'm sending you this letter.  I'm giving you the short version of what the law and ethics requires of government lawyers.  I'm hoping you can see your way clear to find one of the legitimate remedies for false evidence presented by a prior lawyer, and pursue such remedies in an honorable way.

We're coming up on the deadline for discovery, on May 15, 2023.  I thought we had an agreement, but you succeeded in making this discovery period work well for you, while working not at all for the defendants.  In other words, not only did you fail to correct known false evidence presented by a predecessor in interest, you also put your thumb on the scale of justice, to impair defendants' ability to advance the cause of truth and justice.

I'm going to give you 14 days from the date of this letter to take the corrective actions required of you by applicable ethical rules.  If you need more than 14 days, please promptly send a message stating the reasons and the amount of additional time requested.

If you choose not to correct known false testimony, I will. I will file a motion to set aside the order of partial summary judgment, on the grounds that it contains known, material falsehoods. I will show that the Court granted the partial summary judgment on the very theory that the defendants couldn't show that any of the government's evidence was materially false.  Chances are that this conciliatory letter will be an exhibit attached to my motion.

I just really, really don't want to undertake this task. I much prefer to cooperate with you in seeking justice, in conformity with the law.

Since we're also coming up on a discovery deadline, I need to make one additional inquiry. Are you willing to agree to a joint motion to extend the discovery deadline for another 6 months, with the proviso that the discovery will be wide open, not limited as was the case the last 6 months? I hope that we can at least agree on this much.

Thank you very much for your kind consideration and assistance with these requests.

Regards,

/s/ Diane Shearer

Diane Shearer
cc:     Matthew Gilmartin at matt7g@att.net; Joe Izen at: jizen@comcast.net

# EXHIBIT 5



**U.S. Department of Justice**

**Tax Division**

| | |
|---|---|
| *Trial Attorney: Chelsea E. Bissell* | *Please reply*   *Civil Trial Section,* |
| *Attorney's Direct Line: 202-320-1075* | *to:*   *Western Region* |
| *Fax No.: 202-307-0054* | *P.O. Box 683* |
| *chelsea.e.bissell@usdoj.gov* | *Washington, D.C. 20044* |

DAH:RRW:CEBissell
DJ 5-11E-13396
CMN 2012102258

April 11, 2023

Via Email

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
(530) 926-6222
office@drshearer.com

      Re:     *United States v. Shearer, et al*
                   <u>(E.D. Cal.) 2:12-cv-02334</u>

Dear Mrs. Shearer:

     I'm writing in response to your letter dated April 5, 2023. I have attached several documents to this letter. The first is the plea deal your husband signed in 2001. (**Exhibit 1**). The plea deal required your husband to pay a $5,000 restitution "in partial satisfaction of his outstanding federal tax obligations to the IRS." (Ex. 1, p. 4).

     The second attached document is a motion filed in the criminal case against your husband, *United States v. Bullock, et al* (E.D. Cal., Doc. No. 2:00-cr-00345) (Doc. 167). (**Exhibit 2**). The motion explained that the judgments entered against the defendants in the criminal case named an incorrect payee for restitution payments. (Ex. 2, p. 2). The motion states that "it is clear that the victim in the case was the IRS and that any restitution ordered was intended to reimburse the victim." (*Id.*) However, the judgment mistakenly instructed the defendants, including your husband, to direct restitution payments to "United States Attorney's Financial Litigation Unit." (*Id.*) The motion sought to remedy this error and asked the court to disburse your husband's restitution payment to the IRS. (*Id.*) The court granted this motion on February 2, 2022. (**Exhibit 3**).

     It appears that because of this error in the judgment, the court did not remit the restitution payment to the IRS until February 2022. (**Exhibit 4**). As you can see

- 2 -

from the attached transcript, the IRS applied the payment to your outstanding liabilities on February 15, 2022. (**Exhibit 5**, p. 4).

Your outstanding federal tax liabilities are thus decreased by the restitution payment.

Furthermore, the United States does not consent to your request for an additional discovery extension. Discovery has been extended seven times since April 2020. (*See* Docs. 110, 113, 115, 117, 119, 122, and 135). The parties have had three years to conduct discovery, including the additional six months we agreed to once you decided to represent yourself. This is more than sufficient time to conduct discovery and additional time is unwarranted.

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice