Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>**BRIEF IN SUPPORT OF DIANE SHEARER'S OPPOSED VERIFIED MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT, AND FOR SHOW CAUSE ORDER**<br><br>Time:  1:30 PM<br>Date:  Thursday, July 6, 2023<br>Place: Courtroom 10, 13th Floor |
|---|---|

Comes now Defendant Diane Shearer and for brief in support of her opposed verified motion to set aside partial summary judgment order (Dkt. 86) and for show cause order states:

The government has procured a partial summary judgment based on false evidence. Judge Troy L. Nunley, in docket 86, the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment, at page 12 beginning at line 8, made the following findings:

> The Shearers have not identified **any facts** to cast doubt on the accuracy of the government's **data**, calculations, or application of applicable percentages, such as

which interest rate or fraud penalty percentage apply.  The Shearers have not put forth any evidence that the government's **evidence** or **arithmetic** is deficient. *Hansen v. United States*, 7 F.3d 137, 138 (9th Cir. 1993) (taxpayers failed to present "specific facts" to rebut the IRS's Form 4340, but merely cited to their own affidavit stating they did not receive notice).  Accordingly, the Court grants judgment in Plaintiff's favor on the current balance of tax liabilities and fraud penalties, for a total amount due through September 30, 2014, of $368,377.94.
(Emphasis added)

These conclusions were made based on evidence and arguments from the government – but not on the basis of *truth*. The government's evidence omitted Dr. L. Richard Shearer's $5,000 restitution payment altogether, plus money collected by distraint from a trust, plus massive amounts of double-counted interest that don't comply with IRS rules, or due process, or fundamental fairness. Indeed, none of the amounts claimed from the defendants would pass the "smell test," if presented to the average citizen.

It is plain to see how the government perceived the information and evidence they got from the defense lawyers.  They knew we were right. They knew they presented false evidence to this Court. They knew they had an ethical duty to correct that false evidence. They knew they had a duty to bring these facts to the attention of *this Court*. This Court – not some other court – was fed lies and falsehoods. *To this Court* the government had a duty of *correcting the record*.

In the face of an ethical duty, what specifically did the government do?  They didn't come to this Court, hat in hand, and tell this Court about the falsehoods presented by the prior attorneys for the government.  In the vernacular, they *doubled down*.

You can see it plain as day. The lawyers on the defense team called the Honorable Alexander Edward Stevko[1] in early 2022 and explained to him the serious problem he was in. Mr. Stevko didn't have a writing to go on, because Exhibit "2" is dated 2-7-2022. We can know he knew the facts, and he knew he had a problem, because he picked up a telephone, and asked a friend to bail him out.

---

[1] Between his entry of appearance 8-18-2020 (Dkt. 111) and the appearance of the Honorable Chelsea Bissell 4-29-2022, (Dkt. 120) Mr. Stevko was the only game in town.

On February 1, 2022, he got Philip A. Talbert and Michele Beckwith to provide a little "favor." Stevko needed a 2 page motion, CAED 2:00-cr-345 (Dkt. 167), with about 95 pages of mostly deadwood exhibits, to distract the opposition – if and when they ever saw it. Beckwith & Co. explained to the Chief Judge how they had gotten just a teeny bit sideways with their handling of the money collected from criminal defendants. Of course this was through no fault of their own. They needed an order – quickly and quietly!

Conspicuous by its absence is the certificate of service. Service, and certificates proving same, are required by the constitution and the rules of court. For the criminal rules, see L.R. Crim. 430.1(d). For the civil rules, see L.R. 135. For the requirement of service of orders, see L.R. 137.

None of the defendants knew about this motion. Of course, this was by design. The government wanted a fig leaf, suggesting they had patched up their problems while the defendants weren't looking. They didn't want to tell this Honorable Court that their representations *to this court* were laughable frauds.

That's why they won't respond in writing. Stevko and the rest of the government lawyers know the rules. They know about due process. They know about the ethical rules for attorneys. They just don't want to *comply* with the rules.

The fundamental requirement of due process is the opportunity to be heard "at a meaningful time and in a meaningful manner." *Mathews v. Eldridge*, 424 U.S. 319, 333, 96 S. Ct. 893, 902, 47 L. Ed. 2d 18, 32 (1976). That can't happen when the government plays "hide the ball" with the defendants.

Nor can this be an accident. Joe Alfred Izen, Jr., and Matthew Gilmarten show up on both the criminal and civil dockets. Their phone numbers and email addresses are the same on the counsel sections of both docket sheets. There can be no doubt whatsoever that the government knew how to notice and serve the defendants with their motion in the criminal case. They just ***didn't want to do it***.

Why? Because this Court relied upon their ***lies*** to enter partial summary judgment.

The government already knows they have a serious problem, if they have to actually prove their case. That's why they wanted partial summary judgment in the first place. That's why they're willing to engage in ridiculously risky, altogether unethical behavior, to ensure that the defendants don't know what's going on, until long after the criminal court order has been entered.

The Supreme Court has already stated the requirement that an order in contravention of due process be set aside, giving the litigant a fresh start. *Armstrong v. Manzo*, 380 U.S. 545, 552, 85 S. Ct. 1187, 1191, 14 L. Ed. 2d 62, 66-67 (1965). Applying the teachings of *Armstrong*, the District Court has a duty to *set aside* the order of partial summary judgment, docket #86.

*Armstrong* involved an adoption proceeding, in which the biological father and ex-husband of the mother was given no notice. Upon learning that the biological father objected, the trial court granted a hearing, at which the father was invited to attack the proceedings and order that stripped him of parental rights. He challenged the existing order, unsuccessfully.

The US Supreme Court said that wasn't good enough. Due process required no less than setting aside the offending judgment altogether. Procedure matters – ***a lot***. Procedure is often *de facto* dispositive.

Undersigned asks for the remedy demanded by the US Supreme Court in *Armstrong v. Manzo* -- neither more nor less. Set aside the offending judgment, force the government to prove their case *de novo*, afresh, anew. If their case is valid and honorable, they can do shoulder their burden of proof. If not, they didn't deserve the judgment in the first place.

Does the government have official records? Of course! Docket 38 has the "Forms 4340," the "Certificates of Official Record." They just don't reflect certain payments to the government, as reflected in this motion. Nobody contends otherwise. In other words, the government's evidence is *materially false*. Their records don't reflect *reality*.

1    A district court abuses its discretion when it **bases a decision** on a clearly
2 erroneous finding of fact or an erroneous conclusion of law, or when its ruling manifests a
3 clear error of judgment. See *Kilgore v. Attorney Gen. of Co.*, 519 F.3d 1084, 1086 (10th
4 Cir.2008).

5    Were the government's requested findings of fact "clearly erroneous?" Of course,
6 that's why the government violated clearly established rules about service of court filings,
7 and certificates of service proving same. They didn't just suddenly forget the rules. They
8 violated the rules in order to gain unfair and unlawful advantage. They violated the rules
9 to try to cover up lawlessness in which they previously engaged. They hoped that
10 undersigned wouldn't notice, or wouldn't complain.

11    Who granted an un-served and un-noticed motion in a criminal case, the day after
12 the motion was filed by the government? The Chief Judge of the Eastern District of
13 California – that's who. The lack of due process was evident – indeed the order was
14 entered the day after the filing of the motion.

15    At Docket 136, the government says "Written discovery has been closed for years
16 and remains closed." The government notes that Docket 135 extends deadlines, but only
17 "…for the limited purpose of taking certain individuals' depositions…" Of course, this is
18 true, lest the defendants learn the truth about what happened to the "restitution" moneys
19 paid by the criminal defendants in CAED 2:00-cr-345, and probably in a litany of other
20 cases too.

21    In the government's Amended Complaint, Docket #4, at page 7, the government
22 says that the statute of limitations for assessment is inapplicable "because the taxpayers
23 filed false returns and willfully attempted to evade or defeat individual federal income
24 tax…"

25    The government in this case has without controversy filed in this court *false and*
26 *fraudulent* claims with respect to what was assessed, already paid, and now owed.
27 Mistakes and oversights are those things that are corrected when brought to the attention

1 of the offending party. The government, far from correcting anything, has persisted in its
2 lying and deceit to this court.

3 Knowing full well that their figures are false, they have failed to correct anything to
4 this court, despite repeated polite request from the defendants.

5 This Court in its Pretrial Scheduling Order, Docket #108, at page 4-5, directed the
6 parties to "…identify those undisputed core facts that are relevant to each claim."
7 Disputed facts likewise must be identified in a separately numbered paragraph.

8 We're not ready for that step in the process. At the very minimum the undersigned
9 will challenge the amounts claimed, as well as the validity of the partial summary
10 judgment itself.

11 California Rule of Professional Conduct (CRPC) 3.3(a)(3) says that:

12 (a) A lawyer shall not:
13 (3) offer evidence that the lawyer knows to be false.  If a lawyer, **the lawyer's client**, or a witness called by the lawyer, has offered material evidence, **and the lawyer comes to know of its falsity**, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal…
15 (Emphases added)

16 Unquestionably counsel for the government has come to know of the falsity of
17 evidence the government has presented to this Court. They have attempted to "scab over"
18 this false evidence, by a deceitful and underhanded motion in the criminal case. Thus, the
19 machinations to prevent the defendants from timely knowledge of their actions. Thus the
20 "silent treatment," in the face of polite letters to the government, saying that their
21 evidence presented to the Court is false.

22 The government attempts to blame everyone but the offending parties, which is to
23 say themselves. The government has asked the court in the criminal proceedings to
24 believe that the "United States Attorney's Financial Litigation Unit" ("FLU") is not the
25 proper payee.  The government feigns a need for an order authorizing the government to
26 pay this money over to the "Department of the Treasury, Internal Revenue Service." Of
27 course, they have *exactly zero* legal authority in support of this proposition.

Page 5 of the Judgment and Commitment Order for Dr. Shearer (CAED 2:00-cr-00345-FCD Dkt. 121, dated 1-15-2002) lists the name of payee, for restitution, to be "US Attorney Financial Litigation Unit." This was done altogether without any input from Dr. Shearer or his lawyer. This was done by the Court, probably based on a long string of judgments both before and after the criminal judgment against the husband of undersigned, Dr. L. Richard Shearer, MD.

The government argues this is "unclaimed funds." If this is true, the FLU is so sclerotic and incompetent that it cannot **within two decades** direct collected funds to the alleged victim of a crime. If this is true, the FLU can't even discern this fact timely, so as to inform a payor of the need to either 1) make checks to another payee, or 2) get an order for restitution to be payable to some other entity.

The lien for the fine and restitution was released by a document dated 1-13-2005, signed by Bobbie J. Montoya, Assistant US Attorney. CAED 2:00-cr-345, Dkt. 151. Docket 152 is a release of lien for Richard D. Pfeiffer.

How does a *professional collection agency* release a lien, when the alleged victim of the crime has not received the ordered restitution?

It is far more likely that well placed, politically connected persons stole these monies. Now that questions are being asked, they want to put the money back (or get someone else to do it) so the money goes to the alleged victim of a crime. They don't want defendants, such as undersigned, to see what has actually happened in the interim. They don't want to give time for defendants to *establish a pattern and practice.*

Did the Clerk of this US District Court really leave money "unclaimed" in a clerk's office account for some two decades? Should we really believe this story? How big did this pile of "unclaimed funds" get?

If this is true, undersigned wants to see it with her own eyes. That makes no sense at all. How pray tell would government auditors miss this string of glaring errors for two

decades? How and why would all these auditors simply miss $5,000 sitting in an account,[2] going nowhere, collecting dust? Furthermore, based on the government's letter April 11, 2023, the government made the same screw-up with respect to all the defendants in this case. That of course brings up the question of whether a PACER search would show this alleged error was commonplace, done nearly all the time in criminal litigation.

The government in its secret motion claims that some unnamed representative of the clerk's office claims they cannot pay over any of the restitution collected so far, without the rather bland order supplied by the government to the court, (Dkt. 167-2) quite secretly of course. Undersigned really wants to know the name and job title of this "representative," with a phone number to call, to inquire as to this bizarre set of circumstances. Actually, a deposition might be in order.

Don't forget that the government fought over this, at length. They attempted to put the husband of undersigned back in prison yet again, on a revocation of supervised release. Motions were filed, letters were sent.  On October 12, 2002, Richard Pfeiffer sent a letter from prison to the FLU, copy to the clerk of the court. This was filed in the clerk's office October 21, 2022. Nobody told him that the FLU was not the proper party to collect the restitution. Nobody told *anybody* that the payee on the judgments and commitment orders was *simply wrong*.

We have educated and experienced professionals, who collect money for a living. They have harsh collection tools, which they use. They have lawyers at their disposal, if they have legal questions.

Yet they are telling this august tribunal that they simply didn't know what they were doing. They imply that they were ignorant this whole two decades, in which undersigned has lived in constant emotional turmoil. They get their paychecks from the

---

[2] Apparently, this involves the restitution for all the defendants in the criminal case, and probably in a long line of cases. The books of the clerk and the FLU should be audited for other irregularities.

1  Treasury, but somehow haven't learned to send money **_to_** the US Treasury, without a very
2  special and very secretive order.
3      This Court in the Pretrial Scheduling Order, at pages 6-7, instructed the parties to
4  aid the Court in such things as formulation and simplification of the issues, and
5  elimination of frivolous claims or defenses, etc. The Court warned that failure so to do
6  might result in sanctions, including the elimination of claims or defenses, and including
7  other potential sanctions even though not listed.
8      Undersigned and other defendants have put forth every reasonable effort to give the
9  government a face-saving way out of this dilemma. We have shown unequivocally that the
10 government has ethical duties. We have invited them to discharge those duties with the
11 least embarrassment to the government. The government has declined the invitation.
12     Undersigned believes in due process. If counsel for the government has some reason
13 that they should not be sanctioned for their obstreperous conduct, they should have
14 opportunity to say so, in written pleadings.
15     What exactly did the government take from the defendants, by their falsehoods to
16 this Court? They took our[3] constitutional right to a jury trial. The constitution says that
17 the citizen gets a jury trial, if the amount in controversy exceeds $20. The government
18 argued, quite successfully, that they are so honorable, so righteous, and so competent, that
19 there is no basis for questioning their legal theories, their assessments, or even their
20 math. Come not near unto us, for we are holier than thou!
21     What does the undersigned wish to recover? That which was lawlessly taken.
22 Undersigned's constitutional right to a jury trial. Undersigned's right to discovery, to see
23 the pattern of practices that lead us to this moment in time. Undersigned's right to *due*
24 *process*, as that term has been defined by the US Supreme Court. Undersigned wants to
25 learn how "a modest refund" has somehow transmogrified into a life-destroying half-

---

[3] Defendant Diane Shearer proceeds pro se, representing only herself. However, she is entitled to the benefit of arguments presented and developed by other defendants in this case.

million-dollar liability. See Notice of Motion ¶22.

Undersigned respectfully requests that this Court refer counsel for the government to the proper California bar disciplinary authorities, after they have had the process *due unto them*. The rules don't say that lawyers should discharge their ethical duties only after every other possibility has been exhausted. Counsel for the government had a duty to promptly tell *this Court* that their partial summary judgment was gained by *false evidence*, which thoroughly undermines the *stated rationale* for the judgment.

Additionally, the government's claims should be stricken. They come before this court with unclean hands, yet they ask this Court for equitable as well as legal relief. They have engaged in behavior likely to give the bench and the bar a bad reputation. Their claims are riddled with falsehoods and fraud anyway. Their complaint should be stricken, with prejudice to refiling.

**CONCLUSION**

The government has engaged in illegal, unethical, indeed embarrassing behavior. The partial summary judgment should be set aside and held for naught. This Court should issue a proper show-cause order to counsel for the government, so they get the due process which they casually denied to undersigned. After full and fair hearing, the government and counsel for the government should be appropriately sanctioned.

DATED: May 11, 2023

/s/ Diane Shearer
Diane Shearer, pro se

CERTIFICATE OF SERVICE

I Diane Shearer by my signature above certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.