Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>NOTICE OF MOTION AND DIANE SHEARER'S OPPOSED VERIFIED MOTION TO RECONSIDER DENIAL OF MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT, ETC<br><br><br>Time: 1:30 PM<br>Date: Thursday, August 17, 2023<br>Place: Courtroom 10, 13th Floor |
|---|---|

PLEASE TAKE NOTICE that Diane Shearer will bring the above-named motion for hearing before the Honorable Judge Daniel J. Calabretta, or any judge sitting in his or her stead in Courtroom 4, 15th Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, CA  95814, on August 17, 2023, at 1:30 PM PT or as soon thereafter as counsel may be heard.

Defendant Diane Shearer is requesting, at this time, for the motion hearing to be via zoom due to the distances of travel required for other defendant attorneys and myself

to attend in person. The parties are requesting a Zoom ID and password from the courtroom deputy at an appropriate time.

Defendant Diane Shearer for her opposed verified motion to reconsider minute order 146 denying motion to set aside partial summary judgment order (Dkt. 86), etc., and states:

1. Defendant Diane Shearer requests that the Court reconsider the minute order 146 denying her motion to set aside the partial summary judgment, for the following reasons.

2. The Court's order addresses only the $5,000, not the additional amounts, or any interest, or moneys collected by distraint, or penalties claimed in total defiance of the Congressional mandate, etc. The amount of interest that accrued on the Shearer's IRS Transcript, for the period the $5,000 was erroneously held in the FLU account was $3,999.31; which is not reflected in a reduction for Shearer's IRS transcript liabilities. The handling of the $5,000 plus the $3,999.31 interest is new evidence the court failed to acknowledge.

3. The Court failed to address the levy of $2046.56 plus interest of $1,724.60 that the IRS levied from the Regency Trust account, even though Regency Trust did not and was not in arears with the IRS. The money was levied because of the Shearer's alleged tax liability. This is new evidence the even the DOJ attorneys did not know about. Evidence of the IRS levy was included in the motion Dkt. 141 as an Exhibit. The problem with the levy is that the levy does not show on the Shearer's personal tax transcript or the Regency Trust transcript as credit. WHERE DID THE MONEY GO?

4. The IRS computation of the fraud penalty was incorrectly calculated. This is new evidence that shows the Dkt. 86 Partial Summary Judgment Award was incorrect. The IRS based the Fraud Penalties, erroneously on the total tax for the years 1995-1998. The Fraud Penalty should have been based on the Adjustments to Tax. This resulted in an overcharge of $12,795.00 that, with interest thereon of $34005.55, totals $46,800.55. The

DOJ has known about the overcharge since the submission of the Expert Witness Disclosure in August 2022. The IRS and DOJ has done nothing to correct this erroneous amount that the Partial Summary Judgment Award was based on.

5. On information and belief, the government's claim of assessments against defendants or any of them, are utterly false and fraudulent. The DOJ attorneys and the IRS have known of the false and fraudulent assessments since August 2022, when the Expert Witness Disclosure was served on them. The IRS, and the DOJ attorneys have done nothing to correct this situation.

6. Without controversy, the economic claims against the Defendants in this case are materially false, such that opposing counsel have an ethical duty to correct the record.

7. Diane Shearer's claims of fraud upon the court are basically uncontroverted. The government has no bona fide interest in any claim of "finality" of docket #86.

8. Defendant Diane Shearer herewith submits a brief in support.

WHEREFORE, premises considered, Defendant Diane Shearer respectfully requests reconsideration of the Court's minute order 141; an order setting aside Docket #86; an order returning this proceeding to the beginning of discovery; directing the government to show cause why this Court should not refer counsel to the appropriate California bar disciplinary authorities for appropriate disciplinary proceedings, or strike the government's complaint as a sanction for willful dishonesty in court proceedings, or both; and for such other and further relief as may be appropriate whether or not specifically requested.

### VERIFICATION

I Diane Shearer, by my signature below, pursuant to 28 USC 1746, declare under penalty of perjury that the foregoing facts are true and correct.

DATED: June 30, 2023

/s/ Diane Shearer
Diane Shearer, pro se

CERTIFICATE OF SERVICE

I Diane Shearer by my signature above certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.