Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>L. RICHARD SHEARER, ET AL<br>Defendants, | Case No. 2:12-CV-02334 DAD-DB<br><br>BRIEF IN SUPPORT OF DIANE SHEARER'S OPPOSED VERIFIED MOTION TO RECONSIDER ORDER DENYING MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT, AND FOR SHOW CAUSE ORDER<br><br><br>Time: 1:30 PM<br>Date: Thursday, August 17, 2023<br>Place: Courtroom 10, 13th Floor |
|---|---|

Comes now Defendant Diane Shearer (Diane Shearer) and for brief in support of her opposed verified motion to set aside partial summary judgment order and for show cause order (Dkt. 86) states:

The government procured a partial summary judgment on the basis of false evidence. Judge Troy L. Nunley, in docket 86, the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment, at page 12 beginning at line 8, made the following findings:

> The Shearers have not identified **any facts** to cast doubt on the accuracy of the government's **data**, calculations, or application of applicable percentages, such as which interest rate or fraud penalty percentage apply. The Shearers have not put forth any evidence that the government's **evidence** or **arithmetic** is deficient. *Hansen v. United States*, 7 F.3d 137, 138 (9th Cir. 1993) (taxpayers failed to present "specific facts" to rebut the IRS's Form 4340, but merely cited to their own affidavit stating they did not receive notice). Accordingly, the Court grants judgment in Plaintiff's favor on the current balance of tax liabilities and fraud penalties, for a total amount due through September 30, 2014, of $368,377.94.
> (Emphasis added)

Undersigned presented a substantial brief, showing that the claims by the government, accepted by the Court, weren't the truth. The brief furthermore showed that the government's claims were likely fraudulent.

This Court struck the hearing on Diane Shearer's motion. The Court adjusted the partial summary judgment by exactly $5,000. That's less than the "principal amount" shown on the "Case Inquiry Report" of $5,178.16. The Case Inquiry Report has columns for interest and penalty – both of which are blank.

What's missing from this picture? Let's make a list.

1) The summary judgment isn't based on *truthful* government records. Nobody even claims that the government records are *truthful*.

2) *After* entry of the Court's minute order, the summary judgment is based on the absurd theory that the government can get an interest free loan from a citizen, all while billing the citizen for interest in completely lawless ways. The interest theories and calculations are unquestionably contrary to Congressional statutes. The government doesn't even make a serious argument otherwise.

3) The government isn't even required to show that *their records* reflect the "$5,000" payment. Furthermore, how do the records deal with the other $178.16 shown on the Case Inquiry Report?

4) The government collected money from the defendants by a levy, but didn't

apply it to any debt. Apparently the IRS agent who confiscated the money gets to keep it, without explanation and without paying it over to the IRS. This Court's minute order simply shuts down the discussion.

5) The fraud penalty was applied to taxes that were paid, whereas Congress authorizes fraud penalties only to the underpayment. This unquestionably involves a substantial sum of money.

*To this Court* the government had a duty of *correcting the record*. They didn't correct the record. Then again, why should the government correct the record when the Court will forgive all their lawlessness, dismissing a corrective motion without a hearing?

The government didn't perform their ethical duty to correct the record. Why should they honestly correct the record when the Court will simply **scab over** their lawlessness, and pretend that it is no big deal?

The fundamental requirement of due process is the opportunity to be heard "at a meaningful time and in a meaningful manner." *Mathews v. Eldridge*, 424 U.S. 319, 333, 96 S. Ct. 893, 902, 47 L. Ed. 2d 18, 32 (1976).

This Court doesn't even pretend to have addressed most of Diane Shearer's arguments. Diane Shearer hasn't been *heard* in writing. When serious issues are just glossed over, that doesn't qualify as being "heard" within the meaning of applicable case law. Now Diane Shearer is told that she won't be *heard* in a formal court hearing.

The Supreme Court has already stated the requirement that an order in contravention of due process be set aside, giving the litigant a fresh start. *Armstrong v. Manzo*, 380 U.S. 545, 552, 85 S. Ct. 1187, 1191, 14 L. Ed. 2d 62, 66-67 (1965). Applying the teachings of *Armstrong*, the District Court has a duty to *set aside* the order of partial summary judgment, docket #86. The minute order 146 challenged here is no less a violation of due process.

*Armstrong* involved an adoption proceeding, in which the biological father and ex-husband of the mother was given no notice. Upon learning that the biological father

1 objected, the trial court granted a hearing, at which the father was invited to attack the
2 proceedings and order that stripped him of parental rights. He challenged the existing
3 order, unsuccessfully.

4     The US Supreme Court said that wasn't good enough. Due process required no less
5 than setting aside the offending judgment altogether. Procedure matters – **a lot**.
6 Procedure is often *de facto* dispositive.

7     Undersigned asks for the remedy demanded by the US Supreme Court in
8 *Armstrong v. Manzo* -- neither more nor less. Set aside the offending judgment, force the
9 government to prove their case *de novo*, afresh, anew. If their case is valid and honorable,
10 they can shoulder their burden of proof. If not, they didn't deserve the judgment in the
11 first place.

12     Their case isn't valid. It isn't honorable. The government's records aren't honest –
13 and ***they won't fix them even when shown their falsity***.

14     A district court abuses its discretion when it **bases a decision** on a clearly
15 erroneous finding of fact or an erroneous conclusion of law, or when its ruling manifests a
16 clear error of judgment. See *Cooter & Gell v. Hartmarx Corp.*, 496 US 384 (1990); *US v.*
17 *Hinkson*, 585 F. 3d 1247, 1260 (2009).

18     The facts upon which the challenged minute order is based are *clearly erroneous*.
19 How else can we describe the situation, when the Court doesn't touch *serious issues* top,
20 side, or bottom?

21     Why no discussion about the government's reasons for violating clearly established
22 rules about service of court filings, and certificates of service proving same? They didn't
23 just suddenly forget the rules. They violated the rules in order to gain unfair and unlawful
24 advantage. They violated the rules to try to cover up lawlessness in which they previously
25 engaged. They hoped that undersigned wouldn't notice, or wouldn't complain.

26     Who granted an un-served and un-noticed motion in a criminal case, the day after
27 the motion was filed by the government? The Chief Judge of the Eastern District of

1 California – that's who. The lack of due process was evident – indeed the order was
2 entered the day after the filing of the motion.

3 Yet this Court's minute order is silent on that issue. Undersigned has thus been
4 denied the right to be heard. Ignoring an issue is not the same as "hearing" it.

5 This Court took an oath to uphold the Constitution, not to uphold the lawless deeds
6 of the Chief Judge. When the illegal acts of the Chief Judge conflict with the oath to
7 uphold the US Constitution, the oath must control. Otherwise, the oath is no oath at all. It
8 is mere platitude.

9 At Docket 136, the government says "Written discovery has been closed for years
10 and remains closed." The government notes that Docket 135 extends deadlines, but only
11 "…for the limited purpose of taking certain individuals' depositions…" Of course this is
12 true, lest the defendants learn the truth about what happened to the "restitution" moneys
13 paid by the criminal defendants in CAED 2:00-cr-345, and probably in a litany of other
14 cases too.

15 Counsel for the government didn't just shirk their ethical duties. They compounded
16 them by stomping out the legal rights of Diane Shearer. They could get out of the way and
17 let Diane Shearer do sufficient discovery, so as to present this Court, and if necessary the
18 9th Circuit, with a true and correct record. Their hostility and opposition to this basic
19 litigation courtesy proves that they know what *the truth* does to their garbage case.

20 In the government's Amended Complaint, Docket #4, at page 7, the government
21 says that the statute of limitations for assessment is inapplicable "because the taxpayers
22 filed false returns and willfully attempted to evade or defeat individual federal income
23 tax…"

24 The government in this case has without controversy filed in this court *false **and**
25 fraudulent*** claims with respect to what was assessed, already paid, and now owed.
26 Mistakes and oversights are those things that are corrected when brought to the attention
27 of the offending party. The government, far from correcting anything, has 1) persisted in

its lying and deceit to this court, and 2) actively resisted Defendants in their efforts to provide the Court with a truthful record.

Knowing full well that their figures are false, they have failed to correct ***anything*** to this court, despite repeated polite request from the defendants. The solitary, incomplete effort at correction was because of the efforts of Defendants – and even then involved a conspiracy with other government lawyers, to cheat undersigned out of Constitutional due process.

This Court in its Pretrial Scheduling Order, Docket #108, at page 4-5, directed the parties to "…identify those undisputed core facts that are relevant to each claim." Disputed facts likewise must be identified in a separately numbered paragraph.

Virtually nothing is undisputed, but that's not half the story. Opposing party litigants routinely oppose each other, in good faith, without violating ethical rules. The government wants a false record, all while slamming the door on defense efforts to show the truth.

California Rule of Professional Conduct (CRPC) 3.3(a)(3) says that:

(a) A lawyer shall not:
> (3) offer evidence that the lawyer knows to be false. If a lawyer, **the lawyer's client**, or a witness called by the lawyer, has offered material evidence, **and the lawyer comes to know of its falsity**, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal…
> (Emphases added)

Unquestionably counsel for the government has come to know of the falsity of evidence the government has presented to this Court. They have attempted to "scab over" ***a subset of*** this false evidence, by a deceitful and underhanded motion in the criminal case. Thus the machinations to prevent the defendants from timely knowledge of their actions. Thus the "silent treatment," in the face of polite letters to the government, saying that their evidence presented to the Court is false.

The government attempts to blame everyone but the offending parties, which is to say themselves. The government has asked the court in the criminal proceedings to

1 believe that the "United States Attorney's Financial Litigation Unit" ("FLU") is not the
2 proper payee.  The government feigns a need for an order authorizing the government to
3 pay this money over to the "Department of the Treasury, Internal Revenue Service." Of
4 course they have *exactly zero* legal authority in support of this proposition – even when
5 challenged directly.

6       Page 5 of the Judgment and Commitment Order for Dr. Shearer (CAED 2:00-cr-
7 00345-FCD Dkt. 121, dated 1-15-2002) lists the name of payee, for restitution, to be "US
8 Attorney Financial Litigation Unit." This was done altogether without any input from Dr.
9 Shearer or his lawyer. This was done by the Court, probably on the basis of a long string of
10 judgments both before and after the criminal judgment against the husband of
11 undersigned, Dr. L. Richard Shearer, MD.

12       The government argues this is "unclaimed funds." If this is true, the FLU is so
13 sclerotic and incompetent that it cannot *within two decades* direct collected funds to the
14 alleged victim of a crime. If this is true, the FLU can't even discern this fact timely, so as
15 to inform a payor of the need to either 1) make checks to another payee, or 2) get an order
16 for restitution to be payable to some other entity.

17       The lien for the fine and restitution was released by a document dated 1-13-2005,
18 signed by Bobbie J. Montoya, Assistant US Attorney. CAED 2:00-cr-345, Dkt. 151. Docket
19 152 is a release of lien for Richard D. Pfeiffer.

20       How does a *professional collection agency* release a lien, when the alleged victim of
21 the crime has not received the ordered restitution?

22       Let's just be honest with ourselves. Well placed, politically connected persons stole
23 these monies. Now that questions are being asked, they want to put the money back (or
24 get someone else to do it) so the money goes to the alleged victim of a crime. They don't
25 want defendants, such as undersigned, to see what has actually happened in the interim.
26 They don't want to give time for defendants to *establish a pattern and practice.*

27       Did the Clerk of this US District Court really leave money "unclaimed" in a clerk's

office account for some two decades? Should we really believe this story? How big did this pile of "unclaimed funds" get?

If this is true, undersigned wants to see it with her own eyes. That makes no sense at all. How pray tell would government auditors miss this string of glaring errors for two decades? How and why would all these auditors simply miss $5,000 sitting in an account,[1] going nowhere, collecting dust? Furthermore, based on the government's letter April 11, 2023, the government made the same screw-up with respect to all the defendants in this case. That of course brings up the question of whether a PACER search would show this alleged error was commonplace, done nearly all the time in criminal litigation.

The government in its secret motion claims that some unnamed representative of the clerk's office claims they cannot pay over any of the restitution collected so far, without the rather bland order supplied by the government to the court, (Dkt. 167-2) quite secretly of course. Undersigned really wants to know the name and job title of this "representative," with a phone number to call, to inquire as to this bizarre set of circumstances. Actually, a deposition might be in order.

Don't forget that the government fought over this, at length. They attempted to put the husband of undersigned back in prison yet again, on a revocation of supervised release. Motions were filed, letters were sent.  On October 12, 2002, Richard Pfeiffer sent a letter from prison to the FLU, copy to the clerk of the court. This was filed in the clerk's office October 21, 2022. Nobody told him that the FLU was not the proper party to collect the restitution. Nobody told *anybody* that the payee on the judgments and commitment orders was *simply wrong*.

We have educated and experienced professionals, who collect money for a living. They have harsh collection tools, which they use. They have lawyers at their disposal, if

---

[1] Apparently this involves the restitution for all the defendants in the criminal case, and probably in a long line of cases. The books of the clerk and the FLU should be audited for other irregularities.

1 they have legal questions.

2 Yet they are telling this august tribunal that they simply didn't know what they
3 were doing. They imply that they were ignorant this whole two decades, in which
4 undersigned has lived in constant emotional turmoil. They get their paychecks from the
5 Treasury, but somehow haven't learned to send money **_to_** the US Treasury, without a very
6 special and very secretive order, entered in defiance of court rules requiring service.

7 This Court in the Pretrial Scheduling Order, at pages 6-7, instructed the parties to
8 aid the Court in such things as formulation and simplification of the issues, and
9 elimination of frivolous claims or defenses, etc. The Court warned that failure so to do
10 might result in sanctions, including the elimination of claims or defenses, and including
11 other potential sanctions even though not listed.

12 The government's **_entire_** claim is frivolous. Look at the beginning of this pleading,
13 yet again. How did they get the judgment in Docket #86? By *lying to the Court*.
14 Assuming arguendo (and unreasonably) that the falsehoods were inadvertent, the
15 intentional perversion of the truth has now become inescapable and undeniable.
16 IGNORING A LIE DOES NOT CONVERT IT TO TRUTH!

17 Does a manifestly frivolous claim *become meritorious because the Court will not*
18 *address the issues*? Look at the challenged minute order. What does it address? Diane
19 Shearer's arguments, and their resolution, are *conspicuous by their absence*.

20 What exactly did the government take from the defendants, by their falsehoods to
21 this Court? They took our[2] constitutional right to a jury trial. The constitution says that
22 the citizen gets a jury trial, if the amount in controversy exceeds $20. The government
23 argued, quite successfully, that they are so honorable, so righteous, and so competent, that
24 there is no basis for questioning their legal theories, their assessments, or even their
25 math. Come not near unto us, for we are holier than thou!

---

[2] Defendant Diane Shearer proceeds pro se, representing only herself. However, she is entitled to the benefit of arguments presented and developed by other defendants in this case.

In the minute order, this Court overlooked $178.16 associated with the criminal restitution. That's over 8 times the minimum required to **Constitutionally entitle** the Defendants to a jury trial.

What does the undersigned wish to recover? That which was lawlessly taken. Undersigned's constitutional right to a jury trial. Undersigned's right to discovery, to see the pattern of practices that lead us to this moment in time. Undersigned's right to *due process*, as that term has been defined by the US Supreme Court. Undersigned wants to learn how "a modest refund" has somehow transmogrified into a life-destroying half-million-dollar liability.

Where are these issues discussed, in the minute order? Once again, they are conspicuous by their absence.

Undersigned *yet again* respectfully requests that this Court refer counsel for the government to the proper California bar disciplinary authorities, after they have had the process *due unto them*. The rules don't say that lawyers should discharge their ethical duties only after every other possibility has been exhausted. Counsel for the government had a duty to promptly tell *this Court* that their partial summary judgment was gained by *false evidence*, which thoroughly undermines the *stated rationale* for the judgment.

Additionally, the government's claims should be stricken. They come before this court with unclean hands, yet they ask this Court for equitable[3] as well as legal relief. They have engaged in behavior likely to give the bench and the bar a bad reputation. Their claims are riddled with falsehoods and fraud anyway. Their complaint should be stricken, with prejudice to refiling.

**CONCLUSION**

The challenged minute order raises more questions than it answers. Without

---

[3] The equitable nature of the claims seems to be the rationale for denying a jury. This puts the doctrine of "unclean hands" front and center. Will the government be able to summarily short circuit all evidence of unclean hands?

controversy, the government has engaged in illegal, unethical, indeed embarrassing behavior. The minute order does nothing but "run interference" so as to protect the government's lawlessness. After a full and fair court hearing, this Court should enter a proper, written, signed order dealing with all the issues and claims for relief of Diane Shearer.

DATED: June 30, 2023

                                          /s/ Diane Shearer
                                          Diane Shearer, pro se

## CERTIFICATE OF SERVICE

I Diane Shearer by my signature above certify that all persons entitled to service will be electronically served with a copy of this pleading by CM/ECF contemporaneously with the filing of this pleading with the Clerk of the Court.