DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

Pursuant to the Court's Order on September 5, 2023 (Doc. 151), the parties hereby submit this Joint Status Report. Counsel for the United States has conferred with Defendant Diane Shearer, counsel for Defendant Richard Shearer, and counsel for Defendant Stanley Swenson as Trustee. The parties have broached possible settlement options but a potential resolution has not been reached. The parties therefore request a virtual or telephonic status conference to discuss a case management plan to resolve the pending issues in this case.

///

///

Date: October 4, 2023

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice


*/s/Matt Gilmartin*_____
Matt Gilmartin
Attorney for Richard Shearer


/s/ *Joe Alfred Izen, Jr.*_____
Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, TX  77035
713-668-8815 TEL
713-668-9402 FAX
jizen@comcast.net
Attorney for Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust

2

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on October 4, 2023, I caused a copy of the foregoing Response, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

I also certify that on the same day I served the following parties by mail and email:

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
office@drshearer.com
*Pro se*

/s/ *Chelsea Bissell*
Chelsea Bissell
Trial Attorney, Tax Division
U.S. Department of Justice

3