| Exhibit | Short Description | Bates Range | Page Length |
|---|---|---|---|
| JX-01 | Berryvale Trust Chain of Title and Grant Deed for 701 Pine Street | IRS03628 & IRS03632 | 2 pages |
| JX-02 | Regency Trust Chain of Title and Grant Deed for 534 North Main Street | IRS03633 & IRS03641-03642 | 3 pages |
| JX-03 | Hotlum Trust Property Report and Grant Deed for 717 Michelle Drive | IRS03644 & IRS03657-03658 | 3 pages |
| JX-04 | Hotlum Trust Property Report and Grant Deed for Michelle Drive | IRS3672 & IRS03681-03682 | 4 pages |
| JX-05 | Regency Trust Board Meeting Minutes from 1993 | IRS03898-3902 | 4 pages |
| JX-06 | Regency Trust Managers Employment Contract | IRS03903 | 1 page |
| JX-07 | Regency Trust Board Meeting Minutes from 1995-1996 | IRS03910-3916 | 4 pages |
| JX-08 | Resignation of Manager of Regency Trust from 2002 | IRS03937 | 1 page |
| JX-09 | Regency Trust Certificate | IRS03952-3953 | 2 pages |
| JX-10 | Acceptance of Regency Trust by Trustee from 2002 | IRS03932 | 1 page |
| JX-11 | 2004 1041 for Regency Trust | IRS03363 | 1 page |
| JX-12 | Declaration of trust, acceptance of trust by trustee and schedules for Regency Trust from 1993 | IRS03882-3894 | 14 pages |
| JX-13 | Regency Trust board meeting minutes | IRS03910-3911, 3913, and 39 | 4 pages |
| JX-14 | 1998 K1 for Regency Trust | IRS03322 | 1 page |
| JX-15 | Signature Cards for Strawberry Valley Family Trust account at Timberline Community Bank from 1996, Regency Trust at Timberline Community Bank in 1998, and Richard Shearer at Scott Valley Bank from 1996, and summary of accounts | IRS00237-241 | 5 pages |
| JX-16 | 1998 1041 for Regency Trust | IRS3313-3326 | 14 pages |
| JX-17 | Grant Deed for 53-052-070 to Regency Trust | IRS01223-1224 | 2 pages |
| JX-18 | Premier West Bank and Timberline Community Bank statements and records for Regency Trust number 68500967 for 2001-2002 & Washington Mutual Loan Statements for loan number 0811890599 | IRS01266-1283 | 17 pages |
| JX-19 | 2001 1041 for Regency Trust | IRS01290-1296 | 7 pages |
| JX-20 | 1995 1041 for Regency Trust and substantiation | IRS02865-2910 | 46 pages |
| JX-21 | 1999 1041 for Regency Trust | IRS03103-3116 | 14 pages |
| JX-22 | 2003 1041 for Regency Trust | IRS03345-3350 | 6 pages |
| JX-23 | 2002 1041 Regency Trust | IRS03352-3360 | 9 pages |
| JX-24 | 2010 1041 for Regency Trust | IRS03471-3483 | 13 pages |
| JX-25 | 1995 1041 and CA 541 for Regency Trust | LRS111-140 | 30 pages |
| JX-26 | 1996 1041 and CA 541 for Regency Trust | LRS141-167 | 27 pages |
| JX-27 | Report of Regency Trust income and cash flows for 1996 | LRS168-172 | 5 pages |
| JX-28 | 1997 1041 and CA 541 for Regency Trust | LRS173-195 | 19 pages |
| JX-29 | Report on Regency income and cash flows for 1997 | LRS196-198 | 3 pages |
| JX-30 | 1998 1041 and CA 541 for Regency Trust | LRS199-227 | 29 pages |
| JX-31 | Report on regency income and cash flows for 1998 | LRS228-230 | 3 pages |
| JX-32 | 1999 1041 and CA 541 for Regency Trust | LRS231-248 | 18 pages |
| JX-33 | Report on income and cash flow for Regency and Strawberry Trusts and insurance documents for 1999 | LRS249-264 | 16 pages |
| JX-34 | 2000 1041 and CA 541 for Regency Trust | LRS266-279 | 14 pages |
| JX-35 | Declaration of the Strawberry Valley Family Trust dated January 10, 1999 (attached as Exhibit C to the Richard and Diane Shearer's Answer (ECF No. 7) | | |
| P-01 | Shearer plea agreement for criminal case, United States v. Richard Shearer, CR-00-345-FCD (E.D. Cal.) dated on or about October 1, 2001 (Defendant admitted this plea agreement is a true and correct copy of that filed with the court, see Request 1, U.S. RFAs | N/A | 14 pages |
| P-02 | Preliminary change of ownership report for 36-460-231 | IRS4040-4041 | 2 pages |
| P-03 | Preliminary change of ownership report for 36-460-241 | RS4044-4045 | 2 pages |
| P-04 | Preliminary change of ownership report for 57-101-120 | IRS4048-4049 | 2 pages |
| P-05 | Preliminary change of ownership report for 53-052-070 | IRS4052-4053 | 2 pages |
| P-06 | Summary IRS list of trust bank accounts and signers | IRS00236 | 1 page |
| P-07 | List of checks written on Strawberry Valley account no. 673 at Timberline Community Bank | IRS00242-253 | 2 pages |
| P-08 | Trust application worksheet for Asteroid Black Management | IRS00295-300 | 6 pages |
| P-09 | 1995 1040 for Shearers | IRS02585-2591 | 2 pages |
| P-10 | 1996 1040 for Shearers | IRS02633-2644 | 3 pages |
| P-11 | 1997 1040 for Shearers | IRS02660-2659 | 3 pages |
| P-12 | 1998 1040 for Shearers | IRS02686-2695 | 4 pages |
| P-13 | 1999 1040 for Shearers | IRS02711-2721 | 4 pages |
| P-14 | 1995 1040X for Shearers | IRS02843-2877 | 11 pages |
| P-15 | Balance Sheet for LR Shearer MD for 1995 | IRS02940-2943 | 4 pages |
| P-16 | 2000 1040 for Shearers | IRS03057-3058 | 2 pages |

| | | | |
|---|---|---|---|
| P-17 | 2001 1040 for Shearers | IRS03036-3039 | 3 pages |
| P-18 | 2000 1040X for Shearers | IRS03076-3081 | 6 pages |
| P-19 | 2004 1120S for medical practice | IRS03435 | 1 page |
| P-20 | Full Reconveyance to Washington Mutual | IRS03798 | 1 page |
| P-21 | Assignment of Deed of Trust from Swensons to Swensons 2003 | IRS03845 | 1 page |
| P-22 | AAA Homeowners Insurance Policy Declarations for 717 Michelle Drive | IRS04077 | 1 page |
| P-23 | Cancelled check to Atlantic Telesis from 1998 | IRS00343 | 1 page |
| P-24 | Bank signature cards for Asteroid Black accounts | IRS00392-393 | 2 pages |
| P-25 | Cancelled check from 2nd Judicial District in Farmington, UT | IRS00872 | 1 page |
| P-26 | Checks from Strawberry Valley Trust account at Premier West Bank | IRS01390 | 1 page |
| P-27 | Signature Card for Strawberry Valley Trust at Premier West Bank | IRS01391 | 1 page |
| P-28 | Checks from Strawberry Valley Trust account at PW Bank | IRS01393, 1395, 1397, 1399, | 4 pages |
| P-29 | Cancelled checks from Richard Shearer MD at Scot Valley Bank from 2008, and signature card and checks for Regency Trust at Premier West Bank | IRS01403, 1410, 1412, 1413, | 5 pages |
| P-30 | Cancelled checks from Regency Trust and Strawberry Valeu accounts at PW Bank | IRS01416, 1473, 1474, 1476, | 10 pages |
| P-31 | Cancelled checks from Strawberry Family Trust | IRS01522, 1523, 1536, 1554, | 10 pages |
| P-32 | Cancelled checks from Strawberry Family Trust | IRS01707, 1712, 1820, 1821, | 10 pages |
| P-33 | 2004 1041 for Strawberry Valley Family Trust | IRS02771-2780 | 10 pages |
| P-34 | 2004 1041 for Strawberry Valley Family Trust 1041 | IRS03368 | 1 page |
| P-35 | 2003 1041 for Strawberry Valley Family Trust | IRS03386, 3391, 3393, 3394, | 5 pages |
| P-36 | 2002 1041 for Strawberry Valley Family Trust | IRS03403, 3407, and 3412 | 3 pages |
| P-37 | Atlantic Telesis invoices to Asteroid Black Management and checks | IRS00301-311 | 11 pages |
| P-38 | Cancelled Asteroid Black check to Atlantic Telesis | IRS00335 | 1 page |
| P-39 | Cancelled Strawberry Valley check to Asteroid Black | IRS02833-2834 | 2 pages |
| P-40 | Cancelled Strawberry Valley check to from 1998 | IRS2835-2836 | |
| P-41 | 1995 1041 for Asteroid Black Management Form | IRS02989-2990, 2993, and 30 | 4 pages |
| P-42 | Cancelled Asteroid Black Management check to Atlantic Telesis | IRS00391 | 1 page |
| P-43 | Premier West Bank account records for Strawberry Valley Family Trust | IRS01349-1389, IRS01513-15 | 51 pages |
| P-44 | Bank deposits for Strawberry Valley Trust accounts numbered 00085-00-673 and 00085-1-653 at Timberline Community Bank 1996-1998 and invoices from Atlantic Telesis Management Co. Trust | IRS00254-260 | 7 pages |
| P-45 | Analysis of checks written from Asteroid Black Management Co. Trust account number 00085-00-665 at Timberline Community Bank 1996 | IRS00261-284 | 24 pages |
| P-46 | Invoices from Atlantic Telesis Management Co. Trust and checks from Asteroid Black Management Co. Trust and Mt. Shasta Ear, Nose, and Throat | IRS00312-351 | 40 pages |
| P-47 | Trust Application for Asteroid Black Management Co. Trust and Signature card with Timberline Community Bank | IRS00353-357 | 5 pages |
| P-48 | Invoices from Atlantic Telesis Management Co. Trust and checks from Asteroid Black Management Co. Trust and Mt. Shasta Ear, Nose, and Throat | IRS00358-392 | 5 pages |
| P-49 | Interview memorandum from RA Floyd Freeman of Swenson Interview | IRS00652 | 1 page |
| P-50 | Interview memorandum from RO Gregory Gillen about October 2006 interview with Richard and Diane Shearer | IRS00654-657 | 4 pages |
| P-51 | 2004 1040 for Shearers | IRS00661-671 | 11 pages |
| P-52 | Scott Valley Bank records declaration and IRS summons for records | IRS00837-840 | 4 pages |
| P-53 | Scott Valley Bank records (statements, checks, deposits) – Account number 1165197 for Richard and Diane Shearer for 2006 | IRS00841-874 | 34 pages |
| P-54 | Scott Valley Bank records (statements, checks, deposits) – account for Richard Shearer M.D. Inc. account number 16115820 for 2006 | IRS00875-1220 | 346 pages |
| P-55 | NFTLs | IRS01257-1263 | 7 pages |
| P-56 | Home and car and insurance records | IRS01284-1289 | 6 pages |
| P-57 | 2005 1040 for Shearers | IRS02756-2770 | 15 pages |
| P-58 | 2005 1120S for L. Richard Shearer M.D. Inc. 2005 | IRS02787-2808 | 22 pages |
| P-59 | CA Fiduciary Income Tax Return, Strawberry Valley, 2004 and 1041 for 2004 | IRS2809-2822 | 14 pages |
| P-60 | 2002 1120S MD Practice | IRS03416-3424 | 13 pages |
| P-61 | 2005 1120S MD Practice | IRS03426-3434 | 9 pages |
| P-62 | 2010 1041 for Strawberry Valley Trust | IRS03485-3497 | 13 pages |
| P-63 | NFTLs and refiles | IRS03514-3576, 4062-4075, 4 | 80 pages |
| P-64 | Siskiyou County Assessor Change of Ownership Reports (1995) | IRS03591-3606, 4038-4039, 4 | 6 pages |
| P-65 | Chain of Title Reports (includes NFTLs, grant deeds, deeds of trust, transfer deeds, subordinations, parking agreement) | IRS03609-3627, 3683-3866, 4 | 234 pages |
| P-66 | Deeds | IRS04081-4088 | 8 pages |
| P-67 | Premier Business Owner Insurance Policy Property Declarations for MD office | IRS04090-4106 | 17 pages |
| P-68 | 1995 1040X for Shearers and account transcript | IRS04418-4426 | 9 pages |

| | | | |
|---|---|---|---|
| P-69 | 1995 1040 for Shearers | IRS04427-4437 | 11 pages |
| P-70 | 1996 1040X for Shearers for 1996 (filed in 2006) and account transcript | IRS04507-4516 | 10 pages |
| P-71 | 1996 1040 for Shearers | IRS04517-4525, 4536, 4542-4 | 20 pages |
| P-72 | 1997 1040X for Shearers (filed in 2006) and account transcript | IRS04579-4588 | 10 pages |
| P-73 | 1997 1040 for Shearers | IRS04589-4593, 4600, 4606-4 | 12 pages |
| P-74 | 1998 1040X for Shearers and account transcript | IRS04641-4650 | 10 pages |
| P-75 | 1998 1040 for Shearers | IRS04652-4661, 4673, 4679-4 | 21 pages |
| P-76 | 1999 1040X for Shearers and account transcript | IRS04716-4726 | 11 pages |
| P-77 | 1999 1040X for Shearers (unsigned) | IRS04728-4739 | 12 pages |
| P-78 | 1999 1040 for Shearers | IRS04749, 4753-4760 | 9 pages |
| P-79 | 2001 1041 and CA 541 for Regency Trust | LRS280-299 | 20 pages |
| P-80 | Defendant's response to United States' RFPs (December 13, 2013). | | |
| P-81 | United States' response to Defendant's ROGs and RFPs (December 30, 2013). | | |
| P-82 | United States' response to Defendant RFPs (April 29, 2014). | | |
| P-83 | Swenson's RFPs and ROGs to United States (April 29, 2014). | | |
| P-84 | United States' response to Swenson's ROGs and RFPs & privilege log (July 8, 2014). | | |
| P-85 | United States' response to Defendant RFAs (September 5, 2014). | | |
| | | | |