DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **BISSELL DECLARATION IN SUPPORT OF MOTION TO EXCUSE THE UNITED STATES FROM SANCTIONS FOR FAILURE TO COMPLY WITH RULE 26(a)** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

I, Chelsea Bissell, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a trial attorney for the United States Department of Justice, Tax Division. In my capacity as a trial attorney with the Department of Justice Tax Division, I have been assigned litigation responsibilities for representing the United States in the above-captioned case.

2. As part of my litigation responsibilities, I have reviewed the case record and internal documents maintained by the United States through the course of litigation. I make the statements in this declaration from my review of the case file maintained by the United States in connection with this case.

1

3. On January 30, 2014 and July 7, 2014, the United States responded to interrogatories from Defendants Richard and Diane Shearer and Defendant Stanley Swenson, respectively. *See* **Exhibit 1**, 1/29/2014 U.S. Interrogatory Responses to Shearers, DJ-000598 to DJ-000603; **Exhibit 2**, 7/8/2014 U.S. Interrogatory Responses to Swenson, DJ-000441 to DJ-000448.

4. In 2014, the United States also responded to requests for production from defendants and sent documents with Bates ranges IRS00001 to IRS04535 in two duplicate CDs to Matthew Gilmartin on April 29, 2014, following Mr. Gilmartin's March 27, 2014 email instructions for document delivery, an email on which Joe Izen was cc'ed. *See* **Exhibit 3**, 4/29/2014 U.S. Response to RFP, DJ-000535 to DJ-000537 and email instructions for delivery. The United States further produced Bates ranges IRS04410 to IRS04992 to Messrs. Gilmartin and Izen in separate deliveries on September 25, 2014. *See* **Exhibit 4**, 9/25/2014 U.S. Supplemental Response to RFP, DJ-001609 to DJ-001615.

5. The United States maintained Fedex shipping labels for the discovery responses dated April 29, 2014, July 7, 2014, and September 25, 2014. *See* **Exhibit 3**, DJ-000536; **Exhibit 2**, DJ-000432; **Exhibit 4**, DJ-001609 to DJ-001610.

6. It also attached Certificates of Service to interrogatory responses and Requests for Production attesting that the information was sent to all defendants. *See* **Exhibit 1**, DJ-000604 to DJ-000605; **Exhibit 2**, DJ-000452 to DJ-000435; **Exhibit 4**, DJ-001614 to DJ-001615.

7. The United States also maintained Fedex delivery notifications. These notifications show that Matt Gilmartin, counsel for Richard and Diane Shearer, and Joe Izen, counsel for Stanley Swenson, received Fedex deliveries of packages with tracking numbers matching those on the Fedex shipping labels referenced in paragraph 5. *See* **Exhibit 5**, Fedex Delivery Receipts.

8. Matthew Gilmartin emailed the counsel for the United States at the time, Patrick Jennings, acknowledging receipt of the United States' production of documents Bates IRS00001 to IRS04535. *See* **Exhibit 6**, Gilmartin Emails.

9. From 2014, when these discovery responses were produced, until late 2023, defendants never informed the United States that they did not receive these responses to their written discovery requests, nor did they ever move to compel responses to these discovery requests.

10. No defendant raised Rule 26(a) disclosures until October 2023, nine years after the responses were sent.

11. During the pretrial conference on March 7, 2024, defendants raised the possibility that they did not receive the United States' discovery responses naming individuals with discoverable information and the 4,992 pages of document production.

12. On March 14, 2024, the United States re-produced all aforementioned discovery responses and documents with Bates range IRS00001 to IRS04992.

13. I followed up this re-production with an email on March 15, 2024, asking defendants if they intended to pursue sanctions against the United States after receiving the re-produced documents.

14. Diane Shearer responded on March 17, 2024, seemingly to express her intent to move forward with sanctions. As of filing, neither Defendant Richard Shearer nor Defendant Stanley Swenson has responded to the United States' request to meet and confer.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: March 20, 2024

*/s/Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 20, 2024, I caused a copy of the foregoing Declaration, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

I also certify that on the same day I served the following parties by mail and email:

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
office@drshearer.com
*Pro se*

                                            /s/ *Chelsea Bissell*
                                            Chelsea Bissell
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice