# EXHIBIT 1

1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:  (202) 307-6648
   E-mail:     Guy.P.Jennings@usdoj.gov
6
   Attorneys for the United States of America
7
   BENJAMIN B. WAGNER
8  United States Attorney

9  Of Counsel

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,                )
13                                           )
          Plaintiff,                         )   Civil No.  2:12-CV-02334 TLN AC
14                                           )
          v.                                 )
15                                           )   **UNITED STATES' RESPONSE TO**
   L. RICHARD SHEARER;                       )   **INTERROGATORIES - FIRST SET**
16  DIANE SHEARER;                           )   **BY SHEARERS**
   STANLEY SWENSON as Trustee of the         )
17  HOTLUM TRUST, BERRYVALE TRUST, and       )
   REGENCY TRUST;                            )
18  CARL S. WILSON; CAROL WILSON;            )
   EVELYN LOUISE SHEARER, as Trustee of      )
19  the EVELYN LOUISE REVOCABLE TRUST;       )
   VERNON L. SWENSON; LEORA SWENSON;         )
20                                           )
          Defendants.                        )
21                                           )

22
          The United States of America, by undersigned counsel, provides the following response
23
   to the first set of interrogatories by L. Richard Shearer and Diane Shearer.  The following
24
   responses are made in good faith and are based on the documents and other evidence that
25
   have been reviewed by the United States to date.  At this time, the United States has not
26
   completed its trial preparation, investigation or discovery.
27
          The United States respectfully reserves the right to modify, supplement, or revise any or
28
   all of the discovery responses contained herein in order to take into account any additional

DJ-000584

DJ-000584

1  evidence that is obtained by the United States.  In reserving this right, however, the United

2  States does not admit that any response herein is incomplete or will require supplementation.

3  Finally, because the United States has not gathered all of the facts at this stage of trial

4  preparation, the United States may later amend its contentions or assert additional contentions

5  as the facts warrant in this case.

6  **REQUESTS AND RESPONSES**

7  **Shearer Request no. 1.**   Did the I.R.S. conduct any audits of the Shearers or Trusts from

8  2000 onwards to the present, and if so, what were the names of the Auditors and their I.R.S.

9  I.D. numbers?

10  **United States Response:**   Objection, vague as to tax years at issue.  Assuming that the

11  question refers to the 1995-2001 "years at issue" in this case, there were examinations of the

12  Shearers for the years at issue.  Said examinations culminated in assessments against the

13  Shearers in 2004.  The Shearers filed amended returns in 2006 for the years at issue.  Those

14  amended returns were submitted for audit reconsideration and accepted as filed by the IRS.

15  The 2004 assessments were adjusted accordingly.  Because a Court has not determined

16  whether the Shearer income would be taxed to them or to the Trust defendants, the Trusts were

17  also examined and assessments made to protect the IRS from whipsaw.  If the Shearers'

18  income is adjudicated and determined to be theirs in this action, then the assessments against

19  the Trusts will be abated.  It does not appear that any substantial payments or credits are on

20  the Trusts accounts with the IRS.

21  Because there is no substantial dispute as to the tax assessments, the United States

22  objects to the request for the names and numbers of the auditors as unduly burdensome.  If

23  specific information is sought concerning the audits the trial attorney should be contacted

24  further.

25  **Shearer Request no. 2.**  List and describe in complete detail the third parties I.R.S. auditors or

26  agents contacted in determining the income allegedly received by Defendant Shearers and

27  Trusts for tax years 1997 through 2001 including full names, addresses, contact persons, and

28  current telephone numbers, if known.

- 2 -

DJ-000585

DJ-000585

**United States Response:**   Because there is no substantial dispute as to the income reported by the Shearers after they submitted amended tax returns, the United States objects to the request for the third party contacts as unduly burdensome and unlikely to lead to admissible evidence.

Richard Shearer was the subject of a criminal investigation and prosecution involving the Trusts.  The criminal file is not readily available to the civil trial attorney in this case and may be subject to legal restrictions on dissemination and will not be produced, except to the extent that items were used and included in the civil audit files.  Requests pertaining to the criminal investigation should be directed to the attorneys in that case.  If copies of the publicly-filed criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the Trusts.

**Shearer Request no. 3.**  List and Describe in complete detail the third parties I.R.S. auditors and agents contacted in determining the entitlement of Defendants Shearers and Trusts to any deductions, credits, or allowances, for tax years 1997 through 2001 including full names, addresses, contact persons, and current telephone numbers, if known.

**United States Response:**   Because there is no substantial dispute as to the deductions and adjustments allowed by Service after the Shearers submitted amended tax returns, the United States objects to the request for the third party contacts as unduly burdensome and unlikely to lead to admissible evidence.  Requests pertaining to the criminal investigation should be directed to the attorneys in that case.

**Shearer Request no. 4.**  List and describe the date, content, and place of filing, of all income tax assessments against Defendants Shearers and Trusts for tax years 1997 through 2001.

**United States Response:**   The United States will provided Certificate of Assessments and Payments for the years at issue for the Shearers and the Trusts (if assessments were made).  To the extent that any further information is requested, the United States objects to the request as unduly burdensome, and unlikely to lead to admissible evidence.

**Shearer Request no. 5.** List and describe the date, time, and place of filing, of all tax liens and levies, or Notices of Tax Liens or Levies against Defendants Shearers and Trusts, for tax years

- 3 -

DJ-000586

DJ-000586

1997 through 2001 and provide the contents of any such tax lien or levy or Notice of Tax Lien or

Levy.

**United States Response:**  The United States will provide copies of the filed notices of federal

tax lien. To the extent that any further information is requested, the United States objects to the

request as unduly burdensome, and unlikely to lead to admissible evidence.

**Shearer Request no. 6.**  List, name, and describe all witnesses with knowledge of facts

relevant to the claims of the United States against  Defendants, L. Richard Shearer, Diane

Shearer and Stanley Swenson, Trustee of the Berryvale Trust, Hotlum Trust and Regency

Trust, providing names, current addresses, current telephone numbers, current contact

information, job status or position of employment, and a brief summary of the witness'

knowledge or expected testimony.

**United States Response:**  Witnesses likely to have discoverable information about the sham

trust arrangement include L. Richard Shearer, Diane Shearer and Stanley Swenson, each of

whom is represented by counsel in this case.  Regarding encumbrances on the subject

properties: Evelyn Louise Shearer,11075 Benton St Apt 128, Loma Linda, CA  92354, (909)

796-1687; and  Vernon L. Swenson, and Leora Swenson, address unknown. The United

States will present evidence from the IRS file and accounts through Paul Enjalran, Revenue

Officer, and a Revenue Agent to be determined.  It appears that Floyd A. Freeman, who

reviewed the amended returns, has retired and his address is unknown.  A Special Agent may

discuss the trust scheme and the criminal exhibits.  Information regarding the Trusts may be

obtained from Lonnie D. Crockett, Daniel Bullock, and Richard D. Pfeiffer, addresses unknown.

A deposition of the custodian of bank records of the Trusts may be necessary.

**Shearer Request no. 7.**   Did the I.R.S. allow any expenses incurred in the production of

income allegedly received by Defendants Shearers and Trusts for any type of income for tax

years 1997 through 2001 on which the assessments which the Government has sued in this

case are based?

**United States Response:**  The business expenses reported by the Shearers were allowed as

reported on the amended returns.  No expenses relating to the Trusts was allowed to the

Shearers, because the IRS disregarded the separate existence of each Trust for purposes of

- 4 -

DJ-000587

DJ-000587

1    the Shearer assessments.

2    **Shearer Request no. 8.** Did the I.R.S. ever audit the Strawberry Trust, (E.I.N. 56-6469905),

3    and if so, what were the names of the Auditors and their I.R.S. I.D. numbers?

4    **United States Response:** Because there is no substantial dispute as to the tax assessments

5    against the Shearers, the United States objects to the request as unduly burdensome and

6    unlikely to lead to admissible evidence. The amount of the assessments against the Trusts are

7    not at issue in this case because the Trusts will be disregarded as entities if the United States

8    prevails. If specific information is sought concerning the audits the trial attorney should be

9    contacted further.

10    **Shearer Request no. 9.** Does the I.R.S. consider the Regency Trust (E.I.N. 56-16 6469905 a

11    sham trust, and if so why?

12    **United States Response:** The Regency Trust is a sham trust because it was formed and

13    operated as part of a scheme to defraud the United States. The admissions of fact by Richard

14    Shearer in the criminal case plea agreement dated October 1, 2001, are incorporated here by

15    this reference. A copy of the plea agreement will be provided to counsel. On or about May 15,

16    1995, the Shearers transferred 534 North Main Street to the "Regency Trust" in exchange for

17    no consideration at a time that they anticipated disputes with the IRS. Because the Trusts

18    were formed to defraud a creditor, they are void under California law. There is no economic

19    substance to the separation between the Trusts and the Shearers. There is no reason to

20    consider each Trust a separate entity. Transfers to the Trusts violated the reporting

21    requirements of estate and gift tax laws. The Shearers controlled the trustees of the Trusts and

22    used the Trusts as nominees, alter egos, and fraudulent transferees. The Shearers continued

23    to benefit from the property purportedly transferred into trust, and so the Trusts are all grantor

24    trusts, which are disregarded under the Internal Revenue Code. The tiered Trusts were used to

25    improperly generate and multiply deductions and to conceal income.

26    **Shearer Request no. 10.** How did the I.R.S. arrive at the deficiency for the Regency Trust in

27    the amount of $12,845.79 in its Notice CP163, for Tax Period for December 31st, 1999, with

28    Notice Date of October 7th, 2013?

     **United States Response:** Because there is no substantial dispute as to the tax assessments

DJ-000588

DJ-000588

1   against the Shearers, the United States objects to the request as unduly burdensome and

2   unlikely to lead to admissible evidence.  The amount of the assessments against the Trusts are

3   not at issue in this case because the Trusts will be disregarded as entities if the United States

4   prevails.  If specific information is sought concerning the audits the trial attorney should be

5   contacted further.

6   **Shearer Request no. 11.**   Is Nancy Yang, who audited the Shearer's and the Trusts, on behalf

7   of the I.R.S. sometime after 2001, still employed by I.R.S., and if so what is her work address

8   and telephone number? If she is not still employed by the I.R.S. does the I.R.S. have her

9   current address and telephone number, and if so, what is it?

10  **United States Response:**  There is a Nancy Yang that appears to still be employed by the

11  IRS.  She does not recall working on the Shearer case.  She may be contacted through

12  undersigned counsel for the United States.

13                          **VERIFICATION OF RESPONSES**

14      I, Greg Gillen, pursuant to 28 U.S.C. § 1746, declare and verify, under penalty of perjury,

15  that I am a Revenue Officer in the Internal Revenue Service to whom this matter is assigned.

16  Based upon the facts contained in the files pertinent to this action that were in my possession,

17  the foregoing answers are true and correct to the best of my knowledge, information and belief.

18

19  Dated: January 29, 2014

20                                      Gregory Gillen
                                        Revenue Officer

21

22  With respect to objections and legal assertions:

23                                      KATHRYN KENEALLY
                                        Assistant Attorney General

24
    Date: January 29, 2014

25                                      G. PATRICK JENNINGS
                                        Trial Attorney, Tax Division

26                                      U.S. Department of Justice

27

28

                                   - 6 -

DJ-000589

DJ-000589



**U.S. Department of Justice**

**Tax Division**

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov* | *Mailing address:* | *Street address:* |
| *Telephone: (202) 307-6648* | *P.O. Box 683,* | *555 4th St. NW, Rm. 7933C* |
| *Telefax: (202) 307-0054* | *Washington, D.C. 20044* | *Washington, D.C. 20001* |

KK:RRW:GPJennings
5-11E-13396
CMN 2012102258

January 29, 2014
~~30~~

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

    Re:    United States v. L. Richard Shearer and Diane Shearer
            <u>Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)</u>

Dear Mr. Gilmartin:

    Enclosed please find the following:

1. **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY SHEARERS**

2. **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST SET BY SHEARERS**

3. **CERTIFICATE OF SERVICE**

    If you have any questions regarding the foregoing, please contact me at (202) 307-6648.  Thank you for your assistance and cooperation in this matter.

                                Sincerely yours,

                                  G. Patrick Jennings
                                Trial Attorney, Civil Trial Section,
                                  Western Region

Enclosures - as stated.

cc.        IRS Counsel, Sacramento CA
          CC:SB:7:SAC:2:TMRohall
          GL-120611-12 (via Email)

DJ-000590

DJ-000590



**U.S. Department of Justice**

**Tax Division**

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov* | *Mailing address:* | *Street address:* |
| *Telephone: (202) 307-6648* | *P.O. Box 683,* | *555 4ᵗʰ St. NW, Rm. 7933C* |
| *Telefax: (202) 307-0054* | *Washington, D.C. 20044* | *Washington, D.C. 20001* |

KK:RRW:GPJennings
5-11E-13396
CMN 2012102258

January 30, 2014

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

    Re:    United States v. L. Richard Shearer and Diane Shearer
           <u>Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)</u>

Dear Mr. Gilmartin:

    Enclosed please find the following:

1. **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY SHEARERS**

2. **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST SET BY SHEARERS**

3. **CERTIFICATE OF SERVICE**

    If you have any questions regarding the foregoing, please contact me at (202) 307-6648.  Thank you for your assistance and cooperation in this matter.

                       Sincerely yours,

                       G. Patrick Jennings
                       Trial Attorney, Civil Trial Section,
                       Western Region

Enclosures - as stated.

cc.       IRS Counsel, Sacramento CA
           CC:SB:7:SAC:2:TMRohall
           GL-120611-12 (via Email)

1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
5  Telephone:   (202) 307-6648
   E-mail:       Guy.P.Jennings@usdoj.gov
6
   Attorneys for the United States of America
7
   BENJAMIN B. WAGNER
8  United States Attorney
9  Of Counsel
10
                IN THE UNITED STATES DISTRICT COURT FOR THE
11
                      EASTERN DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,              )
13                                        )
          Plaintiff,                      )   Civil No.  2:12-CV-02334 TLN AC
14                                        )
       v.                                 )
15                                        )   **UNITED STATES' RESPONSE TO**
   L. RICHARD SHEARER;                    )   **REQUEST FOR PRODUCTION -**
16  DIANE SHEARER;                        )   **FIRST SET BY SHEARERS**
   STANLEY SWENSON as Trustee of the      )
17  HOTLUM TRUST, BERRYVALE TRUST, and    )
   REGENCY TRUST;                         )
18  CARL S. WILSON; CAROL WILSON;         )
   EVELYN LOUISE SHEARER, as Trustee of   )
19  the EVELYN LOUISE REVOCABLE TRUST;    )
   VERNON L. SWENSON; LEORA SWENSON;      )
20                                        )
          Defendants.                     )
21                                        )
22
          The United States of America, by undersigned counsel, provides the following response
23
   to the first request for production by L. Richard Shearer and Diane Shearer.  The following
24
   responses are made in good faith and are based on the documents and other evidence that
25
   have been reviewed by the United States to date.  At this time, the United States has not
26
   completed its trial preparation, investigation or discovery.
27
          The United States respectfully reserves the right to modify, supplement, or revise any or
28
   all of the discovery responses contained herein in order to take into account any additional

1   evidence that is obtained by the United States.  In reserving this right, however, the United

2   States does not admit that any response herein is incomplete or will require supplementation.

3        Finally, because the United States has not gathered all of the facts at this stage of trial

4   preparation, the United States may later amend its contentions or assert additional contentions

5   as the facts warrant in this case.

6                              **REQUESTS AND RESPONSES**

7   **Shearer Request no. 1.**   All business master files (BMF's) or individual master files reflecting

8   tax payments, audits, notices of deficiencies and any other transactions with the Trusts or the

9   Shearers for taxable years 1995 through 2001.

10  **United States Response:**   The United States will provide Certificate of Assessments and

11  Payments for the years at issue for the Shearers and the Trusts (if assessments were made)

12  and more current transcripts.  To the extent that any further information is requested, the United

13  States objects to the request as unduly burdensome, and unlikely to lead to admissible

14  evidence.

15  **Shearer Request no. 2.**  All documents reflecting any IRS examination of Defendant,

16  Trusts/Shearers, records, including records of third parties reflecting their alleged receipt of

17  gross income in the pertinent tax years from 1995 through 2001 and records establishing any

18  deductible expenses for the production of such gross income.

19  **United States Response:**  Because there is no substantial dispute as to the income reported

20  by the Shearers after they submitted amended tax returns, the United States objects to the

21  request for the original audit files as unduly burdensome and unlikely to lead to admissible

22  evidence.  Without waiving said objection, the Shearer audit files will be produced.  The Trust

23  audit files are not at issue here and will not be produced.

24       Richard Shearer was the subject of a criminal investigation and prosecution involving the

25  Trusts.  The criminal file is not readily available to the civil trial attorney in this case and may be

26  subject to legal restrictions on dissemination and will not be produced, except to the extent that

27  items were used and included in the civil audit files.  Requests pertaining to the criminal

28  investigation should be directed to the attorneys in that case.  If copies of the publicly-filed

                                            - 2 -

DJ-000593

DJ-000593

1    criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the Trusts.

2    **Shearer Request no. 3.**  All notices of deficiencies purportedly assessed and mailed to the last

3    known address of Shearer/Trusts covering tax years 1995 – 2001.

4    **United States Response:**  The notices of deficiency with respect to the Shearers will be

5    produced because the assessments are at issue in this case.  The Trust assessments are not

6    directly at issue in this case.  Because there is no substantial dispute as to the deductions and

7    adjustments allowed by Service after the Shearers submitted amended tax returns, the United

8    States objects to the request for the trusts notices as unduly burdensome and unlikely to lead to

9    admissible evidence.

10    **Shearer Request no. 4.**  All proofs of mailing of any notices of deficiency and proofs of receipt

11    of any notices of deficiency for tax years 1995 – 2001 sent to the Defendants Shearer / Trusts

12    by the Plaintiff.

13    **United States Response:**  The proofs of mailing for the Shearers will be produced.  Because

14    the trust assessments are not at issue, the trust proofs of mailing will not be produced.  To the

15    extent that any further information is requested, the United States objects to the request as

16    unduly burdensome, and unlikely to lead to admissible evidence.

17    **Shearer Request no. 5.**  All documents and evidence reflecting any payments or credits on the

18    Defendants Shearer/Trusts' tax liabilities from 1995 – 2001.

19    **United States Response:**  The United States will provided Certificate of Assessments and

20    Payments for the years at issue for the Shearers and the Trusts (if assessments were made)

21    and more current transcripts.  To the extent that any further information is requested, the United

22    States objects to the request as unduly burdensome, and unlikely to lead to admissible

23    evidence.

24    **Shearer Request no. 6.**  All documents and evidence reflecting that Defendant,

25    Shearers/Trust, was liable for estimated tax penalties under IRC '6654 in the amount of

26    $1,943.86. (Documents applicable to 1999 tax year).  How were they penalized – negligence or

27    failure to pay penalties.

28    **United States Response:** The documents will be produced.

- 3 -

**Shearer Request no. 7.**  I.R.S.'s complete Administrative Files for Tax Years 1995 through 2001 Defendants Shearers/Trusts.

**United States Response:**   The Shearer's civil administrative files will be produced, redacted for privileged material and not containing grand jury or criminal file material.  Criminal material should be sought from the prosecutors.  If copies of the publicly-filed criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the Trusts.

**Shearer Request no. 8.**  All documents and evidence reflecting payment of income to Defendants, Shearers /Trusts tax years, by third parties during tax years 1997, 1998, 1999, through 2013.

**United States Response:**  Because there is no substantial dispute as to the tax assessments against the Shearers for the years 1995 – 2001, the United States objects to the request as unduly burdensome and unlikely to lead to admissible evidence.  The amount of the assessments against the Trusts are not at issue in this case because the Trusts will be disregarded as entities if the United States prevails.  The trial attorney does not have ready access to the files, if any, for tax years after 2001.   I object to the request for post-suit years as unduly burdensome, but reserve the right to ask the Trustees about activity after 2001 to show nominee status.

**Shearer Request no. 9.** All documents and evidence, if any, reviewed by I.R.S. to confirm the accuracy of any forms submitted to I.R.S. by third parties reflecting payment of income to Defendants, Shearer/trusts during tax years 1995, 1998, 1999 through 2013.

**United States Response:**  Because there is no substantial dispute as to the tax assessments against the Shearers for the years 1995 – 2001, the United States objects to the request as unduly burdensome and unlikely to lead to admissible evidence.

**Shearer Request no. 10.**  All documents and evidence, if any, reviewed by I.R.S. to calculate any deductions, exemptions, tax credits, or allowances, to which Defendant, Shearers/Trusts, was, or might be entitled for tax years 1995, 1996,1997, 1998, 1999 through 2013.

**United States Response:**  Because there is no substantial dispute as to the tax assessments against the Shearers for the years 1995 – 2001, the United States objects to the request as

- 4 -

DJ-000595

DJ-000595

1   unduly burdensome and unlikely to lead to admissible evidence.

2   **Shearer Request no. 11.** All documents and evidence reflecting the content, date,

3   time, and place of filing, of any tax liens, levy(s), or Notices of Lien and/or Levy against

4   Defendant, Shearer/Trusts, for tax years 1995,1996, 1997, 1998, 1999, 2000 and 2001.

5   **United States Response:** Copies of the filed notices of federal tax lien will be provided.

6   **Shearer Request no. 12.** Administrative file maintained by the IRS, concerning the alleged tax

7   liability of the Shears/Trusts of tax years 1995 – 2001, including any correspondence by and

8   between the IRS and Shearer and Trusts an any third parties, along with all completed I.R.S.

9   forms, including income tax examination change forms.

10   **United States Response:** The administrative files for the Shearers will be produced, redacted

11   for privileged material and not containing grand jury or criminal file material.  Third party

12   contacts will be produced to the extent it was retained in the administrative files.

13   **Shearer Request no. 13.** All revenue agent reports or similar documents including those

14   suggesting income tax examination changes for the Shearers/Trust for the years 1995 – 2001.

15   **United States Response:** The reports for the Shearers will be produced.  The Trust

16   assessments are not directly at issue in this case, so the request is unduly burdensome and

17   unlikely to lead to admissible evidence.

18   **Shearer Request no. 14.** Any documents and evidence reflecting or tending to prove that the

19   Shearer's were financially insolvent and were unable to pay their debts in the ordinary course of

20   business.

21   **United States Response:** The documents will be produced.

22   **Shearer Request no. 15.** Any documents or evidence reflecting or tending to prove that the

23   trusts were nominees of the Shearers and that the proper rules of internal governance or trust

24   formalities for such trust entities under California State Law were not observed or followed

25   during the tax years at issue, or during any other relevant time period.

26   **United States Response:** The documents will be produced.

27   **Shearer Request no. 16.** Any documents or evidence reflecting or tending to prove that the

28   trusts were alter egos of the Shearers and that the proper rules of internal governance or trust

formalities for such trust entities under California State Law were not observed or followed

- 5 -

DJ-000596

DJ-000596

1   during the tax years at issue, or during any other relevant time period.

2   **United States Response:**  The documents will be produced.

3   **Shearer Request no. 17.**  Any documents or other evidence reflecting or tending to prove that

4   no consideration or inadequate or unfair consideration was paid.

5   **United States Response:**  The documents will be produced.

6   **Shearer Request no. 18.**  Produce any and all documents, notes, etc. from the audit conduct

7   of the Shearer's and the trusts by Nancy Yang.

8   **United States Response:** The United States incorporates by this reference the response to

9   request no. 2, above.

10

11                                          KATHRYN KENEALLY
12                                          Assistant Attorney General

13   Date: January 29, 2014
                                            G. PATRICK JENNINGS
14                                          Trial Attorney, Tax Division
                                            U.S. Department of Justice
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DJ-000597

DJ-000597

1   KATHRYN KENEALLY
    Assistant Attorney General
2
    G. PATRICK JENNINGS
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044-0683
5   Telephone:   (202) 307-6648
    E-mail:       Guy.P.Jennings@usdoj.gov
6
    Attorneys for the United States of America
7
    BENJAMIN B. WAGNER
8   United States Attorney

9   Of Counsel

10                  IN THE UNITED STATES DISTRICT COURT FOR THE

11                        EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,                    )
                                                 )
13            Plaintiff,                         )
                                                 )    Civil No.  2:12-CV-02334 TLN AC
14       v.                                      )
                                                 )
15  L. RICHARD SHEARER;                          )    **UNITED STATES' RESPONSE TO**
    DIANE SHEARER;                               )    **INTERROGATORIES - FIRST SET**
16  STANLEY SWENSON as Trustee of the            )    **BY SHEARERS**
17  HOTLUM TRUST, BERRYVALE TRUST, and           )
    REGENCY TRUST;                               )
18  CARL S. WILSON; CAROL WILSON;                )
    EVELYN LOUISE SHEARER, as Trustee of         )
19  the EVELYN LOUISE REVOCABLE TRUST;           )
    VERNON L. SWENSON; LEORA SWENSON;            )
20                                               )
              Defendants.                        )
21                                               )

22
            The United States of America, by undersigned counsel, provides the following response

23  to the first set of interrogatories by L. Richard Shearer and Diane Shearer.  The following

24  responses are made in good faith and are based on the documents and other evidence that

25  have been reviewed by the United States to date.  At this time, the United States has not

26  completed its trial preparation, investigation or discovery.

27          The United States respectfully reserves the right to modify, supplement, or revise any or

28  all of the discovery responses contained herein in order to take into account any additional

evidence that is obtained by the United States.  In reserving this right, however, the United States does not admit that any response herein is incomplete or will require supplementation.

Finally, because the United States has not gathered all of the facts at this stage of trial preparation, the United States may later amend its contentions or assert additional contentions as the facts warrant in this case.

### REQUESTS AND RESPONSES

**Shearer Request no. 1.**   Did the I.R.S. conduct any audits of the Shearers or Trusts from 2000 onwards to the present, and if so, what were the names of the Auditors and their I.R.S. I.D. numbers?

**United States Response:**  Objection, vague as to tax years at issue.  Assuming that the question refers to the 1995-2001 "years at issue" in this case, there were examinations of the Shearers for the years at issue.  Said examinations culminated in assessments against the Shearers in 2004.  The Shearers filed amended returns in 2006 for the years at issue.  Those amended returns were submitted for audit reconsideration and accepted as filed by the IRS. The 2004 assessments were adjusted accordingly.  Because a Court has not determined whether the Shearer income would be taxed to them or to the Trust defendants, the Trusts were also examined and assessments made to protect the IRS from whipsaw.  If the Shearers' income is adjudicated and determined to be theirs in this action, then the assessments against the Trusts will be abated.  It does not appear that any substantial payments or credits are on the Trusts accounts with the IRS.

Because there is no substantial dispute as to the tax assessments, the United States objects to the request for the names and numbers of the auditors as unduly burdensome.  If specific information is sought concerning the audits the trial attorney should be contacted further.

**Shearer Request no. 2.** List and describe in complete detail the third parties I.R.S. auditors or agents contacted in determining the income allegedly received by Defendant Shearers and Trusts for tax years 1997 through 2001 including full names, addresses, contact persons, and current telephone numbers, if known.

- 2 -

DJ-000599

DJ-000599

1   **United States Response:**  Because there is no substantial dispute as to the income reported

2   by the Shearers after they submitted amended tax returns, the United States objects to the

3   request for the third party contacts as unduly burdensome and unlikely to lead to admissible

4   evidence.

5   Richard Shearer was the subject of a criminal investigation and prosecution

6   involving the Trusts.  The criminal file is not readily available to the civil trial attorney in this case

7   and may be subject to legal restrictions on dissemination and will not be produced, except to

8   the extent that items were used and included in the civil audit files.  Requests pertaining to the

9   criminal investigation should be directed to the attorneys in that case.  If copies of the publicly-

10  filed criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the

11  Trusts.

12  **Shearer Request no. 3.**  List and Describe in complete detail the third parties I.R.S. auditors

13  and agents contacted in determining the entitlement of Defendants Shearers and Trusts to any

14  deductions, credits, or allowances, for tax years 1997 through 2001 including full names,

15  addresses, contact persons, and current telephone numbers, if known.

16  **United States Response:**  Because there is no substantial dispute as to the deductions and

17  adjustments allowed by Service after the Shearers submitted amended tax returns, the United

18  States objects to the request for the third party contacts as unduly burdensome and unlikely to

19  lead to admissible evidence.  Requests pertaining to the criminal investigation should be

20  directed to the attorneys in that case.

21  **Shearer Request no. 4.**  List and describe the date, content, and place of filing, of all income

22  tax assessments against Defendants Shearers and Trusts for tax years 1997 through 2001.

23  **United States Response:**   The United States will provided Certificate of Assessments and

24  Payments for the years at issue for the Shearers and the Trusts (if assessments were made).

25  To the extent that any further information is requested, the United States objects to the request

26  as unduly burdensome, and unlikely to lead to admissible evidence.

27  **Shearer Request no. 5.** List and describe the date, time, and place of filing, of all tax liens and

28  levies, or Notices of Tax Liens or Levies against Defendants Shearers and Trusts, for tax years

- 3 -

DJ-000600

DJ-000600

1   1997 through 2001 and provide the contents of any such tax lien or levy or Notice of Tax Lien or

2   Levy.

3   **United States Response:**   The United States will provide copies of the filed notices of federal

4   tax lien. To the extent that any further information is requested, the United States objects to the

5   request as unduly burdensome, and unlikely to lead to admissible evidence.

6   **Shearer Request no. 6.**  List, name, and describe all witnesses with knowledge of facts

7   relevant to the claims of the United States against  Defendants, L. Richard Shearer, Diane

8   Shearer and Stanley Swenson, Trustee of the Berryvale Trust, Hotlum Trust and Regency

9   Trust, providing names, current addresses, current telephone numbers, current contact

10  information, job status or position of employment, and a brief summary of the witness'

11  knowledge or expected testimony.

12  **United States Response:**   Witnesses likely to have discoverable information about the sham

13  trust arrangement include L. Richard Shearer, Diane Shearer and Stanley Swenson, each of

14  whom is represented by counsel in this case.  Regarding encumbrances on the subject

15  properties: Evelyn Louise Shearer,11075 Benton St Apt 128, Loma Linda, CA  92354, (909)

16  796-1687; and  Vernon L. Swenson, and Leora Swenson, address unknown.  The United

17  States will present evidence from the IRS file and accounts through Paul Enjalran, Revenue

18  Officer, and a Revenue Agent to be determined.  It appears that Floyd A. Freeman, who

19  reviewed the amended returns, has retired and his address is unknown.  A Special Agent may

20  discuss the trust scheme and the criminal exhibits.  Information regarding the Trusts may be

21  obtained from Lonnie D. Crockett, Daniel Bullock, and Richard D. Pfeiffer, addresses unknown.

22  A deposition of the custodian of bank records of the Trusts may be necessary.

23  **Shearer Request no. 7.**   Did the I.R.S. allow any expenses incurred in the production of

24  income allegedly received by Defendants Shearers and Trusts for any type of income for tax

25  years 1997 through 2001 on which the assessments which the Government has sued in this

26  case are based?

27  **United States Response:** The business expenses reported by the Shearers were allowed as

28  reported on the amended returns.  No expenses relating to the Trusts was allowed to the

Shearers, because the IRS disregarded the separate existence of each Trust for purposes of

- 4 -

DJ-000601

DJ-000601

1   the Shearer assessments.

2   **Shearer Request no. 8.** Did the I.R.S. ever audit the Strawberry Trust, (E.I.N. 56-6469905),

3   and if so, what were the names of the Auditors and their I.R.S. I.D. numbers?

4   **United States Response:** Because there is no substantial dispute as to the tax assessments

5   against the Shearers, the United States objects to the request as unduly burdensome and

6   unlikely to lead to admissible evidence.  The amount of the assessments against the Trusts are

7   not at issue in this case because the Trusts will be disregarded as entities if the United States

8   prevails.  If specific information is sought concerning the audits the trial attorney should be

9   contacted further.

10   **Shearer Request no. 9.** Does the I.R.S. consider the Regency Trust (E.I.N. 56-16 6469905 a

11   sham trust, and if so why?

12   **United States Response:** The Regency Trust is a sham trust because it was formed and

13   operated as part of a scheme to defraud the United States.  The admissions of fact by Richard

14   Shearer in the criminal case plea agreement dated October 1, 2001, are incorporated here by

15   this reference.  A copy of the plea agreement will be provided to counsel.  On or about May 15,

16   1995, the Shearers transferred 534 North Main Street to the "Regency Trust" in exchange for

17   no consideration at a time that they anticipated disputes with the IRS.   Because the Trusts

18   were formed to defraud a creditor, they are void under California law.  There is no economic

19   substance to the separation between the Trusts and the Shearers.  There is no reason to

20   consider each Trust a separate entity.  Transfers to the Trusts violated the reporting

21   requirements of estate and gift tax laws.  The Shearers controlled the trustees of the Trusts and

22   used the Trusts as nominees, alter egos, and fraudulent transferees.  The Shearers continued

23   to benefit from the property purportedly transferred into trust, and so the Trusts are all grantor

24   trusts, which are disregarded under the Internal Revenue Code.  The tiered Trusts were used to

25   improperly generate and multiply deductions and to conceal income.

26   **Shearer Request no. 10.** How did the I.R.S. arrive at the deficiency for the Regency Trust in

27   the amount of $12,845.79 in its Notice CP163, for Tax Period for December 31st, 1999, with

28   Notice Date of October 7th, 2013?

**United States Response:** Because there is no substantial dispute as to the tax assessments

- 5 -

1  against the Shearers, the United States objects to the request as unduly burdensome and

2  unlikely to lead to admissible evidence.  The amount of the assessments against the Trusts are

3  not at issue in this case because the Trusts will be disregarded as entities if the United States

4  prevails.  If specific information is sought concerning the audits the trial attorney should be

5  contacted further.

6  **Shearer Request no. 11.**   Is Nancy Yang, who audited the Shearer's and the Trusts, on behalf

7  of the I.R.S. sometime after 2001, still employed by I.R.S., and if so what is her work address

8  and telephone number? If she is not still employed by the I.R.S. does the I.R.S. have her

9  current address and telephone number, and if so, what is it?

10  **United States Response:**  There is a Nancy Yang that appears to still be employed by the

11  IRS.  She does not recall working on the Shearer case.  She may be contacted through

12  undersigned counsel for the United States.

13  **VERIFICATION OF RESPONSES**

14      I, Greg Gillen, pursuant to 28 U.S.C. § 1746, declare and verify, under penalty of perjury,

15  that I am a Revenue Officer in the Internal Revenue Service to whom this matter is assigned.

16  Based upon the facts contained in the files pertinent to this action that were in my possession,

17  the foregoing answers are true and correct to the best of my knowledge, information and belief.

18

19  Dated: January 29, 2014

20                                    Gregory Gillen
                                      Revenue Officer

21

22  With respect to objections and legal assertions:

23                                    KATHRYN KENEALLY
                                      Assistant Attorney General

24
    Date: January 29, 2014
25                                    G. PATRICK JENNINGS
                                      Trial Attorney, Tax Division
26                                    U.S. Department of Justice

27

28

- 6 -

DJ-000603

DJ-000603

KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6648
E-mail:      *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No.  2:12-CV-02334 TLN AC |
| v. | ) |
| L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON; | ) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

IT IS HEREBY CERTIFIED that on January 30, 2014, I served copies of the following

1. **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY SHEARERS**

2. **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST SET BY SHEARERS**

3. **CERTIFICATE OF SERVICE**

1   by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed
2   to:

3

4   MATTHEW GILMARTIN,
    Matthew Gilmartin, Attorney at Law, LLC
5   9267 Basswood Dr.
    Olmsted Falls, OH 44138

6   Attorney for L. RICHARD SHEARER, DIANE SHEARER

7

8   EVELYN LOUISE SHEARER, Trustee
    11075 Benton Street, Apt. 128
9   Loma Linda, CA 92354

10  VERNON L. SWENSON
    LEORA SWENSON
11  1045 N. Old Stage Road
    Mt. Shasta, CA 96067
12

13  JOE ALFRED IZEN, Jr.
    Attorney at Law
14  5222 Spruce Street
    Bellaire, TX 77401
15

16  JIHAD M. SMAILI
    SMAILI & ASSOCIATES
17  615 Civic Center Drive West, Suite 300
    Santa Ana, CA 92701
18
    Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency
19  Trusts

20

21                                          G. PATRICK JENNINGS

22

23

24

25

26

27

28

                              - 2 -                    *CERTIFICATE OF SERVICE*