# EXHIBIT 2



**U.S. Department of Justice**

**Tax Division**

| | | |
|---|---|---|
| E-mail: Guy.P.Jennings@usdoj.gov | Mailing address: | Street address: |
| Telephone: (202) 307-6648 | P.O. Box 683, | 555 4th St. NW, Rm. 7933C |
| Telefax: (202) 307-0054 | Washington, D.C. 20044 | Washington, D.C. 20001 |

TWA:RRW:GPJennings
5-11E-13396
CMN 2012102258

***Via Federal Express***

July 8, 2014

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

Re:   United States v. L. Richard Shearer and Diane Shearer
        Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)

Dear Mr. Izen:

Enclosed please find the following documents:

1. **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST SET BY STANLEY SWENSON AS TRUSTEE**

2. **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY STANLEY SWENSON**

3. **PRIVILEGE LOG**

4. **CERTIFICATE OF SERVICE**

You previously received the documents referred to in the discovery response enclosed, a CD-ROM containing pdf files, Bates IRS00001 - IRS04354.

        If you have any questions regarding the foregoing, please contact me at (202) 307-6648.  Thank you for your assistance and cooperation in this matter.

                                        Sincerely yours,

                                        G. Patrick Jennings
                                        Trial Attorney, Civil Trial Section,
                                        Western Region

Enclosures - as stated.

DJ-000431

DJ-000431

From: (202) 307-6522
Rhonda Young
USDOJ
555 4TH ST NW RM 7907

WASHINGTON, DC 20001

Origin ID: TSGA



Ship Date: 30JUN14
ActWgt: 1.0 LB
CAD: 5546909/INET3490

**Delivery Address Bar Code**



Ref #
Invoice #
PO #
Dept #

SHIP TO: (000) 000-0000          BILL SENDER

**JOE ALFRED IZEN, Jr.**
**Attorney at Law**
**5222 Spruce Street**

**BELLAIRE, TX 77401**

TRK# 7704 6324 8332
0201

**TUE - 01 JUL AA**
**STANDARD OVERNIGHT**

**77401**
TX-US

**XH HOUA**

**IAH**



522G2/ED4F/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html          6/30/2014

DJ-000432

DJ-000432



**U. S. Department of Justice**

**Tax Division**

| E-mail: Guy.P.Jennings@usdoj.gov | Mailing address: | Street address: |
|---|---|---|
| Telephone: (202) 307-6648 | P.O. Box 683, | 555 4th St. NW, Rm. 7933C |
| Telefax: (202) 307-0054 | Washington, D.C. 20044 | Washington, D.C. 20001 |

TWA:RRW:GPJennings
5-11E-13396
CMN 2012102258

***Via Federal Express***                              July 8, 2014

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

      Re:    United States v. L. Richard Shearer and Diane Shearer
           <u>Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)</u>

Dear Mr. Izen:

      Enclosed please find the following documents:

1.  **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST
    SET BY STANLEY SWENSON AS TRUSTEE**

2.  **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY
    STANLEY SWENSON**

3.  **PRIVILEGE LOG**

4.  **CERTIFICATE OF SERVICE**

You previously received the documents referred to in the discovery response enclosed,
a CD-ROM containing pdf files, Bates IRS00001 - IRS04354.

      If you have any questions regarding the foregoing, please contact me at (202)
307-6648.  Thank you for your assistance and cooperation in this matter.

                             Sincerely yours,

                             G. Patrick Jennings
                     Trial Attorney, Civil Trial Section,
                             Western Region

Enclosures - as stated.

DJ-000433

DJ-000433

KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6648
E-mail:      Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>       Defendants. | Civil No. 2:12-CV-02334 TLN AC<br><br>**UNITED STATES' RESPONSE TO<br>REQUEST FOR PRODUCTION -<br>FIRST SET BY STANLEY SWENSON<br>AS TRUSTEE** |

    The United States of America, by undersigned counsel, provides the following response

to the first request for production by Stanley Swenson as Trustee.  The following responses are

made in good faith and are based on the documents and other evidence that have been

reviewed by the United States to date.  At this time, the United States has not completed its trial

preparation, investigation or discovery.

    The United States respectfully reserves the right to modify, supplement, or revise any or

all of the discovery responses contained herein in order to take into account any additional

DJ-000434

DJ-000434

1  evidence that is obtained by the United States.  In reserving this right, however, the United

2  States does not admit that any response herein is incomplete or will require supplementation.

3      Finally, because the United States has not gathered all of the facts at this stage of trial

4  preparation, the United States may later amend its contentions or assert additional contentions

5  as the facts warrant in this case.

6                            **REQUESTS AND RESPONSES**

7  **Swenson Request no. 1.**  All business master files (BMF's) or individual master files reflecting

8  tax payments, audits and audit adjustments, issuance and contents of notices of deficiencies,

9  date, time, and place of any filing of any tax liens and any other financial or tax documents

10  involving or pertaining to the Trusts or the Shearers for taxable years 1995 through 2001.

11  **United States Response:**   The United States will provide Certificate of Assessments and

12  Payments for the years at issue for the Shearers and the Trusts (if assessments were made)

13  and more current transcripts.  To the extent that any further information is requested, the United

14  States objects to the request as unduly burdensome, and unlikely to lead to admissible

15  evidence.

16  **Swenson Request no. 2.**  All documents reflecting any IRS audit examination, or summons

17  investigation(s), whether such summons was directed to Defendants or third party(s), involving

18  the Trusts and the Shearers, including records of third parties reflecting the Trusts or the

19  Shearers alleged receipt of gross income in the pertinent tax years from 1995 through 2001 and

20  records establishing any deductible expenses, credits, or allowances against such

21  gross income.

22  **United States Response:**  Because there is no substantial dispute as to the income reported

23  by the Shearers after they submitted amended tax returns, the United States objects to the

24  request for the original audit files as unduly burdensome and unlikely to lead to admissible

25  evidence.  Without waiving said objection, the Shearer audit files will be produced.  The Trust

26  audit files are not at issue here and will not be produced.

27      Richard Shearer was the subject of a criminal investigation and prosecution involving the

28  Trusts.  The criminal file is not readily available to the civil trial attorney in this case and may be

- 2 -

DJ-000435

DJ-000435

subject to legal restrictions on dissemination and will not be produced, except to the extent that items were used and included in the civil audit files.  Requests pertaining to the criminal investigation should be directed to the attorneys in that case.  If copies of the publicly-filed criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the Trusts.

**Swenson Request no. 3.** All notices of deficiencies based on any assessments which were allegedly mailed to the last known address of the Shearers and/or the Trusts which the Government alleges supports the purported tax deficiencies for tax years 1995 through 2001 alleged in the Amended Complaint.

**United States Response:** The notices of deficiency with respect to the Shearers will be produced because the assessments are at issue in this case.  The Trust assessments are not directly at issue in this case.  Because there is no substantial dispute as to the deductions and adjustments allowed by the Service after the Shearers submitted amended tax returns, the United States objects to the request for the trusts notices as unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 4.** All proofs of mailing of any notices of deficiency and proofs of receipt of any notices of deficiency for tax years 1995 through 2001 which the Government claims were sent to the Shearer and Trusts by the Plaintiff.

**United States Response:** The proofs of mailing for the Shearers will be produced.  Because the trust assessments are not at issue, the trust proofs of mailing will not be produced.  To the extent that any further information is requested, the United States objects to the request as unduly burdensome, and unlikely to lead to admissible evidence.

**Swenson Request no. 5.** All documents and evidence reflecting any payments or credits on the Shearers' and Trusts' tax liabilities alleged in the Government's Amended Complaint from 1995 through 2001.

**United States Response:** The United States will provided Certificate of Assessments and Payments for the years at issue for the Shearers and the Trusts (if assessments were made) and more current transcripts.  To the extent that any further information is requested, the United States objects to the request as unduly burdensome, and unlikely to lead to admissible

- 3 -

DJ-000436

DJ-000436

1  evidence.

2  **Swenson Request no. 6.** All documents and evidence which may be introduced by the

3  Government at the trial on the merits reflecting that the Shearers and/or the Trusts were liable

4  for estimated tax penalties under IRC § 6654 in the amount of $1,943.86. (Documents

5  applicable to 1999 tax year).

6  **United States Response:** The documents will be produced.

7  **Swenson Request no. 7.** All correspondence between the Shearers and/or the Trusts and the

8  Internal Revenue Service concerning these Defendants and their affairs with the Internal

9  Revenue 1988 through 2001.

10  **United States Response:**   The Shearer's civil administrative files will be produced, redacted

11  for privileged material and not containing grand jury or criminal file material.  Criminal material

12  should be sought from the prosecutors.  If copies of the publicly-filed criminal exhibits are

13  obtained, a copy will be served on counsel for the Shearers and the Trusts.

14  **Swenson Request no. 8.** I.R.S.'s complete Administrative Files for the Shearers and the

15  Trust(s) for Tax Years 1995 through 2011.

16  **United States Response:**  The Shearer's civil administrative files will be produced, redacted

17  for privileged material and not containing grand jury or criminal file material.  Criminal material

18  should be sought from the prosecutors.  If copies of the publicly-filed criminal exhibits are

19  obtained, a copy will be served on counsel for the Shearers and the Trusts.

20  **Swenson Request no. 9.** All documents and evidence reflecting payment and receipt of

21  income allegedly received by the Shearers and Trusts direct or from third parties during tax

22  years 1995, 1996, 1997, 1998, 1999, 2000 and 2001.

23  **United States Response:** Because there is no substantial dispute as to the tax assessments

24  against the Shearers for the years 1995 – 2001, the United States objects to the request as

25  unduly burdensome and unlikely to lead to admissible evidence.

26  **Swenson Request no. 10.**  All documents and evidence, if any, reviewed by IRS to confirm

27  the accuracy of any forms submitted to IRS by third parties reflecting alleged payment of

28  income to the Shearers and/or the Trusts during tax years 1995, 1996, 1997, 1998, 1999, 2000,

and 2001.

- 4 -

**United States Response:** Because there is no substantial dispute as to the tax assessments against the Shearers for the years 1995 – 2001, the United States objects to the request as unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 11.** All documents and evidence, if any, reviewed by I.R.S. to calculate any deductions, exemptions, tax credits, or allowances, to which the Shearers and/or Trusts, were, or might be entitled for tax years 1995, 1996, 1997, 1998, 1999, 2000, and 2001.

**United States Response:** Because there is no substantial dispute as to the tax assessments against the Shearers for the years 1995 – 2001, the United States objects to the request as unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 12.** All documents and evidence reflecting the content, date, time, and place of filing, of any tax liens, levy(s), or Notices of Lien and/or Levy against the Shearers and/or Trusts, for tax years 1995, 1996, 1997, 1998, 1999, 2000 and 2001.

**United States Response:** Copies of the filed notices of federal tax lien will be provided.

**Swenson Request no. 13.** The administrative file maintained by the IRS, concerning the alleged tax liability of the Shearers and/or the Trusts for tax years 1995 through 2001, including any correspondence by and between the IRS and the Shearers and the Trusts and any third parties, along with all completed I.R.S. forms, including income tax examination change forms.

**United States Response:** The administrative files for the Shearers will be produced, redacted for privileged material and not containing grand jury or criminal file material.  Third party contacts will be produced to the extent it was retained in the administrative files. The Trust assessments are not directly at issue in this case, so the request is unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 14.** All revenue agent reports or similar documents including those suggesting, or referencing income tax examination changes for the Shearers and/or the Trusts for the years 1995 through 2001.

**United States Response:** The administrative files for the Shearers will be produced, redacted for privileged material and not containing grand jury or criminal file material.  Third party contacts will be produced to the extent it was retained in the administrative files. The Trust assessments are not directly at issue in this case, so the request is unduly burdensome and

- 5 -

DJ-000438

DJ-000438

1  unlikely to lead to admissible evidence.

2  **Swenson Request no. 15.**  Any documents and evidence reflecting or tending to prove that the

3  Shearers were financially insolvent and/or were unable to pay their debts in the ordinary course

4  of business when the Shearers made the transfers of property to the Trusts as alleged in the

5  Plaintiff's Amended Complaint.

6  **United States Response:** The documents will be produced.

7  **Swenson Request no. 16.**  Any documents or evidence reflecting or tending to prove that the

8  trusts were nominees of the Shearers and that the proper rules of internal governance or trust

9  formalities for such trust entities under California State Law were not observed or followed

10  during the tax years at issue, or during any other relevant time period.

11  **United States Response:**  The documents will be produced.

12  **Swenson Request no. 17.**  Any documents or evidence reflecting or tending to prove that the

13  trusts were alter egos of the Shearers and that the proper rules of internal governance or trust

14  formalities for such trust entities under California State Law were not observed or followed

15  during the tax years at issue, or during any other relevant time period.

16  **United States Response:**  The documents will be produced.

17  **Swenson Request no. 18.**  Any documents or other evidence reflecting or tending to prove

18  that no consideration or inadequate or unfair consideration was paid by the Trusts for any

19  conveyance by the Shearers rendering such conveyances or transfers fraudulent.

20  **United States Response:** The documents will be produced.

21  **Swenson Request no. 19.**  All business master files, BMF's,  or individual master files

22  reflecting tax payments, audits, notices of deficiencies, and any other transactions concerning

23  the Strawberry Valley Family Trust, whose E.I.N. is 68-6122595,  from years 1995 through

24  2014.

25  **United States Response:** The response to request no. 2, above, is incorporated here.

26  **Swenson Request no. 20.**  All business master files (BMF' s) or individual master files

27  reflec·ting tax payments, audits, notices of deficiencies, and any other transactions concerning

28  the Regency Trust, whose E.I.N. is 56-6469905, from years 1995 through 2014.

DJ-000439

DJ-000439

1   **United States Response:**  Because there is no substantial dispute as to the tax assessments

2   against the Shearers for the years 1995 – 2001, the United States objects to the request as

3   unduly burdensome and unlikely to lead to admissible evidence.  The amount of the

4   assessments against the Trusts are not at issue in this case because the Trusts will be

5   disregarded as entities if the United States prevails.  The trial attorney does not have ready

6   access to the files, if any, for tax years after 2001.   The United States objects to the request for

7   post-suit years as unduly burdensome, but reserves the right to ask the Trustees about activity

8   after 2001 to show nominee status.

9                                                           KATHRYN KENEALLY
                                                            Assistant Attorney General
10
    Date: July 8, 2014
11                                                          G. PATRICK JENNINGS
                                                            Trial Attorney, Tax Division
12                                                          U.S. Department of Justice

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

1 | KATHRYN KENEALLY
Assistant Attorney General

2

3 | G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

4 | P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

5 | Telephone:   (202) 307-6648
E-mail:      Guy.P.Jennings@usdoj.gov

6

Attorneys for the United States of America

7

BENJAMIN B. WAGNER

8 | United States Attorney

9 | Of Counsel

10

IN THE UNITED STATES DISTRICT COURT FOR THE

11

EASTERN DISTRICT OF CALIFORNIA

12

UNITED STATES OF AMERICA,

13

Plaintiff,

14

v.

15 | L. RICHARD SHEARER;
DIANE SHEARER;

16 | STANLEY SWENSON as Trustee of the
HOTLUM TRUST, BERRYVALE TRUST, and

17 | REGENCY TRUST;
CARL S. WILSON; CAROL WILSON;

18 | EVELYN LOUISE SHEARER, as Trustee of
the EVELYN LOUISE REVOCABLE TRUST;

19 | VERNON L. SWENSON; LEORA SWENSON;

20

Defendants.

Civil No.  2:12-CV-02334 TLN AC

**UNITED STATES' RESPONSE TO
INTERROGATORIES - FIRST SET
BY STANLEY SWENSON**

The United States of America, by undersigned counsel, provides the following response to the first set of interrogatories by Stanley Swenson as Trustee.  The following responses are made in good faith and are based on the documents and other evidence that have been reviewed by the United States to date.  At this time, the United States has not completed its trial preparation, investigation or discovery.

The United States respectfully reserves the right to modify, supplement, or revise any or all of the discovery responses contained herein in order to take into account any additional

DJ-000441

DJ-000441

1   evidence that is obtained by the United States.  In reserving this right, however, the United

2   States does not admit that any response herein is incomplete or will require supplementation.

3          Finally, because the United States has not gathered all of the facts at this stage of trial

4   preparation, the United States may later amend its contentions or assert additional contentions

5   as the facts warrant in this case.

6                                    **REQUESTS AND RESPONSES**

7   **Swenson Request no. 1.**  Did the I.R.S propose any income tax examination change for the

8   Shearers or Trusts for any of the tax years 1995 through the present tax year, and if so, please

9   provide the date and related tax year (s) of any assessments and Notices of Deficiency which

10  were issued based on such suggested income tax examination changes and the names,

11  current business addresses and business telephone numbers of the Agents making such

12  assessments or issuing such Notices of Deficiency, along with their I.R.S. I.D. and/or badge

13  numbers?

14  **United States Response:**  Objection, the years 2002 the present are not in suit and to that

15  extent the request is unduly burdensome.  Assuming that the question refers to the 1995-2001

16  "years at issue" in this case, there were examinations of the Shearers for the years at issue.

17  Said examinations culminated in assessments against the Shearers in 2004.  The Shearers

18  filed amended returns in 2006 for the years at issue accepting on their personal tax returns the

19  income previously reported by the Trusts.  Those amended returns were submitted for audit

20  reconsideration and accepted as filed by the IRS, with the exception of a few details.  The 2004

21  assessments were adjusted accordingly.  Because a Court has not determined whether the

22  Shearer income would be taxed to them or to the Trust defendants, the Trusts were also

23  examined and assessments made to protect the IRS from whipsaw.  If the Shearers' income is

24  adjudicated and determined to be theirs in this action, then the assessments against the Trusts

25  will be abated.  It does not appear that any substantial payments or credits are on the Trusts

26  accounts with the IRS.

27          Because there is no substantial dispute as to the amount of the tax assessments, the

28  United States objects to the request for the names and numbers of the auditors as unduly

                                              - 2 -

DJ-000442

DJ-000442

1  burdensome.  If specific information is sought concerning the audits the trial attorney should be
2  contacted further.

3  **Swenson Request no. 2.**  List and describe in complete detail the identity(s) of any third
4  parties that I.R.S. auditors or agents contacted in determining the income allegedly received by
5  the Shearers and/or the Trusts for tax years 1995 through 2001 including full names,
6  addresses, contact persons for such third parties, and current business telephone numbers, if
7  known and provide a summary of the Defendants' income information, if any, allegedly received
8  from each third party.

9  **United States Response:**  Because there is no substantial dispute as to the income reported
10  by the Shearers after they submitted amended tax returns, the United States objects to the
11  request for the third party contacts as unduly burdensome and unlikely to lead to admissible
12  evidence.

13      Richard Shearer was the subject of a criminal investigation and prosecution involving the
14  Trusts.  The criminal file is not readily available to the civil trial attorney in this case and may be
15  subject to legal restrictions on dissemination and will not be produced, except to the extent that
16  items were used and included in the civil audit files.  Requests pertaining to the criminal
17  investigation should be directed to the attorneys in that case.  If copies of the publicly-filed
18  criminal exhibits are obtained, a copy will be served on counsel for the Shearers and the Trusts.

19  **Swenson Request no. 3.**  List and describe in complete detail the third parties, if any, that
20  I.R.S. auditors and agents contacted in determining the entitlement of the Shearers and Trusts
21  to any deductions, credits, or allowances, for tax years 1995 through 2001 including full names,
22  addresses, contact persons for such third party entities, if any, and current business telephone
23  numbers, if known and provide a brief summary of any financial information supporting such
24  deductions, credits, and allowances, if any, provided by any such third parties.

25  **United States Response:**  Because there is no substantial dispute as to the deductions and
26  adjustments allowed by Service after the Shearers submitted amended tax returns, the United
27  States objects to the request for the third party contacts as unduly burdensome and unlikely to
28  lead to admissible evidence.  Requests pertaining to the criminal investigation should be

- 3 -

DJ-000443

DJ-000443

1   directed to the attorneys in that case.

2   **Swenson Request no. 4.**  List and describe the date, content, and place of filing, of all income

3   tax assessments and Notices of Deficiency against the Shearers and Trusts for tax years 1988

4   through 2001.

5   **United States Response:**  Objection: The request is unduly burdensome to the extent that it

6   requests information from outside the years in suit, 1995-2001.  The United States will provide

7   Certificate of Assessments and Payments for the years at issue for the Shearers and the Trusts

8   (if assessments were made).  To the extent that any further information is requested, the United

9   States objects to the request as unduly burdensome, and unlikely to lead to admissible

10  evidence.

11  **Swenson Request no. 5.** List and describe the date, time, and place of filing, of all tax liens

12  and levies, or Notices of Tax Liens or Levies against the Shearers and Trusts, for tax years

13  1988 through 2001 and describe the contents of any such tax lien or levy or Notice of Tax Lien

14  or Levy.

15  **United States Response:**  Objection: The request is unduly burdensome to the extent that it

16  requests information from outside the years in suit, 1995-2001. The United States will provide

17  copies of the filed notices of federal tax lien. To the extent that any further information is

18  requested, the United States objects to the request as unduly burdensome, and unlikely to lead

19  to admissible evidence.

20  **Swenson Request no. 6.**  List, name, and describe all witnesses with knowledge of facts

21  relevant to the claims of the United States against  Defendants, L. Richard Shearer, Diane

22  Shearer and Stanley Swenson, Trustee of the Berryvale Trust, Hotlum Trust and Regency

23  Trust, alleged and/or made in the Government's Amended Complaint, providing names, current

24  addresses, current telephone numbers, current contact information, job status or position of

25  employment, and a brief summary of the witness'  knowledge or expected testimony.

26  **United States Response:**  Witnesses likely to have discoverable information about the sham

27  trust arrangement include L. Richard Shearer, Diane Shearer and Stanley Swenson, each of

28  whom is represented by counsel in this case.  Regarding encumbrances on the subject

properties: Evelyn Louise Shearer,11075 Benton St Apt 128, Loma Linda, CA  92354, (909)

- 4 -

DJ-000444

DJ-000444

1  796-1687; and  Vernon L. Swenson, and Leora Swenson, address unknown.  The United
2  States will present evidence from the IRS file and accounts through Mee Cha, Revenue Officer,
3  and a Revenue Agent to be determined.  It appears that Floyd A. Freeman, who reviewed the
4  amended returns, has retired and his address is unknown.  Revenue Agent Nancy Yang may
5  discuss the process concerning the amended returns and penalties.  A Special Agent may
6  discuss the trust scheme and the criminal exhibits.  Information regarding the Trusts may be
7  obtained from Lonnie D. Crockett, Daniel Bullock, and Richard D. Pfeiffer, addresses unknown.
8  A deposition of the custodian of bank records of the Trusts may be necessary.

9  **Swenson Request no. 7.**  Did the I.R.S. allow any allowances, expenses, or credits, incurred
10  in the production of income allegedly received by the Shearers and/or Trusts for any type of
11  income for tax years 1995 through 2001 in the assessments on which the assessments which
12  the Government has sued in this case are based?

13  **United States Response:**  The business expenses reported by the Shearers were allowed as
14  reported on the amended returns, with only details changed.  No expense relating to the Trusts
15  was allowed to the Shearers, because the IRS disregarded the separate existence of each
16  Trust for purposes of the Shearer assessments.

17  **Swenson Request no. 8.**  If the answer to Interrogatory Number 7 above is "yes" please
18  provide a summary of the type and amounts of all such deductions, allowances, or credits
19  allowed along with a description of the type of deduction, expense, allowance or credit and how
20  it was incurred.

21  **United States Response:**  Because there is no substantial dispute as to the tax assessments
22  against the Shearers, the United States objects to the request as unduly burdensome and
23  unlikely to lead to admissible evidence.  The amount of the assessments against the Trusts are
24  not at issue in this case because the Trusts will be disregarded as entities if the United States
25  prevails.  If specific information is sought concerning the audits the trial attorney should be
26  contacted further.

27  **Swenson Request no. 9.**  Did the I.R.S. ever audit the Strawberry Trust, Hotlum Trust,
28  Regency Trust, or Berryvale Trust (E.I.N. 56-6469905), and issue any income tax examination
   changes, assessment, or Notices of Deficiency related to such audit, and if so, what were the

- 5 -

DJ-000445

DJ-000445

1 | names of the Auditors and their I.R.S. I.D. or badge numbers?

2 | **United States Response:** Because there is no substantial dispute as to the tax assessments

3 | against the Shearers, the United States objects to the request as unduly burdensome and

4 | unlikely to lead to admissible evidence. Because a Court has not determined whether the

5 | Shearer income would be taxed to them or to the Trust defendants, some of the Trusts were

6 | also examined and assessments made to protect the IRS from whipsaw. If the Shearers'

7 | income is adjudicated and determined to be theirs in this action, then the assessments against

8 | the Trusts will be abated. It does not appear that any substantial payments or credits are on

9 | the Trusts accounts with the IRS.

10 | **Swenson Request no. 10.** Please list and describe any proof which may be offered by the

11 | Government at the trial on the merits of this case which supports the I.R.S. Contention that the

12 | Regency Trust (E.I.N. 56-6469905) is a sham trust or alter ego of the Shearers, under the

13 | tax laws of the United States.

14 | **United States Response:** The Regency Trust is a sham trust because it was formed and

15 | operated as part of a scheme to defraud the United States. The admissions of fact by Richard

16 | Shearer in the criminal case plea agreement dated October 1, 2001, are incorporated here by

17 | this reference. A copy of the plea agreement will be provided to counsel. On or about May 15,

18 | 1995, the Shearers transferred 534 North Main Street to the "Regency Trust" in exchange for

19 | no consideration at a time that they anticipated disputes with the IRS. Because the Trusts

20 | were formed to defraud a creditor, they are void under California law. There is no economic

21 | substance to the separation between the Trusts and the Shearers. There is no reason to

22 | consider each Trust a separate entity. Transfers to the Trusts violated the reporting

23 | requirements of estate and gift tax laws. The Shearers controlled the trustees of the Trusts and

24 | used the Trusts as nominees, alter egos, and fraudulent transferees. The Shearers continued

25 | to benefit from the property purportedly transferred into trust, and so the Trusts are all grantor

26 | trusts, which are disregarded under the Internal Revenue Code. The tiered Trusts were used to

27 | improperly generate and multiply deductions and to conceal income. The depositions of

28 | Stanley Swenson, Richard Shearer, and Daniel Bullock are incorporated by this reference.

DJ-000446

DJ-000446

**Swenson Request no. 11.**  Please list and describe any proof which may be offered by the Government at the trial on the merits of this case which supports the I.R.S. Contention that the Regency Trust (E.I.N. 56-6469905) is a sham trust or alter ego of the Shearers, under the laws of the State of California or other State where it was formed?

**United States Response:** The response to request no. 10, above, is incorporated by this reference.

**Swenson Request no. 12.** How did the I.R.S. arrive at the deficiency for the Regency Trust in the amount of $12,845.79 in its Notice CP163, for Tax Period for December 31st, 1999, with Notice Date of October 7th, 2013?

**United States Response:**  Because a Court has not determined whether the Shearer income would be taxed to them or to the Trust defendants, the Trusts were also examined and assessments made to protect the IRS from whipsaw.  If the Shearers' income is adjudicated and determined to be theirs in this action, then the assessments against the Trusts will be abated.  It does not appear that any substantial payments or credits are on the Trusts accounts with the IRS.  Because there is no substantial dispute that the income of the Trusts is taxed to the Shearers, and no dispute about the amount of that income, the United States objects to the remainder of the request as unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 13.**  When did the I.R.S. First become aware of each of the alleged fraudulent transfers or conveyances of 717 Michelle  Drive, Michelle Drive Lot, 701 Pine Street, and 534 North Main Street, alleged on pages three through five of the Government's Amended Complaint?

**United States Response:** Objection: irrelevant, unduly burdensome and unlikely to lead to admissible evidence.

**Swenson Request no. 14.** Have any of the Trust Defendants, through their Trustee(s), including Stanley Swenson, paid any income taxes for the tax years 1988 through 2001?

**United States Response:** To the extent that the request seeks personal tax information of Stanley Swenson, none will be provided. 26 U.S.C. § 6103.  To the extent that it requests information beyond the years at issue, the request is unduly burdensome and unlikely to lead to

- 7 -

DJ-000447

DJ-000447

admissible evidence. It does not appear that any substantial payments or credits are on the
Trusts accounts with the IRS. An additional search will be requested by the trial attorney.

**Swenson Request no. 15.**  If the Answer to any portion of Interrogatory No. 14 above is
affirmative, please describe by date, amount, and tax years any such income tax payments
which were made, indicating the name and address, if known, of the payor and the form of
proof of such payment(s) in the possession or knowledge of the Government.

**United States Response:**

No evidence of payment by the Trusts, or collection from the Trusts, has been presented by
Stanley Swenson.

**VERIFICATION OF RESPONSES**

I, Mee Cha, pursuant to 28 U.S.C. § 1746, declare and verify, under penalty of perjury,
that I am a Revenue Officer in the Internal Revenue Service to whom this matter is assigned.
Based upon the facts contained in the files pertinent to this action, the foregoing answers are
true and correct to the best of my knowledge, information and belief.

Dated: July 7, 2014            */s/ Mee Cha*
                               Mee Cha
                               Revenue Officer

With respect to objections and legal assertions:

                               KATHRYN KENEALLY
                               Assistant Attorney General

Date: July 7, 2014             G. PATRICK JENNINGS
                               Trial Attorney, Tax Division
                               U.S. Department of Justice

DJ-000448

DJ-000448

1  admissible evidence.  It does not appear that any substantial payments or credits are on the

2  Trusts accounts with the IRS.  An additional search will be requested by the trial attorney.

3  **Swenson Request no. 15.**   If the Answer to any portion of Interrogatory No. 14 above is

4  affirmative, please describe by date, amount, and tax years any such income tax payments

5  which were made, indicating the name and address, if known, of the payor and the form of

6  proof of such payment(s) in the possession or knowledge of the Government.

7  **United States Response:**

8  No evidence of payment by the Trusts, or collection from the Trusts, has been presented by

9  Stanley Swenson.

10                          **VERIFICATION OF RESPONSES**

11        I, Mee Cha, pursuant to 28 U.S.C. § 1746, declare and verify, under penalty of perjury,

12  that I am a Revenue Officer in the Internal Revenue Service to whom this matter is assigned.

13  Based upon the facts contained in the files pertinent to this action, the foregoing answers are

14  true and correct to the best of my knowledge, information and belief.

15

16  Dated: July 7, 2014

                                         Mee Cha
17                                        Revenue Officer

18  With respect to objections and legal assertions:

19
                                         KATHRYN KENEALLY
20                                        Assistant Attorney General

21  Date: July 7, 2014
                                         G. PATRICK JENNINGS
22                                        Trial Attorney, Tax Division
                                         U.S. Department of Justice
23

24

25

26

27

28

                                    - 8 -

DJ-000449

DJ-000449

**UNITED STATES PRIVILEGE LOG**

*United States v. L. Richard Shearer*, Civil No. 2:12-CV-02334 TLN AC (E. D. Cal.)

| Bates Range | Document | Author | Addressee | Document Description | Privilege/ Comment |
|---|---|---|---|---|---|
| IRS00128 - 129 | Memo | T. Laux | Chief Counsel | IRS Request re statute of limitations | Attorney Client |
| IRS00201 | Note | J. Plank | n/a | Note re statute of limitations | Attorney Client |
| IRS00617- IRS00619 | Memo | Special Agent | Chief CID | Joint Investigation | §6103 |
| IRS00620- IRS00621 | memo | Chief Exam | Chief CID | Notice re statute of limitations | Deliberative Process Privilege |
| IRS00622- IRS00624 | Memo | Special Agents | Chief CID, Chief Exam | Agreement re statute of limitations | § 6103, Deliberative Process Privilege |
| IRS00625- IRS00635 | Memo | Special Agent | Special Agent in Charge | Balancing Memo re Joint Investigation | Deliberative Process Privilege |
| IRS00647- IRS00650 | MEMO | IRS Counsel | Quality Assurance | Review of Proposed Notice of Deficieny | Attorney Client |
| IRS02586- IRS02588 | Memo | Special Agent | Chief CID | Balancing Memo re Joint Investigation | Deliberative Process Privilege |
| IRS02634- IRS02636 | Memo | Special Agent | Chief CID | Balancing Memo re Joint Investigation | Deliberative Process Privilege |
| IRS02661- IRS02663 | Memo | Special Agent | Chief CID | Balancing Memo re Joint Investigation 1997 | Deliberative Process Privilege |
| IRS02687- IRS02689 | Memo | Special Agent | Special Agent in Charge | Balancing Memo re Joint Investigation 1998 | Deliberative Process Privilege |
| IRS03330 IRS03332 | Memo | Special Agent | Chief CID | Balancing Memo re Joint Investigation | § 6103, Deliberative Process Privilege |
| IRS03447 IRS03454 | Letter | Chief Counsel | Tax Division | Letter Authorizing Suit | Attorney Client |
| IRS03465 IRS03454 | Form | Revenue Officer | Chief Counsel | Civil Suit Recommendation | Attorney Client |
| IRS03505- IRS03510 | Memo | Revenue Officer | Chief Counsel | Civil Suit Recommendation | Attorney Client |
| IRS04006- IRS04010 | Memo | Revenue Officer | Chief Counsel | Recommendation for Suit to Reduce to Judgment | Attorney Client |

DJ-000450

DJ-000450

| IRS04283-IRS04287 | Memo | Revenue Officer | Chief Counsel | Nominee Lien Approval | Attorney Client |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

DJ-000451

DJ-000451

KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6648
E-mail:     Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

L. RICHARD SHEARER;
DIANE SHEARER;
STANLEY SWENSON as Trustee of the
HOTLUM TRUST, BERRYVALE TRUST, and
REGENCY TRUST;
CARL S. WILSON; CAROL WILSON;
EVELYN LOUISE SHEARER, as Trustee of
the EVELYN LOUISE REVOCABLE TRUST;
VERNON L. SWENSON; LEORA SWENSON;

      Defendants.

Civil No.  2:12-CV-02334 TLN AC

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on July 8, 2014, I served copies of the following

1.  **UNITED STATES' RESPONSE TO REQUEST FOR PRODUCTION - FIRST SET BY STANLEY SWENSON AS TRUSTEE**

2.  **UNITED STATES' RESPONSE TO INTERROGATORIES - FIRST SET BY STANLEY SWENSON**

3.  **PRIVILEGE LOG**

4.  **CERTIFICATE OF SERVICE**

1   by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed
2   to:

3       MATTHEW GILMARTIN,
        Matthew Gilmartin, Attorney at Law, LLC
4       9267 Basswood Dr.
        Olmsted Falls, OH 44138
5
        Attorney for L. RICHARD SHEARER, DIANE SHEARER
6

7       EVELYN LOUISE SHEARER, Trustee
        11075 Benton Street, Apt. 128
8       Loma Linda, CA 92354

9
        VERNON L. SWENSON
10      LEORA SWENSON
        1045 N. Old Stage Road
11      Mt. Shasta, CA 96067

12
        JOE ALFRED IZEN, Jr.   **[ALSO SERVED *VIA FEDERAL EXPRESS*]**
13      Attorney at Law
        5222 Spruce Street
14      Bellaire, TX 77401

15      Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency
        Trusts
16

17      JIHAD M. SMAILI
        SMAILI & ASSOCIATES
18      615 Civic Center Drive West, Suite 300
        Santa Ana, CA 92701
19
        Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency
20      Trusts

21

22                                      _____
                                        G. PATRICK JENNINGS
23

24

25

26

27

28

                              - 2 -                          *CERTIFICATE OF SERVICE*

DJ-000453

DJ-000453

# Matthew Gilmartin

Attorney at Law, L.L.C.
9267 Basswood Dr.
Olmsted Falls, OH 44138
Tel:  (440) 479-8630
Fax: (440) 398-0179
matt4g@att.net

June 28th, 2013

U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Re: G. PATRICK JENNINGS
Trial Attorney, Tax Division

Re: *USA v. L. Richard Shearer, et al.*
U.S. District Court for the Eastern District of California
Case No. 2:12-CV-02334

Dear Mr. Jennings,

6-28-2014

Enclosed are for following discovery that I emailed to you on ~~December 17th, 2013~~:

1. *Defendants' L. Richard Shearer & Diane Shearer First Request for the Admissions to Plaintiff United States of America, along with Exhibits 1-6.*

Very truly yours,

Matthew Gilmartin
Matthew Gilmartin

DJ-000454

DJ-000454