# EXHIBIT 3



**U.S. Department of Justice**

**Tax Division**

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov* | *Mailing address:* | *Street address:* |
| *Telephone: (202) 307-6648* | *P.O. Box 683,* | *555 4ᵗʰ St. NW, Rm. 7933C* |
| *Telefax: (202) 307-0054* | *Washington, D.C. 20044* | *Washington, D.C. 20001* |

KK:RRW:GPJennings
5-11E-13396
CMN 2012102258

*Via Federal Express*                                                      April 29, 2014

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

      Re:   United States v. L. Richard Shearer and Diane Shearer
            Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)

Dear Mr. Gilmartin:

      Enclosed please find two identical CD-ROMS containing pdf files, Bates
IRS00001 - IRS04354.  We are producing these documents in response to your first
request for production of documents.  Those documents that you did not request and
which we are not producing include communications to and from IRS Counsel and
civil/criminal coordination memos.  Please contact me for the password to unlock the
files.

      If you have any questions regarding the foregoing, please contact me at (202)
307-6648.  Thank you for your assistance and cooperation in this matter.

                                    Sincerely yours,

                                      G. Patrick Jennings
                                    Trial Attorney, Civil Trial Section,
                                         Western Region

Enclosures - as stated.

*code 1277*
*entered*
*reviewed*

RFP

From: (202) 307-6413   Origin ID: TSGA
G. Patrick Jennings
USDOJ
555 4TH ST NW  RM 7907

WASHINGTON, DC 20001

J14101402070326

SHIP TO: (000) 000-0000          BILL SENDER
**MATTHEW GILMARTIN**
**Matthew Gilmartin, Attorney at Law,**
**9267 Basswood Dr.**

**OLMSTED FALLS, OH 44138**

Ship Date: 29APR14
ActWgt: 1.0 LB
CAD: 5546909/INET3490

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK#  **7986 9429 2760**
0201

**WED - 30 APR AA**
**STANDARD OVERNIGHT**

**44138**
OH-US

**XH CLEA**

**CLE**



522G1/78D9/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html          4/29/2014

DJ-000536

DJ-000536



**U.S. Department of Justice**

**Tax Division**

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov* | *Mailing address:* | *Street address:* |
| *Telephone: (202) 307-6648* | *P.O. Box 683,* | *555 4ᵗʰ St. NW, Rm. 7933C* |
| *Telefax: (202) 307-0054* | *Washington, D.C. 20044* | *Washington, D.C. 20001* |

KK:RRW:GPJennings
5-11E-13396
CMN 2012102258

***Via Federal Express***                                   April 29, 2014

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

     Re:   United States v. L. Richard Shearer and Diane Shearer
          Case No. 2:12-CV-02334 GEB GGH PS (USDC ED California)

Dear Mr. Gilmartin:

     Enclosed please find two identical CD-ROMS containing pdf files, Bates
IRS00001 - IRS04354. We are producing these documents in response to your first
request for production of documents. Those documents that you did not request and
which we are not producing include communications to and from IRS Counsel and
civil/criminal coordination memos. Please contact me for the password to unlock the
files.

     If you have any questions regarding the foregoing, please contact me at (202)
307-6648. Thank you for your assistance and cooperation in this matter.

                            Sincerely yours,

                            G. Patrick Jennings
                            Trial Attorney, Civil Trial Section,
                            Western Region

Enclosures - as stated.

DJ-000537

DJ-000537

| | |
|---|---|
| **From:** | Matthew Gilmartin |
| **To:** | Jennings, Guy P. (TAX) |
| **Cc:** | Joe Izen; jizen Izen; Richard Shearer |
| **Subject:** | USA v. Shearer - District Court in Sacramento - Status of Discovery? |
| **Date:** | Thursday, March 27, 2014 3:28:29 PM |

RE: USA v. L. Richard Shearer, et al.
     Sacramento, CA

Dear Mr. Jennings,

1. I have not received your response to my clients' request of production of document.
You were very generous and understanding in stipulating to an extension in the discovery deadline
and depositions in this case. I have extended the same courtesy to you regarding you providing either documents
or cd's in response to my clients' request for production. Please provide me with a definite date when you will
send them out.

Please send the documents or CD to the following physical address:

Matthew Gilmartin
9267 Basswood Dr.
Olmsted Falls, OH 44138

If you are going to send them certified mail, return receipt requested, please give me a heads up so I  sign off on the green card.
I would guess that priority mail with delivery confirmation would be adequate for the purposes of verifying delivery.

2. Let us also propose dates and locations for the deposition of the defendants that you wanted to conduct in California.



Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

cc: Joe Izen
     Dr. L. Richard Shearer



The preceding message and any attachments are confidential or protected by the attorney-

client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If this message has been sent to you in error, please (i) do not read it, (ii) reply to the sender that you have received the message in error, and (iii) erase or destroy the message. Any unauthorized review, use, disclosure or distribution is prohibited. To the extent this e-mail message contains legal advice it is solely for the benefit of the client(s) of Matthew Gilmartin, Attorney at Law, L.L.C.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.