# EXHIBIT 4



U.S. Department of Justice

Tax Division

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov*<br>*Telephone: (202) 307-6648*<br>*Telefax: (202) 307-0054* | *Mailing address:*<br>*P.O. Box 683,*<br>*Washington, D.C. 20044* | *Street address:*<br>*555 4th St. NW, Rm. 7933C*<br>*Washington, D.C. 20001* |

TWA:RRW:GPJennings
5-11E-13396
CMN 2012102258

**Via Federal Express**                                       September 25, 2014

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

      Re:   United States v. L. Richard Shearer and Diane Shearer
            <u>Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)</u>

Dear Mr. Izen:



    Enclosed please find a Compact Disk containing PDF files stamped IRS04410 - IRS04992. These are supplemental responses to your first document request. These contain the amended tax returns and the Revenue Agent Yang workpapers and related documents. Also please find enclosed the following:

1. **UNITED STATES' PRIVILEGE LOG**

2. **CERTIFICATE OF SERVICE**

    If you have any questions regarding the foregoing, please contact me at (202) 307-6648. Thank you for your assistance and cooperation in this matter.

                                                            Sincerely yours,

                                                           G. Patrick Jennings
                                               Trial Attorney, Civil Trial Section,
                                                      Western Region

Enclosures - as stated.

DJ-001608

From: (202) 307-6648
Guy Patrick Jennings
U.S. Dept. of Justice
555 4th Street, NW
Room 7907
Washington, DC 20001

Origin ID: TSGA


Express

Ship Date: 18SEP14
ActWgt: 1.0 LB
CAD: 8327446/INET3550

Delivery Address Bar Code



J14201406190326

SHIP TO: (000) 000-0000   BILL SENDER
**MATTHEW GILMARTIN**
Matthew Gilmartin, Attorney at Law,
9267 BASSWOOD DR

OLMSTED FALLS, OH 44138

Ref #
Invoice #
PO #
Dept #

FRI - 19 SEP AA
**STANDARD OVERNIGHT**

TRK# 7711 9900 4142
0201

**ES CLEA**

**44138**
OH-US
**CLE**





522G1/CDB4/8AC9

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html

9/18/2014

DJ-001609

DJ-001609

**FedEx**                        Shipment Receipt

### Address Information
**Ship to:**                     **Ship from:**
JOE ALFRED IZEN, Jr.             Guy Patrick Jennings
Attorney at Law                  U.S. Dept. of Justice
5222 SPRUCE ST                   555 4th Street, NW
                                 Room 7907
BELLAIRE, TX                     Washington, DC
77401                            20001
US                               US
0000000000                       202-307-6648

### Shipment Information:
Tracking no.: 771199199991
Ship date: 09/18/2014
Estimated shipping charges: 5.30

### Package Information
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

### Billing Information:
Bill transportation to: MyAccount-106
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

### Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits. Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                              9/18/2014



**U.S. Department of Justice**

Tax Division

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov*<br>*Telephone: (202) 307-6648*<br>*Telefax: (202) 307-0054* | *Mailing address:*<br>*P.O. Box 683,*<br>*Washington, D.C. 20044* | *Street address:*<br>*555 4th St. NW, Rm. 7933C*<br>*Washington, D.C. 20001* |

TWA:RRW:GPJennings
5-11E-13396
CMN 2012102258

**Via Federal Express**                    September 25, 2014

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

    Re:   <u>United States v. L. Richard Shearer and Diane Shearer</u>
           <u>Case No.  2:12-CV-02334 GEB GGH PS (USDC ED California)</u>

Dear Mr. Gilmartin:

    Enclosed please find a Compact Disk containing PDF files stamped IRS04410 - IRS04992.  These are supplemental responses to your first document request.  These contain the amended tax returns and the Revenue Agent Yang workpapers and related documents.  Also please find enclosed the following:

1. **UNITED STATES' PRIVILEGE LOG**

2. **CERTIFICATE OF SERVICE**

    If you have any questions regarding the foregoing, please contact me at (202) 307-6648.  Thank you for your assistance and cooperation in this matter.

                                                           Sincerely yours,

                                                           G. Patrick Jennings
                                                     Trial Attorney, Civil Trial Section,
                                                            Western Region

Enclosures - as stated.

DJ-001611

DJ-001611

**U.S. Department of Justice**

Tax Division

| | | |
|---|---|---|
| *E-mail: Guy.P.Jennings@usdoj.gov*<br>*Telephone: (202) 307-6648*<br>*Telefax: (202) 307-0054* | *Mailing address:*<br>*P.O. Box 683,*<br>*Washington, D.C. 20044* | *Street address:*<br>*555 4th St. NW, Rm. 7933C*<br>*Washington, D.C. 20001* |

TWA:RRW:GPJennings
5-11E-13396
CMN 2012102258

**Via Federal Express**                                    September 25, 2014

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

    Re:    United States v. L. Richard Shearer and Diane Shearer
           Case No. 2:12-CV-02334 GEB GGH PS (USDC ED California)

Dear Mr. Izen:

    Enclosed please find a Compact Disk containing PDF files stamped IRS04410 - IRS04992. These are supplemental responses to your first document request. These contain the amended tax returns and the Revenue Agent Yang workpapers and related documents. Also please find enclosed the following:

1. **UNITED STATES' PRIVILEGE LOG**

2. **CERTIFICATE OF SERVICE**

    If you have any questions regarding the foregoing, please contact me at (202) 307-6648. Thank you for your assistance and cooperation in this matter.

                                                    Sincerely yours,

                                                    G. Patrick Jennings
                                                    Trial Attorney, Civil Trial Section,
                                                          Western Region

Enclosures - as stated.

**UNITED STATES PRIVILEGE LOG** - September 25, 2014

*United States v. L. Richard Shearer*, Civil No.  2:12-CV-02334 TLN AC (E. D. Cal.)

| Bates Range | Document | Author | Addressee | Document Description | Privilege/ Comment |
|---|---|---|---|---|---|
| IRS04447 - 9 | Memo | Special Agent Breslin | Chief Criminal Chief Exam | Balancing Memo re Joint Investigation | § 6103, Deliberative Process Privilege, Fed. R. Crim. 6(e) |
| IRS04537 - 9 | Memo | Special Agent Breslin | Chief Criminal Chief Exam | Balancing Memo re Joint Investigation | § 6103, Deliberative Process Privilege, Fed. R. Crim. 6(e) |
| IRS04601 - 3 | Memo | Special Agent Breslin | Chief Criminal Chief Exam | Balancing Memo re Joint Investigation | § 6103, Deliberative Process Privilege, Fed. R. Crim. 6(e) |
| IRS04674 - 6 | Memo | Special Agent Breslin | Chief Criminal Chief Exam | Balancing Memo re Joint Investigation | § 6103, Deliberative Process Privilege, Fed. R. Crim. 6(e) |
|  |  |  |  |  |  |

1 | TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. RICHARD SHEARER;<br>DIANE SHEARER;<br>STANLEY SWENSON as Trustee of the<br>HOTLUM TRUST, BERRYVALE TRUST, and<br>REGENCY TRUST;<br>CARL S. WILSON; CAROL WILSON;<br>EVELYN LOUISE SHEARER, as Trustee of<br>the EVELYN LOUISE REVOCABLE TRUST;<br>VERNON L. SWENSON; LEORA SWENSON;<br><br>    Defendants. | Civil No. 2:12-CV-02334 TLN AC<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that on September 25, 2014, I served copies of the following

1. **Compact Disk with PDF files stamped IRS04410 - IRS04992**
2. **UNITED STATES' PRIVILEGE LOG**
3. **CERTIFICATE OF SERVICE**

by depositing a copy thereof in the **Federal Express** in a postage prepaid envelope addressed to:

DJ-001614

DJ-001614

MATTHEW GILMARTIN,
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138

Attorney for L. RICHARD SHEARER, DIANE SHEARER

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 Spruce Street
Bellaire, TX 77401

Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts

_____
G. PATRICK JENNINGS

Note: defendants Carl S. Wilson, Carol Wilson and Evelyn Louise Shearer have all disclaimed any interest in the subject property at issue in this suit.