# EXHIBIT 5

| | |
|---|---|
| **From:** | Stevko, Alexander (TAX) |
| **To:** | Bissell, Chelsea E. (TAX) |
| **Subject:** | FW: FedEx Shipment 771199004142 Delivered |
| **Date:** | Wednesday, March 13, 2024 5:01:43 PM |

Alex Stevko
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section -- Western Region
P.O. Box 683
Washington, D.C. 20044
Alexander.Stevko@usdoj.gov
Tel:  (202) 616-2380
Fax: (202) 307-0054

**From:** trackingupdates@fedex.com <trackingupdates@fedex.com>
**Sent:** Friday, September 26, 2014 12:03 PM
**To:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>
**Subject:** FedEx Shipment 771199004142 Delivered



FedEx®   |   fedex.com   |   Ship   |   Track   |   Manage   |   Learn   |   Office/Print Services

## Your package has been delivered

Tracking # 771199004142

**Ship (P/U) date:**
Thursday, 9/25/14

**Guy Patrick Jennings**
U.S. Dept. of Justice
Washington, DC 20001
US

Delivered

**Delivery date:**
Friday, 9/26/14 12:02 PM

**MATTHEW GILMARTIN**
Matthew Gilmartin, Attorney at Law,
9267 BASSWOOD DR
OLMSTED FALLS, OH 44138
US

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 771199004142 |
| **Status:** | Delivered: 09/26/2014 12:02 PM Signed for By: Signature not required |
| **Signed for by:** | Signature not required |
| **Delivery location:** | OLMSTED FALLS, OH |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Standard Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:03 AM CDT on 09/26/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.

| | |
|---|---|
| **From:** | Stevko, Alexander (TAX) |
| **To:** | Bissell, Chelsea E. (TAX) |
| **Subject:** | FW: FedEx Shipment 771199199991 Delivered |
| **Date:** | Wednesday, March 13, 2024 5:02:21 PM |

Alex Stevko
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section -- Western Region
P.O. Box 683
Washington, D.C. 20044
Alexander.Stevko@usdoj.gov
Tel:  (202) 616-2380
Fax: (202) 307-0054

**From:** trackingupdates@fedex.com <trackingupdates@fedex.com>
**Sent:** Friday, September 26, 2014 12:05 PM
**To:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>
**Subject:** FedEx Shipment 771199199991 Delivered

FedEx®   |   fedex.com   |   Ship   |   Track   |   Manage   |   Learn   |   Office/Print Services

## Your package has been delivered

Tracking # 771199199991

**Ship (P/U) date:**
Thursday, 9/25/14

Guy Patrick Jennings
U.S. Dept. of Justice
Washington, DC 20001
US

Delivered

**Delivery date:**
Friday, 9/26/14 11:01 AM

JOE ALFRED IZEN, Jr.
Attorney at Law
5222 SPRUCE ST
BELLAIRE, TX 77401
US

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 771199199991 |
| Status: | Delivered: 09/26/2014 11:01 AM Signed for By: Signature not required |
| Signed for by: | Signature not required |
| Delivery location: | BELLAIRE, TX |
| Delivered to: | Residence |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:04 AM CDT on 09/26/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to <u>fedex.com</u>.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to <u>fedex.com</u>.

Thank you for your business.

| | |
|---|---|
| **From:** | Stevko, Alexander (TAX) |
| **To:** | Bissell, Chelsea E. (TAX) |
| **Subject:** | FW: FedEx Shipment 798694292760 Delivered |
| **Date:** | Wednesday, March 13, 2024 5:06:09 PM |

Alex Stevko
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section -- Western Region
P.O. Box 683
Washington, D.C. 20044
Alexander.Stevko@usdoj.gov
Tel:  (202) 616-2380
Fax: (202) 307-0054

**From:** trackingupdates@fedex.com <trackingupdates@fedex.com>
**Sent:** Wednesday, April 30, 2014 12:18 PM
**To:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>
**Subject:** FedEx Shipment 798694292760 Delivered



FedEx®   |   fedex.com   |   Ship   |   Track   |   Manage   |   Learn   |   Office/Print Services

## Your package has been delivered

Tracking # 798694292760

**Ship (P/U) date:** Tuesday, 4/29/14
G. Patrick Jennings
USDOJ
WASHINGTON, DC 20001
US

**Delivered**

**Delivery date:** Wednesday, 4/30/14 12:16 PM
**MATTHEW GILMARTIN**
Matthew Gilmartin, Attorney at Law,
9267 Basswood Dr.
OLMSTED FALLS, OH 44138
US

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 798694292760 |
| Status: | Delivered: 04/30/2014 12:16 PM Signed for By: Signature not required |
| Signed for by: | Signature not required |
| Delivery location: | OLMSTED FALLS, OH |
| Delivered to: | Residence |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:18 AM CDT on 04/30/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.