# EXHIBIT 6

**From:**      Stevko, Alexander (TAX)
**To:**          Bissell, Chelsea E. (TAX)
**Subject:**   FW: Shearer Production
**Date:**      Wednesday, March 13, 2024 5:06:55 PM

Alex Stevko
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section -- Western Region
P.O. Box 683
Washington, D.C. 20044
Alexander.Stevko@usdoj.gov
Tel:  (202) 616-2380
Fax: (202) 307-0054

**From:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>
**Sent:** Wednesday, April 30, 2014 3:02 PM
**To:** Matthew Gilmartin <matt4g@att.net>
**Cc:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>
**Subject:** RE: Shearer Production

Matt,

No copy from me to Izen.  Two identical copies to you.  You can share your information if you chose.
Note:  no redactions.

Patrick

**From:** Matthew Gilmartin [mailto:matt4g@att.net]
**Sent:** Wednesday, April 30, 2014 2:36 PM
**To:** Jennings, Guy P. (TAX)
**Subject:** Re: Shearer Production

I received the package. Did you send a copy to Joe Izen?
Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
P.O. Box 939
North Olmsted, OH 44070
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net

The preceding message and any attachments are confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.

If this message has been sent to you in error, please (i) do not read it, (ii) reply to the sender that you have received the message in error, and (iii) erase or destroy the message. Any unauthorized review, use, disclosure or distribution is prohibited. To the extent this e-mail message contains legal advice it is solely for the benefit of the client(s) of Matthew Gilmartin, Attorney at Law, L.L.C.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** "Jennings, Guy P. (TAX)" <Guy.P.Jennings@usdoj.gov>
**To:** matt4g <matt4g@att.net>
**Sent:** Wednesday, April 30, 2014 12:50 PM
**Subject:** RE: Shearer Production

Package delivered. Please confirm.
Password:  RLSProd#6115!

---

**From:** matt4g [mailto:matt4g@att.net]
**Sent:** Tuesday, April 29, 2014 5:14 PM
**To:** Jennings, Guy P. (TAX)
**Cc:** jizen Izen (jizen@comcast.net)
**Subject:** RE: Shearer Production

Thx

Sent from my Verizon Wireless 4G LTE Smartphone

-------- Original message --------
From: "Jennings, Guy P. (TAX)"
Date:04/29/2014 2:15 PM (GMT-05:00)
To: Matt4G@att.net
Cc: "Jennings, Guy P. (TAX)" ,"jizen Izen (jizen@comcast.net)"
Subject: Shearer Production

Matt,

Disks are burned and should be to you tomorrow at:

        MATTHEW GILMARTIN,
            Matthew Gilmartin, Attorney at Law, LLC

9267 Basswood Dr.
Olmsted Falls, OH 44138

Contact me for the password tomorrow.  Thanks.

G. Patrick Jennings
Trial Attorney
TAX - CTS-W
(202) 307-6648

| | |
|---|---|
| **From:** | Stevko, Alexander (TAX) |
| **To:** | Bissell, Chelsea E. (TAX) |
| **Subject:** | FW: Shearer Disks -Never mind I figured it out |
| **Date:** | Wednesday, March 13, 2024 5:05:50 PM |

Alex Stevko

Trial Attorney

U.S. Department of Justice, Tax Division

Civil Trial Section -- Western Region

P.O. Box 683

Washington, D.C. 20044

Alexander.Stevko@usdoj.gov

Tel:  (202) 616-2380

Fax: (202) 307-0054

---

**From:** Matthew Gilmartin <matt4g@att.net>

**Sent:** Wednesday, May 14, 2014 8:53 PM

**To:** Jennings, Guy P. (TAX) <Guy.P.Jennings@tax.USDOJ.gov>

**Subject:** Shearer Disks -Never mind I figured it out

 Shearer Disks -Never mind I figured it out

Matthew Gilmartin

Matthew Gilmartin, Attorney at Law, LLC

P.O. Box 939

North Olmsted, OH 44070

Tel: 440-479-8630

Fax: 440-398-0179

Email: matt4g@att.net

The preceding message and any attachments are confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If this message has been sent to you in error, please (i) do not read it, (ii) reply to the sender that you have received the message in error, and (iii) erase or destroy the message. Any unauthorized review, use, disclosure or distribution is prohibited. To the extent this e-mail message contains legal advice it is solely for the benefit of the client(s) of Matthew Gilmartin, Attorney at Law, L.L.C.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.