Diane Shearer
701 Pine Street
Mt. Shasta, Ca 96067
(530) 926-6222 phone
(530) 925-0777 cell/text
Email: office@drshearer.com
Pro Se Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>vs.<br><br>**L. RICHARD SHEARER, ET AL**<br>**Defendants,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:12-CV-02334 DJC-DB**<br><br>**DIANE SHEARER'S RESPONSE IN OPPOSITION TO MOTION TO EXCUSE THE UNITED STATES FROM SANCTIONS FOR FAILURE TO COMPLY WITH RULE 26(a) [DOCKET # 162]**<br><br>_____ |

Comes now Defendant Diane Shearer (Diane Shearer) and for her response in opposition to the government's Motion to Excuse the United States from Sanctions for Failure to Comply with Rule 26(a) [Docket #162] and states:

The government admits that it didn't provide the defense with any Rule 26(a) disclosures. The rule itself says that the consequence of such failure is a bar to the use of any witnesses or documents not disclosed in compliance with the rule.

Diane Shearer sent a letter to the government dated 10-6-2023, asking for a copy of

the Rule 26(a) disclosures. Exhibit "1." She followed this up with an email 10-19-2023. The government responded the same day, saying that they were looking for the Rule 26(a) disclosures. On 1-1-2024 Diane Shearer sent another letter, asking for an estimate of how much additional time the government needed for the task. Exhibit "2." The government waited until 2-2-2024 to admit via email that no such disclosures had been made.

This pleading is couched as a response in opposition, but it is really more fairly couched as a request that the government give equity in exchange for equity. The government evaded jury trial by claiming that the issues were equitable. Equity doesn't tolerate litigants who come into court with unclean hands. Those who seek equity are obligated to do equity.

The government has conspicuously departed from the foundational principles of equity, throughout every facet of this controversy, including criminal, civil, and administrative proceedings. The government should be compelled to do equity first, then ask to be excused from the prescribed penalty for failure to follow the rules.

The penalty for failure to comply with Rule 26(a) is merely that the party is barred from using witnesses and evidence not disclosed in compliance with that rule. A strict application of this rule would of course deprive the government of any chance to make its case. However, if the government is willing to take its legal and ethical duties seriously, Diane Shearer is willing to forgive the government's failure to comply with Rule 26(a). Not otherwise.

The government claims that their failure to provide Rule 26(a) disclosures is harmless, that the government's discovery provides all the necessary information, and that neither Richard Shearer nor Stanley Swenson requested the opportunity to meet and confer prior to their motion to be excused from sanctions.

As for the claim that the discovery provides the same information as Rule 26(a) disclosures, that's not quite true. Nothing in the discovery informed the defendants that they might be called upon to testify as to any matters except the sham trust issues. (Dkt.

162-2 pg. 19; Dkt. 162-3 pg. 15). These are the government's responses to interrogatories. It appears that the question and response concerning witnesses are verbatim in each case. In each case paragraph 6 involves the question of what witnesses have discoverable evidence as to what legal or factual propositions.

The government says "witnesses likely to have discoverable information about the sham trust arrangement include L. Richard Shearer, Diane Shearer, and Stanley Swenson." Nothing in this response suggests that any of these three defendants might be expected to testify about any other claim(s).

At Docket # 96, page 5, lines 6 and 7, the government says "counsel will seek to abandon the sham and alter ego claims to simplify the trial." In a Status Report (Docket #105 lines 6-8) the government says "…the United States has abandoned the alter ego claim in order to simplify the issues at trial. Therefore, the nominee, transferee, and foreclosure claims *are the only claims that remain at issue*." (Emphasis added)

The government on 10-10-2018 used the future tense to say it would abandon claims. Then on 1-02-2020 it used past tense to say it "*has* abandoned," then listed off what remained for trial. Query. Does a litigant have a legal right to believe the affirmative statements made in a pleading by an opposing party? Remember, this was a new lawyer who reviewed the record and came to certain conclusions, which he reduced to writing.

In order to have any chance to prevail, the government must show the value transferred at the time of the transfers into the trust. If the Shearers transferred property with encumbrances equal to or exceeding the value of the property, there was no diminution of the wealth of their personal estate. Their net worth would not decline at all. Therefore, the government must prove the existence or absence of encumbrances *at the time of the transfers*, to have a valid case, under any theory.

In the responses to discovery, the government says that Evelyn Shearer, Vernon Swenson, and Leora Swenson would be relied upon for evidence of encumbrances on the subject properties. The problem with that theory? The government lists *none* of these

witnesses in the Joint Pretrial Statement. (Dkt 157, pg. 29.) They apparently either 1) don't intend to attempt to shoulder this burden at all, or 2) intend to attempt to shoulder this burden through witnesses not disclosed to the defense.

Now the government claims that they may use deposition testimony at trial, on grounds that the witness is too far away. Plus they claim that the deposition testimony constitutes fair notice to Diane Shearer, that other defendants might be witnesses ***for the purpose of holding the trusts liable*** for a money judgment.

The government refuses to provide electronic copies of the deposition testimony, on grounds this would keep the court reporter company from getting the customary compensation. Diane Shearer inquired of the court reporter company and was informed that some of the depositions would cost over $1,000. Upon polite request for itemization the deposition company sent three bills for $4.25 per page plus additional charges. Exhibit "3." According to https://www.uscourts.gov/services-forms/federal-court-reporting-program#rates the maximum rate for 2nd or subsequent copies of depositions is $1 per page.

There are good reasons for the "meet and confer" requirement. Maybe this was just an oversight. Maybe the government didn't conspire with the deposition company to try to cheat an unsophisticated pro se litigant. Then again maybe not. This situation doesn't pass the "smell test." What court reporting firm would *on its own initiative* flagrantly violate laws and the policies of the federal courts, to price-gouge a pro se litigant? What would it hurt to talk about it – if the government's hands are clean?

The government wants to be excused, which brings up the question of whether or not the government has tried to use denials of due process to cheat the defendants. In fact this case has involved a veritable litany of denials of notice required by due process.

The government converted (read "stole") the money paid by Dr. Richard Shearer (Dr. Shearer) without telling him, and ***thereafter*** tried to throw him back in prison for an alleged failure to sufficiently cooperate with the IRS. *US v. Bullock et al*, CAED 2:00-cr-

345, ##156-163.

How do we know they stole the money? The government first accounts for the money on January 11, 2005, as shown by information received from the Court Clerk. Exhibit "4."[1] That's over a year after Dr. Shearer got out of prison, and long after Dr. Shearer paid the $5,000. Plus, the order said the money had to be paid to the Financial Litigation Unit (FLU). The checks to the FLU would have been stale (by UCC standards) by the date they claim the money showed up in a clerk's account. Without controversy the FLU is a *de facto* trust fund. They hold money and property that belongs to other persons or entities. The FLU manages a trust fund created for the express purpose of giving the money or property to the true, rightful, and equitable owner.

The government told the criminal court that "…based on a review of the file and information received from ***representatives in the office of the Clerk of the Court***, in the absence of the requested order, the Clerk ***cannot*** pay the victim any of the restitution the clerk has collected to date." CAED 2:00-cr-345 Dkt 167.

That brings up the question of how the Clerk's office got the money in the first place. They didn't get it directly from the defendants or from the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP). By the Clerk's own records they got 1) the $5,000 from Dr. Shearer and 2) the DOJ-FBOP inmate pay withholdings, all on January 11, 2005. That had to be via payment from FLU.

If it is illegal to pay money out of the Clerk's office, to the Department of Treasury, Internal Revenue Service, where did the FLU get the legal authority to pay the money from their own account over to the Clerk? This has not been explained, so I'll do some explaining of my own.

That is conversion, pure and simple. That is a knowing and willful payment of

---

[1] This is already part of the record, but the original filing is incorrectly oriented. This is an attempt to make the record more user friendly.

money inconsistent with the right of the true owner(s), constituting a tort, an attorney ethical violation, and a crime. This is an ethical offense worthy of disbarment in California. The IRS was entitled to the money, Dr. Shearer was entitled to a credit to his account. Government lawyers in this case knowingly, affirmatively, and willfully cheated both the IRS and Dr. & Diane Shearer. It was not an accident, and *by their own theories* the transfer of funds required a ***court order***. By one click to the criminal docket you can see that such an order is conspicuous by its absence. Someone moved the funds from FLU to the Court Clerk's office, as part of a devious scheme to steal money.

Here's how the scam works. Department of Justice (DOJ) lawyers collect money and hold it drastically longer than the law allows. Diane Shearer in a previous pleading (Docket 144, pg. 6) explained the short statutory timelines for remitting collected restitution to the victim, and the requirement that the victim be ***actually paid*** the full amount before ***any*** money is applied to fines or costs. Government lawyers simply make a mockery of these Congressional mandates.

At the clerk's office the money is held in a "restitution" account despite the fact that the money should have been paid over ***to the alleged victim*** months prior, at the very least. The money stays parked in the deceitfully named "restitution" account, for literally years. Then it gets moved to the "unclaimed funds" account.

The unclaimed funds account is the slush fund from which the stolen money is distributed or spent. The amount of money in both of these accounts is kept at a high level, so the cheated party or parties can be "made whole" if anyone complains. If nobody complains, the stolen money simply becomes the property of the thieves.

The government is asking this Court to excuse it from a violation of the rules that is at least in part a violation of due process and notice rights. Consider the following non-exhaustive list of the government's violations of due process, the right to notice, etc.

1) The IRS never provided a ***lawful*** bill that the Shearers could pay, despite repeated polite request. The amounts were never explained in conformity with

law and rule, and they went up and down in ways altogether inconsistent with rationality.

2) DOJ lawyers converted the money of BOTH the IRS and the Shearers by moving money from an FLU account to a clerk's office account, with intent to cheat the IRS out of "restitution" and to cheat the Shearers out of credit for it.

3) Lawyers on this civil case recruited a lawyer for the criminal case, to cheat all the criminal defendants out of their right to notice and opportunity to be heard. The lawyers on this case refused to acknowledge or respond to letters, for more than a year, for the purpose of keeping the defendants in the dark about their nefarious plans. The right to be heard would have exposed the lawlessness and chicanery of certain elements in the DOJ, the Administrative Office of the Courts, and elsewhere.

4) DOJ lawyers "ran the clock" to ensure that Dr. Pfeiffer and Dr. Bullock didn't get notice of a $5,000 credit to their IRS account prior to the expiration of the 2-year statute of limitations on payments to the IRS. In other words, the government knowingly, willfully, and deceitfully deprived these doctors of due process notice and money. This was done right under the collective noses of the defendants and this Court.

5) The lawyers on this case "discovered" that the extensions of time for discovery were completely lopsided, preventing defendants from completing their discovery, while the government got all the discovery it wanted.

The government says that Swenson and Dr. Shearer didn't respond to the request to meet and confer. Diane Shearer sent a letter March 18, 2024 explaining her position and agreed to meet and confer. Exhibit "5." She asked for certain information, mostly having to do with whether the government's deviations from due process were oversights or otherwise arguably excusable. Diane Shearer has heard nothing back from the government, in writing or otherwise, concerning the matters raised in the letter or

1  otherwise relevant to "meet and confer" requirements.

2      Curiously, the government has violated the rules *in the very motion by which the*

3  *government seeks relief from a prior violation of the rules*. At minimum, this Court should

4  order the government to meet and confer in good faith. They don't have the right to ignore

5  a letter, simply because it asks hard questions and seeks information the government

6  prefers not to divulge. The government should be accorded both the right and duty to

7  reasonably demonstrate to the Court that the government does not appear before the bar

8  with unclean hands, seeking equity. Whether they wish to challenge Diane Shearer's

9  conclusions by claiming "white heart empty head" or other explanation, or to show that

10  they have washed their unclean hands, for example by making Bullock and Pfeiffer whole,

11  etc., is their prerogative. They should not be rewarded for a continuation of their habitual

12  stubbornness.

13      **CONCLUSION**

14      The District Court should deny the government any relief from sanctions so long as

15  they continue to refuse to do equity in order to get equity.

16

17  DATED:  March ___, 2024

18                                        /s/ Diane Shearer
                                         Diane Shearer, pro se
19

20                          CERTIFICATE OF SERVICE

21  I Diane Shearer by my signature above certify that all persons entitled to service will be
22  electronically served with a copy of this pleading by CM/ECF contemporaneously with the
    filing of this pleading with the Clerk of the Court.
23

24

25

26

27