# EXHIBIT 1

October 6, 2023

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Alexander Edward Stevko, Trial Attorney
Chelsea Bissell, Trial Attorney
U.S. Department of Justice - Tax Division
P.O. Box 683
Washington, DC 20044

Re:   *US v. Shearer et al,* CAED 2:12-cv-02334- DAD-DB
      **Joint Final Pretrial Conference Statement**
      Via email only to Alexander.Stevko@usdoj.gov; and chelsea.e.bissell@usdoj.gov

Dear Mr. Stevko and Ms. Bissell:

In our joint status report, we requested a telephonic status conference to discuss a case management plan to resolve the remaining issues in this case. Thanks for suggesting this excellent idea.

Of course, such a status conference would be essentially worthless without a working copy of a proposed Joint Final Pretrial Conference Statement, as contemplated by Docket # 108. Could you provide me with your draft version, complete as to the government's side of the equation, by at least 10 business days before the status conference?

That's a substantial document. I need to see your proposed language so I can draft my own. We'll need some time to make sure the document fairly reflects the positions of all the parties. The sooner we get started on it, the better chance to have an orderly process, and the more productive our status conference will be. Since we didn't tell the Court specifically when we'd be ready, hopefully you'll be able to get this document to me ASAP. That way we'll hopefully be ready when the Court sets a date for the status conference.

BTW, I hate to trouble you, but could you send me a copy of your initial disclosures under Rule 26(a)? Also, if you supplemented those disclosures, or made additional disclosures, please send me copies of all those documents as well. Please send them to me by email. There is no need to send such documents by mail as well. I'll need these documents, together with your draft Joint Final Pretrial Conference Statement, in order to work effectively on my own language.

Thanks very much for your kind consideration of these requests.

Kindest personal regards,

/s/ Diane Shearer

Diane Shearer, pro se
cc:    Matthew Gilmartin at matt7g@att.net; Joe Izen at: jizen@comcast.net