# EXHIBIT 2

January 1, 2024

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Alexander Edward Stevko, Trial Attorney
Chelsea Bissell, Trial Attorney
U.S. Department of Justice - Tax Division
P.O. Box 683
Washington, DC 20044

Re: *US v. Shearer et al,* CAED 2:12-cv-02334- DAD-DB
**Plan of action for litigation**
Via email only to Alexander.Stevko@usdoj.gov; and chelsea.e.bissell@usdoj.gov

Dear Mr. Stevko and Ms. Bissell:

I sent you a letter concerning amongst other things the Rule 26(a) disclosures, and another letter about using dispositive motions in place of a trial. I still haven't received a copy of your Rule 26(a) disclosures and supplementations, if any. Would you be so kind as to give me an estimated time when these disclosures will be made available to me? Prior communications led me to believe that you were organizing your file and your paperwork. I'd appreciate an estimated time for completion.

I haven't heard back about the prospect of using dispositive motions to determine the issues that remain before the court. Could you give me an estimated time for a substantive response to the proposal in my previous letter?

The Court's orders require the parties to perform certain acts. I've heard nothing from either of you, about what you need from me. If you don't tell me what you need, I'll assume you don't need anything from me. If you don't timely perform acts prerequisite to a given outcome, I'll assume you're satisfied with the status quo.

Thanks very much for your kind consideration of these requests.

Kindest personal regards,

/s/ Diane Shearer

Diane Shearer, pro se
cc: Matthew Gilmartin at matt7g@att.net; Joe Izen at: jizen@comcast.net