# EXHIBIT 3

**Carol Nygard & Associates**
2295 Gateway Oaks Dr. Suite 170
Sacramento, CA 95833
Phone: 877-438-7787



**CAROL NYGARD & ASSOCIATES**

**DEPOSITION REPORTERS**

Diane Shearer
Diane Shearer
Sacramento, CA

# Invoice #117336

| Date | Terms |
|---|---|
| 03/18/2024 | Due on receipt |

| Job #74764 on 06/03/2014 | |
|---|---|
| Case: United States of America v. v. L. Richard Shearer, et al.<br>Court Case#: | Delivery Type: Normal |

| Description | Amount |
|---|---|
| **Deposition of Richard Shearer** | |
|     Certified Copy | $ 1,041.65 |
|     Cond. Transcript & Repository | $ 45.00 |
|     B&W Exhibits | $ 51.30 T |
|     Production | $ 15.00 |
| | $ 1,152.95 |
| Subtotal: | $ 1,152.95 |
| Tax: | $ 3.72 |
| Amount Due: | $ 1,156.67 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,156.67 |
|---|---|
| Payment Due: | Upon Receipt |

**Carol Nygard & Associates**
2295 Gateway Oaks Dr. Suite 170
Sacramento, CA 95833
Phone: 877-438-7787



**CAROL NYGARD**
**& ASSOCIATES**

**DEPOSITION REPORTERS**

Diane Shearer
Diane Shearer
Sacramento, CA

## Invoice #117337

| Date | Terms |
|---|---|
| 03/18/2024 | Due on receipt |

**Job #74765 on 06/04/2014**

**Case:** United States of America v. v. L. Richard Shearer, et al.
**Court Case#:**

**Delivery Type:** Normal

| Description | Amount |
|---|---|
| **Deposition of Stanley Swenson** | |
| Certified Copy | $ 821.70 |
| Cond. Transcript & Repository | $ 45.00 |
| B&W Exhibits | $ 28.35 T |
| Production | $ 15.00 |
| | $ 910.05 |

| | |
|---|---|
| Subtotal: | $ 910.05 |
| Tax: | $ 2.06 |
| Amount Due: | $ 912.11 |
| Paid: | $ 0.00 |

| Balance Due: | $ 912.11 |
|---|---|
| Payment Due: | Upon Receipt |

**Carol Nygard & Associates**
2295 Gateway Oaks Dr. Suite 170
Sacramento, CA 95833
Phone: 877-438-7787



**DEPOSITION REPORTERS**

Diane Shearer
Diane Shearer
Sacramento, CA

## Invoice #117338

| Date | Terms |
|---|---|
| 03/18/2024 | Due on receipt |

**Job #74766 on 06/05/2014**

Case: United States of America v. v. L. Richard Shearer, et al.
Court Case#:

Delivery Type: Normal

| Description | Amount |
|---|---|
| **Deposition of Daniel Bullock, M.D.** | |
| Certified Copy | $ 390.10 |
| Cond. Transcript & Repository | $ 45.00 |
| B&W Exhibits | $ 13.50 T |
| Production | $ 15.00 |
| | $ 463.60 |
| Subtotal: | $ 463.60 |
| Tax: | $ 0.98 |
| Amount Due: | $ 464.58 |
| Paid: | $ 0.00 |

| Balance Due: | $ 464.58 |
|---|---|
| Payment Due: | Upon Receipt |