# EXHIBIT 4

12/16/2021 06:38 PM

Version 7.0.1 Page 1 of 4

U.S. Courts
Case Inquiry Report
Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A
Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y

Case Number DCAE200CR000345   Case Title USA VS LONNIE D CROCKETT
Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | VICTIM RESTITUTION | | 0.00 | 0.00 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | FINE-CRIME VICTIMS FUND | | 10,200.00 | 10,200.00 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | COSTS OF PROSECUTION | | 1,381.75 | 1,381.75 | 0.00 |
| 004 | CAEA007163 | RICHARD SHEARER | CAEACONV00002189 | UNCLAIMED FUNDS | | 5,178.16 | 5,178.16 | 0.00 |
| | | | | | | 16,759.91 | 16,759.91 | 0.00 |

12/16/2021 06:38 PM

Version 7.0.1  Page 2  of 4

## U.S. Courts
## Case Inquiry Report
Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A
Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 004 | CAEA007163 | RICHARD SHEARER |

**Debt Type: VICTIM RESTITUTION**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 6855XX |  |  | N/A |
| Owed | 0.00 | 0.00 | 0.00 | 0.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**FINE-CRIME VICTIMS FUND**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 |  |  | N/A |
| Owed | 10,200.00 | 0.00 | 0.00 | 10,200.00 |
| Collected | 10,200.00 | 0.00 | 0.00 | 10,200.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 10,200.00 | 0.00 | N/A | 10,200.00 |

**COSTS OF PROSECUTION**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 109900 |  |  | N/A |
| Owed | 1,381.75 | 0.00 | 0.00 | 1,381.75 |
| Collected | 1,381.75 | 0.00 | 0.00 | 1,381.75 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

12/16/2021 06:38 PM

Version 7.0.1  Page 3  of 4

**U.S. Courts**
**Case Inquiry Report**
Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A
Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 1,381.75 | 0.00 | N/A | 1,381.75 |
| **UNCLAIMED FUNDS** | | | | |
|  | Principal | Interest | Penalty | Total |
| Fund | 613300 |  |  | N/A |
| Owed | 5,178.16 | 0.00 | 0.00 | 5,178.16 |
| Collected | 5,178.16 | 0.00 | 0.00 | 5,178.16 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 5,178.16 | 0.00 | N/A | 5,178.16 |
| **Totals** | | | | |
|  | Principal | Interest | Penalty | Total |
| Owed | 16,759.91 | 0.00 | 0.00 | 16,759.91 |
| Collected | 16,759.91 | 0.00 | 0.00 | 16,759.91 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 16,759.91 | 0.00 | N/A | 16,759.91 |

12/16/2021 06:38 PM                                                                                                    Version 7.0.1  Page 4  of  4

U.S. Courts
Case Inquiry Report
Case Number: DCAE200CR000345; Party Number: 004; Payee Code: N/A
Show Party Details: N/A; Show Payee Details: N/A; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# / Check Number | | | |
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 3 | 29-JUN-07 COSTS OF PROSECUTION | PR | 1,381.75 | RICHARD SHEARER | O | 99 | 109900 |
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 1 | 29-JUN-07 VICTIM RESTITUTION | PR | 5,178.16 | RICHARD SHEARER | O | 99 | 6855XX |
| CCR CAECCA19-CK-2189 DCAE200CR000345-004 | 11-JAN-05 2 | 29-JUN-07 FINE-CRIME VICTIMS FUND | PR | 10,200.00 | RICHARD SHEARER | O | 99 | 504100 |
| CCR CAECCA19-CQ-13460400071 DCAE200CR000345-004 | 27-MAR-13 1 | 27-MAR-13 VICTIM RESTITUTION | PR | (5,178.16) | RICHARD SHEARER | O | 06 | 6855XX |
| CCR CAECCA19-CQ-13460400071 DCAE200CR000345-004 | 27-MAR-13 4 | 27-MAR-13 UNCLAIMED FUNDS | PR | 5,178.16 | RICHARD SHEARER | O | 06 | 613300 |

\* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |