# EXHIBIT 5

March 17, 2024

Diane Shearer
701 Pine Street
Mt Shasta, CA 96067
(530) 926-6222
office@drshearer.com

Chelsea Bissell, Trial Attorney
Alexander Stevko
U.S. Department of Justice - Tax Division
P.O. Box 683
Washington, DC 20044

Re:   *US v. Shearer et al*, CAED 2:12-cv-02334- DCJ-DB
      **FedEx tracking in 2014, stipulations, etc.**
      Via email only to chelsea.e.bissell@usdoj.gov; Alexander.Stevko@usdoj.gov

Dear Ms. Bissell and Mr. Stevko:

On 3-7-2024 the District Court entered docket text order #159. The parties were ordered to meet and confer, to see if it is possible to resolve our discovery issues. Absent resolution, the government was ordered to "file a brief by 3/20/2024 detailing why it should be excused from failing to comply with Fed. R. Civ. P. 26…"

I am in possession of a purported FedEx shipping label that the government claims to have used to send something to Joe Izen, Jr., counsel for certain other parties in this case. This label is dated June 30, 2014. Below, in all capitals, it says "TUE – 01 JUL AA – STANDARD OVERNIGHT."

You also provided a letter from Patrick Jennings dated July 8, 2014. At the top of the letter, in bold, it says "Via Federal Express." The letter lists the following four items as enclosed: 1) Responses to requests for production, 2) Responses to interrogatories, 3) Privilege log, 4) Certificate of service. This letter also says "You *previously received* the documents referred to in the discovery response enclosed, a CD-ROM containing pdf files, Bates IRS00001 – IRS04354." (Emphasis added)

It makes no sense that Mr. Jennings would use a shipping label more than a week old, for litigation documents. Plus, he says Izen already received a CD-ROM.

Without two separate FedEx shipments, none of this makes sense. I request that you provide the other shipping label and provide a detailed shipping and delivery record for both shipments. I also ask that you give me permission to verify the accuracy and completeness of the FedEx shipping records that you provide, directly

from FedEx. I'm willing to pay the reasonable charges of FedEx to get this independent verification.

You can get the records of both purported shipments, since they were allegedly sent using your government account. You may wish to consult the following website about how to get this information. How to View FedEx Shipments Older Than 90 Days Using Ship Manager (shipscience.com)

During our hearing, my husband's attorney Mr. Gilmartin suggested that I might forgive past trespasses if the government provides the discovery at this late hour. According to the common law, when a man and a woman get married they become one – and *he* is that one. However, sometimes the woman gets to be spokesperson. I'm pretty sure that what Mr. Gilmartin meant to say was that if you make your peace with Diane Shearer, Dr. Shearer might well forgive past trespasses by the government. If momma's not happy, ain't nobody happy.

Forgiveness is a distinct possibility, but I need amongst other things a written explanation of why you pointedly ignored my repeated polite requests for Rule 26(a) disclosures beginning in October 2023. Could you provide me with a reasonable explanation of how and why that occurred? At the very last minute the Shearers are getting slammed with over 4,000 pages of "discovery" material, of which we knew nothing until now. We hope you can understand our concerns.

On the certificate of service (DJ-000453) Patrick Jennings says that 5 individuals were served by US mail, and that Mr. Izen was also served by Federal Express. Yet I can't get any confirmation from any of them, that they received this material by 1st Class mail. It seems passing strange for you to use two methods of delivery, yet none of the 5 claimed recipients seem to recall receiving anything. Hopefully the nice people at FedEx can shed some light on this matter.

It seems further strange that the government used "belt and suspenders" neither of which was email, which is easy and creates a record that is virtually impossible to deny. The cover letter for June 8, 2014 involved nothing voluminous, nothing inconvenient to attach to an email, read receipt requested.

In the criminal case, (*US v. Bullock et al*, CAED 2:00-cr-00345) Michelle Beckwith said:

> The United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney, and Michele Beckwith, Assistant United States Attorney, hereby requests that the Court issue an order directing the Clerk of the United States District Court to assign restitution and disburse the restitution already collected and held in unclaimed funds to the victim in this case – the Department of the Treasury, Internal Revenue Service (IRS). The requested order is necessary because, based on a review of the file and

2

> information received from representatives in the office of the Clerk of the Court, in the absence of the requested order, the Clerk *cannot* pay the victim any of the restitution the Clerk has collected to date.
> (Emphasis added)

Would you be so kind as to provide me with the complete records of the 1) Victim Restitution Fund, 2) Unclaimed Funds, 3) Cost of Prosecution Fund, 4) Fine – Crime Victims Fund, and 5) Special Assessments for criminal counts, all from January 1, 2002, to even date, out of the Eastern District of California? This should at least include 1) the case style, 2) the case number, 3) the name and last known contact information of the judgment debtor or obligor, 4) the name and last known contact information of any victim or other party entitled to part of the money flowing into or out of any of these accounts, 5) all cash flows into and out of any of these funds, and the reasons, and 6) notices to any judgment debtors or to parties entitled to restitution, to ensure that all due process rights were respected. I'm starting with 2002 because that is when my husband went to prison. He had to pay the Special Assessments immediately, so I'd like to see how these cash flows worked as opposed to the others.

If any of this seems unreasonable, talk to me. While this might well be obtainable through the FOIA, you might as well get your due credit for a cooperative attitude in this civil litigation – not to mention the possibility of working out our disagreements altogether, thus sparing you the burden of preparing a brief that I'll doubtless have to vigorously oppose. I'm willing to listen to your side of the story and be reasonable with respect to the scope of my requests.

Government lawyers told the criminal court that they could not put money into the hands of the "victim" despite the fact that the "victim" was perfectly identifiable, maintains an extensive collection of records of payments of tax, whether voluntary or by distraint, and is one of the most significant clients of the Department of Justice. Your office at the Tax Division in Washington, DC, is less than a mile from the Treasury Building. Your office does a vast amount of collections of alleged tax liabilities. Furthermore, the US Department of Justice overall collects a vast amount of "restitution" from a variety of persons and entities, through civil and criminal processes, for payment to various victims. You've told me that the clerk says this money *can't possibly be paid* to the party the District Court intended, without an additional motion and court order.

Federal statutes have a great deal to say about the prompt payment of restitution money, over to the person entitled. It seems to me that your office needs help, and should welcome help, to make sure that the money is paid over to the proper party in a timely manner, as opposed to years or decades later, or perhaps never. The Shearers could be good for the DOJ's public persona.

3

Something really peculiar is going on. The records I got from the clerk put the prison wage withholdings together with the $5,000 my husband paid. None of the money shows up until January 11, 2005, despite the fact that my husband went to prison in 2002, and left prison 11-28-2003. How could it possibly be that nothing shows up until January 11, 2005, more than a year after my husband left prison? You necessarily have more records, and I want them. Plus, now we have something to bargain over.

Can you also provide the records of money paid over on behalf of the other defendants in the criminal case, (CAED 2:00-cr-00345) with proof that the IRS credited their tax accounts, and proof that each judgment debtor was adequately informed of this credit to their account, so they could if appropriate claim the payment on their tax returns, or otherwise seek a refund of overpayment? This is rather important since there seems to be a fairly short statute of limitations for claiming a refund of overpayments. My understanding is that it is 2 years from the date of a payment of tax. Docket #167 in CAED 2:00-cr-00345 was filed 2-01-2022. The order for payment of the restitution was entered the following day, 2-02-2022. I'd have to call that a *quickie!!*

I'd really like to be able to inform the District Court that you didn't by action or inaction run out the statute of limitations, so as to cheat any of my husband's co-defendants out of their opportunity to claim a refund of the overpayment of tax. Perish the thought that I might falsely accuse the Tax Division of any wrongdoing.

Hopefully we can deal with each other, to resolve disputes amicably. I'm prepared to deal with you if you're willing to deal with me. Who seriously wants to brief the Court about reasons to excuse compliance with the Federal Civil Rules??

Incidentally, it is actually to your benefit that Michelle Beckwith didn't lie about whether or not she served the defendants with her pleadings. She just kept her mouth shut in the face of a duty to speak. That's not exactly good but it certainly beats lying. Nevertheless, using info you got from a phone call with opposing counsel, while refusing to respond to letters from me and Mr. Izen, does not give me the greatest comfort in crediting other shortcomings to mere oversight. If you can't or won't give me assurances that Ms. Beckwith's behavior wasn't 1) part of a pattern and practice designed to cheat opponents out of due process notice, and/or 2) done specifically at the directive of one or both of you, Ms. Beckwith may become a material witness at the hearing on April 4, 2024.

One last thing. Could you give me the name of each of the "representatives" of the Clerk's Office, who helped Ms. Beckwith – and presumably you as well – determine that payment of the restitution to the party entitled was impossible without an additional court order? That information could be really helpful as we attempt to resolve our differences without the aid of the Court.

4

Thanks for your kind consideration of these requests.

Kindest personal regards,

/s/ Diane Shearer

Diane Shearer, pro se
c:      Matthew Gilmartin at matt7g@att.net; Joe Izen at: jizen@comcast.net