# EXHIBIT 3

**Alexander Stevko &lt;noreply@box.com&gt;**                              3/18/2024 1:08 AM

Reminder: Alexander Stevko has invited you to collaborate on Box

To jizen@comcast.net

                                                                                     Sign Up



**Alexander Stevko invited you to collaborate on:**
**Shearer Productions March 2024**

Reminder: Alexander Stevko is waiting for your reply.

**Accept Invite**

To receive access to your shared documents, and to start securely storing and collaborating on all of your content, please create a free Box account. This free account comes with 10 GB of storage to:

         **Store your files securely**

         **Collaborate seamlessly**

         **Access and edit files from anywhere**

© 2024 Box • 900 Jefferson Avenue, Redwood City, CA 94063, USA
About Box • Privacy Policy