EXHIBIT 4

**JOE IZEN <jizen@comcast.net>**   3/18/2024 11:30 AM

# Re: Reminder: Alexander Stevko has invited you to collaborate on Box

To Alexander Stevko <noreply@box.com>

Mr. Stevko

I have accepted your invite, set up this account, but find no files from you to download.

Joe Izen

> On 03/18/2024 1:08 AM CDT Alexander Stevko <noreply@box.com> wrote:
>
> 
>
> Sign Up
>
> 
>
> **Alexander Stevko invited you to collaborate on:**
> **Shearer Productions March 2024**
> Reminder: Alexander Stevko is waiting for your reply.
>
> Accept Invite
>
> To receive access to your shared documents, and to start securely storing and collaborating on all of your content, please create a free Box account. This free account comes with 10 GB of storage to:

 **Store your files securely**

 **Collaborate seamlessly**

 **Access and edit files from anywhere**

© 2024 Box • 900 Jefferson Avenue, Redwood City, CA 94063, USA
About Box • Privacy Policy