Joe Alfred Izen, Jr.
5526 McKnight Street
Houston, Texas 77035
(713) 668-8815
(713) 668-9402 FAX

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANT,
STANLEY SWENSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| L. RICHARD SHEARER, et al., | § | |
| Defendants. | § | |

**ORDER ON
DEFENDANT SWENSON TRUSTEE'S RESPONSE TO GOVERNMENT'S MOTION TO EXCUSE THE UNITED STATES FROM SANCTIONS FOR FAILURE TO COMPLY WITH RULE 26(a) AND IN FURTHER SUPPORT OF EXCLUSION OF EVIDENCE AND OTHER RELIEF UNDER F.R.C.P. RULES 26 AND 37**

BEFORE the Court came on to be heard the Government's Motion to Excuse the United States from Sanctions for Failure to Comply with Rule 26(a).

This Court, after considering said motion and all responses thereto filed by the Defendants in this case, Defendant Swenson Trustee, L. Richard Shearer, and Diane Shearer, and the arguments of counsel at the hearing held by this Court on the Government's motion is of the opinion that the relief requested by the Govern-

ment SHOULD / SHOULD NOT BE GRANTED.  Based on this determination, it is;

ORDERED that the Government's Motion to Excuse the United States From Sanctions For Failure to Comply With Rule 26(a) IS / IS NOT DENIED in all of its particulars.  It is further;

ORDERED that the Government's evidence which was not properly disclosed under FRCP Rule 26 IS / IS NOT EXCLUDED from entry into evidence at the trial on the merits of this case.

SIGNED on this the ___ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE
DANIEL J. CALABRETTA