DAVID A. HUBBERT
Deputy Assistant Attorney General

Alexander Stevko (CABN 301359)
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 616-2380 (AS)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Alexander.Stevko@usdoj.gov
Chelsea.E.Bissell@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CV-02334-TLN-DB |
| Plaintiff, | **STEVKO DECLARATION IN SUPPORT OF REPLY TO MOTION TO EXCUSE THE UNITED STATES FROM SANCTIONS FOR FAILURE TO COMPLY WITH RULE 26(a)** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

I, Alexander Stevko, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a trial attorney for the United States Department of Justice, Tax Division. In my capacity as a trial attorney with the Department of Justice Tax Division, I have been assigned litigation responsibilities for representing the United States in the above-captioned case.

2. As part of my litigation responsibilities, I have reviewed the case record and internal documents maintained by the United States through the course of litigation. I make the statements in this declaration from my review of the case file maintained by the United States in connection with this case.

1

      3.      Attached as Exhibit 7 are excerpts from the deposition of Richard Shearer taken on June 3, 2014, and a sampling of exhibits (7, 24, and 33) cited during the deposition. This is only a sampling, and each exhibit listed in the deposition exhibit sheet was shown and discussed during the deposition. The exhibits attached as part of Exhibit 7 have been redacted for filing purposes – the versions used in deposition were not redacted. In total there were 34 exhibits identified by Bates numbers used in the deposition.

      4.      Attached as Exhibit 8 are excerpts from the deposition of Stanley Swenson taken on June 4, 2014, and a sampling of exhibits (35 and 38) cited during the deposition. This is only a sampling, and each exhibit listed in the deposition exhibit sheet was shown and discussed during the deposition. The exhibits attached as part of Exhibit 8 have been redacted for filing purposes – the versions used in deposition were not redacted. In total there were 13 exhibits identified by Bates numbers used in the deposition.

      5.      Attached as Exhibit 9 are excerpts from the deposition of Daniel Bullock taken on June 5, 2014, and a sampling of exhibits (50 and 56) cited during the deposition. This is only a sampling, and each exhibit listed in the deposition exhibit sheet was shown and discussed during the deposition. The exhibits attached as part of Exhibit 9 have been redacted for filing purposes – the versions used in deposition were not redacted. In total there were 9 exhibits identified by Bates numbers used in the deposition.

      6.      Attached as Exhibit 10 is a copy of an email sent from Matthew Gilmartin to G. Patrick Jennings with Joe Izen Cc'd.

      7.      Attached as Exhibit 11 is a copy of an email from Joe Izen to G. Patrick Jennings, with attachments omitted.

      8.      After I shared a download link for all the previously disclosed documents with Mrs. Shearer, Matthew Gilmartin, and Joe Izen on March 14, 2024, I received an email from Mrs. Shearer confirming she was able to view the documents, and I never received any emails or phone calls from anyone else saying they were having difficulty viewing the documents. My understanding of the reason I did not receive the email attached as Exhibit 4 (ECF 164-4) to

Mr. Izen's declaration is that, rather than using my DOJ email address, Mr. Izen emailed an unmonitored address associated with the file sharing site (noreply@box.com). Had Mr. Izen called me or used my DOJ email address, I could have promptly assisted him with accessing the files.

    I declare under the penalty of perjury that the foregoing is true and correct.

Date: April 2, 2024           */s/ Alexander Stevko*
                                       ALEXANDER STEVKO
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 2, 2024, I caused a copy of the foregoing Declaration, to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

I also certify that on the same day I served the following parties by mail and email:

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
office@drshearer.com
*Pro se*

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

4