**Exhibit**

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--oOo--


UNITED STATES OF AMERICA,

      Plaintiff,

vs.

L. RICHARD SHEARER; DIANE
SHEARER; STANLEY SWENSON as
Trustee of the HOTLUM TRUST,
BERRYVALE TRUST, and REGENCY
TRUST; CARL S. WILSON; CAROL
WILSON; EVELYN LOUISE
SHEARER, as Trustee of the
EVELYN LOUISE REVOCABLE
TRUST; VERNON L. SWENSON;
LEORA SWENSON,

      Defendants.

_____  /

Civil No.
2:12-CV-02334 GEB
GGH PS


CERTIFIED
TRANSCRIPT


DEPOSITION OF

L. RICHARD SHEARER, M.D.

Volume 1 (Pages 1 - 229)

Tuesday, June 3, 2014


NOTICING ATTORNEY:  G. PATRICK JENNINGS, ESQ.


REPORTED BY:   LEIGH ANN OROZCO, CSR NO. 7607

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1    APPEARANCES

 2    For the Plaintiff:

 3          U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
            By:  G. Patrick Jennings, Esq.
 4               guy.p.jennings@usdoj.gov
            PO Box 683
 5          Washington, DC 20044
            (202) 307-6648
 6          (202) 307-0054


 7
      For the Defendant SHEARER:
 8
            By:  Matthew Gilmartin, Esq.
 9               matt7g@att.net
            9267 Basswood Drive
10          Olmsted Falls, Ohio 44138
            (440) 479-8630
11          (440) 398-0179


12
      For the Defendant SWENSON:
13
            By:  Joe A. Izen, Jr., Esq.
14               jizen@comcast.net
            5222 Spruce Street
15          Bullaire, Texas  77401
            (713) 668-8815
16          (713) 668-9402


17
      Also Present:  Diane Shearer
18

19

20

21

22

23

24

25
```

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1                     INDEX OF EXAMINATION

 2                                                  PAGE

 3   EXAMINATION BY MR. JENNINGS                       7

 4   QUESTIONS MARKED                         NONE MARKED

 5   WITNESS' CHANGES OR CORRECTIONS                  227

 6   REPORTER'S CERTIFICATE                           228

 7   WITNESS' LETTER                                  229

 8

 9
                           --o0o--
10

11
                      INDEX OF EXHIBITS
12

13   Plaintiff's
     Exhibit          Description                   Page
14
     Ex 1          Plea Agreement; 14 pages           12
15
     Ex 2          Berryvale Trust Chain of Title
16                 and Grant Deed, Bates IRS03628
                   and IRS03632; 2 pages              45
17
     Ex 3          Regency Trust Chain of Title and
18                 Grant Deed, Bates IRS03633 and
                   IRS03641-03642; 3 pages            71
19
     Ex 4          Hotlum Trust Property Report and
20                 Grant Deed, Bates IRS03644 and
                   IRS03657-03658; 3 pages            85
21
     Ex 5          Hotlum Trust Property Report and
22                 Grant Deed, Bates IRS03672 and
                   IRS03681-03682; 4 pages            87
23
     Ex 6          Preliminary Change of Ownership
24                 Report, Bates IRS04040-04041;
                   2 pages                           123
25
```

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1              INDEX OF EXHIBITS (Continued)

 2    Plaintiff'S
      Exhibit        Description              Page
 3
      Ex 7         Preliminary Change of Ownership
 4                 Report, Bates IRS04044-04045;
                   2 pages                       123
 5
      Ex 8         Preliminary Change of Ownership
 6                 Report, Bates IRS04848-04049;
                   2 pages                       123
 7
      Ex 9         Preliminary Change of Ownership
 8                 Report, Bates IRS04052-04053;
                   2 pages                       123
 9
      Ex 10        Typewritten notes, Bates
10                 IRS00236; 1 page              135

11    Ex 11        Appendices F-1 through F-6, Bates
                   IRS00242-00253; 12 pages      141
12
      Ex 12        Trust Application Worksheet,
13                 Bates IRS00295-00300; 6 pages  147

14    Ex 13        1995 Form 1040, Bates IRS02585
                   and IRS02591; 2 pages          151
15
      Ex 14        1996 Form 1040, Bates IRS02633,
16                 IRS02639 and IRS02644; 3 pages  153

17    Ex 15        1997 Form 1040, Bates IRS02660,
                   IRS02666 and IRS02659; 3 pages  155
18
      Ex 16        1998 Form 1040, Bates IRS02686,
19                 IRS02692, IRS02693 and IRS02695;
                   4 pages                        161
20
      Ex 17        1999 Form 1040, Bates IRS02713,
21                 IRS02716, IRS02721 and IRS02711;
                   4 pages                        163
22
      Ex 18        1995 Form 1040X, Bates
23                 IRS02843-02852 and IRS02877;
                   11 pages                       165
24
      Ex 19        Balance Sheets and Income
25                 Statements, 12/31/95, Bates
                   IRS02940-02943; 4 pages        171
```

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1              INDEX OF EXHIBITS (Continued)

 2    Plaintiff'S
      Exhibit         Description              Page
 3
      Ex 20       2000 Form 1040, Bates
 4                IRS03057-03058; 2 pages        184

 5    Ex 21       2001 Form 1040, Bates IRS03036,
                  IRS03037 and IRS03039; 3 pages  185
 6
      Ex 22       2000 Form 1040X, Bates
 7                IRS03076-03081; 6 pages         187

 8    Ex 23       2004 Form 1120S, Bates IRS03435;
                  1 page                          189
 9
      Ex 24       Full Reconveyance, Bates
10                IRS03798; 1 page                190

11    Ex 25       Assignment of Deed of Trust,
                  Bates IRS03845; 1 page          192
12
      Ex 26       Minutes of the Proceedings of the
13                Board of Trustees for Regency
                  Trust, Bates IRS03898-03900 and
14                IRS03902; 4 pages               199

15    Ex 27       Regency Trust Manager's
                  Employment Contract, Bates
16                IRS03903; 1 page                203

17    Ex 28       Minutes of Regency Trust, Bates
                  IRS03910, IRS03911, IRS03913 and
18                IRS03916; 4 pages               206

19    Ex 29       Resignation of the Manager, Bates
                  IRS03937; 1 page                206
20
      Ex 30       Regency Trust Certificates No. 1
21                and 1, Bates IRS03952-03953;
                  2 pages                         208
22
      Ex 31       AAA Homeowners Policy
23                Declarations, Bates IRS04077;
                  1 page                          211
24
      Ex 32       Cancelled check, Bates IRS00343;
25                1 page                          214
```

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1                  INDEX OF EXHIBITS (Continued)

 2     Plaintiff'S
       Exhibit         Description                 Page
 3
       Ex 33        Bank signature cards, Bates
 4                  IRS00392-00393; 2 pages           217

 5     Ex 34        Cancelled check, Bates IRS00872;
                    1 page                            218
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

1        BE IT REMEMBERED that on Tuesday, June 3,

2   2014, at the hour of 9:32 a.m. of said day, at the

3   Office of the United States Attorney, 501 I Street,

4   10th Floor, Room 10-159, Sacramento, California,

5   before me, LEIGH ANN OROZCO, Certified Shorthand

6   Reporter No. 7607, personally appeared L. RICHARD

7   SHEARER, called as a party witness herein, who,

8   having been duly sworn, was thereupon examined and

9   testified as follows:

10                       --o0o--

11        THE REPORTER:  Mr. Shearer, would you raise

12   your right hand, please?

13        Do you solemnly state that the testimony you

14   are about to give in this matter will be the truth,

15   the whole truth and nothing but the truth?

16        THE WITNESS:  I do.

17        THE REPORTER:  Thank you.

18        EXAMINATION BY MR. JENNINGS

19   Q.       **Dr. Shearer, will you state your full name**

20   **for the record, please?**

21   A.       Lawrence Richard Shearer.

22   Q.       **Is there any reason you cannot give us good**

23   **testimony today?**

24   A.       No.

25   Q.       **Do you understand that I'm Guy Patrick**

1          (Discussion off the record.)

2          MR. JENNINGS:  We are back on.

3    Q.       If you could turn to the second page of

4    Exhibit 7 and tell us whether you signed that?

5    A.       I did.

6    Q.       And that was in May of 1995?

7    A.       Correct.

8    Q.       I'll remind you that the transfers to the

9    trust occurred in May 1995.  In California when you

10   transfer property you have to do a preliminary change

11   of ownership report.  Do you know that?

12   A.       No.

13   Q.       Have you ever seen this document as

14   Exhibit 7?

15   A.       I must have.  I signed it.

16   Q.       You don't recall reading it?

17   A.       No.

18   Q.       Are there occasions when you sign things

19   without reading them?

20   A.       Many times.

21   Q.       Is it possible that this happened here?

22   A.       I don't know.

23   Q.       Did someone assist you in transferring the

24   properties from your name to the trust names?

25   A.       As I remember, that is why I didn't do it

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

1    A.      No.

2    Q.      So this is a later situation.  I guess we

3    have the 2004 year here?

4    A.      Yes.

5    Q.      Gross receipts of 138,000?

6    A.      Yes.

7    Q.      Does that list everything?  I mean was that

8    just not a great year for the medical practice?

9    A.      Remember, I just came out of prison for two

10   years.

11   Q.      Oh.

12   A.      Wasn't even a full year.

13   Q.      Was that about this time period, 2004?

14   A.      Yes.

15   Q.      So partial year --

16   A.      Actually 2003.

17   Q.      Partial year due to circumstances beyond

18   your control; is that fair to say?

19   A.      That's fair to say.

20   Q.      Thank you.

21           THE REPORTER:  Exhibit 24 marked for

22   identification.

23   Q.      BY MR. JENNINGS:  If you can give us the

24   page number?

25   A.      3798.

1    Q.        As far as Asteroid Black was concerned?

2    A.        Correct.

3    Q.        Do you admit now that Strawberry Valley was

4    not legitimate?

5             MR. GILMARTIN:  I'll have to object.  It is

6    vague.  Trusts can own real property.  He -- the

7    client -- Dr. Shearer testified he did this to

8    protect his assets from possible lawsuits and

9    creditors.

10   Q.        BY MR. JENNINGS:  I think this is the last

11   one.  This is a two-pager.  One more maybe.

12             THE REPORTER:  Exhibit 33 marked for

13   identification.

14             THE WITNESS:  0392.

15   Q.        BY MR. JENNINGS:  Did you sign that?

16   A.        I did.

17   Q.        Does this appear to be maybe a duplicate of

18   the signature card we had before?

19   A.        Yes.

20   Q.        I apologize if it is in fact a complete

21   duplicate.

22             MR. GILMARTIN:  If you want to ask questions

23   regarding about this document, I have no objections.

24   Even though you may have done it before.

25             THE WITNESS:  I think it is exactly the

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
L. Shearer, 06/03/2014

```
 1                    CERTIFICATE OF REPORTER

 2            I, LEIGH ANN OROZCO, a Certified Shorthand

 3    Reporter, hereby certify that the witness in the

 4    foregoing deposition was by me duly sworn to tell the

 5    truth, the whole truth and nothing but the truth in

 6    the within-entitled cause;

 7            That said deposition was taken down in

 8    shorthand by me, a disinterested person, at the time

 9    and place therein stated, and that the testimony of

10    the said witness was thereafter reduced to

11    typewriting, by computer, under my direction and

12    supervision;

13            That before completion of the deposition,

14    review of the transcript [X] was [ ] was not

15    requested.  If requested, any changes made by the

16    deponent (and provided to the reporter) during the

17    period allowed are appended hereto.

18            I further certify that I am not of counsel or

19    attorney for either or any of the parties to the said

20    deposition, nor in any way interested in the event of

21    this cause, and that I am not related to any of the

22    parties thereto.

23    DATED:   6/9/14

24                       _____
                         LEIGH ANN OROZCO, RPR, CSR 7607
25
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| CARL A. BONTRAGER, SISKIYOU COUNTY ASSESSOR | 95005774 | |

SBE-ASD AH 502-A Front 5-2-91

**PRELIMINARY CHANGE OF OWNERSHIP REPORT** | *Recorder Only* |

(To be completed by transferee (buyer) prior to transfer of subject property in accordance with Section 480.3 of the Revenue and Taxation Code.) A Preliminary Change of Ownership Report must be filed with each conveyance in the County Recorder's office for the county where the property is located; this particular form may be used in all 58 counties of California.

**THIS REPORT IS NOT A PUBLIC DOCUMENT**

SELLER/TRANSFEROR:
BUYER/TRANSFEREE:
ASSESSOR'S PARCEL NUMBER(S): *36-460-241*
PROPERTY ADDRESS OR LOCATION:
MAIL TAX INFORMATION TO: Name
Address

Use Code _____
Eff. Yr. _____
Area _____
Bdrms/Baths _____
App # _____
Ind. S.P. _____
Cash Equiv. _____
D/T _____
Land _____
Imp _____
Reject _____
Rec Dt *5/15/95*
Ac *.8*
Reapp Code *A* *S*
Inst Type *GD*

NOTICE: A lien for property taxes applies to your property on March 1 of each year for the taxes owing in the following fiscal year, July 1 through June 30. One-half of these taxes is due November 1, and one-half is due February 1. The first installment becomes delinquent on December 10, and the second installment becomes delinquent on April 10. One tax bill is mailed before November 1 to the owner of record. IF THIS TRANSFER OCCURS AFTER MARCH 1 AND ON OR BEFORE DECEMBER 31, YOU MAY BE RESPONSIBLE FOR THE SECOND INSTALLMENT OF TAXES DUE FEBRUARY 1.

The property which you acquired may be subject to a supplemental assessment in an amount to be determined by the County Assessor. For further information on your supplemental roll obligation, please call the Siskiyou County Assessor at 916 842-8056.

**PART 1: TRANSFER INFORMATION**            Please answer all questions.

Yes No
☐ ☑ A. Is this transfer solely between husband and wife.(Addition of a spouse, death of a spouse, divorce settlement, etc.)?
☐ ☑ B. Is this transaction only a correction of the name(s) of the person(s) holding title to the property (For example, a name change upon marriage)?
☐ ☑ * C. Is this document recorded to create, terminate, or reconvey a lender's interest in the property?
☐ ☑ * D. Is this transaction recorded only to create, terminate, or reconvey a security interest (e.g. cosigner)?
☐ ☑ * E. Is this document recorded to substitute a trustee under a deed of trust, mortgage, or other similar document?
☐ ☑ F. Did this transfer result in the creation of a joint tenancy in which the seller (transferor) remains as one of the joint tenants?
☐ ☑ G. Does this transfer return property to the person who created the joint tenancy (original transferor)?
H. Is this transfer of property:
☑ ☐ 1. to a trust for the benefit of the grantor, or grantor's spouse?
☐ ☑ 2. to a trust revocable by the transferor?
☐ ☑ 3. to a trust from which the property reverts to the grantor within 12 years?
☐ ☑ I. If this property is subject to a lease, is the remaining lease term 35 years or more including written options?
☐ ☑ ** J. Is this a transfer from parents to children or from children to parents?
☐ ☑ ** K. Is this transaction to replace a principal residence in Siskiyou County by a person 55 years of age or older?
☐ ☑ ** L. Is this transaction to replace a principal residence by a person who is severely disabled as defined by Revenue and Taxation Code Section 69.5?

* If yes to C, D, or E, please attach explanation.
** If yes to J, K, or L, you may request reappraisal exclusion; call the Assessor for appropriate claim form (916) 842-8056.

*Please provide any other information that would help the Assessor understand the transfer.*

IF YOU HAVE ANSWERED "YES" TO ANY OF THE ABOVE QUESTIONS EXCEPT J, K, OR L, PLEASE SIGN AND DATE, OTHERWISE COMPLETE BALANCE OF THE FORM.

**PART II: OTHER TRANSFER INFORMATION**
A. Date of transfer if other than recording date _____
B. Type of transfer. Please check appropriate box.
☐ Purchase     ☐ Foreclosure     ☐ Gift     ☐ Trade or Exchange     ☐ Merger, Stock, or Partnership Acquisition
☐ Contract of Sale – Date of Contract _____
☐ Inheritance – Date of Death _____     ☐ Other: Please explain: _____
☐ Creation of Lease     ☐ Assignment of a Lease     ☐ Termination of a Lease
Date lease began _____
Original term in years (including written options) _____
Remaining term in years (including written options) _____
C. Was only a partial interest in the property transferred? ☐ Yes     ☐ No
If yes, indicate the percentage transferred _____ %

ACA 81

Exhibit No. *7*
Witness: *Shearer*
Date: *4-3-14*
Leigh Ann Orozco, CSR No. 7607

IRS04044

CONFIDENTIAL

SBE-ASD AH 502-A BACK 5-2-91

## PRELIMINARY CHANGE OF OWNERSHIP REPORT

Please answer, to the best of your knowledge, all applicable questions, sign and date. If a question does not apply, indicate with "N/A."

### PART III: PURCHASE PRICE AND TERMS OF SALE

A. CASH DOWN PAYMENT OR Value of Trade or Exchange (excluding closing costs)      Amount $ _____

B. FIRST DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)     Amount $ _____
- ☐ FHA
- ☐ Conventional
- ☐ VA
- ☐ Cal-Vet
- Balloon Payment   ☐ Yes
- ☐ Fixed Rate
- ☐ Variable Rate
- ☐ All inclusive D.T. ($ _____ Wrapped)
- ☐ Loan Carried by Seller
- ☐ No      Due Date _____
- ☐ New Loan
- ☐ Assumed Existing Loan Balance
- ☐ Bank or Savings & Loan
- ☐ Finance Company
- Amount $ _____

C. SECOND DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)     Amount $ _____
- ☐ Bank or Savings & Loan
- ☐ Loan Carried by Seller
- Balloon Payment    ☐ Yes
- ☐ Fixed Rate
- ☐ Variable Rate
- ☐ No      Due Date _____
- ☐ New Loan
- ☐ Assumed Existing Loan Balance
- Amount $ _____

D. OTHER FINANCING: Is other financing involved not covered in (b) or (c) above?    ☐ Yes   ☐ No      Amount $ _____

   Type _____ @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)
- ☐ Bank or Savings & Loan
- ☐ Loan Carried by Seller
- Balloon Payment    ☐ Yes
- ☐ Fixed Rate
- ☐ Variable Rate
- ☐ No      Due Date _____
- ☐ New Loan
- ☐ Assumed Existing Loan Balance
- Amount $ _____

E. IMPROVEMENT BOND   ☐ Yes   ☐ No          Outstanding Balance: Amount $ _____

F. TOTAL PURCHASE PRICE (or acquisition price, if traded or exchanged, include real estate commission if paid.)

                         Total Items A through E    | $ _____ |

G. PROPERTY PURCHASED    ☐ Through a broker    ☐ Direct from seller    ☐ Other (explain) _____ .

   If purchased through a broker, provide broker's name and phone number: _____

   Please explain any special terms or financing and any other information that would help the Assessor understand the purchase price and terms of sale. _____

_____

### PART IV: PROPERTY INFORMATION

A. IS PERSONAL PROPERTY INCLUDED IN PURCHASE PRICE
(other than a mobilehome subject to local property tax)?    ☐ Yes    ☐ No
If yes, enter the value of the personal property included in the purchase price $ _____ (Attach itemized list of personal property)

B. IS THIS PROPERTY INTENDED AS YOUR PRINCIPAL RESIDENCE?    ☐ Yes    ☐ No
If yes, enter date of occupancy _____ / _____ , 19 _____ or intended occupancy _____ / _____ , 19 _____ .
                       MONTH    DAY                             MONTH    DAY

C. TYPE OF PROPERTY TRANSFERRED:
- ☐ Single-family residence
- ☐ Multiple-family residence (no. of units: _____ )
- ☐ Commercial/industrial
- ☐ Other (Description: _____
- ☐ Agricultural
- ☐ Co-op/Own-your-own
- ☐ Condominium
- ☐ Timeshare
- ☐ Mobilehome
- ☐ Unimproved lot
- )

D. DOES THE PROPERTY PRODUCE INCOME?    ☐ Yes    ☐ No    ($ _____ *gross per month*)

E. IF THE ANSWER TO QUESTION D IS YES, IS THE INCOME FROM:
☐ Lease/Rent    ☐ Contract    ☐ Mineral Rights    ☐ Other — Explain: _____

F. WHAT WAS THE CONDITION OF PROPERTY AT THE TIME OF SALE?
☐ Good    ☐ Average    ☐ Fair    ☐ Poor
Enter here, or on an attached sheet, any other information that would assist the Assessor in determining the value of the property such as the physical condition of the property, restrictions, etc. _____

_____

*I certify that the foregoing is true, correct and complete to the best of my knowledge and belief.*

Signed _____ *(signature)* _____        Date 5/22/95
                  NEW OWNER/CORPORATE OFFICER                         926-3836

Please Print Name of New Owner/Corporate Officer _____

Phone Number where you are available from 8:00 a.m. — 5:00 p.m. (   ) _____

(NOTE: The Assessor may contact you for further information)

If a document evidencing a change of ownership is presented to the recorder for recordation without the concurrent filing of a preliminary change of ownership report, the recorder may charge an additional recording fee of twenty dollars ($20).

IRS04045

`Recording Requested By:
 T.D. SERVICE COMPANY

And When Recorded Mail To:
 L  RICHARD  SHEARER
 717 MICHELE DR
 MOUNT SHASTA,CA 96067-9646

Siskiyou, County Recorder
Leanna Dancer, Recorder

**DOC-03-0010919**

Check Number 1306458
Fri, JUN 27, 2003 15:21:53
Ttl Pd              $7.00
Receipt #-0000022677
NLE/C2/1-1

_____Space above for Recorder's use_____

MERS MIN#: 100020000034618946    PHONE#: (800) 435-7587
Loan#: 18541243  Service#: 2269038RL1          [barcode] *

# FULL RECONVEYANCE

WASHINGTON MUTUAL BANK, FA, as Trustee, or Successor Trustee, Or Substituted
Trustee, under Deed of Trust dated OCTOBER 23, 1992, made by L. RICHARD SHEARER
AND DIANE SHEARER, Trustor and recorded as Instrument No. 92015933 on NOVEMBER
02, 1992, in Book No.  ---, at Page No.  ---,  of Official Records of the County
of SISKIYOU, State of  CALIFORNIA.

Having received from the holder of the obligations on the property described in
said Deed of Trust, a written request to reconvey, do hereby reconvey without
warranty, to the person or persons legally entitled thereto, the estate now held
by him thereunder.
Dated: JUNE 18, 2003
WASHINGTON MUTUAL BANK, FA

By: _____
    Julie A. Yates, Asst VP & Attesting Asst Secty

State of  CALIFORNIA          }
County of  ORANGE             } ss.

On JUNE 18, 2003 , before me, Susan Rios, personally appeared Julie A. Yates,
Asst VP & Attesting Asst Secty personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies) and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Notary Name): Susan Rios

SUSAN RIOS
COMM. # 1326724
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My commission expires October 25, 2005

Exhibit No. 24
Witness: Shearer
Date: 6-3-14
Leigh Ann Orozco, CSR No. 7607

IRS03798

| ACCOUNT TITLE | ACCOUNT NUMBER |
|---|---|
| Asteroid Black Management Co. Trust DBA: Mtn Shasta Ear, Nose, & Throat Med. Office | PII |
| | DATE OPENED 5/7/96 |

TYPE OF ACCOUNT ___ Bus Checking ___ ASTERLMCTR00

☐ FORMAL TRUST ☐ COURT ORDER ☒ PROF. TRUST FUND ☐ U.T.M.A.

Except as otherwise provided in the TIMBERLINE COMMUNITY BANK'S Deposit Agreement and Disclosure for this account, if more than one fiduciary has signed below, the Bank may permit withdrawals when authorized by ☐ ALL ☒ ANY _2_ of them. The Bank will not be responsible to assure that deposits to or withdrawals from the account are made in accordance with his, her or their fiduciary duties.

SPECIAL SIGNATURE REQUIREMENTS
2 Signatures Required for all Withdrawals

1 X _Daniel W. Bullock_
SIGNATURE   BULLO2D5W000   DATE

2 X _Richard Shearer_
SIGNATURE   SHEAR2K6.DB00   DATE

3 X ___
SIGNATURE   DATE

TAXPAYER I.D. NUMBER
PII

☒ LEGAL DOCUMENT ON FILE

THE BANK IS AUTHORIZED TO ☒ MAIL ALL STATEMENTS AND VOUCHERS ☐ HOLD THEM UNTIL CALLED FOR

| | 1 | 2 | 3 |
|---|---|---|---|
| STREET ADDRESS CITY STATE/ZIP | 701 Pine Street Mt. Shasta, CA 96067 | | |
| HOME PHONE # | 916-926-3036x 5664 | 916-926-6336 | |
| EMPLOYER NAME/ADDRESS | Physician | Physician | |
| WORK PHONE # | 916-926-3036x5211 | 916-926-3836 | |
| CDL | N4649027 | S0944468 | |
| MMN | Hanson | Georgeson | |
| DOB/POB | 51 | 52 | |
| OTHER I.D. | | | |

CHEX SYSTEM ☒ NO RECORD   Dr. Shearer/Existing Customer

| DATE OPENED 5/7/96 | BY PS | OPENING AMOUNT $ 100.00 Cash | APPROVED BY W.K.4 | SUPERCEDES CARD DATED |
|---|---|---|---|---|
| DATE CLOSED 4/18/2000 | BY PB | CLOSING AMOUNT $39 44 | REASON FOR CLOSING Not Needed | |

☐ FORMAL TRUST
This account is established by the Depositor(s) a ☐ Trustee under a written trust agreement dated ___, 19___, created by ___ as Trustor. The Trustee declares that the following person(s) are the beneficiary(ies) under this trust agreement.
Name of Beneficiary ___ Relationship to Trustor ___

This account is established by the Depositor as ☐ Conservator ☐ Guardian ☐ Executor ☐ Administrator of the Estate of ___

☐ COURT ORDER
This account is established by the Depositor(s), pursuant to a court order dated ___ case number ___ ☐ Superior ☐ Municipal Court of ___ ☐ U.S. District Court. Except as otherwise provided in the Deposit Agreement and Disclosure for this account, if more than one fiduciary has signed below, the Bank may permit withdrawals when authorized by ☐ all ☐ any ___ of them, subject to a court order approving the withdrawal if required by the above described court order.

☒ PROFESSIONAL TRUST ACCOUNT
This account is established by the Depositor(s) for the benefit of his, her or their clients; as required by the laws and regulations relating to the _Business_ profession. For attorney's accounts only: This account ☐ shall be maintained under the Legal Services Trust Fund Program administered by the State Bar of California ☐ shall be maintained for the benefit of the following person: _Copy of Trust on file_

☐ UNIFORM TRANSFER TO MINOR
This account is established by the person who signs on signature line 1 as custodian for ___ a minor, under the California Uniform Transfer to Minors Act. (No one may sign on signature lines 2 or 3. Enter the personal information of minor in column 2 above.) See the California Uniform Transfer to Minors Act Agreement on reverse.

This account will be maintained subject to all applicable laws and the Bank's present and future rules, regulations, practices and charges, including, without limitation, those stated on the documents listed in the next paragraph.
I/we acknowledge receipt of a copy of the Bank's Schedule of Fees and Charges, Deposit Agreement and Disclosure, Disclosure of Funds Availability Policy, Penalty for Payment of Time Deposits Before Maturity and Electronic Funds Transfer Disclosure.

"Under penalties of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number; and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.":

CHECK THE BOX IF YOU ARE CURRENTLY SUBJECT TO BACKUP WITHHOLDING. ☐



Exhibit No. _38_
Witness: _Shearer_
Date: _6-3-14_
Leigh Ann Orozco, CSR No. 7607

IRS00392

ACCOUNT TITLE ASTEROID BLACK MANAGEMENT
CO. TRUST II, DBA, MT. SHASTA EAR,
NOSE, & THROAT MEDICAL OFFICE

ACCOUNT NUMBER
PII

DATE OPENED 2/1/2000

TYPE OF ACCOUNT __BUSINESS TRUST CHECKING__

☐ FORMAL TRUST   ·   ☐ COURT ORDER   ☒☒ PROF. TRUST FUND   ☐ U.T.M.A.

Except as otherwise provided in the TIMBERLINE COMMUNITY BANK'S Deposit Agreement and Disclosure for this account, if more than one fiduciary has signed below, the Bank may permit withdrawals when authorized by ☐ ALL ☒☒ ANY __ONE__ of them. The Bank will not be responsible to assure that deposits to or withdrawals from the account are made in accordance with his, her or their fiduciary duties.

SPECIAL SIGNATURE REQUIREMENTS   SUPERCEEDS CARD DATED 5/7/98

ASTEBLMCT000

[1] X _(signature)_ CROCK3L5D000   DATE 1-21-00   [2] X _____ SIGNATURE   DATE

[3] XLONNIE D. CROCKETT
SIGNATURE   DATE

TAXPAYER I.D. NUMBER
PII

☒☒ LEGAL DOCUMENT ON FILE

THE BANK IS AUTHORIZED TO ☒☒ MAIL ALL STATEMENTS AND VOUCHERS   ☐ HOLD THEM UNTIL CALLED FOR

| | STREET ADDRESS | 134 W. PARRISH LANE #4 | | MAILING ADDRESS |
| | CITY | CENTERVILLE | | 701 PINE ST. |
| | STATE/ZIP | UTAH 84014 | | MT. SHASTA, CA 96067 |
| HOME PHONE # | 801-536-6422 | | | 530-926-5664 |
| EMPLOYER NAME/ADDRESS | LARRWEST BUS. CONSULTING CO. INTERNATIONAL | | | |
| WORK PHONE # | 801-299-9390 | | | |
| SS#/DL# | 52960591 | | | |
| MMN | WILSON | | | |
| DOB/POB | 49 | | | |
| OTHER I.D. | PII | | | |

CHEX SYSTEM ☐ NO RECORD   EXISTING CUSTOMER /b

| DATE OPENED | BY LB | OPENING AMOUNT | APPROVED BY | SUPERCEDES CARD DATED |
| 5/7/98 | KB | $ 100.00 | | 5/7/98 |
| DATE CLOSED | BY | CLOSING AMOUNT $ | REASON FOR CLOSING | |

☒ FORMAL TRUST
This account is established by the Depositor(s) a ☒ Trustee under a written trust agreement dated __JANUARY 10__ 19 __95__ created by _____ as Trustor. The Trustee declares that the following person(s) are the beneficiary(ies) under this trust agreement.

Name of Beneficiary __TRUST ON FILE__   Relationship to Trustor _____

This account is established by the Depositor as ☐ Conservator ☐ Guardian ☐ Executor ☐ Administrator of the Estate of _____

☐ COURT ORDER
This account is established by the Depositor(s), pursuant to a court order dated _____, case number _____ ☐ Superior
☐ Municipal Court of _____ ☐ U.S. District Court. Except as otherwise provided in the Deposit Agreement and Disclosure for this account,
if more than one fiduciary has signed below, the Bank may permit withdrawals when authorized by ☐ all ☐ any _____ of them, subject to a court order approving the withdrawal if required by the above described court order.

☐ PROFESSIONAL TRUST ACCOUNT
This account is established by the Depositor(s) for the benefit of his, her or their clients, as required by the laws and regulations relating to the _____
profession. For attorney's accounts only. This account ☐ shall be maintained under the Legal Services Trust Fund Program administered by the State Bar of
California ☐ shall be maintained for the benefit of the following person: _____

☐ UNIFORM TRANSFER TO MINOR
This account is established by the person who signs on signature line 1 as custodian for _____, a minor, under the California Uniform Transfer
to Minors Act. (No one may sign on signature lines 2 or 3. Enter the personal information of minor in column 2 above.) See the California Uniform Transfer to Minors Act
Agreement on reverse.

This account will be maintained subject to all applicable laws and the Bank's present and future rules, regulations, practices and charges, including, without limitation, those stated on the documents listed in the next paragraph.
I/we acknowledge receipt of a copy of the Bank's Schedule of Fees and Charges, Deposit Agreement and Disclosure, Disclosure of Funds Availability Policy, Penalty for Payment of Time Deposits Before Maturity and Electronic Funds Transfer Disclosure.

"Under penalties of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number; and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

CHECK THE BOX IF YOU ARE CURRENTLY SUBJECT TO BACKUP WITHHOLDING. ☐

IRS00393