

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

Plaintiff,

vs.

L. RICHARD SHEARER; DIANE SHEARER; STANLEY SWENSON as Trustee of the HOTLUM TRUST, BERRYVALE TRUST, and REGENCY TRUST; CARL S. WILSON; CAROL WILSON; EVELYN LOUISE SHEARER, as Trustee of the EVELYN LOUISE REVOCABLE TRUST; VERNON L. SWENSON; LEORA SWENSON,

Defendants.

____________________________ /

Civil No. 2:12-CV-02334 GEB GGH PS

CERTIFIED TRANSCRIPT

DEPOSITION OF

STANLEY SWENSON

Volume 1 (Pages 1 - 179)

Wednesday, June 4, 2014

NOTICING ATTORNEY: G. PATRICK JENNINGS, ESQ.

REPORTED BY: LEIGH ANN OROZCO, CSR NO. 7607

DEP000344

APPEARANCES

For the Plaintiff:

U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
By: G. Patrick Jennings, Esq.
guy.p.jennings@usdoj.gov
PO Box 683
Washington, D.C. 20044
(202) 307-6648
(202) 307-0054

For the Defendant SHEARER:

By: Matthew Gilmartin, Esq.
matt7g@att.net
9267 Basswood Drive
Olmsted Falls, Ohio 44138
(440) 479-8630
(440) 398-0179

For the Defendant SWENSON:

By: Joe A. Izen, Jr., Esq.
jizen@comcast.net
5222 Spruce Street
Bullaire, Texas 77401
(713) 668-8815
(713) 668-9402

DEP000345

INDEX OF EXAMINATION

| | PAGE |
|---|---|
| EXAMINATION BY MR. JENNINGS | 5, 164 |
| EXAMINATION BY MR. GILMARTIN | 160 |
| EXAMINATION BY MR. IZEN | 162 |
| QUESTIONS MARKED | NONE MARKED |
| WITNESS' CHANGES OR CORRECTIONS | 177 |
| REPORTER'S CERTIFICATE | 178 |
| WITNESS' LETTER | 179 |

--o0o--

INDEX OF EXHIBITS

| Plaintiff's Exhibit | Description | Page |
|---|---|---|
| Ex 35 | Acceptance of the Trust by the Trustee, Bates IRS03932; 1 page | 78 |
| Ex 36 | Cancelled checks, Bates IRS01390; 1 page | 84 |
| Ex 37 | Bank signature card, Bates IRS01391; 1 page | 86 |
| Ex 38 | Cancelled checks, Bates IRS01393, IRS01395, IRS01397, IRS01399 and IRS01401; 4 pages | 89 |
| Ex 39 | Cancelled checks and bank signature card, Bates IRS01403, IRS01410, IRS01412, IRS01413 and IRS01415; 5 pages | 103 |

DEP000346

INDEX OF EXHIBITS

| Plaintiff's Exhibit | Description | Page |
|---|---|---|
| Ex 40 | Cancelled checks, Bates IRS01416, IRS01473, IRS01474, IRS01476, IRS01485, IRS01489, IRS01492, IRS01493, IRS01503 and IRS01512; 10 pages | 109 |
| Ex 41 | Cancelled checks, Bates IRS01522, IRS01523, IRS01536, IRS01554, IRS01555, IRS01576, IRS01592, IRS01600, IRS01659 and IRS01706; 10 pages | 118 |
| Ex 42 | Cancelled checks, Bates IRS01707, IRS01712, IRS01820, IRS01821, IRS01827, IRS01832, IRS01944, IRS02208, IRS02406 and IRS02476; 10 pages | 127 |
| Ex 43 | 2004 Form 1041 for Strawberry Valley Family Trust, Bates IRS02771-02780; 10 pages | 135 |
| Ex 44 | 2004 Form 1041 for Regency Trust, Bates IRS03363; 1 page | 141 |
| Ex 45 | 2004 Form 1041 for Strawberry Valley Family Trust, Bates IRS03368; 1 page | 142 |
| Ex 46 | 2003 Form 1041 for Strawberry Valley Family Trust, Bates IRS03386, IRS03391, IRS03393, IRS03394 and IRS03400; 5 pages | 142 |
| Ex 47 | 2002 Form 1041 for Strawberry Valley Family Trust, Bates IRS03403, IRS03407 and IRS03412; 3 pages | 142 |

--o0o--

DEP000347

BE IT REMEMBERED that on Wednesday, June 4, 2014, at the hour of 9:30 a.m. of said day, at the Office of the United States Attorney, 501 I Street, 10th Floor, Room 10-159, Sacramento, California, before me, LEIGH ANN OROZCO, Certified Shorthand Reporter No. 7607, personally appeared STANLEY SWENSON, called as a party witness herein, who, having been duly sworn, was thereupon examined and testified as follows:

--o0o--

THE REPORTER: Mr. Swenson, would you raise your right hand, please?

Do you solemnly state that the testimony you are about to give in this matter will be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS: I do.

THE REPORTER: Thank you.

EXAMINATION BY MR. JENNINGS

**Q. Could you state your full name for the record?**

A. Stanley Swenson.

MR. JENNINGS: Do we want to make appearances?

MR. IZEN: It would be fine. I'm Joe Alfred

**Q. And you make a record of that?**
A. Yes.
**Q. Is there a rental agreement with Dr. Solus?**
A. Yes.
**Q. Is it a written agreement?**
A. Yes.
**Q. Do you have a copy of that?**
A. Yes.
**Q. Have you -- well, we'll talk about the tax returns probably with them in front of us. I think that would be more productive.**
**Let's see what we've got.**
MR. JENNINGS: Let's go off the record for a moment, if that is okay.
MR. IZEN: All right.
(Discussion off the record.)
MR. JENNINGS: Let's go back on the record and go ahead and mark this as an exhibit. Marked IRS03932.
THE REPORTER: Exhibit 35 marked for identification.
**Q. BY MR. JENNINGS: Mr. Swenson, did you sign that document?**
A. Yes, I did.
**Q. Is that the date and time you became trustee**

DEP000421

**you use?**

A. No.

**Q. Do you ever use a P.O. Box?**

A. Yeah, P.O. Box 1000.

**Q. Have you ever used a different number P.O. Box?**

A. No.

**Q. Is old -- 835 Old Stage Road, is that your residence?**

A. It was. The -- no, wait a minute. My old address on this is 14308 Old Westside Road, Grenada, California. I worked for Timberworks. When you get over to the other side, mailing address P.O. Box 1043, I don't know whose address that is.

MR. JENNINGS: I'm going to do five pages of checks at a time, if that's all right. Do we have -- excuse me. Let's go off the record for a moment.

(Discussion off the record.)

MR. JENNINGS: Go back on the record.

THE REPORTER: Exhibit 38 marked for identification.

**Q. BY MR. JENNINGS: If you could glance through Exhibit 38 and tell us whether you have signed every check in that five-page exhibit beginning with IRS 1393?**

CERTIFICATE OF REPORTER

I, LEIGH ANN OROZCO, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: 6/9/14 Leigh Ann Orozco

LEIGH ANN OROZCO, RPR, CSR 7607

DEP000521

## ACCEPTANCE OF THE TRUST BY THE TRUSTEE

I, STANLEY SWENSON, do hereby accept the position of Trustee of REGENCY TRUST. In this capacity, I do hereby accept the property of the Trust and agree to the following: to hold, conserve, maintain, improve, administer, manage, and distribute all those Trust properties, real and personal, forming, or which may form, the corpus and principal of this Trust in accordance with provisions contained within the Trust instrument of the said Trust.

IN ACCORDANCE with the Trust instrument, I do reserve the right to resign from this position at any time.

Dated this 28th day of February 2002.

Signature of Accepting Trustee:

By: [signature], Trustee
STANLEY SWENSON

## CERTIFICATE BY THE TRUSTEE

I, DANIEL W. BULLOCK, the First Trustee of REGENCY TRUST, did select and appoint STANLEY SWENSON, as the Third Trustee on the 28th day of February 2002.

Signature of First Trustee:

By: [signature], Trustee
DANIEL W. BULLOCK

Exhibit No. 35
Witness: Swenson
Date: 6-4-14
Leigh Ann Orozco, CSR No. 7607

DEP000523


STRAWBERRY FAMILY TRUST
P.O BOX 1000
MT SHASTA, CA 96067

798

PII

11/22/06 DATE

PAY TO THE ORDER OF Arizona ARIZONA GAME & FISH DEPARTMENT $ 222.00

Two hundred twenty-two and 00/100 DOLLARS

PremierWest BANK Information Center 800.708.4378 24-Hour TeleBank 877.489.2265

FOR AZ16485

⑆123206590 PII ⑈0000022200⑈

$222.00 PII 12/04/2006

BANK OF AMERICA,NA POR
323070280 E0510 90 P2 PII
12/01/06 PREMIERWEST BANK
12/04/06 PII

PII

FRB SEA 1250-0001-1
12042006D
ENT=1976 TRC=1976 FX=18

PII

76-7488

BANK OF AMERICA,NA TPE
122101706 E3526 90 P12
11/30/06

PII

FOR DEPOSIT ONLY
ARIZONA GAME & FISH
AZ GAME-FISH-WATERCRAFT
STATE TREASURER
Tendered #222.00
11/29/2006 09:06 Store 1 Reg 9
Clerk 905 Trx 313612

$222.00 PII 12/04/2006

STRAWBERRY FAMILY TRUST
P O BOX 1000
MT SHASTA, CA 96067

797

PII

11/22/06 DATE

PAY TO THE ORDER OF Lake-Siskiyou Mutual Water Co. $ 56.94

Fifty-six and 94/100 DOLLARS

PremierWest BANK Information Center 800.708.4378 24-Hour TeleBank 877.489.2265

FOR

⑆123206590 PII

$56.94 PII 11/29/2006

Exhibit No. 38
Witness: Swenson
Date: 6-4-14
Leigh Ann Orozco, CSR No. 7607

IRS01393

DEP000526





PII 01 PII 01
PREMIERWEST BANK PII
11/06/06 >1232-06590<

$227. PII 11/06/2006

PII
11/06/2006
PII

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

STRAWBERRY FAMILY TRUST

794

10/27/06

Vernon + Leona Swenson $ 1599.65

Fifteen hundred ninety-nine + 65/100 DOLLARS

FOR Nov. '06

$1,599.65 PII 11/06/2006

BANK OF AMERICA

PREMIERWEST BANK (541) 776-7400
11/06/06

11/02/2006

Do not endorse or write below this line.

FRB SEA 1250-6631-1

$1,599.65 PII 11/06/2006

IRS01395

DEP000527
DEP000527



$955.652005001041111/01/2006

STRAWBERRY FAMILY TRUST
P O BOX 1000
MT SHASTA, CA 96067

795

10/30/06
DATE

PAY TO THE ORDER OF Stanley Swenson $ 5000.00

five thousand & no/100 DOLLARS

PremierWest BANK
Information Center 800.708.4378
24-Hour TeleBank 877.489.2265

FOR Loan Repayment

Stanley Swenson Trustee

⑆123206590⑆ PII

$5,000.00 [PII] 10/30/2006

PII 01 PII 01
PREMIERWEST BANK (541) 776-7400
10/30/06 PII

Stanley Swenson
6850012

$5,000.002 PII 10/30/2006

IRS01397



$300.00 PII 10/06/2006

STRAWBERRY FAMILY TRUST
P O BOX 1000
MT SHASTA, CA 96067

786

10/4/06 DATE

PAY TO THE ORDER OF: REGENCY TRUST $ 10,000.00

TEN THOUSAND DOLLARS ONLY DOLLARS

PremierWest Bank
Information Center 800.708.4378
24-Hour TeleBank 877.489.2265

FOR

Trustee

⑆123206590⑆ PII

$10,000.00 PII 10/06/2006

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
In Accordance With Payee's Instructions
Absence of Endorsement Guaranteed
PREMIERWEST BANK
96-859 Mt. Shasta, CA 96-859

PII PII 01
PREMIERWEST BANK (541) 776-7400
10/06/06 PII

6 8 5 00 967

$10,000.00 PII 10/06/2006

IRS01399

DEP000529



$1,976.00 PII 01/17/2006

STRAWBERRY FAMILY TRUST
P O BOX 1000
MT SHASTA, CA 96067

744

12/31/05
DATE

PAY TO THE ORDER OF MBNA AMERICA $ 479.52

Four hundred seventy-nine + 52/100 DOLLARS

PremierWest BANK Information Center 800.708.4378 24-Hour Telebank 877.489.2261

FOR PII

⑆123206590⑆ PII ⑈0000047952⑈

$479.52 PII 01/11/2006

PREMIERWEST BANK (541) 776-7400
000000002059800000000010

$479.52 PII 01/11/2006

IRS01401

DEP000530