

**Exhibit**

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--oOo--


UNITED STATES OF AMERICA,

      Plaintiff,

vs.

L. RICHARD SHEARER; DIANE
SHEARER; STANLEY SWENSON as
Trustee of the HOTLUM TRUST,
BERRYVALE TRUST, and REGENCY
TRUST; CARL S. WILSON; CAROL
WILSON; EVELYN LOUISE
SHEARER, as Trustee of the
EVELYN LOUISE REVOCABLE
TRUST; VERNON L. SWENSON;
LEORA SWENSON,

      Defendants.

_____ /

Civil No.
2:12-CV-02334 GEB
GGH PS

**CERTIFIED TRANSCRIPT**


DEPOSITION OF

DANIEL W. BULLOCK, M.D.

Volume 1 (Pages 1 - 83)

Thursday, June 5, 2014


NOTICING ATTORNEY:  G. PATRICK JENNINGS, ESQ.


REPORTED BY:  LEIGH ANN OROZCO, CSR NO. 7607

DEP000586

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
Daniel Bullock, 06/05/2014

```
 1    APPEARANCES

 2    For the Plaintiff:

 3         U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
           By:  G. Patrick Jennings, Esq.
 4              guy.p.jennings@usdoj.gov
           PO Box 683
 5         Washington, D.C. 20044
           (202) 307-6648
 6         (202) 307-0054


 7
      For the Defendant SHEARER:
 8
           By:  Matthew Gilmartin, Esq.
 9              matt7g@att.net
           9267 Basswood Drive
10         Olmsted Falls, Ohio 44138
           (440) 479-8630
11         (440) 398-0179


12
      For the Defendant SWENSON:
13
           By:  Joe A. Izen, Jr., Esq.
14              jizen@comcast.net
           5222 Spruce Street
15         Bullaire, Texas  77401
           (713) 668-8815
16         (713) 668-9402

17

18

19

20

21

22

23

24

25
```

DEP000587

```
 1                    INDEX OF EXAMINATION

 2                                               PAGE

 3   EXAMINATION BY MR. JENNINGS                    5

 4   QUESTIONS MARKED                     NONE MARKED

 5   WITNESS' CHANGES OR CORRECTIONS              81

 6   REPORTER'S CERTIFICATE                       82

 7   WITNESS' LETTER                              83

 8

 9
                          --o0o--
10

11
                     INDEX OF EXHIBITS
12

13   Plaintiff's
     Exhibit       Description                   Page
14
     Ex 48      Atlantic Telesis invoices and
15              checks, Bates IRS00301-00311;
                11 pages                           34
16
     Ex 49      Regency Trust documents, Bates
17              IRS03882, IRS03892-03894; 4 pages  42

18   Ex 50      Minutes of Regency Trust, Bates
                IRS03910-03911, IRS03913 and
19              IRS03916; 4 pages                  48

20   Ex 51      Photocopy of check and deposit
                slip, Bates IRS00335; 1 page       49
21
     Ex 52      Photocopy of cancelled check,
22              Bates IRS02833-02834; 2 pages      53

23   Ex 53      Photocopy of cancelled check,
                Bates IRS02835-02836; 2 pages      54
24

25
```

DEP000588

```
 1              INDEX OF EXHIBITS (Continued)

 2
      Plaintiff's
 3    Exhibits         Description                    Page

 4    Ex 54      1995 Form 1041 for Asteroid Black
                 Management Co. Trust, Bates
 5               IRS02989-02990, IRS02993 and
                 IRS03015; 4 pages                     56
 6
      Ex 55      1998 Schedule K-1, Bates
 7               IRS03322; 1 page                      62

 8    Ex 56      Photocopy of check, Bates
                 IRS00391; 1 page                      64
 9

10

11                       --oOo--

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DEP000589

```
 1          BE IT REMEMBERED that on Thursday, June 5,

 2   2014, at the hour of 9:30 a.m. of said day, at the

 3   Office of the United States Attorney, 501 I Street,

 4   10th Floor, Room 10-159, Sacramento, California,

 5   before me, LEIGH ANN OROZCO, Certified Shorthand

 6   Reporter No. 7607, personally appeared DANIEL W.

 7   BULLOCK, M.D., called as a witness herein, who,

 8   having been duly sworn, was thereupon examined and

 9   testified as follows:

10                        --o0o--

11          THE REPORTER:  Dr. Bullock, would you raise

12   your right hand, please?

13          Do you solemnly state that the testimony you

14   are about to give in this matter will be the truth,

15   the whole truth and nothing but the truth, so help

16   you God?

17          THE WITNESS:  Yes.

18          THE REPORTER:  Thank you.

19          EXAMINATION BY MR. JENNINGS

20   Q.     Could you state your full name for the

21   record, please?

22   A.     Daniel William Bullock.

23   Q.     Have you ever had your deposition taken

24   before?

25   A.     Many times.
```

DEP000590

1  were the trustee of this trust?

2  A.        My understanding is that the real estate was

3  -- whatever it says here was --

4  Q.        I'm not trying to force you to know nothing.

5  Sometimes I'm very happy with you knowing nothing.

6  A.        Yeah.

7         MR. GILMARTIN:  I'm going to object that the

8  person who creates the trust isn't necessarily the

9  same person who provides the assets to fund it.

10         THE WITNESS:  So I don't know.

11         MR. JENNINGS:  Let's mark this one -- and I

12  do have three -- as the next exhibit.

13         THE REPORTER:  Exhibit 50 marked for

14  identification.

15  Q.        BY MR. JENNINGS:  Dr. Bullock, can you

16  confirm that the page number at the bottom is 3913?

17  A.        3910.

18  Q.        Huh-uh.

19  A.        I have 3910.

20         MR. GILMARTIN:  I have 3911.

21         THE WITNESS:  We are not on the same page.

22  Q.        BY MR. JENNINGS:  We are not on the same

23  page.  I'm sorry.  I meant this all to be one thing.

24  Let's get that back.  I'm going to run off a quick

25  copy or can I just read the Bates in?

DEP000633

1    form out, and Strawberry Valley, which is the

2    beneficiary trust.  Do you recall that?

3    A.        From the piece of paper, my name is on it so

4    I must have seen it at some point in time but I don't

5    remember at this point in time.

6              MR. JENNINGS:  Mark that last one.

7              THE REPORTER:  Exhibit 56 marked for

8    identification.

9              MR. JENNINGS:  Sorry I don't have a copy of

10   this one.  It's just an Atlantic Telesis check.

11             MR. GILMARTIN:  Okay.

12   Q.        BY MR. JENNINGS:  Could you confirm,

13   Dr. Bullock, that you are looking at Exhibit 56, page

14   marked 391?

15   A.        Yes.

16   Q.        That is a one-page exhibit?

17   A.        Yes.

18   Q.        And did you sign it?

19   A.        Yes.

20   Q.        And did Richard Shearer also sign it?

21   A.        Looks likes it, yes.

22   Q.        So at some point do you recall if Richard

23   Shearer could sign checks for Asteroid Black?

24   A.        I don't recall, but I see here on this check

25   it says that two signatures were required and he must

UNITED STATES vs. 2:12- GGH PS L. RICHARD SHEARER
Daniel Bullock, 06/05/2014

```
 1              CERTIFICATE OF REPORTER
 2       I, LEIGH ANN OROZCO, a Certified Shorthand
 3  Reporter, hereby certify that the witness in the
 4  foregoing deposition was by me duly sworn to tell the
 5  truth, the whole truth and nothing but the truth in
 6  the within-entitled cause;
 7       That said deposition was taken down in
 8  shorthand by me, a disinterested person, at the time
 9  and place therein stated, and that the testimony of
10  the said witness was thereafter reduced to
11  typewriting, by computer, under my direction and
12  supervision;
13       That before completion of the deposition,
14  review of the transcript [X] was [ ] was not
15  requested.  If requested, any changes made by the
16  deponent (and provided to the reporter) during the
17  period allowed are appended hereto.
18       I further certify that I am not of counsel or
19  attorney for either or any of the parties to the said
20  deposition, nor in any way interested in the event of
21  this cause, and that I am not related to any of the
22  parties thereto.
23  DATED:
24       _____
25       LEIGH ANN OROZCO, RPR, CSR 7607
```

DEP000667

**MINUTES
OF
REGENCY TRUST**

The Board of Trustees, Unless a Written Dissent appears, approved the following Resolution(s)

That Asteroid Black Management Co. Trust borrrow the rental income of Regency Trust to be repaid to Regency Trust with 10% interest on or before January 1997.   A note for each borrowed amount will be prepared by the Manager and Secretary and a minute will be noted when these loans are repaid.

There being no further matters to bring before this board, it is motioned and seconded that the meeting be adjourned. Dated the _1st_ of _February_ , 19_95_.

By: _Daniel Bullock_ .Trustee   By: _Lonnie L. Crockett_ .Trustee
DANIEL W. BULLOCK, TRUSTEE      LONNIE D. CROCKETT, TRUSTEE

_Diane Shearer_
DIANE SHEARER, SECRETARY

REGENCY TRUST                          Trust Minutes Number ___



Exhibit No. 50
Witness: Bullock
Date: 6-5-14
Leigh Ann Orozco, CSR No. 7607

IRS03910

DEP000684
DEP000684

# MINUTES
## OF
## REGENCY TRUST

The Board of Trustees, Unless a Written Dissent appears, approved the following Resolution(s)

That Asteroid Black Management Co. Trust pay the monthly mortgage payment for property owned by Regency Trust to be repaid by RegencyTrust with 10% interest on or before January 1997. A note for each loaned amount will be prepared by the Manager and Secretary and a minute will be noted when these loans are repaid.

There being no further matters to bring before this board, it is motioned and seconded that the meeting be adjourned. Dated the _1st_ of _February_ , 19 _95_

By: _Daniel Bullock_   Trustee   By: _Lonnie Crockett_   Trustee
DANIEL W. BULLOCK, TRUSTEE          LONNIE D. CROCKETT, TRUSTEE

_Diane Shearer_
DIANE SHEARER, SECRETARY

REGENCY TRUST                    Trust Minutes Number ____

Exh. 50

IRS03911

DEP000685
DEP000685

**MINUTES
OF
REGENCY TRUST**

The Board of Trustees, Unless a Written Dissent appears, approved the following Resolution(s)

Because of the delay and difficulty involved in out of state banking, it was agreed to open a local bank account for Regency Trust at Timberline Bank in Mt. Shasta.  Lonnie Crockett will talk to the local bank manager and arrange this with two signatories, the Manager and a Trustee, required on each check. The Manager will arrange a wire transfer from First Union National Bank of North Carolina when this new local account is ready.

There being no further matters to bring before this board, it is motioned and seconded that the meeting be adjourned. Dated the 16th of APRIL , 1996.

By: _David Bullock_ , Trustee,   By _Lonnie D. Crockett_ , Trustee
DANIEL W. BULLOCK, TRUSTEE            LONNIE D. CROCKETT, TRUSTEE

_Diane Shearer_
DIANE SHEARER, SECRETARY


REGENCY TRUST                          Trust Minutes Number ____

IRS03913

Ex 50

DEP000686
DEP000686

## MINUTES
## OF
## REGENCY TRUST

The Board of Trustees, Unless a Written Dissent appears, approved the following Resolution(s)

To acknowledge the repayment of the 1995/96 loans from Asteroid Black Management Co. Trust with 10% interest. The notes for these loans totaling $12879.40 were signed off as paid in full.

There being no further matters to bring before this board, It is motioned and seconded that the meeting be adjourned. Dated the ___ of _____, 19__

By: _____ , Trustee   By: _____ , Trustee
DANIEL W. BULLOCK, TRUSTEE            LONNIE D. CROCKETT, TRUSTEE

_____
DIANE SHEARER, SECRETARY

REGENCY TRUST                         Trust Minutes Number ___

IRS03916

DEP000687
DEP000687

**ASTEROID BLACK MANAGEMENT CO. TRUST**
DBA MT. SHASTA EAR, NOSE, & THROAT
MEDICAL OFFICE
701 PINE STREET
MT. SHASTA, CA 96067

TIMBERLINE COMMUNITY BANK
MOUNT SHASTA, CA 96067
90-3780/1211

1778

2/28/97

PAY TO THE
ORDER OF  *Atlantic Telesis Management Co. Trust*  $ *5000.00*

*Five thousand dollars only.*  DOLLARS

Security features
included.
Details on back.

TWO SIGNATURES REQUIRED

By *Daniel W. B. Clark, Trustee*

*Richard Shea*                                    MP

MO _____

PII                               PII



Exhibit No. 56
Witness: *Bullock*
Date: *U-5-14*
Leigh Ann Orozco, CSR No. 7607

IRS00391

DEP000698
DEP000698