
Exhibit 10

**Stevko, Alexander (TAX)**

| | |
|---|---|
| **From:** | Matthew Gilmartin <matt4g@att.net> |
| **Sent:** | Monday, February 10, 2014 1:00 PM |
| **To:** | Jennings, Guy P. (TAX) |
| **Cc:** | Joe Izen; jizen Izen; Richard Shearer |
| **Subject:** | Izen Medical Correspondence |
| **Attachments:** | Izen Medical Obernour Off Work Letter 2-7-14[1].pdf; Izen Medical Spinal Tap and Blood test results 11-11-13[1].pdf; Izen_Eye_photos_9-28-11[1]-1.pdf |

Dear Mr. Jennings,

Attached to this email are:

1. Letter from his physician about not being able to leave the house during course of treatment.
2. Photos with swollen shut right eye.
3. Medical test results for Lyme Disease.

Ironically, I attended high school in Lyme - Old Lyme, Connecticut, so I am very familiar with the disease. My father had it three times and one of my sisters had it once. They were treated immediately upon contracting the disease
and swiftly recovered from it. Mr. Izen has been told that he has had the disease between 25 and 30 years. He believes he
contracted it in either Massachusetts or Pennsylvania. The disease resembles Syphilis in that it spreads spirochetes in the blood
through out the body and attacks the joints and nerves, such as the optic nerve. This is the case with Mr. Izen. Let us pray
that his course of treatment is successful.


Matthew Gilmartin
Matthew Gilmartin, Attorney at Law, LLC
9267 Basswood Dr.
Olmsted Falls, OH 44138
Tel: 440-479-8630
Fax: 440-398-0179
Email: matt4g@att.net



The preceding message and any attachments are confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If this message has been sent to you in error, please (i) do not read it, (ii) reply to the sender that you have received the message in error, and (iii) erase or destroy the message. Any unauthorized review, use, disclosure or distribution is prohibited. To the extent this e-mail message contains legal advice it is solely for the benefit of the client(s) of Matthew Gilmartin, Attorney at Law, L.L.C.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.