**Exhibit**

11

**Stevko, Alexander (TAX)**

| | |
|---|---|
| **From:** | Joe <joeslowgo@hotmail.com> |
| **Sent:** | Wednesday, June 18, 2014 4:37 PM |
| **To:** | Jennings, Guy P. (TAX) |
| **Subject:** | FW: JAI Response; Shearer discovery from Jennings |

Pat -

   I am resending this email message/response since I erroneously sent it to my other office email address and not you.

   Regards,

      Joe Alfred Izen Jr.

---

From: joeslowgo@hotmail.com
To: jizen@comcast.net; matt4g@att.net
Subject: RE: JAI Response; Shearer discovery from Jennings
Date: Wed, 18 Jun 2014 15:34:11 -0500

Pat -

   Yes. The extension is agreed to.  I have not given you a written response on the items you requested from Swenson.  At the Deposition you stated you would provide me a list of the few items you wanted Mr. Swenson to look for. Maybe these items were not included in your previous requests.  I request that you provide me a list of what you still need and don't have from Shearer's discovery previously delivered to you and/or what you have in your possession.  My position on authenticity is to agree that the document is authentic unless there is some question of readability or the identity of the author of the document.  You can count on not having to produce authentication witnesses at trial for most of your documents and/or the local rules may provide we waive authenticity objections if not made some days before trial (I haven't checked).

   If Lonnie Crockett's deposition is to go off in Utah as previously discussed I request the abillity to participate by telephone.  I did get through the last depositions in Sacramento but the travel was hard on my medical condition. I am facing another trial on July 10 with your office in Wichita Kansas in the Leathers case and bearing up to that much travel would be very difficult.

   Further I request that you consider your position on the authenticity of the Yang IRS documents Mr. Gilmartin provided you. If authenticity is going to be seriously questioned we may need to request another continuance to get to the bottom of any alleged forgery or other issues. If we can't get a formal position on authenticity we may have to send formal requests for admissions - and seek the aid of the Court for direction as to the mode of proof required to resolve the issue(s). I am certain Mr. Gilmartin will provide the original mail envelope and item from his client for inspection and copying  and,  if necessary,  for forensic examination. (The FBI Lab usually does that in my experience. We obtain our own expert if we don't agree with the report.) These problems were unforeseen when we started discovery. Plus these documents impact our respective settlement positions. Ms. Yang may need to be produced for deposition under this scenario.

I have included Mr. Gilmartin as a party to this communication.

Regards,

    Joe Alfred Izen Jr.

---

From: jizen@comcast.net
To: joeslowgo@hotmail.com
Subject: FW: Shearer discovery from Jennings
Date: Wed, 18 Jun 2014 14:41:40 -0500

---

**From:** Jennings, Guy P. (TAX) [mailto:Guy.P.Jennings@usdoj.gov]
**Sent:** Wednesday, June 18, 2014 2:39 PM
**To:** jizen Izen (jizen@comcast.net)
**Cc:** Matt4G@att.net
**Subject:** Shearer discovery

Joe,

I see I have some discovery responses due Friday, June 20.  Can I have an extension until Friday, June 27, and I will serve you by Federal Express?

G. Patrick Jennings
Trial Attorney
TAX - CTS-W
(202) 307-6648