```
 1  DAVID A. HUBBERT
    Deputy Assistant Attorney General
 2
    Alexander Stevko (CABN 301359)
 3  Chelsea Bissell (MTBN 58862977)
    Trial Attorneys, Tax Division
 4  U.S. Department of Justice
    P.O. Box 683
 5  Ben Franklin Station
    Washington, D.C. 20044-0683
 6  (202) 616-2380 (AS)
    (202) 307-1372 (CB)
 7  (202) 307-0054 (f)
    Alexander.Stevko@usdoj.gov
 8  Chelsea.E.Bissell@usdoj.gov
    Counsel for the United States of America
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:12-CV-02334-TLN-DB |
|---|---|
| Plaintiff, | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| L. Richard Shearer; Diane Shearer; Stanley Swenson as Trustee of the Hotlum Trust, Berryvale Trust, and Regency Trust; et al.; | |
| Defendants. | |

The United States of America gives notice pursuant to the Court's minute order (ECF No. 156) and Local Rule 270 that it has submitted its confidential settlement conference statement to Magistrate Judge Barnes.

Date: April 10, 2024

Respectfully submitted,
DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Alexander Stevko*_____
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

1

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 10, 2024, I caused a copy of the foregoing Notice 775898975906 to be sent to the following by ECF notification:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin, Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net | Attorney for L. Richard Shearer |
| SHAUN CUNNINGHAM  (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com | Attorney for L. Richard Shearer and Diane Shearer |
| JOE ALFRED IZEN, Jr<br>5222 Spruce Street<br>Bellaire, TX 7740<br>jizen@comcast.net | Attorney for Stanley Swenson as Trustee of the Hotlum Trust, the Berryvale Trust and the Regency Trust |
| JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com | Attorneys for Stanley Swenson as Trustee for Hotlum, Berryvale, and Regency Trusts |

I also certify that on the same day I served the following parties by mail:

Diane Shearer
701 Pine Street
Mt. Shasta, CA 96067
office@drshearer.com
*Pro se*

/s/ *Alexander Stevko*_____
Alexander Stevko
Trial Attorney, Tax Division
U.S. Department of Justice