Matthew Gilmartin, Esq.
P.O. Box 38040
Olmsted Falls, OH 44138
(440) 558-9014
(440) 398-0179 FAX

Shaun Cunningham
Law Office of Shaun Cunningham
24661 Del Prado #683
Dana Point, CA 92629
(949) 391-3725
(949) 305-5503(f)
mrshauncunningham@gmail.com
ATTORNEYS FOR DEFENDANT,
L. RICHARD SHEARER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| | § | |
| L. RICHARD SHEARER, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

**CERTIFICATE OF FILING DEFENDANT, L. RICHARD SHEARER'S SETTLEMENT STATEMENT PURSUANT TO COURT ORDER**

This is to certify that L. Richard Shearer's Confidential Settlement Statement was submitted to Judge Magistrate Barnes via email dborders@caed.uscourts.gov this afternoon by 12:55 Pacific Standard Time, on April 10th, 2024.

1

**Certificate of Service**

    This is to certify that this Certificate of Filing Defendant L. Richard Shearer's Confidential Settlement Statement was served by the Clerk of Court's ECF system this 10th Day of April, 2024 upon all parties to this lawsuit.

                                        Respectfully submitted,

                                        */s/Matthew Gilmartin*
Matthew Gilmartin
Ohio Bar No.# 0024683
P.O. Box 38040
Olmsted Falls, OH 44138
(440) 558-9014
(440) 398-0179 FAX
matt7g@att.net
Attorney for Defendant
L. Richard Shearer