```
Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 West Santa Ana Blvd., Suite 202
Santa Ana, California 92701
(714) 547-4700
(714) 547-4710 (f)
www.smaililaw.com
ATTORNEYS FOR DEFENDANT,
STANLEY SWENSON, TRUSTEE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | CASE NO. 2:12-CV-02334 |
| L. RICHARD SHEARER, et al., | § | |
| Defendants. | § | |

**DEFENDANT, SWENSON TRUSTEE'S, NOTICE OF SERVICE OF CONFIDENTIAL SETTLEMENT STATEMENT**

TO THE PRESIDING UNITED STATES DISTRICT JUDGE OF THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION:

    PURSUANT to Court Order, Defendant Stanley Swenson, Trustee served his confidential settlement statement on April 10, 2024 by emailing it to dborders@caed.uscourts.gov.

                                        Respectfully submitted,

                                        /s/ Joe Alfred Izen, Jr.
                                        _____
                                        Joe Alfred Izen, Jr.
                                        TBC # 10443500
                                        5526 McKnight Street
                                        Houston, Texas  77035
                                        (713) 668-8815
                                        (713) 668-9402 FAX
                                        jizen@comcast.net
                                        Attorney for Defendant Stanley

|   |   |
|---|---|
| 1 | Swenson, Trustee for Hotlum Trust, Berryvale Trust, and |
| 2 | Regency Trust |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document and the Declaration of Joe Alfred Izen, Jr. with its attached Exhibits were sent to the following attorneys and parties on March 28, 2024 via ECF transmission:

| | |
|---|---|
| MATTHEW GILMARTIN,<br>Ohio Bar #024683<br>Matthew Gilmartin,<br>Attorney at Law, LLC<br>P.O. Box 939<br>North Olmsted, OH 44070<br>matt7g@att.net<br>Attorney for L. Richard Shearer | JIHAD M. SMAILI (Local Counsel)<br>SMAILI & ASSOCIATES<br>615 Civic Center Drive West,<br>Suite 300<br>Santa Ana, CA 92701<br>jihad@smaililaw.com |
| SHAUN CUNNINGHAM (Local Counsel)<br>Law Office of Shaun Cunningham<br>41 Vantis Drive<br>Aliso Viejo, CA 92656<br>mrshauncunningham@gmail.com<br>Attorney for L. Richard Shearer and Diane Shearer | Diane Shearer<br>701 Pine Street<br>Mt. Shasta, CA 96067<br>office@drshearer.com<br>Pro se<br><br>Chelsea Bssell and<br>Alexander Stevko<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 |

/s/ Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.

SHEARER.NOF/TK527